UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 0:18cv61984

POLLY BASSETT,

        Plaintiff,

v.

WAL-MART STORES EAST, LP

        Defendant.

_____/

## JOINT SCHEDULING REPORT

**COME NOW** the Plaintiff, POLLY BASSETT, and Defendant, WAL-MART STORES EAST, LP ("Wal-Mart"), by and through their respective counsels and pursuant to S.D. Fla. L.R. 16.1.(b)(2) hereby submit their Joint Scheduling Report and state as follows:

**A. Likelihood of Settlement.**

Unknown as discovery has just begun and the parties do not have sufficient information to evaluate the likelihood of settlement at this time. The parties are amenable to mediation upon sufficient completion of discovery and prior to the deadline for dispositive pre-trial motions. The parties are currently working to set mediation with mediator Robert Dulberg of Salmon & Dulberg Dispute Resolution for a mutually convenient date before the Court's deadline.

**B. Likelihood of Appearance of Additional Parties.**

At this time, the appearance of additional parties which have not been named in this action is believed to be unlikely. However, as discovery has just begun, the parties may need to add additional parties as discovery progresses.

C. **Proposed Deadlines for Pretrial Matters.**

The Parties have submitted their proposed pre-trial deadlines within their Joint Scheduling Order (attached hereto as Exhibit A). The parties note that before this Joint Scheduling Report was filed, this Court entered its Scheduling Order setting trial and pre-trial deadline. (ECF No. 7). Counsel for Wal-Mart has no objection to the schedule entered by this Court. Counsel for Plaintiff has indicated he still wishes to submit the dates previously agreed upon by the parties before the Court entered its Scheduling Order as he believes the case will need more time before trial. Therefore, the proposed Scheduling Order is still being submitted as an attachment to this Report.

D. **Proposals for the Formulation and Simplification of Issues**.

None at this time. However, the parties will continue in good faith to discuss ways in which issues can be simplified. The parties have included a proposed date for the timing of any dispositive motions within their Joint Scheduling Order (attached hereto as Exhibit A).

E. **Necessity or Desirability of Amendments to Pleadings**.

None at this time.

F. **The Possibility of Obtaining Admissions of Fact and of Documents which will Avoid Unnecessary Proof, Stipulations Regarding the Authenticity of Documents and the Need for Advance Rulings From the Court on Admissibility of Evidence.**

The parties will work in good faith to obtain any admissions of fact and of documents which will avoid unnecessary proof and will discuss the possibility of stipulations regarding the authenticity of documents following the completion of discovery. The parties are not presently aware of a need for advance rulings from the Court on the admissibility of any evidence, but should the parties identify the need for any, the parties will address same in pre-trial motions.

**G. Suggestions for the avoidance of unnecessary proof and cumulative evidence.**

None at this time. However, the parties will continue in good faith to discuss ways in which cumulative evidence and necessary proof may be avoided if possible.

**H. Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

The parties do not consent to referral of matters to a Magistrate Judge or Master.

**I. A preliminary estimate of the time required for trial.**

The parties estimate 4 days.

**J. Requested date or dates for conference before trial, a final pretrial conference, and trial.**

See attached Proposed Scheduling Order (attached hereto as Exhibit A).

**K. Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

**Dated: September 27, 2018**

Respectfully submitted,

| | |
|---|---|
| /s/ **Matthew S. Tucker** | /s/ **Annalisa Gutierrez** |
| Matthew S. Tucker, Esq. | Jerry D. Hamilton, Esq. |
| Florida Bar No. 90047 | Florida Bar No. 970700 |
| matt@tuckerup.com | jhamilton@hamiltonmillerlaw.com |
| TUCKER LAW | Annalisa Gutierrez, Esq. |
| 200 S.E. 6th Street | Florida Bar No.: 97940 |
| Suite 405 | agutierrez@hamiltonmillerlaw.com |
| Fort Lauderdale, Florida 33301 | Gilda M. Chavez, Esq. |
| Telelphone: (954) 204-0444 | Florida Bar No.: 973173 |
| Facsimile: (954) 358-4946 | gchavez@hamiltonmillerlaw.com |
| *Attorneys for Plaintiff* | HAMILTON, MILLER & BIRTHISEL, LLP |
| | 150 Southeast Second Avenue, Suite 1200 |
| | Miami, Florida 33131-2332 |
| | Telephone:   (305) 379-3686 |
| | Facsimile:   (305) 379-3690 |
| | *Attorneys for Wal-Mart Stores East LP* |

CASE NO.: 0:18cv61984

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

**/s/  Annalisa Gutierrez**
Annalisa Gutierrez, Esq.

## SERVICE LIST

Matthew S. Tucker, Esq.
Florida Bar No. 90047
matt@tuckerup.com
TUCKER LAW
200 S.E. 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Telelphone: (954) 204-0444
Facsimile: (954) 358-4946
*Attorneys for Plaintiff*

Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
Gilda M. Chavez, Esq.
Florida Bar No.: 973173
gchavez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:    (305) 379-3686
Facsimile:    (305) 379-3690
*Attorneys for Wal-Mart Stores East LP*