UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:18cv61984

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to S.D. Fla. L.R. 16.2(d) and Court's Scheduling Order Setting Trial [DE 7], Plaintiff Polly Bassett and Defendant Wal-Mart Stores East, LP, respectfully provide notice to the Court that they have selected Robert Dulberg of Salmon & Dulberg Dispute Resolution, as a mediator in the above-captioned litigation. The details of the mediation are as follows:

**Mediator:**    Mr. Robert Dulberg, Esq.

**Date and Time:**    The parties are working together to schedule mediation for a mutually convenient date prior to the proposed mediation deadline and will file a Notice with the Court once a date has been agreed to.

**Location:**    Salmon & Dulberg
101 N.E. Third Ave.
Suite 1500
Fort Lauderdale, Florida 33301

**Dated:  October 5, 2018**

Respectfully submitted,

| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
|---|---|
| By: /s/ Annalisa Gutierrez<br>Jerry D. Hamilton, Esq.<br>Florida Bar No. 970700<br>jhamilton@hamiltonmillerlaw.com<br>Annalisa Gutierrez, Esq.<br>Florida Bar No.: 97940<br>agutierrez@hamiltonmillerlaw.com<br>Gilda M. Chavez, Esq.<br>Florida Bar No.: 973173<br>gchavez@hamiltonmillerlaw.com<br>HAMILTON, MILLER & BIRTHISEL, LLP<br>150 Southeast Second Avenue, Suite 1200<br>Miami, Florida 33131-2332<br>Telephone:    (305) 379-3686<br>Facsimile:     (305) 379-3690 | /s/  Matthew S. Tucker<br>Matthew S. Tucker, Esq.<br>Florida Bar No. 90047<br>matt@tuckerup.com<br>Tucker Law<br>200 S.E. 6th Street<br>Suite 405<br>Fort Lauderdale, Florida 33301<br>Telelphone: (954) 204-0444<br>Facsimile: (954) 358-4946 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

**/s/ Annalisa Gutierrez**
Annalisa Gutierrez, Esq.

## SERVICE LIST

Matthew S. Tucker, Esq.
Florida Bar No. 90047
matt@tuckerup.com
Tucker Law
200 S.E. 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Telelphone: (954) 204-0444
Facsimile: (954) 358-4946
*Attorneys for Plaintiff*