UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61984-CIV-MORENO

POLLY BASSETT,

    Plaintiff,

vs.

WAL-MART STORES, EAST, LP,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S FIRST AMENDED COMPLAINT FOR NEGLIGENCE VIA RES IPSA LOQUITUR

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss Count II of Plaintiff's First Amended Complaint for Negligence via Res Ipsa Loquitor (**D.E. 5**), filed on **September 12, 2018**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED and Count II of the complaint is dismissed without prejudice. The Plaintiff has not filed a response in opposition to the motion to dismiss, which constitutes grounds for granting the motion by default. *See* S.D. Fla. L.R. 7.1 (c).

DONE AND ORDERED in Chambers at Miami, Florida, this 2 of October 2018.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record