IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-FAM

**POLLY BASSETT**,

    Plaintiff,

v.

**WAL-MART STORES EAST, L.P.**,

    Defendant.

### PLAINTIFF'S NOTICE OF WITHDRAW WITHOUT PREJUDICE OF MOTION TO COMPEL RESPONSES TO DISCOVERY TO DEFENDANT, WAL-MART STORES EAST, L.P.

**COMES NOW**, the Plaintiff, POLLY BASSETT, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 33 and 37, hereby files this Notice of Withdraw Without Prejudice of Motion to Compel Responses to Discovery to Defendant, Wal-Mart Stores East, L.P. Plaintiff intends to refile her motion for certain unresolved items.

                                            Respectfully submitted,

Dated: November 13, 2018

                                            By: s/Matthew Sean Tucker
                                            Matthew Sean Tucker
                                            Florida Bar No. 90047
                                            Tucker Law®
                                            200 SE 6TH Street, Suite 405
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 204-0444
                                            Facsimile: (954) 358-4946
                                            Matt@TuckerUp.com
                                            *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
**Annalisa Gutierrez, Esq.**
**Gilda M. Chavez, Esq.**
**Jerry D. Hamilton, Esq.**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
agutierrez@hamiltonmillerlaw.com
gchavez@hamiltonmillerlaw.com
jhamilton@hamiltonmillerlaw.com