UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61984-CIV-MORENO/SELTZER

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP

    Defendant.
_____/

**DEFENDANT, WAL-MART STORES EAST, LP MOTION FOR BRIEF ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (ECF NO. 14)**

    Defendant WAL-MART STORES EAST, LP ("Wal-Mart"), by and through undersigned counsel files this Motion for Brief Enlargement of Time, as follows:

    1.    On November 13, 2018, Wal-Mart was served with Plaintiff's Motion to Compel Responses to Discovery to Defendant, Wal-Mart Stores East, LP (ECF No. 14).

    2.    Wal-Mart's response to Plaintiff's Motion to Compel is due on November 27, 2018. Plaintiff's Motion seeks the store camera layout map for the store presently, as well as all CCTV from any and all cameras in the store on the date of the incident, regardless of whether they captured Plaintiff or her incident.

    3.    Wal-Mart respectfully requests a brief one-week extension to file its Response to Plaintiff's Motion to Compel, making said responses due on or before Tuesday, December 4, 2018.

CASE NO.: 0:18-cv-61984

4. Following Plaintiff's Motion to Compel, the undersigned immediately began working to confirm no further responsive documents exist. Due to the busy holiday season for Wal-Mart stores, as well as holiday time off for employees, the undersigned has been unable to confirm whether there are any further responsive documents in the first instance. The undersigned has also had to travel out of state for a medical procedure during this time.

5. If no such documents exist, then Wal-Mart will be able to inform the Court and Plaintiff's counsel that there are no documents, instead of engaging in unnecessary briefings on the production of the documents. For instance, Wal-Mart has been able to confirm that there are no documents reflecting the store camera layout for the date of the incident, nor that reflect the store camera layout of the premises presently. As such, Plaintiff's Motion to Compel as to the store camera layout maps is moot as no responsive documents exist.

6. Wal-Mart has already produced the CCTV footage from the date of the incident which captures Plaintiff's incident in its entirety, including the hour before and the hour after the incident. Plaintiff's Motion to Compel seeks footage from every single camera for the entire premises on the date of the incident, regardless of whether it captured Plaintiff. Before engaging in briefing on the production of such footage, Wal-Mart is still working to confirm whether there exists other footage from anywhere on the premises preserved from the date of the incident. The undersigned anticipates being able to confirm same by the end of the week.

CASE NO.: 0:18-cv-61984

7. This motion is made in good faith and is not made for purposes of delay.

8. Fed. R. Civ. P. 6(b)(1) provides the Court may, for good cause, extend the time if a request is made before the original time or its extension expires. Defendant would show that although working diligently on this matter, additional time is required to complete its responses to Plaintiff's Motion to Compel.

WHEREFORE, Defendant respectfully requests the Court enter an Order granting a brief extension of one-week to serve its response to Plaintiff's Motion to Compel for any other relief the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3) the undersigned certifies that she attempted to confer with counsel for Plaintiff before filing the instant Motion via telephone call (no answer) and email on November 27, 2018, but Plaintiff's counsel has not yet responded. The undersigned further advises the Court that the call and email were after 5 pm as she did not receive confirmation about the store camera map until after 5pm and was hopeful to also receive confirmation as to the CCTV footage today to be able to meet the Court's deadline. However, it became clear after 5pm that an extension would be needed as to the CCTV footage. Counsel submits that the timing in attempting to confer was a result of trying to gather as much information as possible to comply with the deadline, and not a result of any intentional delay.

CASE NO.: 0:18-cv-61984

**WHEREFORE**, Defendant Wal-Mart requests this Court grant this Motion and such other time the Court deems appropriate.

Respectfully submitted,

*/s/ Annalisa Gutierrez*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
Gilda M. Chavez, Esq.
Florida Bar No.: 973173
gchavez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:   (305) 379-3690
***Attorneys for Wal-Mart***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

**/s/ Annalisa Gutierrez Esq.**
Annalisa Gutierrez, Esq.

CASE NO.: 0:18-cv-61984

## SERVICE LIST

Matthew Sean Tucker
Tucker Law
200 SE 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Matt@TuckerUp.com

5

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690