UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-61984-CIV-MORENO

POLLY BASSETT,

        Plaintiff,

vs.

WAL-MART STORES, EAST, LP,

        Defendant.
_____/

### ORDER DENYING PLAINTIFF'S VERIFIED EXPEDITED MOTION TO CONTINUE PRETRIAL DEADLINES

THIS CAUSE came before the Court upon Plaintiff's Verified Expedited Motion to Continue Pretrial Deadlines **(D.E. 25)**, filed on **January 8, 2019**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ of January 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record