UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
**Case Number: 18-61984-CIV-MORENO**

POLLY BASSETT,

        Plaintiff,

vs.

WAL-MART STORES, EAST, LP,

        Defendant.

_____/

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE SELTZER TO EXERCISE JURISDICTION AND APPEAL OPTION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties are notified that United States Magistrate Judge Barry S. Seltzer is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case including a jury or non-jury trial and the entry of a final judgment. Magistrate Judge Seltzer may only exercise jurisdiction, however, if all parties voluntarily consent.

The parties may, without adverse substantive consequences, withhold consent, but this will prevent Magistrate Judge Seltzer from exercising the Court's jurisdiction. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to Magistrate Judge Seltzer or to Judge Moreno.

A party may appeal a judgment that Magistrate Judge Seltzer enters directly to the United States Court of Appeals in the same manner as a party would appeal any other judgment of a District Court. A copy of the form "Consent to Proceed Before a United States Magistrate" is attached to this Order. Copies of the form are also available from the Clerk of the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this _10__ of January 2019.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Barry S. Seltzer

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-61984-CIV-MORENO**

POLLY BASSETT,

        Plaintiff,

vs.

WAL-MART STORES, EAST, LP,

        Defendant.

_____/

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

_____    _____

_____    _____

_____    _____

NOTE: Return this form to the Clerk of the Court ONLY if it has been executed by all parties to the case.  Do not send a copy of this form to any District Judge or Magistrate Judge.