

EXHIBIT
1

12/24/2016 06:43:21 AM (EST)



EXHIBIT
2

12/24/2016 06:43:42 AM (EST)







EXHIBIT
5

12/24/2016 06:53:26 AM (EST)



EXHIBIT
6

12/24/2016 07:00:59 AM (EST)





EXHIBIT
8

12/24/2016 07:08:38 AM (EST)



EXHIBIT
9

12/24/2016 07:10:13 AM (EST)













EXHIBIT
15

12/24/2016 07:45:22 AM (EST)



EXHIBIT
16

12/24/2016 07:51:02 AM (EST)



EXHIBIT

17





EXHIBIT
19

12/24/2016 07:54:17 AM (EST)





EXHIBIT
21

12/24/2016 07:55:36 AM (EST)