IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-FAM

**POLLY BASSETT**,

    Plaintiff,

v.

**WAL-MART STORES EAST, L.P.**,

    Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT'S EXPEDITED MOTION [DE 37] FOR PROTECTIVE ORDER REQUESTING A BRIEF POSTPONEMENT OF THE VIDEOTAPED DEPOSITION DUCES TECUM OF ORGANIZATION REPRESENTATIVE AND REQUEST FOR EXPEDITED BRIEFING

**COMES NOW**, the Plaintiff, POLLY BASSETT, by and through undersigned counsel, hereby moves this court denying Defendant's Expedited Motion for Protective Order Requesting a Brief Postponement of the Videotaped Depsoition Duces Tecum of Organization Representative and Request for Expedited Briefing and, as grounds therefore, states as follows:

### MOTION

1. On January 15, 2019, this Court noted that Plaintiff timely served a Notice of Videotaped Deposition Duces Tecum on December 18, 2018. *See* Order [DE 30]; *see also* DE 26-2.

2. For this reason, the Court overruled Defendant's objections to our Rule 30(b)(6) deposition based upon timeliness. [DE 30].

3. The Defendant was timely noticed and the clock on discovery is running out as the discovery cutoff falls on February 14, 2019. Plaintiff intends to depose a number of folks that walked through the store at or near the time of the slip and fall during this discovery period.

4. As the court is aware, there are eleven individuals that we may need to depose before the discovery cutoff. *See* [DE 34-1]. As of today, the Defendant has failed to provide the names of those individuals despite our continued request to disclose the names of those individuals found in the Exhibits. *Id.*

5. The Defendants clearly waited until the eve of the deposition to files their Motion [DE 37] for the purpose of running the clock on discovery, which has been the repeated pattern of the Defendant in this case.

6. The Defendant already requested that we change the date to January 23, 2019 from January 21, 2019, which Plaintiff complied.

7. Now, on the even of the deposition, the Defendant moves for a protective order.

8. Plaintiff must take the deposition of the Corporate Rep tomorrow, as the discovery cutoff is on February 14, 2019 and the Court already denied our Motion to extend the discovery cutoff period. [DE 27].

9. Plaintiff has already sought an extension of the pretrial deadlines and was denied. [DE 27].

10. The Defendant has not requested an extension of the Court deadlines and in-fact opposed Plaintiff's Motion seeking, *inter alia*, an extension of the discovery cutoff.

11. Plaintiff is in great need of the deposition of the Corporate Rep tomorrow, and not seven days from now as the Defendant is requesting.

12. Because the discovery period is ending on February 14, 2019, Plaintiff is being severely prejudiced by the Defendant's Motion.

13. Plaintiff must be allowed to take the deposition tomorrow morning starting at 10:00 AM.

**WHEREFORE**, the Plaintiff, POLLY BASSETT, respectfully requests that the Defendant's Expedited Motion for Protective Order Requesting a Brief Postponement of the Videotaped Depsoition Duces Tecum of Organization Representative and Request for Expedited Briefing be **DENIED** in all respects, and awarding such further relief as this Court may deem just and proper under the totality of the circumstances.

Dated: January 22, 2019

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law®
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
**Annalisa Gutierrez, Esq.**
**Gilda M. Chavez, Esq.**
**Jerry D. Hamilton, Esq.**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
agutierrez@hamiltonmillerlaw.com
gchavez@hamiltonmillerlaw.com
jhamilton@hamiltonmillerlaw.com