IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-FAM

**POLLY BASSETT**,

    **Plaintiff,**

v.

**WAL-MART STORES EAST, L.P.**,

    **Defendant.**

### PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND OBJECTION TO NOTICE OF VIDEOTAPED DEPOSITION OF MARIE LADEIRA

Plaintiff, POLLY BASSETT, by and through undersigned counsel, files this Response to Defendant's Motion for Protective Order and Objection to Notice of Videotaped Deposition of Marie Ladeira and Request for Expedited Briefing, and states as follows:

Plaintiff has ordered the transcript from the deposition to determine whether any additional testimony from the witness Marie Ladeira is necessary in this case.

Plaintiff has canceled this deposition pending review of the transcript, and will seek leave from the Court should we need future testimony from Ms. Ladeira.

*Signature on Next Page*

|  |  |
|---|---|
| Dated: February 5, 2019 | Respectfully submitted,<br><br>By: s/Matthew Sean Tucker<br>Matthew Sean Tucker<br>Florida Bar No. 90047<br>Tucker Law®<br>200 SE 6TH Street, Suite 405<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 204-0444<br>Facsimile: (954) 358-4946<br>Matt@TuckerUp.com<br>*Attorney for Plaintiff(s)* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker