UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61984-CIV-MORENO/SELTZER

POLLY BASSETT,

    Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,

    Defendant.
_____/

# ORDER

**THIS CAUSE** has come before the Court upon Plaintiff's First Motion for Sanctions [DE 41] and Amended Motion for Sanctions [DE 42]. Plaintiff seeks sanctions for costs incurred in connection with Defendant's failure to appear at a Rule 30(b)(6) deposition on January 23, 2019. That deposition was the subject of several motions and orders regarding the scope and scheduling of the deposition [DE 26, 30, 37, and 40].

In its Motion for Protective Order [DE 37] filed on January 22, 2019, Defendant sought an additional seven days to gather information requested by Plaintiff and recently ordered by the Court to be produced. The parties could not agree to the relief requested. The Court ultimately granted the relief, albeit <u>after</u> the scheduled time for the deposition, and directed the parties to confer and reach an agreement for a rescheduled deposition [DE 40]. In addition, as conceded by Plaintiff, Plaintiff was notified at 7:58 a.m. on the morning of the deposition that the witness was ill and would not be appearing for her deposition [DE 41, p. 9]. Nevertheless, Plaintiff insisted on going forward with the

deposition and now seeks sanctions in the form of costs incurred for Defendant's failure to appear at the deposition.

Rule 37(d)(3), Federal Rules of Civil Procedure, authorizes the Court to award sanctions for a party's failure to attend its own deposition, "unless the failure was substantially justified or other circumstances make an award of expenses unjust." The Court finds that the parties' inability to cooperate on the scheduling of the deposition and the witness' sudden onset illness make an award of expenses unjust. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Sanctions [DE 41] and Plaintiff's Amended Motion for Sanctions [DE 42] are **DENIED.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of January 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF