UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:18-cv-61984

**MEDIATION REPORT**

Polly Bassett,

    Plaintiff(s),

vs

Walmart Stores East LP,

    Defendant(s).
_____/

The undersigned, Robert A. Dulberg, Certified Mediator from Salmon & Dulberg Mediation Services, Inc., hereby reports to the Court that a mediation conference in this cause was held on: February 19, 2019. The results of the mediation conference are as follows:

  ✓  All required parties were present *or*

  ___  The following required parties were not present:

_____

  ___  An agreement was reached.

  ___  A **confidential** settlement agreement was reached.

  ✓  No agreement was reached.

  ___  The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

  ___  The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____, the Court shall presume that an Impasse has occurred.

  ___  Other: _____

Respectfully Submitted:

*[signature]*

Robert A. Dulberg, Esq.
Florida Bar No.: 146575
Salmon & Dulberg Dispute Resolution.
Biscayne Building, Suite 620
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies furnished to: Counsel