UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-61984-CIV-MORENO/SELTZER

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP

    Defendant.

_____/

## NOTICE OF SERVING EXPERT WITNESS REQUEST FOR PRODUCTION TO PLAINTIFF, POLLY BASSETT

Defendant WAL-MART STORES EAST, LP ("Wal-Mart"), pursuant to Federal Rule of Civil Procedure 34, propounds the following Expert Witness Request for Production upon Plaintiff, POLLY BASSETT, to produce the following documents and materials within thirty (30) days of the date appearing on the certificate of service.

Respectfully submitted,

/s/ *Annalisa Gutierrez*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
Gilda M. Chavez, Esq.
Florida Bar No. 973173
gchavez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Wal-Mart Stores East, LP*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>January 14, 2019</u>, the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List via electronic mail.

<u>/s/ Annalisa Gutierrez</u>
Annalisa Gutierrez

## SERVICE LIST

Matthew Sean Tucker
Tucker Law
200 SE 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Matt@TuckerUp.com

**EXHIBIT "A"**

## Definitions

    1.    "Document(s)" or "written communication(s)" is used in the broad and liberal sense and means written, typed, printed, recorded or graphic matter, however produced or reproduced, of any kind and description, and whether an original, master, duplicate or copy, including, but not limited to, accounts, advertisements, agreements, appointment books, bank checks, bills, books, books of account, bulletins, cablegrams, cancelled checks, cashier's checks, catalogs, charts, check stubs, communications, computer printouts, contracts, corporate records, correspondence, desk calendars, diaries, diary entries, drawings, e-mail, graphic records, guarantees, inter-office communications, intra-office communications, invoices, ledger books, letters, logs, mailgrams, magazines, manuals, marginal notes (appearing on any document), memoranda, minutes (*e.g.,* board of directors, committee), models, motion pictures, notations, notebooks, notes, offers, pamphlets, papers, photographs, physical objects, plans, printed matter, projections, prospectuses, publications, receipts, reports, returns, sketches, sound recordings (including, by way of example, any type of personal or telephone conversation, meeting or conference) specifications, statements, statistics, studies, summaries, surveys, tape recordings, tapes, telegrams, telefaxes, teletypes, transcriptions (including, by way of example, any type of personal or telephone conversation, meeting or conference), transcripts, video tapes, vouchers, warranties, working papers, worksheets; and all amendments, changes, drafts, modifications of any of the foregoing, of which you have knowledge or which are now or were formerly in your actual or constructive possession, custody or control.  The responses concerning documents requested shall include information regarding whether such document is an original, a duplicate, or a copy thereof.

    2.    "You" and "your" shall refer to and include your agents, attorneys, experts, investigators, representatives and all others, whether past or present, who have obtained information for or on behalf of you.

    3.    If a corporation, "you" and "your" shall refer to and include any of your affiliates and subsidiaries, agents, associates, attorneys, directors, employees, experts, independent contractors, representatives, servants, and all others, whether past or present, who have obtained information for or on behalf of the corporation.

    4.    The words "and" and "or" shall be construed conjunctively and disjunctively as necessary to make the request inclusive rather than exclusive.

    5.    "Identify," or "state the identity of":

        (a)    When used in reference to a natural person means to please state:
            (1)    His/her full name;

            (2)    Present or last known business and residence address;

            (3)    His/her present or last known occupation and position;

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690
**EXHIBIT "A"**

      (4)    His/her present or last known employer or business affiliation;

      (5)    His/her occupation or position at the time in question specified in the particular request.

(b) When used in reference to a "document" means to please state:

      (1)    A description of the type of document (*e.g.,* letter, memorandum, telegram, etc.);

      (2)    The identity of the person or persons who authored or prepared it;

      (3)    In the case of an agreement or contract, the identity of the parties' signatory;

      (4)    The identity of the addressee(s), if any, and the recipient(s) of the original and a copy thereof;

      (5)    The title thereof, if any, and a description of the general nature of its subject matter;

      (6)    The date of the document, or, if none, the approximate date of its preparation;

      (7)    The manner of distribution and publication, if any;

      (8)    The present location or custodian of the original and each copy thereof;

      (9)    The identity of any persons who can identify it;

      (10)   Whether such documents contained, enclosed, were attached to or accompanied by any other documents, and if so, state the identity thereof;

      (11)   If a privilege is claimed, the specific basis therefore.

(c) In lieu of identifying a particular document when such identification is requested, a copy of such document may, at your option, be attached to the response to these requests; <u>provided</u> that any specific information required pursuant to the foregoing definition which is not fully set forth on the face of such copy of a document must be separately provided in response to these requests.

6. "Person" shall mean any natural person, firm, corporation, partnership, joint venture or any other form of business entity.

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

**EXHIBIT "A"**

7. Masculine pronouns shall not connote any particular gender but shall be taken to mean masculine, feminine or neuter gender, as the case may be.

8. "Complaint" shall refer to the operative Complaint filed in this lawsuit.

9. WAL-MART as used herein, shall refer to WAL-MART STORES EAST, LP, its affiliates and subsidiaries, agents, associates, attorneys, directors, employees, experts, independent contractors, representatives, servants, and all others, whether past or present, who have obtained information for or on behalf of the corporation.

10. "Incident," as used herein, shall refer to the incident which you allege to have occurred, as is more fully set forth in your Complaint.

11. "The subject matter of this lawsuit," as used herein, shall refer to all facts and issues as set forth in your Complaint.

12. "Medical condition," as used herein, shall refer to any condition, including but not limited to, that for which you are making a claim, regardless of whether it is a physical illness, disease or injury, mental illness, disease or injury or aggravation of a preexisting condition.

13. "Physician," as used herein, shall refer to and include doctors, nurses, other healthcare providers and practitioners of the healing arts.

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

**EXHIBIT "A"**

## **EXPERT REQUEST FOR PRODUCTION**

1. For each and every person who you intend to call as an expert witness at trial, and for any expert witnesses listed in any of your Witness Lists, please produce his/her entire file including but not limited to:

   a. All reports, letters, notes, records, photographs, memoranda, digital images, videotapes, opinions, findings, work papers and/or correspondence in the expert's file except correspondence from Plaintiff's counsel which contains his or her theories of claims or defenses;

   b. All documents and materials reviewed by the expert in preparation of any affidavit and/or offer of testimony in this case;

   c. All correspondence exchanged between you and your experts – including correspondence between your expert and your attorneys, except correspondence from Plaintiff's counsel which contains his or her theories of the claim or defense;

   d. All documents and material generated by the expert in preparation of offer of testimony in this case;

   e. All correspondence by and/or between the experts and any other person or entity as relating in any fashion to their work and/or opinions in this case, except correspondence from Plaintiff's counsel which contains his or her theories of the claim or defense;

   f. All documents reflecting the terms of engagement pursuant to which

6

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

**EXHIBIT "A"**

the expert was retained;

g. All documents reflecting the time spent by experts, including but not limited to, rough and smooth time logs for any work performed relating to the instant action;

h. Billing records maintained for services provided in this case;

i. Invoices and bills submitted to any person or entity for the expert's services in this case;

j. Resumes of any associates, employees, technicians or others who assisted the experts in their work on this case;

k. Reports, notes, memoranda and other work papers generated by associates, employees, technicians or others who assisted the experts in their work on this case; and

l. All documents reflecting the time spent by associates, employees, technicians or others who assisted the experts in their work on this case, including but not limited to, rough and smooth time logs for any work performed relating to the instant action.

2. All reports, writings, memoranda, recordings, and any other material submitted by each and every expert retained on behalf of Plaintiff in this matter.

3. All reports, writings, documents, memoranda, recordings, and any other materials/evidence on which Plaintiff and/or expert will rely at the time of trial.

7

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

**EXHIBIT "A"**

4. Records reflecting the total amounts of money or compensation the attorneys for Plaintiff submitted to each expert in payment of services provided for review, report, sworn statement, affidavit, deposition, and/or trial testimony for the preceding five (5) years.

5. Records reflecting the identity of other cases, in the last four (4) years, in which the expert has testified by deposition or at trial including the Court in which the case was pending, the style of the case, the case number, and the law firm and/or attorney by which the expert was retained.

6. Any and all documents which reflect the expert's litigation experience including the percentage of work performed for plaintiffs and defendants and the percentage of the expert's practice dedicated to expert work.

7. A copy of the engagement letter from Plaintiff's counsel to each expert retained by Plaintiff in this case.

8. The fee schedule or rate sheet of what the expert charges for deposition testimony, medical evaluations, trial testimony, reviewing records, and creating reports.

8

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

**EXHIBIT "A"**