

# MARGATE CHIROPRACTIC CLINIC

(954)971-8500  
(954)971-8523 Fax

1440 North State Road 7  
Margate, Florida 33063

## INITIAL REPORT

12-28-16

Re: Polly Bassett  
D/A: 12-24-16

### HISTORY OF PRESENT COMPLAINT
Polly Bassett presented herself to this office on 12-28-16 for consultation and evaluation in relations to injuries that stated were sustained as a result of the a slip and fall incident which occurred on 12-24-16. The following information was provided to this office by her on intake. The patient stated that she had walked into the Walmart store and was in the area where one gats the shopping wagon and fell on the wet floor. She stated that she fell onto her right knee than over onto her right side. She does not recall if she hit her head, but was dazed and recalls the next thing she knew there were customers helping her up sit up at which time she noted she was crying. She was helped onto a chair and the manager (Marie) came to her and wanted to know if she should call an ambulance but Ms. Bassett did not at that time. Upon returning home the pain was getting progressively worse and Ms. Bassett was taken to NW medical center emergency room where she was evaluated and x-rayed and was release with RX for Ibuprofen and Flexeryl. Ms. Bassett stated that she had a restless sleepless nights after the incident and has had the same pain since the incident.

### INTAKE COMPLAINTS
On intake she complained of neck pain, right elbow pain, anterior costal pain, upper, mid and lower back pain, pain and right knee pain. She did not sleep well and the next day as well as in the following days it got worse and more debilitating so she decided to seek care. She has diminished sleep and performs her ADL and physical duties with noted pain she stated was not evident prior to this incident.

### PAST HISTORY
Ms. Bassett has a previous history of injuries incurred in a February 2013 with findings of discopathy with L1-2, L2-3 and L3-4 posterior bulging of the disk encroaching on the anterior subarachnoid space and L5-S1 posterior disk herniation with annular tear encroaching on the anterior subarachnoid space and both neuroforamina. The right knee study revealed chondromalacia patella, myxoid change in posterior horn of medial meniscus, joint effusion with partial tear or strain of the medial collateral ligament.
She additionally noted a history of high blood pressure and diabetes for which she take Lisinopril and metformin and she is under her family physicians care.

She stated that at the time prior to this incident she was asymptomatic and unrestricted.

PATIENT NAME: Polly Bassett
DATE OF INJURY: 12-24-16

SOCIAL HISTORY
Ms. Bassett is a single mother of 4 adult children. She works full time as an aide. Her social history is otherwise unremarkable.

PHYSICAL EXAMINATION
On intake interview and assessment Ms. Bassett is oriented to person, place and time.
She is a ▇ year old female.   Height: 5' 6"   Weight: 270 lb
BP: 151/92
** she was instructed to follow up with her prescribing Dr. for her elevated BP as soon as possible to which she agreed.
Smoking: Negative
Alcohol: Rare use, Denies hx. of abuse
Drugs: Denies use, denies history of abuse
MEDICATIONS: Lisinopril and metformin and now Ibuorofen and Flexeryl
ALLERGIES TO MEDICATIONS: None noted

REVIEW OF SYSTEMS:
GENERAL/CONSTITUTIONAL: Fatigue/malaise post-incident.
HEENT: glasses/. Denies head lump/bump, double vision, decreased vision, acute hearing changes, ear discharge, tinnitus, nasal pain, nasal bleeding, sore throat, dysphagia.
NECK: Pain, tender and sore
CHEST, CARDIAC/RESPIRATORY: History off high BP. At this time she denies pain or discomfort, palpitations, dyspnea, cough.
GI: Denies abdominal pain, Denies nausea/vomiting, Denies hematemesis, constipation, diarrhea, rectal bleeding or change in bowel movement habits.
GU: Denies flank pain, dysuria, hematuria or pelvic pain.
THORACIC: Tender and sore
L/S SPINE: Pain, tender and sore
EXTREMITIES: Pain to palpation and restrictive and painful ROM in the right elbow region, Pain to palpation and restrictive and painful ROM, weight bearing and ambulation in the right knee. Grip Strength mildly diminished on the right. Muscle strength noted as 4/5 Right upper extremity, 5/5 left upper and 5/5 Left lower extremity strength 4/5 right lower extremity
PSYCH: No complaints noted
SKIN: Denies lesions, open sores, rashes.
ENDOCRINE: History of diabetes but denies polyuria, polyphagia, acute weight changes, changes in hair or nails.
LYMPHATIC: Denies pain or swelling in axilla, cervical, or groin nodal areas.
PHYSICAL EXAMINATION:
HEENT: Visual fields grossly intact, tongue midline, no evidence of discharge or hyperemia
BILATERAL SHOULDERS: No significant tenderness.
NEURO: Alert and Oriented, grossly intact, heel to toe walking and Gait are painful and restricted with pain in lower back and right knee. Babinski and Cerebellar finger to nose intact. Deep tendon Reflexes in the Upper and lower extremities were noted are as follows; Biceps left 2+,/right 1+,Triceps left 2+,/right 1-, Brachioradialis left 2-,/right, Patellar left 2+,/right and Achilles left 2+,/right 1+

**EXHIBIT "H"**                                                                 23 003

PATIENT NAME: Polly Bassett
DATE OF INJURY: 12-24-16

Dermatomal testing in the cervical and lumbar innervated dermatome levels reveals no apparent sensory deficits.

On observation it was noted that she was walking slow with noted guarding of her right knee and was limping. Her posture but was not antalgic and her movement was restricted.
She was able to climb onto examination table with assistance.

Upon palpation of the cervical spine there was hypertonicity evident bilaterally with predominance of pain to the right and graded as 8/10. There was bilateral trapezius tenderness and hypertonicity noted with pain graded 8/10. The Cervical Compression, Soto Hall's, Cervical distraction, Shoulder Depressor tests were positive. The interscapular thoracic, supra scapular, sub scapular region was examined with severe palpatory tenderness and hypertonicity evident on the right. There was tenderness to palpation in the right elbow with pain on flexion and extension and in resistance. There was thoracic, thoracocostal, thoracolumbar tenderness and hypertonicity extending paraspinaly to S1 with bilateral lateral hip, thigh and sacral notch tenderness greater on the right. The Straight Leg Raise, Lasagues, Braggards, Milgrams and Kemps all caused pain on execution noted as greater to the right. Pain was grade as 8-9/10. The Thoracolumbar ranges of motion were severely limited in all planes with pain on attempting range of motion noted as 8-9/10. There was radiculopathy down the right leg. There was tenderness and mild edema about the right knee with positive Varus stress, Valgus stress, torque, Apleys and anterior Drawer. She notes pain and restriction in weight bearing, ambulation, and climbing or ascending stairs kneeling or squatting were not possible. Pain and restriction noted in all planes with pain in weight bearing as well.

Cervical Spine Flexion: (Normal = 50°) 20 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Cervical Spine Extension: (Normal = 60°) 20 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Cervical Spine Left lat. flex: (Normal = 45°) 20 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Cervical Spine Right lat. flex: (Normal = 45°) 10 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Cervical Spine Left Rotation: (Normal = 80°) 40 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Cervical Spine Right Rotation: (Normal = 80°) 50 due to pain bilaterally, hypertonicity & tenderness primarily to the right.

Thoraco Lumbar Flexion: (Normal = 90°) 20 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Thoraco Lumbar Extension: (Normal = 25°) < 10 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Thoraco Lumbar Left lat. flex: (Normal = 25°) 10 due to pain bilaterally, hypertonicity & tenderness primarily to the right.
Thoraco Lumbar Right lat. flex: (Normal = 25°) 10 due to pain bilaterally, hypertonicity & tenderness primarily to the right.

PATIENT NAME: Polly Bassett
DATE OF INJURY: 12-24-16

## GENERAL FUNCTIONAL ASSESSMENT

Get out of bed 3-5/5, Turn over in bed 3-5/5, Sleep through the night 3-5/5, Ride in a car 3-5/5, Stand up for 20-30 minutes without pain 3-5/5, Sit in a chair for several hours 3-5/5, Climb one flight of stairs 3-5/5, Walk a few blocks (300-400 m) 3-5/5. Walk several kilometers 3-5/5, Reach up to high shelves 3-5/5 . Throw a ball 3-5/5 . Run one block (about 100m) 5/5, Take food from refrig 3-5/5, Make your bed 3-5/5, Put on socks (pantyhose) 3-5/5, Bend over to clean the bathtub 3-5/5, Move a chair 3-5/5, Pull or push heavy doors 3-5/5, Carry two bags of groceries 3-5/5 or Lift and carry a heavy suitcase 3-5/5 Washing your back 3-5/5 , Touching the back of your neck 3-5/5 , Washing your hair 3-5/5 , Putting on a shirt that buttons down the front 3-5/5 Putting on your pants 3-5/5 Removing something from your back pocket 3-5/5 , kneel, squat 3-5/5, changing positions as in sitting to standing 3-5/5. fine hand work 3-5/5 , gripping 3/5
( KEY Not difficult at all 0 Minimally difficult 1 Somewhat difficult 2 Fairly difficult 3 Very difficult 4 unable to do 5)

## CAUSATION

Ms. Bassett's symptoms appeared to have come on as a result of the motor vehicle accident consistent with the one described in this report. Her history, subjective, and objective findings show evidence from a medical viewpoint that her condition is due to the current injury only and exacerbation of asymptomatic factors from a previous injury.

Based on patient complaints, assessments and findings an intake diagnosis an emergency medical condition manifesting itself by acute symptoms of sufficient severity that the absence of immediate medical attention could reasonably be expected to result in serious jeopardy to patient health, serious impairment to bodily functions, or serious dysfunction of a body organ or part with severe acute post traumatic injury with severe sprain/strain of the Cervical paraspinal region, right elbow, thoracic, costal and thoracolumbar paraspinal, right knee with myalgia and neuralgia with associated muscular hypertonicity accompanied by the usual sequela of inflammatory reaction to paravertebral and associated soft tissues with fatigue and restriction in activity evident.

V49.49XA  DRIVER INJURED IN COLLISION WITH OTHER MOTOR VEHICLES IN TRAFFIC ACCIDENT, INITIAL ENCOUNTER

| Code | Description |
|---|---|
| G89.11 | ACUTE PAIN DUE TO TRAUMA |
| S13.4XXA | SPRAIN OF LIGAMENTS OF CERVICAL SPINE, INITIAL ENCOUNTER |
| S16.1XXA | STRAIN OF MUSCLE, FASCIA AND TENDON AT NECK LEVEL, INITIAL ENCOUNTER |
| S33.5XXA | SPRAIN OF LIGAMENTS OF LUMBAR SPINE, INITIAL ENCOUNTER |
| M99.03XA | LUMBAR SEGMENTAL DYSFUNCTION |
| S39.012A | STRAIN OF MUSCLE, FASCIA, TENDON |
| M62.83XA | MUSCLE SPASM |
| S23.3XXA | SPRAIN OF LIGAMENTS OF THORACIC SPINE, INITIAL ENCOUNTER |
| M54.2 | PAIN IN NECK |
| M54.6 | PAIN IN THORACIC SPINE |
| M62.830 | MUSCLE SPASM |
| M54.5 | LUMBAR PAIN |
| M25.561A | KNEE PAIN RIGHT |
| R26.2 | DIFFICULTY IN WALKING |
| R07.82 | RIB PAIN |
| M25.521 | PAIN IN RIGHT ELBOW |
| R53.83 | LETHARGY/LACK OF ENERGY |

PATIENT NAME: Polly Bassett
DATE OF INJURY: 12-24-16

## PROGNOSIS
The prognosis, at the time is guarded.

## TREATMENT/PLAN
After completing an initial examination evaluation, I have selected the plan of treatment that should return this patient to a pre-injury status and minimize the possibility of future residuals. Treatment is anticipated to include specific chiropractic adjustments and physical therapy modalities to facilitate the restoration of disturbed functional biomechanics. The anticipated treatment frequency for this patient is 4-5 x/week for 4-5 weeks decreasing in frequency as Ms. Bassett's condition allows, followed by re-assessment.

Ms. Bassett was instructed to avoid excessive walking, bending lifting or twisting as much as possible within the confines of her daily tasks and modify her performance of tasks as not to exacerbate.

The goals intended to be achieved with the preceding treatment plan are decreasing pain, decreasing spasms, returning Ms. Bassett to her pre-clinical status, stabilizing segments and achieving maximum medical improvement.

Thank you,

*Dr. Barry Goldsmith*

Dr. Barry Goldsmith
*Chiropractic Physician*