# NORTHWEST BROWARD ORTHOPAEDIC ASSOCIATES, P.A.

| Elliott W. Hinkes, M.D.*, | Michael A. Kelly, M.D., Ph.D., | Bruce S. Fletcher, M.D.*, |
|---|---|---|
| F.A.A.O.S., F.A.C.S. | F.A.A.O.S., F.A.C.S. | F.A.A.O.S., F.A.C.S. |

*Diplomates, American Board of Orthopaedic Surgery*
*\*Fellowship Trained, Sports Medicine/Arthroscopic Surgery*

## MICHAEL A. KELLY, M.D., Ph.D.

## CLINICAL RECORDS

**RE:** POLLY Y. BASSETT
**DOB:** ▮▮▮▮▮▮
**ACCOUNT #:** 72381

**17 SEPTEMBER 2013:** The patient is a 50-year-old woman who presents for orthopaedic consultation at the request of Dr. Barry Goldsmith.

**CHIEF COMPLAINT:** Pain in the lower back and pain in the left knee.

**HISTORY OF PRESENT ILLNESS:** The patient states that she first had onset of these complaints after being involved in a motor vehicle accident on 02/15/2013. The patient reports she was the driver and was in traffic slowing for a school zone, and she heard a screeching sound and then felt a severe impact to her vehicle. She reports that her trunk was jolted forward at impact and she believes she struck her left knee under the dashboard and twisted her left lower extremity. She reports that immediately following the accident she had pain in her left knee and lower back. She presented to Dr. Goldsmith later that day and underwent evaluation, and she has undergone treatment under his supervision. She saw Dr. Padula and was treated with ibuprofen, which she has been using intermittently with partial relief of pain.

She reports that since the accident she has continued to experience lower back pain, difficulty bending her trunk, pain with ambulation, and pain with sit-to-stand transfers. She reports she has to be very cautious regarding any movement she makes with her body or she will experience a sharp pain in her back. She reports she is experiencing intermittent pain and swelling in the left knee which is exacerbated by ambulation. She has been using a neoprene support without a hinge on the knee. This provides some reduction of pain. She reports that bending, squatting, and walking all cause pain. She has some buckling and clicking sensations in her knee.

**PAST MEDICAL HISTORY:** Noncontributory.

RECEIVED OCT 15 2013
CPU - MXS0268

Received Date: 10/18/2013

RE: POLLY Y. BASSETT
ACCOUNT #: 72381
PAGE 2

**17 SEPTEMBER 2013:** (Continued)

**MEDICATIONS:** None.

**ALLERGIES:** None.

**SOCIAL HISTORY:** No tobacco or alcohol.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: For vital signs, see nurse's notes.

GENERAL APPEARANCE: The patient is a well-developed, well-nourished woman in no acute distress. Station is normal. Posture is guarded. Gait is slightly antalgic on the left.

PSYCHIATRIC: Mood and affect are within normal limits.

NEUROLOGIC: Nonfocal.

HEENT: Head is normocephalic, atraumatic. Pupils are equal and round. Extraocular movements are intact. Oral mucosa is moist and pink. Tongue protrudes midline.

CHEST: Normal expansion on inspiration.

ABDOMEN: Nondistended.

LOWER EXTREMITIES: No clubbing, cyanosis, or edema.

MUSCULOSKELETAL: Examination of the lumbar spine reveals tenderness to palpation over the longissimi bilaterally. There is trunk flexion while standing to 80 degrees, bringing the fingertips 10 inches from the floor. Extension is to 10 degrees. There is tenderness to palpation over the longissimi in the lower lumbar segments with palpable spasm in the longissimi and quadrati bilaterally in the lower lumbar segments. Straight leg raising in the seated position bilaterally produces back pain without radicular pain. The quadriceps and Achilles reflexes are 1+ and equal.

Examination of the left knee reveals a mild effusion. It is not large or tense. There is tenderness to palpation over the medial retinaculum and medial collateral ligament. There is a negative compression grind maneuver in the medial compartment. There is pain with valgus stress. There is laxity to valgus stress which is 1+. There is no laxity to varus stress and no pain with varus stress.

RECEIVED
OCT 15 2013
CPU - MXS0268

EXHIBIT "K"

22 159
Page 881

Received Date: 10/18/2013

RE: POLLY Y. BASSETT
ACCOUNT #: 72381
PAGE 3

**17 SEPTEMBER 2013:** (Continued)

There is range of motion of 0 to 120 degrees with pain at endpoint of both flexion and extension. There is a negative patellar grind. There is no gross patellar maltracking. The quadriceps and patellar tendons are nontender.

VASCULAR: The dorsalis pedis pulse is 2+ and equal.

INTEGUMENTARY: The skin is warm and dry.

**DIAGNOSTIC STUDIES:** MRI of the left knee was performed at Precision Diagnostic Imaging 03/12/2013. This study demonstrated irregularity of the patellar cartilage with some underlying subchondral cysts consistent with chondromalacia. There was thickening and edema in the MCL consistent with a partial tear. There was a joint effusion and a small Baker cyst. There was myxoid change in the posterior horn of the medial meniscus without evidence of tear.

Lumbar MRI performed at Precision Diagnostic Imaging 03/12/2013 demonstrated an L5-S1 torn annulus with associated disc herniation with bulging of the annuli at L1-L2, L2-L3, L3-L4, and L4-L5.

**DIAGNOSTIC IMPRESSION:**
1. A 50-year-old woman with lumbar sprain/strain with L5-S1 disc herniation and annular tear with multiple bulging annuli.
2. Left knee pain, synovitis, symptomatic medial collateral ligament sprain, chondromalacia patella.

**RECOMMENDATIONS:** I discussed with the patient her diagnoses, prognoses, and treatment options. I recommend intraarticular corticosteroid infiltration of the left knee to reduce the synovitis. I recommend the patient use a hinged knee orthosis to stabilize the knee and reduce stress on the MCL. Hopefully this will promote healing of the MCL sprain which is still symptomatic. I recommend the patient use an antispasmodic medication to reduce spasm in her back. The patient may benefit from continued chiropractic care. The patient will be seen back in the office in one month or as needed. On today's visit, she was fit and provided a hinged knee orthosis.

**PROCEDURE NOTE:** After receiving informed verbal consent from the patient regarding the risks of injection, which include infection and bleeding, the skin was prepped with alcohol and Betadine. The left knee was then infiltrated through an anterolateral approach with a mixture of 12 mg of betamethasone and 2 cc of lidocaine.

RECEIVED
OCT 1 5 2013
CPU - MXS0268

EXHIBIT "K"

22 160
Page 882

Received Date: 10/18/2013

RE: POLLY Y. BASSETT
ACCOUNT #: 72381
PAGE 4

**17 SEPTEMBER 2013:** (Continued)

The patient tolerated this well and was discharged from the office uneventfully after a brief period of observation and after being given aftercare instructions and follow-up instructions.

Michael A. Kelly, M.D., Ph.D.
MAK:mmb

cc: Barry P. Goldsmith, D.C.

RECEIVED
OCT 1 5 2013
CPU - MXS0268

EXHIBIT "K"

22 161
Page 883

Received Date: 10/18/2013