UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61984-CIV-MORENO/SELTZER

POLLY BASSETT,

    Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** has come before the Court upon Plaintiff's Motion for Leave to File Amended Response to Defendant's Motion for Summary Judgment [DE 70]. Plaintiff filed her original response [DE 66] on April 6, 2019. Upon receipt of Defendant's reply memorandum [DE 68], in which Defendant noted that Plaintiff failed to comply with Local Rule 56.1(a) in responding to Defendant's Statement of Facts [DE 64], Plaintiff sought leave to file an Amended Response. Defendant opposes the requested relief.

Local Rule 56.1 expressly cautions, "All material facts set forth in the movant's statement filed and supported as required above will be deemed admitted unless controverted by the opposing party's statement, provided that the Court finds that the movant's statement is supported by evidence in the record." S.D. Fla. L.R. 56.9(b). The opposing party's statement must "correspond with the order and with the paragraph numbering scheme used by the movant, but need not repeat the text of the movant's paragraphs." S.D. Fla. L.R. 56.1(a). Moreover, "[a]dditional facts which the party opposing summary judgment contends are material shall be numbered and placed at the

end of the opposing party's statement of material facts; the movant shall use that numbering scheme if those additional facts are addressed in the reply." Id.

Defendant objects to the filing of an amended response because it has already filed its reply memorandum without the benefit of a statement from Plaintiff about what she considers genuine issues in dispute or record citations to support her contentions. Defendant argues that an amended response would amount to an impermissible sur-reply.

The Court has considered the party's arguments and has reviewed Plaintiff's initial response and proposed amended response and concludes that it is appropriate to permit Plaintiff to amend her response in the format required by the Local Rules. See Levin v. Nationwide Home Loans, Inc., 2014 WL 11541634, at *1 (S.D. Fla. Mar. 14, 2014) (Rosenbaum, D.J.) (issuing a sua sponte order instructing non-moving party to amend its response to summary judgment motion to comply with Local Rule 56.1). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Amended Response to Defendant's Motion for Summary Judgment [DE 70] is **GRANTED.** Plaintiff shall file her Amended Response to Defendant's Motion for Summary Judgment by April 22, 2019. Defendant shall have seven days within which to file an amended reply.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of April 2019.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished counsel via CM/ECF