UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
In the matter of: Civil Case Transfers to
**District Judge Roy K. Altman**

| | |
|---|---|
| German v. Dep't of Corrections, | Case No: 17-62010 |
| Roberts v. Victoria's Secret Stores, | Case No: 18-61534 |
| Johnson v. Paradise Tiki Bar & Grill, | Case No: 18-61711 |
| Furno v. JP Morgan Chase Bank, et al. | Case No: 18-61921 |
| Bassett v. Walmart, Inc., | Case No: 18-61984 |
| Cohan v. Rosaen Sunoco, LLC, | Case No: 19-60419 |
| Podell v. Ethicon, Inc., | Case No: 18-62736 |
| Herst v. Berryhill, | Case No: 18-62818 |
| Ferraro v. Vital Recovery Servs. LLC, | Case No: 18-63072 |
| Dereluse v. Sobe Security, LLC, | Case No: 18-63106 |
| Schuel v. United States of America, | Case No: 19-60053 |
| Tobey *et al.* v. Cook, | Case No: 19-60102 |
| MedMaster Corp. v. Ho, | Case No: 19-60272 |
| Scottsdale Ins. v. The Singing Club, | Case No: 19-60293 |
| Hernandez v. PTS of America, *et al*, | Case No: 18-62681 |
| Gil v. City of Lauderdale, | Case No: 19-60560 |
| Kennedy v. Hashmukh Parekh | Case No: 19-60550 |
| Macias v. Peyton Bolin, PL | Case No: 19-60606 |
| Fuller v. Lola Chiq Boutique, | Case No: 19-60680 |
| Plouffe v. LendingClub Corp., | Case No: 19-60715 |
| Colonel v. AIDS Healthcare, | Case No: 19-60819 |
| Stoica v. Nygard, Inc., | Case No: 19-60834 |
| Morales v. San Francisco El Dorado, | Case No: 19-60850 |

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Roy K. Altman.**

Prior to executing this Order, the undersigned has reviewed the files and in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04), it is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the

**Honorable Roy K. Altman** as of _April 23, 2019_ for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RKA** in lieu of the present initials.

DONE and ORDERED at _Miami_, Florida, in chambers this _23rd_ day of _April_, 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

c: All counsel of record/pro se parties