UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP

    Defendant.

_____/

### DEFENDANT WAL-MART STORES EAST, LP'S UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF TRIAL

Defendant Wal-Mart Stores East, LP ("Wal-Mart"), by and through undersigned counsel, and under the rules of the Federal Rules of Civil Procedure, moves for a brief continuance of the trial date (scheduled to commence July 8, 2019) until week of September 30, 2019, and states:

    1.    On April 29, 2019, this Court sua sponte entered its Amended Scheduling Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge ("Trial Order") which scheduled the commencement of the trial of this matter for Monday, July 8, 2019. (*See* ECF No. 78).

    2.    At the hearing on Defendant's Motion for Summary Judgment on May 8, 2019, this Court discussed with the parties the possibility of a continuance given that lead trial counsel for Defendant, Jerry Hamilton, is scheduled to be out of the

country on July 8, 2019, and Plaintiff's counsel will be out of the country on May 12, 2019 through May 27, 2019 (ECF No. 79).

3. Furthermore, Defendant anticipates the need for potential further pre-trial motions and hearings, including but not limited to Daubert motion(s), pending receipt of Plaintiff's expert report which this court granted Plaintiff leave to obtain at the hearing on May 8, 2019, and granted leave for Wal-Mart to depose the expert. Per the Court's ruling at the May 8 hearing, the parties may also need to submit additional briefs on the Motion for Summary Judgment and have another hearing before the Court on same.

4. Wal-Mart requests a brief continuance of the trial to September 30, 2019, which will allow the parties an opportunity to have the anticipated pre-trial motions heard and decided. Wal-Mart clarifies, as discussed at the hearing, that it is not requesting that the discovery period be re-opened, but is solely requesting a continuance of the trial and pre-trial filings including the joint pretrial stipulation, proposed jury instructions, verdict form, motions in limine, Daubert motions, and witness and exhibit lists.

5. Plaintiff's counsel has no objection to the continuance requested. He has indicated he has another trial period in that time frame, but that the dates should be fine.

6. Wal-Mart attached is affidavit of good cause in compliance with Local Rule 7.6, attached as Exhibit "A."

- 2 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

**Memorandum of Law & Analysis**

Federal Rule of Civil Procedure 16(b)(4) permits the Court broad discretion to amend a scheduling order "for good cause and with the judge's consent." *See* Fed. R. Civ. P. 16(b)(4). A continuance may be granted within the broad discretion of the Court. *See Dempsey v. Mac Towing, Inc.*, 876 F.2d 1538 (11th Cir. 1989). Federal courts regularly permit a trial to be continued where there were scheduling conflicts. *See, e.g., Berrios v. Gentile*, No. 12-CV-7245, 2016 WL 758032, at *5 (E.D. Pa. Feb. 25, 2016) (explaining that "the Court moved the trial date to October 13, 2015, to accommodate the schedule of Plaintiff's counsel"); *Johnson v. Lawton*, No. CIV.A 10-2102, 2010 WL 3397479, at *3 (E.D. Pa. July 30, 2010) (explaining "due to a conflict in defense counsel's schedule, the matter was relisted for a jury trial on August 2, 2010, and again relisted due to a conflicting defense schedule for September 21, 2010").

For the foregoing reasons, Wal-Mart moves for this continuance and respectfully submits this request for a continuance is not being interposed for delay, but that good cause exists for the Motion, as specifically set forth above.

Wal-Mart greatly appreciates the Court's attention to this Motion and its consideration of this request for a brief extension. Wal-Mart respectfully submits that continuing the commencement of this trial to September 30, 2019, will not cause prejudice to any party and will not interfere with the efficient administration of justice. It is further hoped this will not be inconvenient to this Court.

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

WHEREFORE, Wal-Mart respectfully request this Court enter an Order continuing trial, and whatever other relief this Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3) the undersigned certifies that Defendant's counsel has conferred with Plaintiff's counsel, Matthew Tucker, Esq., before filing this Motion who has no objection to the continuance.

Respectfully submitted,

/s/ *Annalisa Gutierrez*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez
Florida Bar No. 97940
agutierrez@hamiltonmillerlaw.com
Gilda M. Chavez
Florida Bar No. 973173
gchavez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690
***Attorneys for Wal-Mart***

- 4 -

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 13, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/     *Annalisa Gutierrez*
Annalisa Gutierrez

## **SERVICE LIST**

Matthew Sean Tucker
Tucker Law
200 SE 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Matt@TuckerUp.com

HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200 · Miami, Florida 33131 · Telephone: 305-379-3686 · Facsimile: 305-379-3690