UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP

    Defendant.
_____/

## DECLARATION OF ANNALISA GUTIERREZ IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF TRIAL

1. I, Annalisa Gutierrez, the undersigned, make this Declaration based upon my own personal knowledge and attest to the truth of the facts that are stated herein. I am over 21 years old of age and in all respects qualified to make this Declaration.

2. I am a Senior Associate at Hamilton, Miller & Birthisel, LLP assigned to the defense of this matter.

3. This case involves Plaintiff's claim for personal injuries following an alleged slip and fall incident at one of Wal-Mart Stores East, LP"s ("Wal-Mart") stores. Defendant disputes liability and damages.

4. On April 29, 2019, this Court sua sponte entered its Amended Scheduling Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

Referring Certain Matters to Magistrate Judge ("Trial Order") which scheduled the commencement of the trial of this matter for Monday, July 8, 2019. (*See* ECF No. 78).

5.  At the hearing on Defendant's Motion for Summary Judgment on May 8, 2019, this Court discussed with the parties the possibility of a continuance given that lead trial counsel for Defendant, Jerry Hamilton, is scheduled to be out of the country on July 8, 2019, and Plaintiff's counsel will be out of the country on May 12, 2019 through May 27, 2019 (ECF No. 79).

6.  Furthermore, Defendant anticipates the need for potential further pre-trial motions and hearings, including but not limited to Daubert motion(s), pending receipt of Plaintiff's expert report which this court granted Plaintiff leave to obtain at the hearing on May 8, 2019, and granted leave for Wal-Mart to depose the expert. Per the Court's ruling at the May 8 hearing, the parties may also need to submit additional briefs on the Motion for Summary Judgment and have another hearing before the Court on same.

7.  Wal-Mart requests a brief continuance of the trial to September 30, 2019, which will allow the parties an opportunity to have the anticipated pre-trial motions heard and decided. Wal-Mart clarifies, as discussed at the hearing, that it is not requesting that the discovery period be re-opened, but is solely requesting a continuance of the trial and pre-trial filings including the joint pretrial stipulation,

2

**HAMILTON, MILLER & BIRTHISEL** LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

proposed jury instructions, verdict form, motions in limine, Daubert motions, and witness and exhibit lists.

8. Plaintiff's counsel has no objection to the continuance requested. He has indicated he has another trial period in that time frame, but that the dates should be fine.

Based on the above, Wal-Mart submits that good cause exists for a brief continuance until September 30, 2019. Further, continuing the commencement of this trial will not cause prejudice to any party and will not interfere with the efficient administration of justice. It is further hoped this will not be inconvenient to this Court.

**FURTHER DECLARANT SAYETH NAUGHT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2019.

/s/ Annalisa Gutierrez
Annalisa Gutierrez, Esq.
HAMILTON, MILLER & BIRTHISEL LLP.