UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP

    Defendant.
_____/

**NOTICE OF FILING DEPOSITION TRANSCRIPT IN SUPPORT OF WAL-MART STORES EAST, LP'S MOTION TO DISMISS FOR FRAUD UPON THE COURT**

Defendant, WAL-MART STORES EAST, LP ("Wal-Mart"), by and through undersigned counsel, hereby files the deposition transcript of Wayne Fraser, M.D., taken on March 13, 2019, attached as Exhibit "A" in support of Wal-Mart's Reply [ECF 69] to its Motion to Dismiss for Fraud Upon the Court [ECF 65].

Respectfully submitted,

/s/ *Annalisa Gutierrez*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez
Florida Bar No. 97940
agutierrez@hamiltonmillerlaw.com
Gilda M. Chavez
Florida Bar No. 973173
gchavez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:   (305) 379-3690
***Attorneys for Wal-Mart Stores East, LP***

CASE NO.: 0:18-cv-61984-ALTMAN/HUNT

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 17, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Annalisa Gutierrez
Annalisa Gutierrez, Esq.

**SERVICE LIST**

Matthew Sean Tucker
Tucker Law
200 SE 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Matt@TuckerUp.com