**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-61984-CIV-ALTMAN/Hunt**

**POLY BASSETT,**

    Plaintiff,

v.

**WAL-MART STORES, EAST, LP,**

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court upon the Defendant's Motion for Extension of Time and Motion for Sanctions [ECF No. 91], filed on June 21, 2019. Having reviewed the Motions and the record, the Court hereby **ORDERS and ADJUDGES** that the Motion for Extension of Time is **GRANTED.**

    Additionally, and pursuant to 28 U.S.C. § 636(b)(1), the Motion for Sanctions is hereby **REFERRED** to Magistrate Judge Hunt to take all necessary and appropriate actions under law. In light of the Court's order on the Motion for Extension of Time, the following deadlines will now apply:

    **July 1, 2019.** The Defendant will file a "Notice of Filing" with the Court and attach a copy of the transcript of Dr. Ellowitz's deposition from June 19, 2019.

    **July 3, 2019.** The parties shall finish the deposition of Dr. Ellowitz.

    **July 9, 2019.** The Defendant shall submit a renewed motion for summary judgment on the issue of causation. This motion shall be limited to **seven pages**.[1] The Defendant must attach

---

[1] The Defendant may incorporate by reference any, none, or all of the arguments it previously made in the original motion for summary judgment.

2

a copy of Dr. Ellowitz's 26(a)(2)(B) report and a copy of Dr. Ellowitz's deposition transcript to this motion. The parties shall also submit any *Daubert* motions.

**By July 15, 2019.** The Plaintiff shall submit a response, not to exceed **seven pages**, to the Defendant's renewed motion for summary judgment. The parties shall respond to the *Daubert* motions.

**By July 22, 2019**. The Defendant shall submit a reply, not to exceed **five pages**, to the Plaintiff's response to the motion for summary judgment. The parties shall reply to the responses to the *Daubert* motions.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of June 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record