## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-ALTMAN/Hunt

**POLLY BASSETT**,

      **Plaintiff,**

**v.**

**WAL-MART STORES EAST, L.P.**,

      **Defendant.**

## PLAINTIFF'S NOTICE OF FILING
## EMAIL FROM VERITEXT

The Plaintiff, POLLY BASSETT, by and through undersigned counsel, files an email from Veritext advising the Hamilton Miller & Birthisel failed to schedule a court reporter for the morning of July 3, 2019, and Hamilton Miller & Birthisel—despite reserving two hours of the Doctor's time—choose to cancel the deposition instead of waiting for the court reporter to show.

Dated: July 11, 2019

      Respectfully submitted,

      By: s/Matthew Sean Tucker
      Matthew Sean Tucker
      Florida Bar No. 90047
      Tucker Law®
      200 SE 6TH Street, Suite 405
      Fort Lauderdale, FL 33301
      Telephone: (954) 204-0444
      Facsimile: (954) 358-4946
      Matt@TuckerUp.com
      *Attorney for Plaintiff(s)*

**Page 1 of 2**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 11, 2019, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record

and interested parties through this system.

By: <u>s/Matthew Sean Tucker</u>

**<u>Service List:</u>**
**Annalisa Gutierrez, Esq.**
**Gilda M. Chavez, Esq.**
**Jerry D. Hamilton, Esq.**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
agutierrez@hamiltonmillerlaw.com
gchavez@hamiltonmillerlaw.com
jhamilton@hamiltonmillerlaw.com

**Subject:** Basset vs. Walmart
**From:** "ARamsay - Calendar Associate" <calendar-corp@veritext.com>
**Date:** 7/11/2019, 12:48 PM
**To:** matt@tuckerup.com

In regards to the Basset v. Walmart, we received the scheduling for you 7/3/19 hearing at 8:43 AM. However, the information given stated that the hearing was scheduled to start at 8:30. We made calls to reporters for and got the overall consensus that our nearest reporter was 1 hour away. At 8:52AM, we relayed the info to our client, Hamilton Miller & Birthisel, at which point they directed us to cancel the request as the hearing would need to be continued.

We are still awaiting the new date.

Hope this helps!

Kind regards,

—

**Ashley Ramsay** | Calendar Associate



**P** 800-567-8658 | **F 877-202-5077**
calendar-corp@veritext.com
www.veritext.com

─Attachments:───────────────────────────

c54ab8d7                                                    0 bytes