IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-ALTMAN/Hunt

**POLLY BASSETT**,

    **Plaintiff,**

v.

**WAL-MART STORES EAST, L.P.**,

    **Defendant.**

### PLAINTIFF'S NOTICE OF INTENT TO OFFER SUMMARY AND EVIDENCE AT TRIAL

Plaintiff intends to offer summaries of medical expenses, other economic damages, case related testimony, and medical treatment into evidence at trial. *See* Fed. R. Evid. 1006; § 90.956, Fla. Stat. The summary and documents from which the summary was made are available for inspection and copying at the undersigned's office.

Plaintiff intends to offer the following records as evidence in this case by signed certificates of authenticity. *See* Fed. R. Evid. 803(6), 902(11)-(12), §§ 90.803(6), .902(11), Fla. Stat. The records and certificates are available for inspection and copying at the undersigned's office. The records include:

1. Records, bills, notes, and file of Margate Chiropractic Clinic regarding assessment, diagnosis, and treatment of Plaintiff.

2. Records, bills, notes, and file of Precision Daignostic, Inc. regarding assessment, diagnosis, and treatment of Plaintiff.

3. Records, bills, notes, and file of Andrew S. Ellowitz, M.D., P.A. regarding assessment, diagnosis, and treatment of Plaintiff.

4. Records, bills, notes, and file of Northwest Medical Center regarding assessment, diagnosis, and treatment of Plaintiff.

5. Records, bills, notes, and file of Personal Ortho Care regarding assessment, diagnosis, and treatment of Plaintiff.

6. Records, bills, notes, and file of Outpatient Surgical Services regarding assessment, diagnosis, and treatment of Plaintiff.

7. Records, bills, notes, and file of Urgent Med regarding assessment, diagnosis, and treatment of Plaintiff.

8. Records, bills, notes, and file of Canyon Medical Billing, LLC regarding assessment, diagnosis, and treatment of Plaintiff.

9. Records, bills, notes, and file of Anesthesia Associates of Broward County PA regarding assessment, diagnosis, and treatment of Plaintiff.

10. Records, bills, notes, and file of North Broward Radioligst, P.A. regarding assessment, diagnosis, and treatment of Plaintiff.

11. Records, bills, notes, and file of Coral Springs Fire Department regarding assessment, diagnosis, and treatment of Plaintiff.

12. Records, bills, notes, and file of Coconut Creek Emergency Physicians regarding assessment, diagnosis, and treatment of Plaintiff.

13. Records, bills, notes, and file of Radiology Physician Solution regarding assessment, diagnosis, and treatment of Plaintiff.

14. Records, bills, notes, and file of Urgent Med regarding assessment, diagnosis, and treatment of Plaintiff.

15. Records, bills, notes, and file of Phoenix ED Med of Broward regarding assessment, diagnosis, and treatment of Plaintiff.

16. Records, bills, notes, and file of Outpatient Surgical Services regarding assessment, diagnosis, and treatment of Plaintiff.

17. Records, bills, notes, and file of Quest Diagnostics regarding assessment, diagnosis, and treatment of Plaintiff.

18. Records, bills, notes, and file of Consolidated Medical Associates regarding assessment, diagnosis, and treatment of Plaintiff.

19. Records, bills, notes, and file of Broward Health Coral Springs regarding assessment, diagnosis, and treatment of Plaintiff.

20. Records, bills, notes, prescriptions and file of CVS (pharmacy) regarding assessment, diagnosis, treatment, and prescriptions of Plaintiff.

21. Records, notes, and 1099s of American In-Home Care, LLC.

22. Records, notes, and 1099s of JN Nursing Registry, Inc.

23. Records, notes, and 1099s of Platinum Select Nursing, LLC

24. Records, notes, and 1099s of Whitsyms Nursing Registry

25. Records, notes, and 1099s of Payfirst Services, Inc.

*Signature on Next Page*

Dated: July 16, 2019

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law®
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and have provided documents Bates Stamped BASSETT000001-BASSETT001066.

By: s/Matthew Sean Tucker

**Service List:**
**Annalisa Gutierrez, Esq.**
**Gilda M. Chavez, Esq.**
**Jerry D. Hamilton, Esq.**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
agutierrez@hamiltonmillerlaw.com
gchavez@hamiltonmillerlaw.com
jhamilton@hamiltonmillerlaw.com