UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61984-CIV-ALTMAN/Hunt

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## WAL-MART STORES EAST, LP'S AMENDED EXHIBIT LIST

Defendant WAL-MART STORES EAST, LP, ("WAL-MART"), by and through its undersigned counsel, and pursuant Fed. R. Civ. P. 26(a)(3), and this Court's Amended Scheduling Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge [ECF No. 87], hereby files its Amended Exhibit List.[1]

| No. | Exhibits Sam's East Expects To Offer | Plaintiff's Objections |
|---|---|---|
| 1. | CCTV footage of Plaintiff's incident of December 24, 2016. | |
| 2. | Dr. Richard Simon's expert reports. | |
| 3. | Nicole Bonaparte's expert reports. | |
| 4. | Dr. Paul Koenigsberg's expert reports. | |
| 5. | Plaintiff's medical records from Dr. Barry Goldsmith, DC/ Margate Chiropractic Clinic. | |
| 6. | Plaintiff's medical records from Iso-Diagnostic Testing, Inc. | |
| 7. | Plaintiff's medical records from Regional Interventional Spine Physicians/James Padula, DO. | |
| 8. | Plaintiff's medical records from Precision | |

---

[1] Defendant amends the exhibit list to include the report of vocational rehabilitation expert Cossette Tamargo, which was inadvertently not included in the previous filing due a scrivener's error. Ms. Tamargo was timely disclosed with Defendant's expert witness disclosures, with a report and the substance of her opinions.

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

|     |                                                                                                       |     |
| --- | ----------------------------------------------------------------------------------------------------- | --- |
|     | Diagnostic, Inc.                                                                                      |     |
| 9.  | Plaintiff's medical records from MWH Medical Consulting, LLC.                                         |     |
| 10. | Plaintiff's medical records from Northwest Broward Orthopaedic Associates, PA/Michael Kelly, MD.      |     |
| 11. | Plaintiff's medical records from Wayne Fraser, MD.                                                    |     |
| 12. | Plaintiff's medical records from Tri-Country Diagnostic and Imaging Center, LLC.                      |     |
| 13. | Plaintiff's pharmacy records from Kings Pharmacy Coral Springs.                                       |     |
| 14. | Plaintiff's medical records from Tri-Country Diagnostic and Imaging Center, LLC.                      |     |
| 15. | Plaintiff's medical records from UrgentMed Plantation.                                                |     |
| 16. | Records from Aetna – Coventry Health Care, Inc.                                                       |     |
| 17. | Records from Ambetter.                                                                                |     |
| 18. | Records from Radiology Physician Solution.                                                            |     |
| 19. | Records from Anesthesia Associates of Broward.                                                        |     |
| 20. | Records from North Broward Radiologist PA.                                                            |     |
| 21. | Records from Coconut Creek Emergency Physicians.                                                      |     |
| 22. | Plaintiff's medical records from Broward Health Coral Springs.                                        |     |
| 23. | Plaintiff's medical records from Cardio Nuclear Diagnostic.                                           |     |
| 24. | Plaintiff's medical records from Northwest Medical Center.                                            |     |
| 25. | Plaintiff's medical records from Broward Health Coral Springs.                                        |     |
| 26. | Plaintiff's medical records from Jon Guben, MD.                                                       |     |
| 27. | Plaintiff's medical records from Andrew Ellowitz, MD.                                                 |     |
| 28. | Plaintiff's medical records from Fern TaisenChoy-Bent, MD.                                            |     |
| 29. | Records received from Progressive Group of Insurance Companies.                                       |     |
| 30. | February 15, 2013 Application for Florida "No Fault" Benefits.                                        |     |
| 31. | Plaintiff's medical records from HSU and Loy Medical Group.                                           |     |
| 32. | Plaintiff's medical records from Angela Marinez.                                                      |     |
| 33. | January 12, 2019 video of Plaintiff from On Track Investigations, Inc.                                |     |

| | | |
|---|---|---|
| 34. | February 2, 2019 video of Plaintiff from On Track Investigations, Inc. | |
| 35. | Still shots of videos taken of Plaintiff by On Track Investigations, Inc. | |
| 36. | Employment records from Whitsyms Nursing Service. | |
| 37. | Employment records from JN Nursing Registry, Inc. | |
| 38. | Employment records from Platinum Select Nursing. | |
| 39. | Plaintiff's Customer Incident Report dated December 24, 2016. | |
| 40. | Photographs of the Plaintiff. | |
| 41. | Photographs of the incident area. | |
| 42. | Still shots of CCTV footage. | |
| 43. | Blow ups of CCTV footage. | |
| 44. | Exhibits attached to depositions and not objected to by Wal-Mart. | |
| 45. | Exhibits listed in Plaintiff's Exhibit List and not objected to by Wal-Mart. | |
| 46. | Plaintiff's Verified Answers to Interrogatories, dated October 19, 2018. | |
| 47. | Plaintiff's Amended Answers to Interrogatories, dated January 7, 2019 | |
| 48. | Plaintiff's Social Media Postings. | |
| 49. | CCTV Timeline. | |
| 50. | Medical Treatment Timeline. | |
| 51. | Plaintiff and Plaintiff's attorney letters of Protection/Assignment of Benefits form/ deferral of payment for medical treatment received | |
| 52. | March 12, 2013, MRI of the Lumbar Spine, Precision Diagnostics, Inc., Bruce Rodan, MD. | |
| 53. | March 12, 2013, MRI of the Left Knee, Precision Diagnostics, Inc., Bruce Rodan, MD. | |
| 54. | September 23, 2016, X-Ray of the Left Knee, Cardio Nuclear Diagnostic, Gerard Schmidt, MD. | |

| | | |
|---|---|---|
| 55. | September 23, 2016, X-Ray of the Right Knee, Cardio Nuclear Diagnostic, Gerard Schmidt, MD. | |
| 56. | December 25, 2016, X-Rays of the Right Humerus, Northwest Medical Center, Craig Kolodzieg, MD. | |
| 57. | December 25, 2016, X-Rays of the Right Elbow, Northwest Medical Center, Craig Kolodzieg, MD. | |
| 58. | December 25, 2016, X-Rays of the Right Knee, Northwest Medical Center, Craig Kolodzieg, MD. | |
| 59. | December 28, 2016, X-Rays of the Lumbar Spine, Coral Springs Medical Center, Jon Guben, MD. | |
| 60. | December 28, 2016, X-Rays of the Right Hip, Coral Springs Medical Center, Jon Guben, MD. | |
| 61. | January 24, 2017, MRI of the Lumbar Spine, Precision Diagnostics, Inc., Bruce Rodan, MD. | |
| 62. | January 27, 2017, MRI of the Right Knee, Precision Diagnostics, Inc., Bruce Rodan, MD. | |
| 63. | September 23, 2016, X-Ray of Right and Left Knee and report, CardioNuclear Diagnostic, Juan Loy | |
| 64. | Dr. Wayne Fraser, Physician's Note December 3, 2012 | |
| 65. | Dr. Michael Kelly Records Dated September 17, 2013 | |
| 66. | Dr. Wayne Fraser, Physician's Note November 20, 2014 | |
| 67. | December 23, 2017, MD Now Urgent Care, General Work Physical Form, Dr. Christopher D'Angelo | |
| 68. | July 5, 2017, MRI of the Cervical Spine, Tri-Country Diagnostic and Imaging Center, LLC, Modesto Torres, MD. | |

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

| 69. | All diagnostic films taken of the Plaintiff including MRI's or X-rays. | |
|---|---|---|
| 70. | Documents relied upon Defendant's experts to reach opinions | |
| 71. | Demonstrative Aids. | |
| 72. | Cossette Tamargo's expert report. | |

Wal-Mart reserves the right to supplement and/or amend this Exhibit List before trial and as information becomes known.

Respectfully submitted,

*/s/ Annalisa Gutierrez*
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez
Florida Bar No. 97940
agutierrez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:   (305) 379-3690
***Attorneys for Wal-Mart Stores East, LP***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Annalisa Gutierrez*
Annalisa Gutierrez, Esq.

**SERVICE LIST**

Matthew Sean Tucker, Esq.
Tucker Law
200 SE 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Matt@TuckerUp.com