IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-FAM


POLLY BASSETT,

     Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,

     Defendant.
_____/


DEPOSITION OF VIRGIL DIXON

TAKEN ON BEHALF OF THE PLAINTIFF

FEBRUARY 26, 2019
12:00 P.M. TO 4:36 P.M.

200 SE 6TH STREET, SUITE 405
FORT LAUDERDALE, FLORIDA 33301


REPORTED BY:
BRANDY SPOUTZ, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

```
 1                  APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE PLAINTIFF:

 3        MATTHEW TUCKER, ESQUIRE
          TUCKER LAW
 4        200 SE 6TH STREET, SUITE 405
          FORT LAUDERDALE, FLORIDA 33301
 5        954-204-0444
          MATT@TUCKERUP.COM
 6
     ON BEHALF OF THE DEFENDANT:
 7
          ANNALISA GUTIERREZ, ESQUIRE
 8        HAMILTON, MILLER & BIRTHISEL
          150 SE 2 AVENUE
 9        MIAMI, FLORIDA 33131
          305-379-3686
10        AGUTIERREZ@HAMILTONMILLERLAW.COM

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Dixon, Virgil  02-26-2019          Page 3 of 201

```
 1                    INDEX OF EXAMINATION

 2   WITNESS:  VIRGIL DIXON
                                                  PAGE
 3   DIRECT EXAMINATION
          BY MATTHEW TUCKER, ESQUIRE                 6
 4
     CROSS EXAMINATION
 5        BY ANNALISA GUTIERREZ, ESQUIRE           144

 6   RE-DIRECT EXAMINATION
          BY MATTHEW TUCKER, ESQUIRE               171
 7
     RE-CROSS EXAMINATION
 8        BY ANNALISA GUTIERREZ, ESQUIRE           194

 9   FURTHER RE-DIRECT EXAMINATION
          BY MATTHEW TUCKER, ESQUIRE               198
10
     FURTHER RE-CROSS EXAMINATION
11        BY ANNALISA GUTIERREZ, ESQUIRE           199

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    INDEX OF EXHIBITS

 2   EXHIBIT              DESCRIPTION                 PAGE

 3        1    STORE MAP                               26

 4        2    GM VESTIBULE BLOW UP                    26

 5        3    LETTER FROM LAWLOR, WHITE & MURPHEY     37

 6        4    VIDEO GLARE GONE                       193

 7        5    VIDEO WITH GLARE                       195

 8

 9

10

11

12

13

14                INDEX OF CERTIFIED QUESTIONS

15   PAGE(S)                                      LINE(S)

16        45                                          20

17        62                                           6

18

19

20

21

22

23

24

25
```

1          VIDEOTAPED DEPOSITION OF VIRGIL DIXON

2                    FEBRUARY 26, 2019

3          THE COURT REPORTER:  Okay.  We are now on the

4     video record.  We are here today February 26, 2019

5     and the time is approximately 12:00 p.m.

6          We are here for the video deposition of Virgil

7     Dixon in the matter of Polly Bassett vs. Walmart

8     Stores East, LP, Case Number 018-CV- 61984-FAM.

9          Our current location is 200 Southeast 6th

10    Street, Suite 405, Fort Lauderdale 33301. The Court

11    Reporter is Brandy Price with Universal Court

12    Reporting. Would counsel please introduce

13    themselves for the record?

14         MR. TUCKER:  And the Videographer,

15    Videographer too.  There is also a Videographer.

16         THE COURT REPORTER:  Correct.

17         MR. TUCKER:  All right.

18         THE COURT REPORTER:  And also the Videographer

19    is Brandy Price with Universal Court Reporting.

20    Would counsel please introduce themselves for the

21    record?

22         MR. TUCKER:  Matthew Tucker, on behalf of the

23    Plaintiff, Polly Bassett.

24         MS. GUTIERREZ:  Annalisa Gutierrez, on behalf

25    of Walmart.

```
 1              THE WITNESS:  Virgil Dixon, on behalf of

 2         Walmart, Store 1387.

 3    Thereupon:

 4                      VIRGIL DIXON

 5    was called as a witness, and after having been first

 6    duly sworn, testified as follows:

 7                   DIRECT EXAMINATION

 8    BY MR. TUCKER:

 9         Q    Can you please spell your first and last name?

10         A    First name Virgil V-I-R-G-I-L and last name

11    Dixon D-I-X-O-N.

12         Q    And what's your current address?

13         A    201 South Santa Catalina Circle, North

14    Lauderdale, Florida 33068.

15              MS. GUTIERREZ:  Can you say that one more

16         time, South?

17              THE WITNESS:  South.

18              MS. GUTIERREZ:  Spell out for me.

19              THE WITNESS:  S-O-U-T-H.

20              MS. GUTIERREZ:  Right.

21         A    Santa S-A-N-T-A Catalina C-A-T-A-L-I-N-A

22    Circle.

23         Q    (By Mr. Tucker) How long have you lived there?

24         A    I don't know.  Since 2006, 12 years.

25         Q    Planning on moving?
```

```
1         A    No.

2         Q    You own?

3         A    Yes.

4         Q    All right.  Have you ever had your deposition

5    taken before?

6         A    Yes.

7         Q    How many times?

8         A    I can't recall.

9         Q    Do you have an estimate?

10        A    Probably 10.

11        Q    All for Walmart?

12        A    Several with Walmart, several with the State

13   of probation.

14        Q    With what?

15        A    Probation.

16        Q    And what do you mean by probation?

17        A    I was juvenile probation officer for the State

18   of Florida.

19        Q    You had your deposition taken in probation

20   cases?

21        A    Yes.

22        Q    All right.  You know why you're here today?

23        A    Yes.

24        Q    Why are you here?

25        A    According to the order, for the accident that
```

```
 1   happened with Ms. Bassett.
 2       Q    Okay.  And why do you think you're here for
 3   that case?
 4       A    I don't know.
 5       Q    No idea?
 6       A    I answered the question I guess.
 7       Q    All right.  Let's go over some ground rules
 8   even though it sounds like you have some experience.
 9   We're going to be asking you questions and you're going
10   to be answering them under oath. Do you understand that?
11       A    Yes.
12       Q    And you understand that we need complete
13   answers to my questions today?
14       A    Yes.
15       Q    All right. And even though you're being
16   videotaped, the Court Reporter is taking down your
17   answers; and so in order to have a complete transcript,
18   we need you to give answers such as "yes" or "no," not
19   "uh-huhs" or "um-hums," head shakes, head nods, etc.  Do
20   you understand that?
21       A    Yes.
22       Q    All right.  And you understand your moral and
23   legal obligation to tell the truth today?
24       A    Yes.
25       Q    You understand that I am entitled to full and
```

```
 1    complete answers to my questions?

 2         A    Repeat that?

 3         Q    I am entitled to full and complete answers to

 4    my questions today?

 5         A    Yes.

 6         Q    And that telling only part of the truth is not

 7    a full and complete answer?

 8         A    I can only tell what I know.

 9         Q    And do you understand that telling only part

10    of the truth is not giving a full and complete answer to

11    my questions today?

12         A    I'm going to tell you what I know -- the truth

13    of what I know.

14         Q    Okay.  And my question is just a little

15    different.  I'm just asking you if you understand that

16    telling only part of the truth is not giving a full and

17    complete answer to the question.

18         A    Okay.  Yes, I understand.

19         Q    All right. It's really important as one of the

20    rules today that we not talk over each other. In normal

21    conversation it's very frequent; however, it's very

22    difficult for the Court Reporter to get down what you're

23    saying if you don't let me get my full question.  I'll

24    give you all the time to answer that you need, okay?

25         A    Okay.
```

1      Q     If you don't understand my question, please

2    ask me to rephrase.  Is that fair?

3      A     Yes.

4      Q     And if you do answer a question then it will

5    be -- would you agree that it would be fair for me to

6    assume that you understood the question today?

7      A     Yes.

8      Q     Do you understand the difference between a

9    guess and an estimate?

10     A     Yes.

11     Q     We don't want you to guess today, okay?

12     A     Okay.

13     Q     That's different than estimating.  Fair?

14     A     Fair.

15     Q     I don't think this deposition will be that

16   long, but if you need a break at any time, you're

17   welcome to take a break.  And I see there is water

18   there, if you need it, feel free to drink water while

19   you're doing your deposition, okay?

20     A     Thank you.

21     Q     How long have you worked for Walmart?

22     A     Five years.

23     Q     Do you know the start date?

24     A     Start date was July 13, 2013.

25     Q     Have you always -- well the store that we're

1  here for today, is that 1387?

2      A    Yes.

3      Q    Okay.  How long have you been at 1387?

4      A    Since my start date.

5      Q    Do you have the same role today that you had

6  on July 13, 2013?

7      A    Repeat.

8      Q    What is your role at Walmart?

9      A    Asset Protection Manager.

10     Q    Have you always been an asset protection

11  manager at Walmart?

12     A    Yes.

13     Q    So, when you got hired on July 13, 2013, were

14  you an asset protection manager?

15     A    Yes.

16     Q    How did you get into that role as an asset

17  protection manager?

18     A    I applied for a job with Walmart dealing with

19  asset protection.

20     Q    What were you doing before asset protection

21  for Walmart?

22     A    I was a juvenile probation officer.

23     Q    Do you have a degree?

24     A    Yes.

25     Q    What's your degree in?

 1       A    AA in law enforcement, Bachelor of Science in

 2   sociology.

 3       **Q    A B.S. in what?  Bachelor of Science in what?**

 4       A    Sociology.

 5       **Q    Where did you get your degrees from?**

 6       A    Southern University in Baton Rouge, Louisiana.

 7       **Q    What's it called?**

 8       A    Southern University.

 9       **Q    Can you spell that?**

10       A    S-O-U-T-H-E-R-N University.

11       **Q    And were you in Florida before you were hired**

12   **on July 13, 2013?**

13       A    Yes.

14       **Q    How long had you been in Florida?**

15       A    Since 1999.

16       **Q    How long did you work as a probation officer?**

17       A    Seven years.

18       **Q    And why did you decide to apply to Walmart and**

19   **leave probation field?**

20       A    I needed a change.

21       **Q    Anything else?**

22       A    That was it.  Money.

23       **Q    Money?**

24       A    Yeah.

25       **Q    They pay you more?**

1    A    Yes.

2    Q    **When you started at Walmart on July 13, 2013,**

3    **did you receive any training?**

4    A    Yes.

5    Q    **And over the course of your time leading up to**

6    **the fall in December 24, 2016 that you're here for**

7    **today, did you receive training regarding store videos?**

8    A    Yes.

9    Q    **Tell me about your store training for the CCTV**

10   **video cameras.**

11   A    The training I received was pretty much where

12   we were able to learn the system that we're using within

13   the store which is Merch, pretty much how to use the

14   live feed and how to use the CCTV investigative feed

15   dealing with the Merch system for the store.

16   Q    **Is there a difference between a live feed and**

17   **the investigative feed?**

18   A    Yes. The live feed is running live you can

19   actually see it, where the investigative feed is when

20   you go back to see something that happened at a previous

21   time.

22   Q    **Were you working on December 24, 2016?**

23   A    Yes, I was that day.

24   Q    **Is that because it was Christmas Eve day?**

25   A    Yes.

1      Q     Is that a busy day for Walmart?

2      A     It's the day we're going to close the store.

3      Q     And my question is a little bit different, I'm

4    just asking if it's a busy day for Walmart on

5    December 24, 2016 Christmas Eve day?

6      A     Yes.

7      Q     Where were you on December 24, 2016 when the

8    Plaintiff fell?

9      A     I was -- I was not working that time.

10     Q     What time did you get to work?

11     A     Potentially early afternoon.

12     Q     Was there anybody working in the asset -- is

13   it called the asset protection department or what would

14   you call it?

15     A     Yeah, asset protection department, loss

16   prevention.

17     Q     Okay.  Is loss prevention -- what's the role

18   of loss prevention for Walmart?

19     A     It's to deter theft, apprehend individuals

20   with all elements with shoplifting, to assist with

21   providing a safe shopping experience for customers as

22   well as associates.

23     Q     Anything else?

24     A     Are you talking about asset protection or are

25   you talking about my role?

1      Q    I'm talking about the department of asset

2  protection and loss prevention.  It sounds like they are

3  the same, right?

4      A    Yeah, pretty much is what I just stated and

5  mitigating shrink --

6      Q    Mitigate what?

7      A    Mitigating shrink if it's between things that

8  we purchase and things that we physically have in the

9  store.

10     Q    I'm not sure I follow you. Is mitigating

11 shrink the same as loss prevention in trying to deter

12 theft?

13     A    Yeah, because shrink comes in different ways,

14 so yes.

15     Q    How does it come?

16     A    It can be paperwork, it can be stuff that they

17 we say we received -- they say we received but we never

18 received and it creates shrink.

19     Q    So, like there may be a container that they

20 say you showed up that didn't show up?

21     A    Yes, we paid for but it never came in -- came

22 into the store.

23     Q    Okay.  And then shrink also includes the theft

24 deters?

25     A    The theft.

1       Q    Okay.  And then you mentioned a safe shopping

2   experience.

3       A    Yes.

4       Q    What does that mean?

5       A    Pretty much staying within the guidelines of

6   the company with ensuring that we have supplies in the

7   store that we're doing -- conducting safety sweeps as we

8   walk and things -- different things.

9       Q    What's the requirement for Walmart for safety

10  sweeps?

11      A    As you -- as you work -- we clean as we work.

12      Q    Say it again?

13      A    Clean as you work.

14      Q    Okay.  Is there any particular guidelines for

15  safety sweeps in Walmart?

16           MR. GUITERREZ:  Objection to form.  You can

17      answer.

18      A    No particular, safety sweep is a safety sweep,

19  you just walk an area and you ensure that the counters

20  are nice and neat, nothing is on the floor and no

21  foreign objects, clear path.

22      Q    (By Mr. Tucker) So, safety sweep doesn't

23  necessarily mean you're taking a broom and sweeping the

24  floor?

25      A    That -- that's part of safety sweep as well.

1    It could be me just walking down several aisles just

2    ensuring that there is nothing on the floor.  If

3    something is on the floor, I'll stop and guard it.

4         **Q    So, just so we're clear, safety sweep includes**

5    **without having any supplies, no mops, no brooms, no**

6    **cones, just a person physically walking through the**

7    **store?**

8         A    Yes.

9         **Q    And that would include the vestibule?**

10        A    Yes.

11        **Q    When you say that your role for loss**

12   **prevention is and I heard three things.  Correct me if**

13   **there is anything more than three. I know we already**

14   **asked, but correct me if there is more. Theft -- deter**

15   **theft which actually sounds like it's just part of**

16   **mitigating shrink, there is mitigating shrink and**

17   **providing a safe shopping experience. Yes?**

18        A    Yes.

19        **Q    Okay.  How does loss prevention provide a safe**

20   **shopping experience? How does your role in your**

21   **department provide a safe shopping experience?**

22        A    No different than any other associate that

23   works at the store.

24        **Q    But what is -- how does asset protection also**

25   **provide a safe shopping experience? I'm not sure I**

1    **follow.**

2         **In other words, is your job to monitor others**

3    **who are supposed to be providing a safe shopping**

4    **experience or is asset protection actually supposed to**

5    **provide a safe shopping experience?**

6         A    No, asset protection is more of a support

7    system to provide a safe shopping environment because

8    they are able to -- they may walk a lot and they are,

9    like, in plain clothes.

10        So, they may see things or they may be on

11   cameras, they may see something in an area and enable to

12   notify maintenance to respond to a certain area or

13   associate to respond to a certain area.

14        It is not their job role to provide a safe

15   shopping experience, it's pretty much every associate in

16   store to provide a safe shopping experience.

17        **Q    Does asset protection review the CCTV video in**

18   **Walmart to make sure that its employees are providing a**

19   **safe shopping experience?**

20        A    No.

21        **Q    So, does asset protection review any CCTV**

22   **video to ensure that employees are following the**

23   **guidelines of Walmart?**

24        A    No.  With safety?  Dealing with safety?

25        **Q    Yes.**

Dixon, Virgil  02-26-2019          Page 19 of 201

```
 1       A     No.

 2       Q     Do they review for anything else?

 3       A     With job like auditing.  If we're auditing

 4  something related to a certain job task with, like,

 5  receiving merchandise and things like that, we would

 6  have to review video just to make sure they're within

 7  policy and procedure.

 8       Q     Is that more of a mitigating shrink issue?

 9       A     Yes.

10       Q     Okay.  But not for safety issues?

11       A     No.

12       Q     Walmart -- are you aware of anyone that

13  reviews the CCTV video for safety issues?

14       A     Well, when you say safety and compliance, we

15  review CCTV for compliance based on power lifting

16  equipment ensuring that managers are verifying that

17  equipment and inspecting it.

18       Q     Okay.  But not for spills on the floor?

19       A     No.

20       Q     Can anybody -- who has access to the CCTV

21  video?

22       A     Asset protection and salary management.

23       Q     All salary management?

24       A     Yes.

25       Q     Does salary management ever go into the --
```

1    well first of all, let's scratch that.  Is there an area

2    in Walmart where the video cameras or the screens for

3    the video cameras are?

4         A    Yes.

5         Q    And is it a separate room?

6         A    Yes.

7         Q    The only thing in that room is asset

8    protection?

9              MS. GUITERREZ:  Objection to form.

10        Q    (By Mr. Rucker) Well you tell me, is there

11   anything else in the room besides for, you know, the

12   room for asset protection that has video camera screens

13   on it?

14        A    I don't understand the question.

15        Q    Well, what's in the room that contains the

16   video screen for the CCTV cameras?

17        A    It's an office that is used by asset

18   protection.  It has video, monitors and computer.

19        Q    Is there anything else in there besides --

20        A    Reports.

21        Q    Let me just get my full question out.  Is

22   there anything else in there besides for video monitors,

23   computers and what you just said reports?

24        A    That's it.

25        Q    And do the salary managers go in there

1    frequently?

2         A    No, not frequently.

3         **Q    Do they ever go in there without asset**

4    **protection?**

5         A    They have access to it.

6         **Q    Is asset protection ever not watching the**

7    **video screens?**

8         A    Yes.

9         **Q    When does asset protection not watch the video**

10   **screens?**

11        A    When they're on the floor, when they are doing

12   routines, doing their job.

13        **Q    Was there anybody watching the screens on**

14   **December 24, 2016?**

15        A    I can't -- I can't recall.

16        **Q    Why not?**

17        A    Because I wasn't there -- I know I wasn't

18   there that morning and I can't recall if someone was

19   working that morning in asset protection, and if they

20   were, I can't recall if they were actually in the office

21   looking at the monitors.

22        **Q    Okay. Is that something you're able to check**

23   **on?**

24        A    No.

25        **Q    You would not be able to determine if you had**

1  **an asset protection employee working at the time of the**

2  **slip and fall in December 24, 2016?**

3      A    I'm not -- I'm not sure if I could go back

4  that far, I'm not sure.

5      **Q    Well, why aren't you sure about that?**

6      A    Because of the time retention.

7      **Q    Okay.  Is there any reason for you to believe**

8  **that you could not go back that far and determine if an**

9  **employee was working?**

10     A    From previous investigation I do not -- I do

11  not think I could go back past six months to see who is

12  scheduled to work or a schedule.

13     **Q    Tell me about an investigation where you are**

14  **basing this on where you are not able to go back and**

15  **determine if an employee was working?**

16     A    I can't exactly say what investigation, but

17  from my investigation experience I have tried.  I can

18  recall going back to see when an employee worked and I

19  think it's like retention.  I'm not sure of the exact

20  amount of time.

21     **Q    Do you remember those other cases why you went**

22  **back to look?**

23     A    You said investigation.

24     **Q    Right.  Do you know why?**

25     A    Theft.

```
 1        Q    Do you remember a specific instance that there

 2   was a theft that you had to go back and look to see if

 3   an employee was working?

 4        A    No.  No, I don't -- I can't recall the exact

 5   incident.

 6        Q    Do you remember the item that was stolen in

 7   those investigations that you're talking about?

 8        A    No.

 9        Q    Do you remember anything at all regarding

10   those investigation where you went back to look to see

11   if an employee was working at that time?

12        A    I can't, I would be guessing.

13        Q    Who -- you reviewed the CCTV video in this

14   case?

15        A    Yes.

16        Q    Based on what you saw, was it a busy day?

17        A    No.

18        Q    What would a busy day look like?

19        A    A busy day, it depend on -- it depends on the

20   day, there's lot of customers.

21        Q    Was there -- how much video did you review in

22   this case?

23        A    How much video?

24        Q    Um-hum.

25             MS. GUITERREZ:  Objection to form.
```

```
 1        A     I reviewed video of the incident.

 2        Q     (By Mr. Tucker) And did you have to review

 3   multiple cameras and determine which one to preserve?

 4        A     Yes.

 5        Q     Which camera angles did you review?

 6        A     I reviewed each camera that was in the

 7   vestibule -- the GM vestibule.

 8        Q     And how many cameras are in the GM vestibule?

 9        A     Four.

10        Q     Are there any cameras above the door?

11        A     Yes.

12        Q     Are there any cameras to the sides of the

13   doors?

14        A     Yes.

15        Q     On the inside?

16        A     Yes.

17        Q     Okay.  Is there also two cameras if you're

18   walking in towards the store through the vestibule, one

19   on each side?

20        A     Yes.

21        Q     Does that mean there are other six cameras?

22        A     No, there is four. You asked about above the

23   doors?

24        Q     Correct.

25        A     Yeah, one above the door in the exterior
```

1   outside and one above the door in the interior of the

2   store.

3        Q    Okay.  Is there also one to the sides of the

4   doors?

5        A    In the vestibule?

6        Q    Inside the vestibule.

7        A    Yes.

8        Q    So, if there is two as you're walking through

9   the store and there is two on the sides of the doors and

10  two above the doors, does that mean there is six cameras

11  in the vestibule?

12       A    There is four. There is four in the vestibule,

13  there are two that's on top is outside of the vestibule.

14       Q    Okay.  Are there any that are on the top that

15  are inside the vestibule?

16       A    No.

17       Q    So, the vestibule has four cameras?

18       A    Yes.

19       Q    Any more than four?

20       A    That's it, four.

21       Q    Okay.  And you're familiar with those cameras?

22       A    Yes.

23       Q    Have the cameras changed in any way from today

24  back to December 24, 2016?

25       A    No.

```
 1        Q     Same -- same positioning?

 2        A     Based on me doing tickets, yes.

 3              THE COURT REPORTER:  Based on me?

 4              THE WITNESS:  My version.

 5        Q     (By Mr. Tucker) This is a partial view of the

 6   floor mat that's been provided in this case.  Is that

 7   the -- does that show the GM vestibule that we're

 8   talking about here today?

 9        A     Is this the GM vestibule, right here?

10        Q     Does it look like it to you?

11        A     Because when I look at maps of my store I'm

12   looking for the total store, so.

13        Q     Okay.

14        A     Yes, that's it.

15        Q     Okay.  And I'm going to mark as Plaintiff's 1

16   and Plaintiff's 2.

17              (Thereupon, Plaintiff's Exhibit 1 and 2 were

18              entered into the record.)

19        Q     (By Mr. Tucker) All right.  One I've marked is

20   the entire store map and two is going to be the blowup

21   of the GM vestibule area.  Is that fair?

22        A     Yes.

23        Q     Okay.  And what I'd like you to do is mark on

24   Exhibit 2 where the cameras are in the GM vestibule.

25              MS. GUITERREZ:  I'm going to object to him
```

```
 1        writing anything, if you want him to point it out,

 2        that's fine, but he is not going to write anything.

 3        It's not a written examination.

 4             MR. TUCKER:  You're instructing him not to do

 5        that?

 6             MR. GUITERREZ:  Yes.

 7             MR. TUCKER:  I'll tell you what, I will write

 8        on here.

 9        Q    (By Mr. Tucker) I've drawn four circles, do

10   those four circles indicate the approximate area of

11   where the cameras are inside the vestibule?

12        A    I'm unable to answer that question off of this

13   paper.

14        Q    Okay.  So, you can't tell --

15        A    That's like the area of the camera, but I

16   can't say as to the exact spot and location based off

17   the picture.

18        Q    Well, I'm not asking if it's the exact spot,

19   I'm just asking if it's a general area on the wall where

20   the cameras are.

21        A    Yes, if that's the GM vestibule, yes.

22        Q    So, those four accurately show the general

23   area of where those cameras are mounted?

24        A    Yes.

25             MS. GUITERREZ:  Objection to form.
```

1        Q    (By Mr. Tucker) And Plaintiff's Exhibit 2 also

2   shows what the map says as a cart storage area, yes?

3        A    Yes.

4        Q    Of these four cameras, do any of them show the

5   cart storage area?

6        A    Inside of it.

7        Q    Well, define inside for me then, I'm not sure

8   what I mean.

9        A    Right.  You were circling that.

10       Q    Well, I'm just -- I'm just touching the area

11  where it says on here cart storage area and I'm just

12  wondering if the area that Walmart has defined as the

13  cart storage area is shown on any of the four cameras

14  that are located in the vestibule.

15       A    Can any of the cameras see?

16       Q    If you were sitting today inside of the asset

17  protection office and you were looking at the screens

18  and you wanted to see the cart storage area, would you

19  be able to do it?

20            MS. GUITERREZ:  Objection to form.

21       A    When you say see, like, see what part?

22       Q    (By Mr. Tucker) With your eyes.  With your

23  eyes would you be able to visually see on the screen

24  from one of the CCTC cameras -- on the CCTV video

25  cameras would you be able to see this cart storage area

1    that's on Exhibit 2?

2        A    Not where you're pointing at.

3        Q    **Well, can you see any of the cart storage area**

4    **on the screens inside the asset protection office?**

5        A    I would see the shopping carts from that area.

6        Q    **How much of the shopping carts can you see?**

7        A    It depends how full it is.

8        Q    **Okay.  I'm going to show you what's Exhibit 3**

9    **from the Corporate Rep deposition in this case.  To the**

10   **left of this screen would you be able to see anything of**

11   **any of the other cameras to the left of Exhibit 3 from**

12   **the Corporate Rep's deposition?**

13       A    No.

14       Q    **So, this camera that's actually circled on**

15   **Exhibit 3 already, that would not be able to see to the**

16   **left of this image?**

17       A    The left of -- the left of what we don't see

18   on this image?

19       Q    **Correct.**

20       A    No.

21       Q    **Where is the camera that's circled on Exhibit**

22   **3 from the Corporate Rep's deposition show?**

23       A    I'm guessing, it's not going -- it's not going

24   to show up in that area based on this accident.

25       Q    **Would it matter whether it's based on this**

1    incident or any others?

2        A    No, but the reason is because that camera --

3    I'm guessing because I have to be looking at it live,

4    but I know it doesn't show more or left to the

5    individual that's in that picture.

6        Q    But I'm not just talking about just the

7    individual, I'm talking about anywhere to the left of

8    this Exhibit 3?

9        A    No.

10       Q    Which angle does it point towards?

11       A    I have to see -- I have to see it live, sir.

12       Q    Do you look at these cameras everyday that you

13   work?

14       A    No.

15       Q    Do you look at them most days that you work?

16       A    No.

17       Q    How often do you look at the CCTV videos when

18   you're working?

19       A    When I need to.

20       Q    How often do you need to?

21       A    When there's a need to look at based on

22   investigations, it depends on the camera.

23       Q    You said your job is asset protection, yes?

24       A    Yes.

25       Q    And is it fair to say that one of the major

1   **ways that asset protection operates is using the CCTV**

2   **videos?**

3          MS. GUITERREZ:  Objection to form.

4      A    That's a part of our job.

5      **Q    (By Mr. Tucker) Is it a big part of your job?**

6      A    My job is well rounded and balanced.

7          THE COURT REPORTER:  My job is?

8          THE WITNESS:  Well rounded and balanced.

9      **Q    (By Mr. Tucker) I appreciate your answer. My**

10  **question is just a little different, I'm just asking if**

11  **using the CCTV videos is a major part of your job?**

12         MS. GUITERREZ:  Objection to form.

13     A    My job as Virgil as the assistant manager of

14  that area?

15     **Q    (By Mr. Tucker) Yeah.**

16     A    No.

17     **Q    What about for your department?**

18     A    Yes.

19     **Q    It's a major part of your department shop is**

20  **using those --**

21     A    To ensure that they are --

22     **Q    -- CTV video cameras?**

23         MS. GUITERREZ:  Objection to form.

24     A    To ensure that they are functioning they have

25  to audit the cameras.

1    Q    (By Mr. Tucker) That wasn't my question sir.

2    I'm just asking if a major part of asset protection's

3    role is using those CCTV video cameras?

4    A    No, it's not a major part of their role.

5    Q    Would you call them a minor part?

6    A    No.

7         MS. GUITERREZ:  Objection to form.

8    Q    (By Mr. Tucker) I'm sorry?

9    A    I cannot answer that question because it's a

10   subject of response, minor or major, it depends on the

11   situation.

12   Q    Well, based on your position as manager of

13   asset protection, would you consider as the manager for

14   what, five years?

15   A    Um-hum.

16   Q    Would you consider that to be a major part of

17   asset protection's role at Walmart?

18   A    It depends on the need at that time.

19   Q    In general, is it a major part of asset

20   projection --

21        MS. GUITERREZ:  Objection to form.

22   Q    (By Mr. Tucker) -- at Walmart 1387?

23   A    It depends on the need.

24   Q    You can't answer that?

25        THE COURT REPORTER:  Is that a no?

```
 1              THE WITNESS:  No.

 2      A    I cannot answer that question.

 3      Q    (By Mr. Tucker) How many times would you say

 4   you looked at the cameras inside the GM vestibule?

 5      A    I cannot recall.

 6      Q    Do you have an estimate?

 7      A    Over five years?

 8      Q    Yeah.

 9              MS. GUITERREZ:  Objection to form.

10      A    I can't recall in five years how many times I

11   looked at the cameras.

12      Q    (By Mr. Tucker) Would you say a lot?

13      A    Yes.

14      Q    And based on all times in your five years

15   which you just said was a lot, can you tell us which

16   cameras show the carts in the storage area in

17   Plaintiff's Exhibit 2?

18              MS. GUITERREZ:  Objection to form.

19      A    If -- show the carts if they are full?

20      Q    (By Mr. Tucker) Um-hum.

21      A    That camera behind -- the entry camera here?

22      Q    Let's do this, I'm going to number them.

23   Please tell me the number, I'll just add the numbers to

24   it.

25      A    I can recall Camera 2 and I can recall Camera
```

```
 1   3 able to see the shopping carts in the GM vestibule.

 2        Q    What about Camera 4 and Camera 1?

 3        A    I cannot recall, it depends on how full.

 4        Q    Do they point in that direction at all?

 5             MS. GUITERREZ:  Objection to form.

 6        Q    (By Mr. Tucker) One and four?

 7             MS. GUITERREZ:  Objection to form.

 8        A    They cover the vestibule areas.

 9        Q    (By Mr. Tucker) And what areas does number one

10   cover?

11        A    Number one would cover entry to the store.

12        Q    Does it show both -- both doors?

13        A    I'm not sure.

14        Q    What about Camera 4, what does it show?

15        A    Camera 4 would show exit -- exit of the store.

16        Q    Do any of the camera show the area that says

17   other income?

18        A    No, not in there.

19        Q    Do any of the cameras show the wall that

20   separates the cart storage area and the other income?

21        A    I'm not sure.

22        Q    Which cameras show the cart storage -- the

23   wall between the cart storage and the other income?

24        A    I'm not sure.

25        Q    Is there somebody that could answer that?
```

```
 1       A    We have -- we have to look at the video, we

 2  have to actually look at the videos.

 3       Q    And if you looked at it and came back, would

 4  you be able to answer that question?

 5       A    Yes, if a camera was able to see that wall.

 6       Q    And if we brought you back another day, would

 7  you be able to tell me the direction of Camera 4?

 8            MS. GUITERREZ:  Objection to form.

 9       Q    (By Mr. Tucker) More accurately.

10       A    Yes.

11       Q    And Camera 1, would you be able to come back

12  and tell me the direction of Camera 1 more accurately?

13            MS. GUITERREZ:  Objection to form.

14       A    When you say more accurately what do you mean?

15       Q    (By Mr. Tucker) Well, could you bring back say

16  a screen shot that shows me what it shows?

17            MS. GUITERREZ:  Objection to form.

18       A    At this present time?

19       Q    (By Mr. Tucker) Yeah.

20       A    Yes.

21       Q    I mean you said it hasn't changed, right?

22       A    No.

23       Q    It would show the same thing today, you know,

24  in terms of the area that it covers?

25       A    Yes, today is going to show what it covers.
```

```
 1         Q    And it would show the same thing that it

 2   showed on December 24, 2016 in terms of the coverage

 3   area?

 4         A    I'm not sure.

 5         Q    Well, you told me that the coverage area

 6   hasn't changed, does it not?

 7         A    And I don't want to guess.

 8         Q    Did you tell me earlier that the coverage area

 9   for these cameras in the vestibule hasn't changed?

10         A    Yes. Based on my ticket resolutions with

11   cameras.

12         Q    What are ticket resolutions with cameras?

13         A    When we need to have cameras operated for any

14   reason.

15         Q    Have any of the cameras in the GM vestibule to

16   your knowledge been operated on since December 24, 2016?

17         A    No.

18         Q    I'm going to show you what we'll mark as

19   Exhibit 3. Actually I'm not going to mark it yet. Do you

20   recognize this?

21              MS. GUITERREZ:  For the record, he's showing

22         him a letter from Lawlor, White & Murphey dated

23         January 9, 2017.

24         A    Do I recognize this?

25         Q    (By Mr. Tucker) Yeah.
```

1       A    I've seen letters like this before, but this

2   particular letter -- and the question about do I

3   recognize it, what do you mean by that?

4       **Q    Have you ever seen this before?**

5       A    This exact letter?

6       **Q    This letter.**

7       A    Yes.

8       **Q    We'll mark as Exhibit 3.**

9            (Thereupon, Plaintiff's Exhibit 3 was entered

10           into the record.)

11      **Q    (By Mr. Tucker) When did you first see this**

12  **letter?**

13      A    I can't recall.

14      **Q    Was it at or near the time of the slip and**

15  **fall?**

16      A    Excuse me?

17      **Q    Was it at or near the time of the slip and**

18  **fall?**

19      A    Potentially.

20      **Q    Was it around January 9, 2017?**

21      A    I can't recall.

22      **Q    Would you say you saw it years ago?**

23      A    I'm sure I saw it, I can't recall the exact

24  date or when.

25      **Q    Are you sure you saw it around the time of the**

```
 1    slip and fall?

 2            MS. GUITERREZ:  Objection to form.

 3       A    I'm not sure.

 4       Q    (By Mr. Tucker) When you saw this letter, did

 5    you or anyone in your department take any steps to

 6    comply with this letter?

 7       A    Well, that letter goes to our claim adjuster.

 8       Q    I appreciate your answer, my question is just

 9    a little bit different.  I'm just asking when you saw

10    this letter, did you or any of your employees that work

11    under you do anything to comply with this letter?

12            MS. GUITERREZ:  Objection to form.

13       A    I can't recall.

14       Q    (By Mr. Tucker) What steps were taken to

15    comply with this letter?

16            MS. GUITERREZ:  Objection to form.

17       A    We sent it over to our claim adjuster that is

18    assigned to the case and they respond to the attorneys.

19       Q    (By Mr. Tucker) Was your claim adjuster Jenny

20    Torres?

21       A    I can't exactly recall if it was Jenny or we

22    have several different ones.

23       Q    Who could it have been?

24       A    I'm not sure, I haven't looked at the file.

25       Q    What is Jenny Torres?
```

1      A     She is -- she is the claim adjuster or was the

2   claim adjuster with CMR.

3      Q     She's not with Walmart anymore?

4      A     I'm not sure.

5      Q     Following the slip and fall and after

6   receiving this letter dated January 9, 2017, what steps

7   did Walmart take to preserve the video in this case?

8      A     To preserve it we send it to our claim

9   adjuster with all the witness statements and the claim

10  number.

11     Q     Is anybody able to access the video remotely?

12     A     Remotely?

13     Q     Yeah.

14     A     What do you mean?

15     Q     Not at 1387, somewhere else remotely?

16     A     Home office.

17     Q     Home office can access the cameras --

18     A     Yes.

19     Q     -- at their location?  Where is the home

20  office located?

21     A     Arkansas, Bentonville.

22     Q     Where?

23     A     Arkansas, Bentonville.

24     Q     Where is Bentonville?

25     A     Arkansas.

1      Q      Arkansas?

2      A      Yes.

3      Q      Did anybody from the home office access the

4   video in this case?

5      A      I'm not sure.

6      Q      Would you be able to tell if they did?

7      A      No.

8      Q      Do you know if Jenny Torres accessed the

9   video?

10     A      No.

11     Q      Who preserved the videos and produced those in

12  this case?

13     A      I did.

14     Q      You preserved all the video in this case?

15     A      I preserved hour before and hour after.

16     Q      Plus some other video?

17            MS. GUITERREZ:  Objection to form.

18     A      I preserved hour before and hour after.

19     Q      (By Mr. Tucker) And you're saying that I think

20  there was -- do you know how many videos you produced in

21  this case?

22            MS. GUITERREZ:  Objection to form.  He hasn't

23      produced anything.

24     Q      (By Mr. Tucker) Do you know how many videos

25  you've preserved in this case?

```
 1              MS. GUITERREZ:  Objection to form.

 2     A    On a CD?

 3     Q    (By Mr. Tucker) Sir, do you know how many

 4  video you preserved in this case?

 5     A    One.

 6     Q    You preserved one video?

 7     A    Yes.

 8              MS. GUITERREZ:  Objection to form.

 9     Q    (By Mr. Tucker) And is that the video that

10  starts an hour before and runs to an hour after the slip

11  and fall of Polly Bassett?

12     A    Yes.

13     Q    What about the videos on your cell phone?

14     A    What about them?

15     Q    Did you record them?

16     A    Well, on the screen certain segments with

17  certain cameras.

18     Q    Does Walmart ever preserve video from their

19  home office?

20     A    I'm not sure.

21     Q    Have you ever become aware of the home office

22  ever saving video of 1387?

23     A    No.

24     Q    To the best of your knowledge, the home office

25  has never preserved video?
```

1    A    To the best of my knowledge.

2    **Q    Has anybody ever remotely stored video from**

3    **Walmart 1387 store?**

4    A    To the best of my knowledge I don't -- I can't

5    recall anyone doing that.

6    **Q    How many days a week would you say that you**

7    **review video of the CCTV videos cameras?**

8    A    It depends on -- it depends on the week and

9    what's going on.

10    **Q    On an average.**

11    A    What was the question I'm sorry?

12    **Q    I want to know how often you review cameras of**

13    **1387 on a weekly basis?**

14    A    I'm sure on a weekly -- I'm sure I review the

15    cameras every day.  I'm there five days a week, but not

16    every camera.

17    **Q    So, reviewing cameras every day is something**

18    **you do when you work at Walmart?**

19    A    Is something I do?

20    **Q    Yeah, during your employment at Walmart.**

21    A    If it's something I need to do to get

22    information I need I look at the cameras.

23    **Q    And do you review the cameras daily at 1387**

24    **when you work?**

25            MS. GUITERREZ:  Objection to form.

Dixon, Virgil  02-26-2019          Page 43 of 201

```
1        A    I'm sure, yeah, I'm sure I do in my office.

2        Q    (By Mr. Tucker) Did you on behalf of Walmart

3   decide which videos to preserve in this case?

4             MS. GUITERREZ:  Objection to form.

5        A    I didn't hear that sir.

6        Q    (By Mr. Tucker) Did you on behalf of Walmart

7   decide what videos to preserve in this case?

8             MS. GUITERREZ:  Objection to form.

9        A    Did I on behalf of Walmart decide what video

10  to preserve?

11       Q    (By Mr. Tucker) Correct.

12       A    Yes.

13       Q    You made the sole decision on which videos to

14  preserve in this case?

15       A    Yes.

16       Q    Did anyone instruct you which videos to

17  preserve?

18            MS. GUITERREZ:  Objection to from.

19       A    No.

20       Q    (By Mr. Tucker) How did you know what videos

21  to preserve?

22       A    The preserve the best video available for any

23  incident an hour before and hour after the incident.

24       Q    Do you ever save more than one camera angle?

25       A    Have I?
```

```
 1        Q     Yeah.

 2        A     Yes, I have.

 3        Q     And I'm talking about for a specific case.

 4        A     I have.

 5        Q     How much -- how much video would fit on a CD?

 6        A     One twenty.

 7        Q     One twenty what?

 8        A     Hundred and twenty minutes, I'm sorry.

 9        Q     So, one camera angle for 120 minutes will fit

10   onto CD?

11              MS. GUITERREZ:  Objection to form.

12        A     That's what we are required to provide is 120

13   minutes for one camera.

14        Q     (By Mr. Tucker) Maybe you're answering

15   something a little bit different.  So, let's make sure

16   we're clear on this.  When you preserve videos sometimes

17   you preserve more than one camera angle, yes?

18        A     Yes.

19        Q     For example if there is a theft in the store

20   you might preserve video of somebody walking through the

21   store?

22        A     That is correct.

23              MS. GUITERREZ:  Objection to form.

24        Q     (By Mr. Tucker) Okay.  How much video will fit

25   onto the CDs or DVDs that you're saving to?
```

1              MS. GUITERREZ:  Objection to form.

2       A     Hundred and twenty minutes.

3       **Q     (By Mr. Tucker) Only 120 minutes?**

4       A     Yes.

5       **Q     If you try to preserve 121 minutes it won't**

6  **fit on a CD?**

7       A     It won't -- it won't preserve everything.

8       **Q     Okay.  Are there some cases where you have to**

9  **preserve multiple CDs or DVDs?**

10      A     There has been some cases where I was

11  requested to provide multiple CDs.

12      **Q     What do you mean by that?**

13      A     So, if I send a claim -- do a claim and I send

14  an hour -- hour before and hour after the incident our

15  claim adjuster may contact the store and ask for

16  different cameras as well of the individual and ask us

17  to send that as well.

18           *Q   They would do that for slip and fall

19  cases?

20           MS. GUITERREZ:  I'm going to object and

21       instruct him not to answer as to any specific

22       communications with the claims management

23       department, it's attorney client product.

24      **Q     (By Mr. Tucker) You're not going to answer**

25  **that today?**

```
 1      A    No, sir.

 2      Q    Certify it to the Court.

 3           MS. GUITERREZ:  Can we take a quick break?

 4           MR. TUCKER:  Sure.

 5           MS. GUITERREZ:  Thanks.

 6           (Thereupon, a short discussion was held off

 7           record.)

 8           (Deposition resumed.)

 9           THE COURT REPORTER:  Okay. We're back on

10      record.

11      Q    (By Mr. Tucker) At the time of the slip and

12  fall and shortly thereafter, did you review all the

13  angles of all the cameras inside the vestibule?

14      A    Yes.

15      Q    How many of those camera angles showed the

16  slip and fall?

17      A    If I can recall, two.

18      Q    Which two?

19      A    Camera 3 and Camera 2.

20      Q    Did you preserve the hour before and the hour

21  after -- to the hour after the video of Camera 3?

22      A    No.

23      Q    Did you preserve the slip and fall itself from

24  Camera 3?

25      A    No.
```

1      Q     Could you have?

2      A     Yes.

3      Q     Why didn't you?

4      A     Because that camera didn't show the complete

5   fall during review.  First is Camera 2 show more of the

6   fall and more of her entering the store and the

7   mechanics of the fall.

8      Q     Did you review Camera 2 and Camera 3 in

9   detail?

10     A     Yes.

11     Q     Did Camera 2 show glare from the sun?

12     A     I can't recall from two years ago.

13     Q     Have you reviewed the footage in this case

14  prior to your deposition today?

15     A     Have I reviewed the footage from this case

16  prior?

17     Q     Have you reviewed any footage today?

18     A     No.

19     Q     Have you reviewed any in the last week?

20     A     Yes.

21     Q     Okay.  Where were you when you reviewed the

22  footage?

23     A     With my attorney.

24     Q     And where were you?

25     A     In the spark room at the store.

1          THE COURT REPORTER:  In the what room?

2          THE WITNESS:  It's a room where we meet at, at

3      the store.

4      **Q    (By Mr. Tucker) And when you reviewed that**

5  **footage, did you see camera glare from Camera 2 that's**

6  **all in Plaintiff's Exhibit 2?**

7          MS. GUITERREZ:  Objection to form.

8      A    What?  I can't -- I don't recall.  I don't

9  recall.

10     **Q    (By Mr. Tucker) You don't recall from the last**

11  **week if the footage had glare?**

12         MS. GUITERREZ:  Objection to form.

13     A    No, I can't recall.

14     **Q    (By Mr. Tucker) In Camera 2 on Plaintiff's**

15  **Exhibit 2, did you see any substance on the floor of the**

16  **vestibule during your investigation?**

17     A    No.

18     **Q    Would you agree that if one camera has glare**

19  **from the sun and one does not that it would make sense**

20  **to save the video that does not have glare?**

21         MS. GUITERREZ:  Objection to form.

22     A    No, I don't agree.

23     **Q    (By Mr. Tucker) Why not?**

24     A    Because I did not see the difference in the

25  glare and not having the glare showing the substance on

```
 1   the floor.
 2        Q    Do you know what glare does to the portion of
 3   the video that has the glare?
 4        A    What does it do?
 5        Q    I'm asking you.
 6        A    No.
 7        Q    Do you know if washes out the video?
 8             MS. GUITERREZ:  Objection to form.
 9        A    No.
10        Q    (By Mr. Tucker) I'll direct you over to the TV
11   that we have here, and up here I have the video of --
12   right now it's at 7:43:27 a.m., do you recognize this
13   video?
14        A    Yes.
15        Q    The right door is open in the video?
16        A    Yes.
17        Q    And there is glare on the ground?
18        A    Yes, I see glare.
19        Q    And that's from the sun?
20        A    Yes.
21        Q    Can you see the tiles itself where the glare
22   is?
23        A    No.
24        Q    But you can see the tiles all around it, can't
25   you?
```

```
 1              MS. GUITERREZ:  Objection to form.

 2        A    Yes.

 3        Q    (By Mr. Tucker) Would you agree that the sun

 4   is preventing us from being able to see the portion of

 5   the ground that has the glare?

 6        A    Yes.

 7        Q    We'll go off the record for a second.

 8              (Thereupon, a short discussion was held off

 9              record.)

10              (Deposition resumed.)

11              THE COURT REPORTER:  Back on record.

12        Q    (By Mr. Tucker) All right.  I've now changed

13   the time on here to 7:39:31 a.m. and now both doors are

14   open, correct?

15        A    Yes.

16        Q    And there is glare from the sun coming from

17   both doors?

18        A    Yes.

19        Q    And in fact we can't clearly see the ground in

20   the area where there is glare because of the sun.  Is

21   that accurate?

22        A    Yes.

23        Q    Go back off the record for a second.

24              (Thereupon, a short discussion was held off

25              record.)
```

1              (Deposition resumed.)

2       Q     (By Mr. Tucker) Does Walmart have a policy as

3    to how to properly preserve video?

4              MS. GUITERREZ:  Objection to form.

5       A     The guideline I want to say is like a policy.

6       Q     (By Mr. Tucker) What's the difference between

7    a guideline and a policy?

8       A     I mean that's the definition of it.

9       Q     What do you mean?

10      A     It says guideline.

11      Q     Okay.  Is there a difference in your mind

12   between a guideline and the policy?

13      A     Not in my mind.

14      Q     Does Walmart have a policy regarding

15   preservation of video?

16      A     A guide -- it's defined as a guideline.

17      Q     Okay.  What does the guideline say?

18      A     We preserve video an hour before the incident

19   and an hour after.

20      Q     Does it instruct you on which videos to

21   preserve if there is multiple angles?

22      A     Only the best -- best camera.

23      Q     Does it say in the policy to record the best

24   angle?

25      A     No, not that I can recall.

1   Q    Does it give you any instruction on which

2   videos to preserve?

3   A    The nearest camera.

4   Q    It says the nearest camera?

5   A    Yeah, like nearest camera with the best shot.

6   Q    Does it say both the nearest camera and the

7   best shot or does it just say one or the other, what

8   does it say?

9   A    I mean the expectation is the best shot. So, I

10  can't say exactly what it says verbatim.

11  Q    So, is the best shot always the nearest

12  camera?

13  A    No.

14  Q    Does the policy actually say the closest

15  camera should be preserved?

16  A    Not that I can recall.

17  Q    I mean this is your job, what does the policy

18  say?

19       MS. GUITERREZ:  Objection to form.

20  A    An hour before and hour after of the incident,

21  that's what it says.

22  Q    (By Mr. Tucker) And as a manager sitting here

23  today whose job it is at Walmart to preserve video, does

24  it say in terms of the best location, the closest

25  camera, whatever it says, what else does it say besides

```
 1    for the hour before and the hour after?

 2            MS. GUITERREZ:  Objection to form.  Asked and

 3         answered.

 4         A    An hour before and an hour after of the

 5    incident.

 6         Q    (By Mr. Tucker) What else does the policy say

 7    or the guideline say?

 8         A    That's all I can recall.

 9         Q    So, how do you know which cameras to preserve

10    if you don't know Walmart's guidelines?

11         A    I know which camera to preserve because I see

12    the incident on that camera.

13         Q    How do you know you're complying with

14    Walmart's guidelines if you don't know what it says?

15         A    It is -- I just told you the guideline.

16         Q    Does the guideline say anything else besides

17    for the hour before and the hour after?

18            MS. GUITERREZ:  Objection to form.  Asked and

19         answered.

20         A    No.

21         Q    (By Mr. Tucker) Does the guideline tell you

22    which cameras to preserve?

23         A    Which cameras to preserve?

24         Q    Yeah.

25         A    The camera of the incident.
```

1       Q     Does it actually say preserve the camera of

2    the incident?

3       A     Yes.

4       Q     Does it say anything else?

5       A     The hour before and the hour after the

6    incident.

7       Q     That's the entire line of their guidelines on

8    that it's just one little hour --

9       A     If it's not it --

10      Q     Hold on.  Their guideline, all it says is one

11   little line that says the hour before and the hour

12   after?

13            MS. GUITERREZ:  Objection, form.

14      A     And it also says if the incident is not in

15   camera view use the nearest camera to the location over-

16   - over the area of the incident.

17      Q     (By Mr. Tucker) So, it says use the closest

18   camera?

19      A     If it's not in camera view.  If the incident

20   is not on camera we use the nearest closest camera to

21   the incident.

22      Q     Okay.  If it's not in camera view then use the

23   one closest meaning that that one that you're preserving

24   that's closest wouldn't capture the actual incident is

25   what you're saying?

1      A    Correct.

2      Q    Okay.  Does it say anything regarding multiple

3  cameras that that both capture an incident?

4      A    No, it does not.

5      Q    So, Walmart doesn't have a guideline that

6  you're aware of for capturing or preserving multiple

7  cameras that capture an incident?

8      A    No.

9      Q    Walmart just leaves it up to you to determine

10  which camera to preserve --

11          MS. GUITERREZ:  Objection, form.

12      Q    -- if there is multiple cameras that capture

13  an incident?

14          MS. GUITERREZ:  Objection, form.

15      A    Yes.

16      Q    (By Mr. Tucker) And to the best of your

17  knowledge, Walmart leaves it up to you to determine

18  which camera to preserve if there is multiple camera

19  angles that captures an incident?

20      A    Yes.

21      Q    Have they ever specifically instructed you on

22  which cameras to preserve when there is multiple cameras

23  pointing at an incident?

24          MS. GUITERREZ:  Objection, form.

25      A    Repeat that question?

1        Q    (By Mr. Tucker) Has Walmart ever instructed

2    you on what to do when there is multiple cameras

3    pointing at an incident?

4        A    No.

5        Q    To the best of your knowledge is Walmart okay

6    with you storing video on your cell phone?

7        A    Yes.

8        Q    Has Walmart ever instructed you to save video

9    on your cell phone?

10       A    No.

11       Q    Has Walmart ever instructed you to record

12   video from the screen onto you phone?

13       A    No.

14       Q    Has Walmart ever instructed you not to save

15   video on your camera phone?

16       A    No.

17       Q    Why was video preserved from your cell phone

18   in this case?

19            MS. GUITERREZ:  Objection, form.

20            MR. TUCKER:  What's wrong with the form?

21            MS. GUITERREZ:  Because you're saying video

22       preserved, that's not the video that was preserved

23       in that case, that's not Walmart's official video.

24       The official video that was preserved is the video

25       that was produced hour before and hour after

1      directly from the CCTV.

2           MS. TUCKER:  So, is it -- are you saying on

3      the record then that videos one through six that

4      were saved on Mr. Dixon's cell phone are not

5      considered preserved videos?

6           MS. GUITERREZ:  That's his personal cell

7      phone.  Those are his personal videos.

8           MR. TUCKER:  Is that a no? It wasn't

9      preserved?

10          MS. GUITERREZ:  They are his personal videos.

11     He saved them onto his cell phone --

12          MR. TUCKER:  But they weren't --

13          MS. GUITERREZ:  They are saved on his cell

14     phone, but if we're using the legal term preserve

15     from the actual CCTV system, Walmart's official

16     video that was preserved is the one hour before and

17     the one hour after.

18          MR. TUCKER:  So, no those aren't preserved

19     videos?

20          MS. GUITERREZ:  I don't understand what you're

21     asking, at least make sense.

22          MR. TUCKER:  Well, you're objecting saying

23     that they are not preserved videos.

24          MS. GUITERREZ:  Because there is a distinction

25     between what's preserved, what's Walmart's actual

1     video that Walmart preserved versus what Mr. Virgil

2     preserved on his own personal cell phone during his

3     investigation.

4        Q    (By Mr. Tucker) Okay. So, you worked for asset

5   protection on December 24, 2016?

6        A    Yes.

7        Q    What day did you record the videos to your

8   cell phone?

9        A    I can't recall.

10        Q    Is it the same cell phone that you have in

11   there right now?

12        A    It's not the same cell phone.

13        Q    It's a different cell phone?

14        A    Yes.

15        Q    Whose cell phone was it?

16        A    It's my cell phone.

17        Q    So you still have the video in there?

18        A    Yeah.

19        Q    Can you open it up and show me the date that

20   you saved those?

21            MS. GUITERREZ:  I'm going to object to that,

22        if he can't remember he can't remember.

23            MR. TUCKER:  So, the camera is -- the phone is

24        sitting right in front of you.

25            THE WITNESS:  It's my phone.

1           MR. TUCKER:  Okay.  Let's go off the record

2      for a second.

3               (Thereupon, a short discussion was held off

4               record.)

5               (Deposition resumed.)

6           MS. GUITERREZ:  Mr. Tucker has indicated that

7      he is going to call Judge Seltzer over this issue

8      which I don't think that it's worth bothering the

9      judge over this.  So, in good faith I will allow

10     Mr. Virgil to look at his phone and look at the

11     date on his phone, but again I object strenuously

12     to Mr. Tucker making Mr. Virgil perform activities

13     when this is not a written examination, which is an

14     oral deposition.  You can go ahead and look.  If

15     you have them in your phone.

16          THE WITNESS:  I have it.

17          MS. GUITERREZ:  Let me see.  Can we take a

18     break for a second?

19          MR. TUCKER:  No, he needs to answer the

20     question.  I mean you're going to walk out with the

21     cell phone while --

22          MS. GUITERREZ:  Okay.  Fine then.  Yeah,

23     because I have a question for him about the video

24     on his cell phone.

25          MR. TUCKER:  No, you can't ask him a question

```
1      about the video while we're in the middle of a

2      deposition.

3            MS. GUITERREZ:  I know.  You spoke to your

4      client in the middle of the deposition.

5            MR. TUCKER:  What's the purpose -- What's the

6      purpose of talking to him?

7            MS. GUITERREZ:  He is my client, let me just

8      ask him a question about it real quick.

9            MR. TUCKER:  So, you're walking out in the

10     middle of the question?

11           MS. GUITERREZ:  Yes.

12           (Thereupon, a short discussion was held off

13           record.)

14           (Deposition resumed.)

15     Q    (By Mr. Tucker) And what was discussed just

16  now with your attorney?

17     A    The question was where were the other videos

18  in my phone if it's like in a different time.

19     Q    Okay.

20           MS. GUITERREZ:  So, he only pulled like two of

21     the other videos and I wanted to know where the

22     other videos were.

23           MR. TUCKER:  Okay.

24     Q    (By Mr. Tucker) And you found all six?

25     A    Yes.
```

```
 1        Q    Can you show us the dates and times on those

 2   records -- on those videos?

 3             MS. GUITERREZ:  You can tell him.

 4        A    Three of them exterior were January 17, 04:58,

 5   5 o'clock, 5 o'clock.

 6        Q    (By Mr. Tucker) What about the other three?

 7        A    I'm swiping over now.  The other three was

 8   March 6, 09:26 a.m., 09:26 a.m., 09:37 a.m. same day

 9   March 6th.

10        Q    So, they were stored on January 17th and three

11   were stored on March 6th?

12        A    Yes.

13        Q    That means on March 17th at about 04:58 you

14   took your cell phone out and you recorded the screen at

15   Walmart?

16        A    March 6, 2017.

17        Q    March 6?

18        A    Yes.

19        Q    And then you also did the same thing on

20   January 17th?

21        A    Yes.

22        Q    Why did you do that on two separate days?

23        A    I can't exactly recall why -- I don't recall

24   exactly why but I know I was, like, investigating

25   different angles in the vestibule in March.
```

1              *Q   Did somebody ask you to look at the other

2    angles?

3              MS. GUITERREZ:  Objection, don't answer if

4         it's anybody from Walmart or claims management that

5         directed you to look at different angles.

6              MR. TUCKER:  Certify the question to the Court

7         and we'll order the transcript.

8              MS. GUITERREZ:  If it wasn't anybody, you can

9         say now, but I don't want you to disclose any

10        conversation you may have had with someone from

11        claims management or to anyone from home office at

12        Walmart.

13        A    I cannot recall.

14        **Q    (By Mr. Tucker) Did anybody instruct you to**

15   **record using your cell phone?**

16             MS. GUITERREZ:  Same objection.

17        A    No.

18        **Q    (BY Mr. Tucker) Did you send that video to**

19   **anyone using your cell phone?**

20             MS. GUITERREZ:  Same objection.

21        A    My attorney.

22        **Q    (By Mr. Tucker) Prior -- well I'm talking**

23   **around the timeframe of 2016, and March 6th is that**

24   **2016?**

25        A    2017.

1    Q    You recorded it off the screen in March 6,

2    2017?

3    A    Yes.

4    Q    And that was January 17, 2017?

5    A    Yes.

6    Q    How long does a video stay on Walmart's system

7    for?

8    A    Tentatively 30 days.

9    Q    Does that mean a video was preserved and then

10   destroyed at some point?

11        MS. GUITERREZ:  Objection to form.

12   A    Preserved?

13   Q    (By Mr. Tucker) Well, if you recorded on March

14   6th that was more than 30 days after the slip and fall,

15   yes?

16   A    Yes.

17   Q    How is it possible that you were able to use

18   your cell phone to record the CCTV video screen when

19   Walmart's video only preserves for 30 days?

20   A    Potentially 30 days depending on the camera

21   and how much retention is caught in a DVR.

22   Q    So sometimes they last longer than 30 days?

23   A    Yes.

24   Q    Do you know the longest you've ever seen that

25   a video has been stored on this camera system?

1      A    Ninety days, I can't exactly say.

2      Q    On March 6, 2017 when you recorded video onto

3  your cell phone, was that video that had been somehow

4  saved or was that going back to the DVR or something

5  else?

6      A    That was from the -- that was from the DVR.

7      Q    Was that video ever saved to anything other

8  than the DVR?

9      A    No.

10      Q    And the DVR is where it would have saved

11  originally on December 24, 2016?

12      A    Yes.

13      Q    Is there any way to store outside of a CD on

14  any other media outside of a DVR or a CD?

15      A    No.

16      Q    Is there any way to hold footage in any way

17  outside of the DVR?

18      A    On a CD.

19      Q    Is there any way to save it on a DVR to

20  prevent it from deleting off of the DVR itself?

21      A    Yes.

22      Q    Was that done in this case to prevent it from

23  deleting off of the DVR?

24      A    No.

25      Q    So, when you reviewed the video on March 6,

 1   **2017 that had not been saved to the DVR in a way to**

 2   **prevent it from being overwritten?**

 3        A    No.

 4        **Q    And this was about on March 6, 2017, that was**

 5   **about two and a half months after the slip and fall of**

 6   **Polly Bassett?**

 7             MS. GUITERREZ:  Objection to form.

 8        A    Yes.

 9        **Q    (By Mr. Tucker) How many DVRs are in the asset**

10   **protection room?**

11        A    They are spread out throughout the store.

12   There is two in -- there is two in the room -- in the

13   room, the actual room, but there is more spreading

14   throughout the store and in the ceiling.

15        **Q    The DVRs are spread out throughout the**

16   **ceiling?**

17        A    Um-hum.

18        **Q    How many cameras are on the DVR for the**

19   **vestibule?**

20        A    I'm not sure.

21        **Q    Do some DVRs have more cameras than others?**

22        A    Excuse me?

23        **Q    Do some DVRs have more cameras than others?**

24        A    Yes.

25        **Q    Is that why some will last longer than others**

1   **on the DVR?**

2        A    It's based -- the DVR is based off of

3   retention on that individual camera, how much -- how

4   much retention is in that area.

5        **Q    Is there a particular setting for the**

6   **vestibule area as to what is being retained?**

7        A    I think -- I'm not sure.  The company sets it.

8        **Q    You have no idea?**

9        A    No.  I just know usually it's like 30 days. If

10  we get anything after that is of low because it's a low

11  functioning area.

12       **Q    What do you mean by low functioning?**

13       A    Like camera is not used a lot, a lot of

14  traffic.

15       **Q    When you say not used a lot, I mean is every**

16  **camera in there just recording 24/7?**

17       A    So, an example would be like a pharmacy shop

18  where inside a pharmacy you only have, like, two or

19  three people during the day, whereas more of a retention

20  versus a registered shop where there are customers going

21  through that line and there is someone standing in that

22  register.

23       **Q    Are you saying that the amount of customers**

24  **that walk through would affect the retention of that**

25  **particular camera?**

```
 1        A     Potentially -- potentially in settings, but

 2   I'm not sure of the exact terminology that is used with

 3   the cameras and when it comes to retention and data

 4   storage on the DVR.

 5        Q     But it's your understanding based on your five

 6   years of experience as an asset protection manager that

 7   higher traffic areas cause less time for the

 8   preservation or the storage of those videos on the DVR?

 9        A     Yes, and based off of what the setting is for

10   the cameras.

11        Q     What's the option on the settings?

12        A     I'm not sure.

13        Q     You have no knowledge of it?

14        A     No, sir.

15        Q     Who would know that?

16        A     That will home office IT.

17        Q     Do you know a particular person at home office

18   IT that would know that?

19        A     No, sir.

20        Q     Who do you work with at home office IT?

21        A     We submit tickets.

22        Q     Do you ever speak to anyone at home office IT?

23        A     Where I just call, it depends on what the need

24   is.  If it's the camera, we contact service provider

25   called Sensormatic.
```

```
 1              THE COURT REPORTER:  Wait, go back and say

 2         that again, if it's camera?

 3              THE WITNESS:  If it's the camera issue or

 4         something like that we will contact the camera

 5         provider called Sensormatic.

 6              THE COURT REPORTER:  Somatic?

 7              THE WITNESS:  Sensormatic.

 8              THE COURT REPORTER:  Sensormatic.  Thank you.

 9         Q    (By Mr. Tucker) Do you ever speak with anyone

10    on the phone at home office IT?

11         A    No.

12         Q    Never?

13         A    No.

14         Q    Do you ever speak with anyone at Sensormatic?

15         A    Yes, the operator.

16         Q    Is Sensormatic the folks who manage your

17    camera system in your store?

18         A    Yes.

19         Q    Do you know a Margaret Goldschmidt?

20         A    No, I can't recall the name.

21         Q    Is the reason that you recorded cell phone

22    video because somebody asked you to?

23         A    No.

24         Q    Why did you record video onto your cell phone

25    from Walmart?
```

1      A    I'm sure to investigate the matter and look

2  into it.

3      **Q    Do you regularly record video onto your cell**

4  **phone?**

5      A    Not every day, only need to base -- need

6  basis.

7      **Q    Do you ever have the need basis outside of**

8  **this case to save video onto your personal cell phone?**

9      A    I don't intention -- I don't intentionally

10  save video.  I recorded something then I research it, I

11  don't save it just intentionally.

12      **Q    Why would you not just save the video the way**

13  **that Walmart would require you to?**

14          MS. GUITERREZ:  Objection to form.

15      **Q    (By Mr. Tucker) Okay.  Does Walmart want you**

16  **to save video to your cell phone or to a CD?**

17          MS. GUITERREZ:  Objection to form.

18      A    We save --

19      **Q    (By Mr. Tucker) How does Walmart want you to**

20  **preserve videos?**

21      A    We could use the -- we could use our evidence

22  management to preserve video or we use a CD to preserve

23  video.

24      **Q    What's evidence management?**

25      A    It's a system that saves all video from the

```
 1   hard drive.

 2        Q    It's a separate system outside of the DVR?

 3        A    Yes.

 4        Q    Was any of the video in this case saved to

 5   evidence management?

 6        A    No, not that I can recall.

 7        Q    When you were reviewing video on March 6,

 8   2017, was that video that was on evidence management?

 9        A    Not that I can recall.

10        Q    Are you able to review video on a screen

11   that's on evidence management?

12        A    Yes.

13        Q    How long will it stay on evidence management

14   for?

15        A    It will stay permanently unless the hard drive

16   is changed permanently unless it's deleted or the hard

17   drive is changed.

18        Q    Do you ever delete video of the evidence

19   management?

20        A    No.

21        Q    Once it's there it's there forever?

22        A    It's there.

23        Q    Was any video in this case saved to evidence

24   management?

25        A    The hour before and the hour after.
```

1     Q    And just Camera 2 from Exhibit 2?

2     A    If I can recall, yes.

3     Q    What do you mean if you recall?

4     A    Because during a review I could have saved the

5  clips from the different cameras.

6     Q    It's possible that there is --

7     A    Yes, it can be possible that I could have

8  saved it, so I don't want to say I didn't.

9     Q    Have you looked?

10    A    Yes, I looked.

11    Q    Did you find any?

12    A    No.

13    Q    Is there any way that if you would have saved

14  it that you wouldn't find it?

15    A    Is there any way that I would have?

16    Q    Yeah, you said a second ago that you may have

17  saved some of these other camera angles on evidence

18  management and you know I've never seen evidence

19  management, so I don't have an understanding how it

20  works.  So, I am asking you to explain to me. First of

21  all, how would you know, like, if you were looking for

22  something would it go by date and time, how would you

23  know what to look for, how is it organized on evidence

24  management?

25    A    It could be saved as the claim number by date

1  or by case.

2      Q    Did you search by date, by case, by claim

3  number for this case?

4      A    Yes.

5      Q    Okay. And what did you find when you did that?

6      A    Nothing.

7      Q    Nothing at all?  Not a single video?

8      A    Not in reference to this accident -- the

9  incident.

10     Q    Well, there was video that was preserved, yes?

11     A    Yes.

12     Q    The hour before and the hour after?

13     A    Yes.

14     Q    Did you find that on evidence management?

15     A    No.

16     Q    Not even -- that one wasn't even on there?

17     A    No.

18     Q    Is there any policies or procedures regarding

19  evidence management?

20     A    Polices or procedures regarding evidence

21  management?

22     Q    Yes.

23     A    That has only been used for business need not

24  personal.

25     Q    Does Walmart have any requirements to put

 1    evidence or videos onto evidence management?

 2         A    Oh, for investigation needs -- investigation

 3    needs.

 4         Q    Is that yes?

 5         A    Yes.

 6         Q    They require investigations to store video

 7    onto evidence management?

 8              MS. GUITERREZ:  Objection to form.

 9         A    Just the resource.

10         Q    (By Mr. Tucker) Do they require it?

11         A    No.

12         Q    Is there any policies or procedures that says

13    evidence in a case should be saved to evidence

14    management?

15         A    No.

16         Q    Is there any policies or procedures that says

17    videos should be saved to evidence management?

18         A    No.

19         Q    How do you know when to save it to evidence

20    management versus just a CD?

21         A    If I'm doing investigation.

22         Q    If you're doing an investigation then you're

23    required to save it to evidence management?

24              MS. GUITERREZ:  Objection to form.

25         A    I'm not required.  It's a resource.

```
 1         Q    (By Mr. Tucker) How do you know when to save

 2    it to evidence management versus saving it to a CD?

 3              MS. GUITERREZ:  Objection to form.

 4         A    It's a resource like a footnote that I

 5    normally go back to if I'm in a middle of investigation

 6    or looking over stuff.

 7         Q    (By Mr. Tucker) How do you choose to save it

 8    to evidence management versus a CD?

 9         A    If it's something that's tangible that

10    supports whatever I'm looking for I save it.

11         Q    Can you save video directly from the DVR to

12    the CD?

13         A    Yes.

14         Q    Is there any way to tell the difference

15    between a video that's saved from evidence management

16    versus from the DVR itself?

17         A    No.

18         Q    Is there any difference in evidence management

19    versus the DVR?  Are they different computer screens?

20         A    No, it's the same computer screen.

21         Q    Just a different program?

22         A    Yes.

23         Q    So, if you are in a computer you would just

24    move it into evidence management?  How would you save it

25    from the DVR to evidence management?
```

1      A    It automatically -- it automatically saves.

2  You just save -- you could just save it as so you know

3  how to go back to it and you're able to identify.

4      **Q    I'm not sure I'm following you.  It doesn't do**

5  **it automatically, right?**

6      A    So, if I'm burning any video from the

7  investigation, I have to burn a video and create that

8  file -- generate that file to the CD.  So, once I do

9  that, it automatically exports to the evidence

10  management system.

11     **Q    So, correct me if I'm wrong, is the only way**

12  **that video gets from the DVR to the evidence management**

13  **is when you go burn a CD off the DVR it automatically**

14  **moves that over to evidence management at the same time?**

15     A    Yes.

16     **Q    Is there ever a time that it goes to evidence**

17  **management when you don't burn a CD?**

18     A    If I export it.  If it's exported over.

19     **Q    Do you ever do that?  Do you ever export it**

20  **without burning a CD?**

21     A    Yes.

22     **Q    Why?**

23     A    For investigation purposes.

24     **Q    If you're investigating then you'll move video**

25  **over to the evidence management?**

1        A    If I'm investigating something then I move

2    video over to evidence management.

3        Q    Okay.  And you were investigating this case

4    that occurred on December 24, 2016, correct?

5        A    Yes.

6        Q    But you testified that there is no video on

7    evidence management, why?

8        A    Because I researched and I looked.

9        Q    But you just said a moment ago when you're

10   investigating you move it over to evidence management?

11       A    Yes.

12       Q    So, then why didn't you move video over to

13   evidence management in this case?

14       A    Because the hard drive could have been

15   changed, the hard drive could have crashed.

16       Q    I'm not following you.  What does that have to

17   do with my question?

18       A    Because the evidence management system is on

19   the hard drive.  So, everything on the hard drive you

20   will lose all your files.

21       Q    Is evidence management stored locally on the

22   computer?

23       A    Yes.

24       Q    And is it backed up in any way?

25       A    No.

```
 1       Q    Okay.  And you testified a moment ago you've

 2  said it a few times now that you move video to evidence

 3  management when you're investigating?

 4       A    Yes.

 5       Q    And you can export it to evidence management

 6  from the DVR?

 7       A    Yes.

 8       Q    Why was that not done in this case?

 9       A    I cant answer that question.

10       Q    But it wasn't done, right?

11       A    No, I can't recall it being done.

12       Q    If it was done, would you have found it?

13       A    Potentially.

14       Q    Did you look in this case to try to find video

15  in evidence management?

16       A    Yes.

17       Q    Did you find any?

18       A    No.

19       Q    Did anyone else look that you're aware of?

20       A    No.

21       Q    Did somebody ask you to look?

22       A    Yes.

23       Q    Did one of the managers in Walmart ask you to

24  look?

25       A    No.
```

1      Q    But we can agree that on two separate

2   occasions following this incident that we know of March

3   6 and January 17, you were investigating the slip and

4   fall?

5      A    Yes.

6      Q    In fact almost two and a half months after the

7   slip and fall you were investigating?

8      A    Follow up, yes.

9      Q    And you didn't save anything or export it over

10  to evidence management?

11     A    Not that I can recall.

12     Q    And in fact it's more than just recalling this

13  you actually searched for this case for video and you

14  didn't find any, correct?

15          MS. GUITERREZ:  Objection to form.

16     A    Correct.

17     Q    (By Mr. Tucker) So, we know that there wasn't

18  any video that you moved over or anybody else did to

19  evidence management?

20          MS. GUITERREZ:  Objection to form.

21     A    Repeat that.

22     Q    (By Mr. Tucker) Is there any possibility on

23  this earth that you saved or anybody at Walmart saved

24  that video to evidence management and we haven't

25  received it in this case?

1        A     No.

2        Q     So, we can be sure that Walmart has given us

3   all the video that would have been on evidence

4   management?

5        A     Yes.

6        Q     So, we know with 100% certainty that a video

7   was not saved to evidence management.  Is that fair?

8        A     I want to say 100%.

9        Q     Is there any percentage that there is a video

10  that exists on that evidence management that has not

11  been given to us in this case?

12       A     There is no video on evidence management that

13  has not been given.

14       Q     So, that's 100%, right?

15       A     Yes.

16       Q     When you recorded the video from your cell

17  phone, did it show the entire screen?

18       A     Of the --

19       Q     Of the video that was preserved or that was

20  stored on the DVR?

21       A     Did it show -- what do you mean the entire?

22       Q     I got on the screen here video five and on the

23  top right we can see a portion of the screen that we're

24  looking at, right?

25       A     Okay.

1     Q     Is that a yes?

2     A     Yes.

3     Q     And on the bottom here we don't see the full

4  screen of what you were looking at.  Is that correct?

5     A     Correct.

6     Q     In fact your video doesn't save the entire

7  video.  Is that accurate?

8           MS. GUITERREZ:  Objection to form.

9     A     My video?  What do you mean my video?

10    Q     (By Mr. Tucker) This is your video from your

11  cell phone, yes?

12    A     Yes.

13    Q     Video five.

14    A     Yes.

15    Q     And it doesn't show the bottom left hand

16  portion of the screen from the DVR?

17    A     From the monitor?

18    Q     The monitor.

19          MS. GUITERREZ:  Objection to form.

20    A     Correct.

21    Q     (By Mr. Tucker) Correct, it doesn't show,

22  right?

23    A     Yes.

24    Q     Okay.  And in fact there is also lines running

25  through this that did not exist on the actual video.  Is

1    **that accurate?**

2            MS. GUITERREZ:  Objection.

3        A    I'm not sure.  I'm not looking at the actual

4    video.

5        **Q    (By Mr. Tucker) I mean you see those lines**

6    **running through the videos and I'm clicking on Video 4**

7    **right now and these lines are all going through the**

8    **video.**

9        A    What lines?

10       **Q    You don't see lines?  You don't see the -- you**

11   **don't see all of these little boxes here that are --**

12       A    You mean tile?

13       **Q    I'm not talking about the tile.  I'm talking**

14   **about the video itself has like lines running all**

15   **through it.  You don't see that?**

16       A    I'm not trying to be sarcastic, I got to get

17   my eyes checked sir.

18       **Q    Is that a no?**

19       A    No.

20       **Q    You don't see the changing in the color and**

21   **the little lines running all through this video?**

22       A    It looks like video to me.

23       **Q    Would you say the quality of this video is the**

24   **same or less than the actual video that was stored on**

25   **the DVR?**

1                MS. GUITERREZ:  Objection to form.

2        A    Repeat that.

3        **Q    (By Mr. Tucker) Would you say the quality of**

4   **this video, Video 4 ---**

5        A    Um-hum.-.

6        **Q    --- that you've given to us on this case is of**

7   **the same or lesser quality than the original that was**

8   **stored on the DVR?**

9                MS. GUITERREZ:  Objection, form.

10       A    I can't recall because I'm not looking at the

11   original.

12       **Q    (By Mr. Tucker) You can't say whether or not**

13   **this is better or worse?**

14       A    Yeah.

15       **Q    But you can read it doesn't show the whole**

16   **thing, right?**

17       A    It doesn't show the whole monitor, yes.

18       **Q    So, that alone wouldn't be better, right?**

19               MS. GUITERREZ:  Objection, form.

20       A    It depends what you're looking for.

21       **Q    (By Mr. Tucker) It wouldn't be the same as**

22   **with what was on the DVR, correct?**

23       A    Correct.

24       **Q    It's less than what was on the DVR in terms of**

25   **the screen area, yes?**

1      A      Yes.

2      Q      In fact, videos one through six are all the

3  same in terms of having less area than the actual video

4  on the DVR.  Is that fair?

5      A      Can you repeat that?

6      Q      Yeah.  The screen that you would have seen on

7  your DVR from your DVR ---

8      A      Um-hum.

9      Q      --- would have shown more area than any video

10  of the videos that one through six that you've given us

11  in this case.  Is that accurate?

12      A      That's correct, yes.

13      Q      Like Video 1 is just a tiny little portion

14  here, right?

15      A      Yes.

16      Q      And I just clicked on Video 4.  Does Video 4

17  that you've given have the same glare that you said

18  existed in the other video?

19          MS. GUITERREZ:  Objection, form.

20      A      No, it's a different angle.

21      Q      (By Mr. Tucker) Yeah, you see me scroll to the

22  whole thing right, you see any of that sun glare?

23      A      Yes, sun at the top.

24      Q      The top where?  All up here?

25      A      Near the vendor area, the machines.

1     **Q    So, on the left hand side there is like a**

2  **little bit of glare?**

3     A    Yes.

4          MS. GUITERREZ:  Objection to form.

5     **Q    (By Mr. Tucker) Is it anywhere near the glare**

6  **that we see in the other video the hour before and the**

7  **hour after that was produced?**

8     A    I only need to see the hour before and hour

9  after.

10    **Q    You want to see it again? Would that help you?**

11    A    Yes.

12         MS. GUITERREZ:  And I'm going to object to you

13         only showing him the portion where the door is open

14         because it does capture the entire time before and

15         after the incident.

16    **Q    (By Mr. Tucker) I mean there is significantly**

17 **more glare in this video than on the other ones that**

18 **you've recorded.  Is that accurate?**

19         MS. GUITERREZ:  Objection.  It's not showing

20         the complete picture of the vestibule.  Same

21         objection.

22    **Q    (By Mr. Tucker) You agree or disagree?**

23         MS. GUITERREZ:  Showing at 7:47:44 a.m.

24         where both doors are open.

25         MR. TUCKER:  I'm not showing you more than

1         that.  Right, I'm scrolling through this thing.

2     A    What is the question?

3     **Q    (By Mr. Tucker) Would you say there is the**

4  **same, more, or less glare in the video as you recorded,**

5  **first as the ones that was produced to us of the DVR**

6  **that's pointing out -- towards the outside?**

7         MS. GUITERREZ:  Same objection.  If you want

8         to show him the shot where both of the doors are

9         closed.

10        MR. TUCKER:  Ma'am.

11    A    It's different areas is what I'm seeing.

12    **Q    (By Mr. Tucker) Do you see more or less glare?**

13    A    It's a different -- it's like different area.

14    **Q    I'm just asking you a simple question.  Do you**

15  **see more or less glare?**

16        MS. GUITERREZ:  And for the record, he is

17        referring to 7:47:44 a.m. screenshot whether there

18        is more or less glare there.

19    A    More.

20        MR. TUCKER:  And it's not -- I'm scrolling

21        through this now, it's not just --

22        MS. GUITERREZ:  You have been scrolling --

23        MR. TUCKER:  Excuse me, excuse me.

24        MS. GUITERREZ:  -- and not giving him a chance

25        to see any shots where both of the doors are

```
 1        closed.

 2        Q    (By Mr. Tucker) Okay.  I mean it's pretty

 3   clear that it's not just at that timestamp, right?  I

 4   mean there's a lot of glare throughout this video

 5             MS. GUITERREZ:  Objection to form.

 6        Q    (By Mr. Tucker) The actual one that was

 7   produced before and the hour after?

 8        A    It changes with the doors -- when the doors

 9   are open and close.

10        Q    Okay.  Changes, but you can agree that there

11   is more, right?

12             MS. GUITERREZ:  Objection, form.

13        Q    (By Mr. Tucker) I mean we can see that people

14   are coming in and out of this one, do you see the angle

15   here on this video, on Video 5 as I scroll through?

16        A    It's not the same glare.

17        Q    It's not the same glare and we know that those

18   people are walking in the store, correct?

19        A    Yes.

20        Q    And we don't see that glare when those doors

21   are opening in this video, did we?

22        A    It's a different angle.

23        Q    It's a different angle and so because it's a

24   different angle we're not getting that glare.  Do you

25   agree?
```

```
 1              MS. GUITERREZ:  Objection to form.

 2      A    Yes.

 3      Q    (By Mr. Tucker) And we're not getting the sun

 4  glare in Video 5 that you recorded on your cell phone,

 5  yes?

 6      A    Yes.

 7      Q    And if you had given us the original off of

 8  that camera, which -- do you agree that that's Camera 3

 9  on Plaintiff's Exhibit 2?

10      A    What do you mean original?

11      Q    The one that's saved to a CD from the DVR, the

12  one that's not saved from your cell phone?

13      A    That's Camera 2 that's saved to the CD.

14      Q    Okay.  The one that was saved to the CD that

15  was produced to us, but you're looking at the screen

16  here at Video 5 and that's Camera 3, correct?

17      A    Correct.

18      Q    And Camera 5, it's not pointing towards the

19  outdoors but it's pointing towards the indoors doesn't

20  have the glare from the sun like the other one does.  Is

21  that accurate?

22              MS. GUITERREZ:  Objection to form.

23      A    What's Camera 5?

24      Q    (By Mr. Tucker) I'm sorry?

25      A    What is Camera 5?
```

1      **Q     No, Video 5.**

2      A     This is Video 5?

3      **Q     This is what's been produced to us from your**

4      **cell phone.**

5      A     This is Video 5?

6      **Q     Correct.**

7      A     Correct.

8            MS. GUITERREZ:  Can we take a break?

9            MR. TUCKER:  Sure.

10           (Thereupon, a short discussion was held off

11           record.)

12           (Deposition resumed.)

13     **Q     (By Mr. Tucker) Camera 3 on Exhibit 2, did you**

14     **ever store video from the hour before to the hour after**

15     **the slip and fall?**

16     A     No.

17     **Q     Did you ever store outside of your cell phone**

18     **any video from Camera 3?**

19     A     No.

20     **Q     Could you have?**

21     A     Yes.

22     **Q     Could you have saved the hour before to the**

23     **after from Camera 3?**

24     A     Yes.

25     **Q     But you did not?**

1      A     No.

2      Q     Camera 1 on Exhibit 2, did that -- was there

3 video that existed the hour before to the hour after the

4 slip and fall?

5      A     Yes.

6      Q     Did you save it?

7      A     No.

8      Q     Could you have?

9      A     Yes.

10      Q     Camera 4, did a video exist from the hour

11 before to the hour after the slip and fall?

12      A     Yes.

13      Q     Did you save it?

14      A     No.

15      Q     Could you have?

16      A     Yes.

17      Q     Did Camera 3 on Exhibit 2 show the slip and

18 fall of Polly Bassett?

19      A     Yes.

20      Q     Did it show folks from Walmart cleaning the

21 floor of the vestibule?

22      A     If I can recall, yes.

23      Q     Did Camera 4 show anybody cleaning the floor

24 of the vestibule?

25      A     I'm not sure.

1     Q    Okay.  When we eventually leave here today and

2  we send you a discovery request asking for a screenshot

3  from the cameras one through four, will you understand

4  what I'm asking for?

5          MS. GUITERREZ:  Objection to form.  He's not

6      party to this lawsuit.

7     Q    (By Mr. Tucker) Would anybody else that you're

8  aware of be the one to save a screenshot in this case?

9     A    Repeat that.

10    Q    Well, you are the asset protection manager in

11 this store, right?

12    A    Yes.

13    Q    And you have been handling all the discovery

14 relating to these videos in this case?

15    A    Yes.

16    Q    So, if we send a request to Walmart are you

17 going to be the one who ends up saving video if we're

18 requesting video?

19         MS. GUITERREZ:  Objection, form.

20    A    I can be me on asset protection or associate.

21    Q    (By Mr. Tucker) Okay.  But if we send to

22 Walmart and you're helping Walmart decipher what we're

23 asking for and we ask for cameras one through four a

24 screenshot of what they show presently because you said

25 they haven't changed.

1      A    Yes.

2      **Q    You would understand what I'm asking for?**

3      A    Yes.

4      **Q    Is this a door for -- what is the door for? Is**

5  **it a door?**

6      A    That's like an electrical room I guess, yes

7  it's a door.

8      **Q    Does anyone ever go in there?**

9      A    It's a door.  Yeah.

10     **Q    What do they go in there for?**

11     A    It's an electrical room.  You go in there to

12  check it, if an electrician need to get in there, we let

13  him in.

14     **Q    Is anything stored in there?**

15     A    We could have our maintenance cart in there at

16  times if it's not on the side.

17     **Q    Anything else?**

18     A    Our mats could be in there.

19     **Q    How often are the mats in there?**

20     A    They could either be in there or on the side,

21  if they are not on the side they are in there.

22     **Q    The side of what?**

23     A    Huh?

24     **Q    The side of what?**

25     A    The other income.

1      Q     They are left in the area on Exhibit 2 that

2    says other income?

3      A     Yes.

4      Q     Where in the other income area are they left?

5      A     At the entrance.

6      Q     Are they left on the floor itself?

7      A     No, in a maintenance cart the inclement

8    weather cart with a mop -- a maintenance cart with a

9    mop, bucket.

10     Q     Do you ever get involved in inclement weather

11   situations?

12     A     Yes.

13     Q     How?

14     A     Notifying the front end that it's raining

15   outside, go to find cart pushers to any inclement

16   weather, ensuring that the front doors are covered.

17     Q     Do you ever use the CCTV videos to determine

18   that there is inclement weather?

19     A     No.

20     Q     Never?

21     A     No.

22     Q     How do you determine whether there is

23   inclement weather?

24     A     In my eyesight.

25     Q     By going outside?

```
 1        A     Yes or hearing -- or hearing the storm or

 2   thunder, lightning and thunder or seeing the storm, or

 3   seeing it.

 4        Q     Can you hear the rain on the roof?

 5        A     Yeah, if it's raining real hard.

 6        Q     We'll go off the record for one second.

 7              (Thereupon, a short discussion was held off

 8              record.)

 9              (Deposition resumed.)

10        Q     (By Mr. Tucker) You testified earlier that you

11   use the CCTV video for asset protection which includes

12   theft, right?

13        A     Yes.

14        Q     Do you use the camera to find theft of, like,

15   big TVs?

16        A     Yes.

17        Q     Do you use the cameras to find theft of food?

18        A     Yes.

19        Q     What about the jewelry?

20        A     Yes.

21        Q     And jewelry can be really small?

22        A     Of jewelry?

23        Q     Jewelries.

24        A     Yeah, break in.

25        Q     Break in?
```

1      A    Yes.

2      Q    But I mean like little -- I mean if somebody

3    took some jewelry and stuck in their pocket, would you

4    use it for that?

5      A    Yes.

6      Q    And we can agree that if somebody is stealing

7    jewelry, typically small items?

8           MS. GUITERREZ:  Objection to form.

9      A    Yes.

10      Q    (By Mr. Tucker) You can disagree, I mean I'm

11    not making you answer that, do you agree that typically

12    jewelry is small?

13           MS. GUITERREZ:  Objection to form.

14      A    Yes.

15      Q    (By Mr. Tucker) Does Walmart have any really

16    big jewelry?

17      A    What's your definition of big?

18      Q    Well, you tell me, I want your definition.

19      A    It can be a whole rack full of --

20      Q    Okay.  Somebody might well find a stack of

21    whole rack?

22      A    Yes.

23      Q    Okay.  Did you ever catch somebody just

24    stealing one little piece of jewelry?

25      A    Have I?

1      Q    Yeah.

2      A    No.

3      Q    Has anybody in your asset protection team?

4      A    Not that I can recall.

5      Q    Do you ever see anyone take small items from

6    the store?

7      A    Yes.

8      Q    Do you ever personally use the CCTV video to

9    determine that somebody stole a small item from the

10   store?

11     A    We use it to determine if someone took

12   something without running a proper payment.

13     Q    I mean have you ever seen someone take

14   something as small as a ring?

15     A    I can't recall.

16     Q    You can't recall if somebody has ever taken

17   something as small as a ring?

18     A    I can't recall.

19     Q    You can't recall if somebody has ever taken

20   something as small as a ring?

21     A    No.

22     Q    Can you recall any small item that you recall

23   that somebody had stolen that you saw on the CCTV video?

24     A    That I saw on the CCTV?

25     Q    Yeah.

```
 1        A     Not the size of a ring.
 2        Q     What's the smallest thing that you remember
 3   that you saw somebody steal and you saw it based on the
 4   CCTV video?
 5        A     Money.
 6        Q     Money?
 7        A     Yeah.
 8        Q     Was it folded up or was it the full size of a
 9   bill?
10        A     Balled up.
11        Q     Like?  Like balled up real small?
12        A     Yes, balled up in your hand.
13        Q     Okay.  And you were able to see that on the
14   video?
15        A     Yes.
16        Q     Okay.  I'm going to direct you now over to the
17   camera over here, as we know you can see really small
18   balls of money being stolen.  All right and this is
19   6:58:10 a.m. the power director says 16:13:00, right?
20   Is this water in the parking lot?
21        A     I'm not sure.
22        Q     You can't see -- you can see little balls of
23   money and you can't tell me if that's water in the
24   parking lot?
25        A     It's closer camera.
```

Dixon, Virgil  02-26-2019          Page 97 of 201

```
 1        Q     It's closer camera?

 2        A     Yeah.

 3        Q     How close is the camera to the balls of money

 4   you saw?

 5        A     It can be 10 feet to 15 feet.

 6        Q     Did you save -- did you save that video in the

 7   case where you saw someone ball up money and steal it?

 8        A     Yes, it was -- it was preserved.

 9        Q     What case was it?

10        A     It was a case -- I don't know the exact

11   number, but it's a case on a different store.

12        Q     Is that something you can get if we requested?

13        A     Yes.  You can have -- yes.

14        Q     You will be able to find it?

15        A     Yes, it's preserved great.

16        Q     And you can't say whether there was any water

17   at 6:58:10 a.m.?

18        A     Not for sure.

19        Q     Do you think there is water in this video?

20        A     I don't want to assume or guess.

21        Q     Well, I'm just asking your opinion.

22        A     No.

23        Q     No, you don't think that's water?

24        A     I don't want to guess.  So, I don't know if

25   it's water, if it's not or if it's a glare.
```

1       Q     Speaking of glare kind of in the middle bottom

2   of the screen, what is this?

3             MS. GUITERREZ:  For the record, he has the

4       video stop at 6:58:10 a.m.

5       A     That could be -- what's the question again?

6       Q     (By Mr. Tucker) Do you know what that is?

7       A     I don't know exactly what that is.

8       Q     Do you think you know what it is?

9       A     It could be the camera.  It could be dirt, it

10  could be dust.

11      Q     Is it fog?

12      A     They don't seem like it's fog to me.

13      Q     Doesn't look foggy to you?  Does that exist

14  for the entire video?

15      A     I'm not sure.

16      Q     Can you tell if it exists for the whole video?

17      A     It seems like it comes and goes.

18            MS. GUITERREZ:  For the record, he was

19      scrolling quickly the entire two hours of the

20      video.

21            MR. TUCKER:  That's correct.

22      Q     (By Mr. Tucker) And I stopped the video at

23  06:53:44 a.m. the video that's been produced to us in

24  this case and the door slightly open and is there any --

25  can you see any water in the parking lot?

```
 1                MS. GUITERREZ:  Objection, form.

 2        A    I'm not sure what it is in the parking lot.

 3        Q    (By Mr. Tucker) Is there any reason that you

 4   could see somebody's tiny little balled money that was

 5   wadded up and you can't tell us what's in the parking

 6   lot here?

 7                MS. GUITERREZ:  Objection, form.

 8        A    If -- for camera distance.

 9        Q    (By Mr. Tucker) Do you ever find somebody

10   stealing that was at a big distance from one of your

11   cameras?

12        A    Find someone stealing from a big distance?

13        Q    Yeah, I mean is there ever a time where

14   somebody is arrested for shoplifting or they've stolen

15   something and you use the cameras that are at a

16   significant distance from the person?

17        A    No.

18        Q    I'm sorry?

19        A    No.

20        Q    Never?

21        A    No.

22        Q    What did you do on Christmas Eve,

23   December 24, 2016?

24        A    I know I worked that day, I can't recall what

25   I did that morning.
```

1      **Q      What about that night?**

2      A      That night I worked.

3      **Q      You worked at night?**

4      A      Yes, I close -- we close the store.

5      **Q      What time did you work until?**

6      A      Probably I got home like 10:00 -- no later

7  than 11:00 p.m.

8      **Q      So, you didn't get home at 11:00 p.m. on**

9  **Christmas Eve?**

10      A      Yes, no later.

11      **Q      Did you spend your time with your family on**

12  **Christmas Eve on December 24, 2016?**

13      A      Yes, my wife.

14      **Q      Anybody else?**

15      A      My kids were asleep, that was it.

16      **Q      You didn't see your kids on Christmas Eve?**

17      A      I can't recall.

18      **Q      You just said that you worked until 11:00,**

19  **you're not talking about Christmas Eve morning right? I**

20  **mean I'm talking about Christmas Eve.**

21      A      Yes, Christmas Eve.

22      **Q      You got home you said they were sleeping?**

23      A      I can't recall if they were sleeping or they

24  were watching TV.

25      **Q      How old are your children?**

```
 1        A    Eleven and nine, and a 16-year-old.

 2        Q    Eleven, nine and 16?

 3             MS. GUITERREZ:  Is that a yes?

 4        A    Yes.

 5        Q    (By Mr. Tucker) You don't recall if you spent

 6   Christmas Eve with them three years ago?

 7        A    I didn't spend Christmas Eve with them.

 8        Q    You did not spend Christmas Eve with them?

 9        A    No, they were sleeping in the bed.  I want to

10   say sleep, sleep and they were in their room.

11        Q    Is that because Walmart made you work until

12   11 o'clock at night?

13             MS. GUITERREZ:  Objection, form.

14        A    Well, because that's my household expectation

15   to get ready for Santa the next day.

16        Q    (By Mr. Tucker) Is that why you weren't there

17   for Christmas Eve because you were working?

18        A    Excuse me?

19        Q    Is that why you weren't there because you were

20   working for Walmart?

21        A    Yes.

22        Q    Do you recall anything from December 24, 2016

23   Christmas Eve?

24        A    I worked, I know I worked because I work every

25   Christmas Eve.  I can't -- I can't recall the
```

1    particulars, put together my kids toys when I got home.

2         Q    Did you do any last minute shopping at

3    Walmart?

4         A    I'm sure I did, I do every Christmas Eve.

5         Q    Do you remember doing it?

6         A    Yes, I do it every Christmas Eve.

7         Q    No, but I'm talking about December 24, 2016.

8    Do you specifically remember going shopping for any

9    gifts for last minute gifts?

10        A    I don't want to say gifts, but items.  They

11   weren't like gifts for my kids, they were like items for

12   the house.  So, some food or something like that.

13        Q    Okay.  I guess maybe my question was a little

14   different than what you said, I'm just asking if on

15   December 24, 2016 prior to going home to your family you

16   did any last minute Christmas shopping at Walmart?

17        A    No.

18        Q    Do you recall whether or not it had rained at

19   any time on December 24, 2016?

20        A    Did it rain?

21        Q    Did it rain?

22        A    No, I can't recall.

23        Q    What about on December 23rd, 2016?

24        A    I cannot recall.

25        Q    You said that some of your folks are in plain

1   clothes?

2        A    The asset protection associates?

3        Q    Correct.

4        A    Yes.

5        Q    Are any of the asset protection associates in

6   plain clothes, do they ever walk through the vestibule

7   that we can see in the hour before to the hour after on

8   December 24, 2016 on that video that was produced?

9        A    No.

10       Q    Never see them?

11       A    No.

12       Q    Are those folks used to increase floor care

13  coverage?

14       A    To increase?

15       Q    Do you know what it means to increase floor

16  care coverage?

17       A    No.

18       Q    Never heard that term before?

19       A    No.

20       Q    Who runs the safety meetings at Walmart?

21       A    The store manager.

22       Q    Who is that?

23       A    Clive Provost-Heron.

24       Q    Do you ever --

25       A    Clive Provost-Heron.

1    **Q    Do you ever run the safety meetings at**

2  **Walmart?**

3    A    I attend them.

4    **Q    Do you ever run them?**

5    A    Yes, I have run them before.

6    **Q    How often do you run the safety meetings at**

7  **Walmart?**

8    A    Occasionally if the store manager is not

9  there.

10    **Q    Why would you occasionally run the meetings of**

11  **Walmart for store safety?**

12    A    If the store manager is not there I will run

13  the safety meetings.

14    **Q    So, you're second in line for store safety at**

15  **Walmart?**

16         MS. GUITERREZ:  Objection to form.

17    A    Second in line that's --

18    **Q    (Mr. Tucker) I mean if store manager is**

19  **probably top of the pyramid for store safety, would you**

20  **agree or disagree?**

21         MS. GUITERREZ:  Objection to form.

22    A    All associates are at the top of the pyramid

23  for store safety.

24         THE COURT REPORTER:  Who is?

25         THE WITNESS:  All associates.

```
 1        Q     (By Mr. Tucker) They're above the store

 2   manager?

 3        A     When it comes to safety we all are equal.

 4        Q     Who is in charge of Walmart for that store?

 5        A     The store manager.  Store manager.

 6        Q     He is on top, yeah?

 7        A     For that store?

 8        Q     Yeah.

 9        A     Who is in charge of the store?

10        Q     Yeah.

11        A     The store manager.

12        Q     What's his name?

13        A     Clive Provost-Heron.

14        Q     Is there anyone -- who is next in line under

15   Clive?

16        A     The co-manager.

17        Q     Do they still have co-managers?

18        A     Yes, some stores do.

19        Q     Does 1387 still have co-managers?

20        A     Yes.

21        Q     It hasn't been discontinued?

22        A     No.

23        Q     So, if -- who are the store -- co store

24   managers on the day of the slip and fall for --

25        A     Co-manager Gracie and co-manager Marie.
```

1       Q      Do you know why Gracie left the store?

2       A      It was closer distance to her home.

3       Q      Do you know she was demoted?

4              MS. GUITERREZ:  Objection to form, misstates

5       the testimony.

6              MR. TUCKER:  I'm not stating anything.

7       Q      (By Mr. Tucker) I'm asking you if you know if

8  she was demoted?

9       A      No, I don't.

10      Q      If she testified that that store 1387 no

11  longer has co-managers, would that be false?

12             MS. GUITERREZ:  Objection to form, that's not

13      what she testified.

14      A      Yes, that would be false.

15             MS. GUITERREZ:  And that she's at a different

16      store.

17             MR. TUCKER:  You're not testifying here today.

18             MS. GUITERREZ:  Well, I'm just letting you

19      know because you're mistaken about what Gracie's

20      testimony was.

21             MR. TUCKER:  In saying she's demoted from

22      another store.

23             MS. GUITERREZ:  Yeah, she was at another store

24      when they got rid of the co-manager position.

25      Q      (By Mr. Tucker) What are the specific policies

1    **in regards to video preservation for Walmart?  If I was-**

2    **- If I was requesting that, what would I request from**

3    **you -- from Walmart?**

4          MS. GUITERREZ:  Objection to form.

5       A    What do you mean?  Can you repeat that

6    question?

7       **Q    (By Mr. Tucker) Yeah, sure.  You've testified**

8    **here today that there was some policies in place**

9    **regarding video preservation, yes?**

10      A    Yes.

11      **Q    Okay.  If I was to send a request for**

12   **production in this to Walmart, what would I ask for so**

13   **that they know what I'm asking for?**

14      A    I don't understand the question.

15      **Q    You said there is some written policies**

16   **regarding video preservation --**

17      A    Okay.

18      **Q    -- for Walmart, right?**

19      A    Yes.

20      **Q    I want them, how would I ask for them?  What**

21   **would I call them?**

22          MS. GUITERREZ:  Objection to form.

23      A    Video, CD, the video for the incident.

24      **Q    (By Mr. Tucker) No, no, I'm talking about the**

25   **policy itself.  I want the policies, how do I ask for**

1    **them?**

2         A    Oh, the guidelines?

3         **Q    The guideline, yeah.**

4         A    Accident file guidelines.

5         **Q    Accident what?**

6         A    Accident file guidelines.

7         **Q    You call them accident file guidelines?**

8         A    Yes.

9         **Q    Are there any other video preservation type**

10   **guidelines other than the accident file guidelines?**

11        A    No.

12        **Q    That's it?  That's the whole thing?**

13        A    Yes.

14        **Q    Do you ever do training on accident file**

15   **guidelines?**

16        A    Yes.

17        **Q    Do you do it on the wire?**

18        A    Yes.

19        **Q    Do you do any training that's not on the wire**

20   **for accident file guidelines?**

21        A    What do you mean by training that's not on

22   wire?

23        **Q    Is the training that you've done relating to**

24   **video preservation in the accident file guidelines**

25   **that's solely done on the wire?**

1      A    Yes.

2      Q    **You've never done any training off the wire**

3  **for anything?**

4      A    No.

5      Q    **Do they ever fly you anywhere to do training?**

6      A    No.

7      Q    **Is all your training done at Walmart?**

8      A    Yes.

9      Q    **At 1387?**

10      A    Yes.

11      Q    **Why did you record video to your cell phone in**

12  **this case?**

13      A    To investigate the incident and follow up.

14      Q    **Why would you store to your cell phone by**

15  **taking a video as opposed to putting it on a CD or the**

16  **evidence management system?**

17      A    I cannot recall why for all the video.

18      Q    **Do you know if there was video -- strike that-**

19  **- did you watch video of my client after she left the**

20  **vestibule and walking in the store itself?**

21      A    No.

22      Q    **You never saw her after she slipped and fell**

23  **shopping in the store?**

24      A    No.

25      Q    **Do you know if there is video of Ms. Bassett**

1    **shopping in the store following the slip and fall?**

2         A    No, it's not preserved.

3         **Q    Do you know that whether some existed of her**

4    **being in the store from the camera other than the**

5    **vestibule area?**

6         A    I'm sure it was because she was in the store

7    during that time that is not preserved.  It wouldn't be

8    preserved.

9         **Q    And just so we're clear I'm talking about**

10   **Exhibit 1 now because Exhibit 1 shows the map of the**

11   **store, yes?**

12        A    Yes.

13        **Q    Outside of the vestibule which we have at**

14   **Exhibit 2 blown up, would there have been other cameras**

15   **inside of Exhibit 1 that would have captured Ms. Bassett**

16   **but were not preserved in this case?**

17             MS. GUITERREZ:  Objection to form.

18        A    Were there other cameras inside the store that

19   would have caught her but not -- it was not preserved

20   for this case?

21        **Q    (By Mr. Tucker) That would have captured video**

22   **of her but were not preserved?**

23             MS. GUITERREZ:  Objection to form.

24        A    Yes.

25        **Q    (By Mr. Tucker) Have you ever used store**

```
 1    credit card receipts to try and identify a person?

 2         A    Yes.

 3         Q    Is that something that Walmart is able to do?

 4         A    Yes.

 5         Q    Would Walmart be able to use a combination of

 6    the store video and credit card receipts to determine

 7    people who approached Polly Bassett just after the slip

 8    and fall?

 9         A    No.

10         Q    Why not?

11         A    We can't identify nobody by name.

12         Q    Why not?

13         A    The information is confidential in our system,

14    they don't capture that.

15         Q    I just asked you a second ago if you're able

16    to identify a person based on the credit cards they use

17    and you said, "yes".

18         A    Their physical -- their look identifies like

19    this is that person who was at this register at this

20    specific time and using this particular transaction,

21    debit card or credit card, but like their name, no we

22    can't identify no.

23         Q    You can't go back and look and say okay this

24    person used this credit card at this register --

25         A    You can say this --
```

```
 1        Q      -- based on the credit card transactions

 2   themselves?

 3        A      We cannot identify if, like, it was John Doe

 4   at that register.  We can just say this is the person,

 5   not by name.

 6        Q      Do you know if in this case any other

 7   witnesses before or after were identified?

 8        A      No.

 9        Q      Did you see on the video where folks walked up

10   to Polly Bassett following the slip and fall?

11        A      Yes.  I saw.

12        Q      When I say folks I'm talking about customers

13   in this instance?

14        A      Yes.

15        Q      Did anybody that you know of identify those

16   persons?

17        A      No.

18        Q      And have you been able to identify the source

19   of the liquid that Polly Bassett slipped on?

20             MS. GUITERREZ:  Objection to form.

21        A      No, I wasn't there when she slipped.

22        Q      (By Mr. Tucker) Have you reviewed the CCTV

23   footage in an attempt to identify the source of the

24   liquid?

25        A      I reviewed it to identify if there was a
```

1    source.

2         **Q     And that was back around the time that the**

3    **slip and fall happened?**

4         A    Yes.

5         **Q    Were you able to identify the source?**

6         A    No.

7         **Q    Have you identified any other customers that**

8    **were the source of the liquid that Polly Bassett slipped**

9    **on?**

10        A    I was unable to identify any source.

11        **Q    Is that a no to my question?**

12        A    No.

13        **Q    Where do you park when you go to work?**

14        A    I park the center of the store in the front

15   parking lot.  On the center of the store the front

16   parking lot.

17        **Q    Which exit do you typically leave out of?**

18        A    Grocery.

19        **Q    The other side?**

20        A    Yes.

21        **Q    How come?**

22        A    It's the nearest to the AP office.

23        **Q    And you said that sometimes you run the safety**

24   **meetings?**

25        A    Yes.

1       Q     Who do you run the safety meetings with?

2       A     With department.

3       Q     Who do you talk to when you're running safety

4   meetings?

5       A     Associates, department managers, assistant

6   managers or even COs.

7             THE COURT REPORTER:  What was the last thing,

8        assistant manager?

9             THE WITNESS:  Assistant managers or even co-

10       managers.

11       Q     (By Mr. Tucker) Are you right under co-

12   manager?

13       A     I report directly to the store manager.

14       Q     Does that mean that you're directly under the

15   store manager?

16       A     I report directly to the store manager?

17       Q     Yeah.

18       A     With a downline to the market asset protection

19   so the co-managers don't report to me or the assistant

20   manager don't report to me, I just report to him in the

21   market asset protection manager.

22       Q     Is there an asset protection manager that's

23   above you?

24       A     Yes.

25       Q     Who is above you?

```
 1        A     Jose Torres.

 2        Q     How do you spell the last name?

 3        A     T-O-R-R-E-S.

 4        Q     Was he working for Walmart on December 24,

 5   2016?

 6        A     Yes, but he was not my market manager --

 7   market asset protection manager at that time, but he was

 8   with the company.

 9        Q     Did he jump you?

10        A     No, he was in a different area, different

11   market.

12        Q     And then they moved him above you?

13        A     They did a realignment, then I fell under him.

14        Q     Okay.  Prior to Jose Torres being placed

15   between you and the -- well it sounds like -- explain

16   this to me, how did it come to be that when you're the

17   top person at asset management and then Jose Torres

18   jumped you in that line or how did it work, give me some

19   understanding?

20        A     Okay.  So, the source of the structure is the

21   market team, then the market team will have like eight

22   to 10 stores under them, then you have the store manager

23   over a store, individual store, then you have the co-

24   manager and assistant managers and department managers

25   and the zone supervisors.
```

1      Q    Okay.  Is Jose Torres limited to the store

2   that you are at?

3      A    What do you mean limited?

4      Q    Is he -- does he work for multiple stores or

5   one store?

6      A    Yeah, he has multiple stores.

7      Q    Okay.  Do you work for multiple stores or one

8   store?

9      A    One store.

10      Q    Are you the highest guy in asset protection at

11   your store?

12      A    Yes.

13      Q    Okay. So, in terms of asset protection at

14   1387, the buck stops with you?

15      A    Yes.

16      Q    Okay.  And when you run these safety meetings

17   what you do?

18      A    We talk about the company provided topic

19   during the meeting, we run different exercises during

20   the meeting, we recognize associates for doing things

21   that prevented -- a petition preventing the incident.

22      Q    When you say that you go over and you say

23   command or award.  What was the terminology used?

24      A    We acknowledge associates -- -

25      Q    You acknowledge, okay.

1    A    --- what they were doing.

2    **Q    Would that occur based on looking at the CCTV**

3  **footage?**

4    A    No, that's something that occurs from

5  observation for management or other associates.

6    **Q    And that observation would not occur ever**

7  **based on the CCTV footage?**

8          MS. GUITERREZ:  Objection.

9    A    It could -- it could have been observed in the

10  CCTV.

11    **Q    (By Mr. Tucker) Are you aware of any meeting**

12  **where somebody was acknowledged for preventing a safety-**

13  **related issue that was captured or determined by the**

14  **CCTV footage?**

15    A    Yes.

16    **Q    Can you give me an example?**

17    A    We had an associate from a different

18  department that guarded a spill in a totally different

19  department and she waited there until someone came to

20  clean up the area.

21    **Q    And that was determined based on the camera**

22  **footage?**

23    A    Yes.

24    **Q    Have you ever trained anyone to utilize**

25  **maintenance associates to increase floor care coverage**

1  **during times of increased customer traffic?**

2     A    Have -- repeat the question?

3     **Q    Sure.  Have you ever trained or spoken about**

4  **utilizing maintenance associates to increase floor care**

5  **coverage during times of increased customer traffic**

6  **during your safety meetings?**

7     A    Yes, I would say like -- I wouldn't say it

8  will be just particularly maintenance, it would be just

9  associates in general.

10    **Q    What does it mean to utilize maintenance**

11 **associates to increase floor care coverage during times**

12 **of increased customer traffic?**

13    A    All associates to increase maintenance floor

14 support during high customer volume.

15    **Q    Does that include Christmas Eve day?**

16    A    Yes.

17    **Q    And morning of Christmas Eve day?**

18    A    Well, it really doesn't matter what time of

19 day or night or evening it is, we are always to look out

20 for safe --

21    **Q    Yeah, but I'm asking whether in terms of**

22 **increased customer traffic on specifically the morning**

23 **of December 24, 2016 before Polly Bassett slipped and**

24 **fell whether you were aware of anybody utilizing**

25 **maintenance associates to increase floor care coverage?**

```
 1        A    No, I'm not.

 2        Q    And in your review and investigation of this

 3   case, did you find based on the CCTV footage that any

 4   maintenance associates would utilize to increase floor

 5   care coverage in the vestibule?

 6        A    During CCTV review, no.

 7        Q    Have you ever -- when you're running the

 8   safety meetings, have you ever told managers and

 9   associates that they need to be alert and looking for

10   hazards when in the store?

11             MS. GUITERREZ:  Objection, form.

12        A    Repeat the question.

13        Q    (By Mr. Tucker) Sure.  When you're running the

14   safety meetings, have you ever said to your associates

15   and your managers that are there that they need to be

16   alert and looking for substances on the floor of the

17   store?

18             MS. GUITERREZ:  Objection, form.

19        A    We need to be alert, I don't understand the

20   question.

21        Q    (By Mr. Tucker) Okay.  Does floor safety at

22   Walmart require associates be alert looking for hazards?

23        A    Yes, if they were to clock.

24        Q    Okay.  It's interesting that you -- without

25   missing anything about being on the clock you mentioned
```

1    that, is there any reason sitting here today that

2    without me saying anything about the clock you brought

3    that up?

4              MS. GUITERREZ:  Objection, form.

5         Argumentative.  You can answer.

6         A    Because when you say require associates,

7    requires associates because associates are always in the

8    store.

9         Q    (By Mr. Tucker) So, at your training meetings,

10   do you ever train the employees that they don't have to

11   look for substances when they're off the clock?

12        A    No, we don't mention that.

13        Q    Have you ever told any employees that they

14   don't have to be alert when they're not on the clock?

15        A    No.

16        Q    So, why are you telling me today, you know,

17   you never told an employee that has worked under you in

18   your five years there and all of a sudden today you

19   decided to bring that up, why?

20             MS. GUITERREZ:  Objection, form.

21        Argumentative.

22        A    Because we don't have associates off the clock

23   on our spills voluntarily and we have to remind them to

24   do it timely -- time adjustment based on the fact that

25   they're off the clock and they were doing something for

```
 1   the company.

 2        Q    (By Mr. Tucker) Can you give me an example of

 3   an employee who did a time adjustment because they were

 4   guarding a spill off the clock?

 5        A    I can't give you an exact example.  I know

 6   that is what we do.

 7        Q    When did somebody do a time adjustment for

 8   guarding a spill?

 9        A    I'm not exactly when -- I'm not sure when

10   someone did it exactly, I can't provide that

11   information, but I know that if an associate guards a

12   spill or responds to a spill off the clock that we

13   advise them to do a time adjustment based on that.

14        Q    But you're actually aware of associates who

15   have done a time adjustment for guarding a spill?

16        A    I have not had -- I have not informed an

17   associate to do, but I know that is information that we

18   provide in the safety meeting.

19        Q    Are of aware of an employee who has done a

20   time adjustment for guarding a spill?

21        A    No.

22        Q    Then how do you know that that has occurred?

23             MS. GUITERREZ:  Objection, form.

24        A    Because that is information that we provide

25   during our safety meeting.
```

1      Q    (By Mr. Tucker) So, you provide information

2   regarding employees changing their time at a safety

3   meeting but you're not aware of anyone who has ever done

4   it?

5      A    There's a meeting, it's an informational

6   session.

7      Q    Have you ever given a safety meeting where you

8   have discussed an employee who has changed their time --

9   adjusted their time because they guarded a spill?

10     A    No.

11     Q    Okay.  Have you ever been in a meeting where

12  somebody else has said that an employee has adjusted

13  their time due to guarding a spill?

14     A    No.

15     Q    So, I'm at a loss here.  Why then was the

16  first thing you brought up, I didn't even ask you about

17  that, why then did you just bring up employees off the

18  clock?  You're not aware -- you're not aware of anyone

19  who has done it, you've never heard anyone at a meeting

20  say it.  So, why are we talking about that right now?

21          MS. GUITERREZ:  Objection, form.

22      Argumentative.  You asked him a question and he

23      answered the question.

24     Q    (By Mr. Tucker) Please answer the question.

25     A    Because that's the things that we discussed

1    during our meeting.  You asked me about do I lead the

2    meetings.  That's what we cover during the meeting.

3         **Q    So, you've covered during the meeting time**

4    **adjustments for employees who are off the clock and see**

5    **a spill?**

6         A    If you guard a spill while you're in the store

7    and you're not on the clock -- if you guard a spill

8    while you're not on the clock you need to complete your

9    time adjustment.

10        **Q    Have you ever told employees that during a**

11   **meeting that you were running for safety?**

12        A    Yes, that's what I recall.

13        **Q    When was the last time you did that?**

14        A    I can't recall, it was -- I'm sure it was this

15   year.

16        **Q    Was it before or after December 24, 2016?**

17        A    Yes.

18        **Q    Who are some of the employees -- how many**

19   **employees go to these meetings?**

20        A    It can be different employees depending on the

21   meeting on different days.

22        **Q    Who -- give me the names of the employees that**

23   **you recall that were at the meeting when you said that**

24   **employees can adjust their time for guarding a spill**

25   **throughout the clock?**

```
1          A     I can't recall.

2          Q     You can't recall a single employee?

3          A     Not a single because that's like -- it's

4    something I don't say at every meeting.

5          Q     In which meetings do you say that?

6          A     I can't recall.

7          Q     When do you say it at meetings?

8          A     When?

9          Q     Yeah.

10         A     During the meeting.

11         Q     When?

12         A     I can't recall the exact meeting.

13         Q     Why do you say that at meetings?

14         A     It depends on the conversation, it depends on

15   what happened during that week, it could be the recap

16   what we're talking about or it could be just a talk --

17   recap on safety or incidents that occurred in the store,

18   it depends.

19         Q     If an employee adjusts their time based on - -

20   well first of all, how is time adjusted for employees?

21         A     They have to complete a form and give it to

22   personnel.

23         Q     Would it say why they are completing that

24   form?

25         A     They could describe -- they could say that,
```

1    they could have said that, it is the line that -- where

2    they could be explaining why.

3         **Q    Do they always have to explain it?**

4         A    They don't always have to explain it, they

5    could tell the manager, the manager will sign it off.

6         **Q    But the form is always filled out?**

7         A    Yes, for the time adjustment to occur.

8         **Q    So, if somebody adjusted their time regarding**

9    **a spill, it would be written on the form?**

10        A    Potentially it could be.

11        **Q    Do you think if we request all the time**

12   **adjustments, we'd see any that have a spill that**

13   **somebody guarded?**

14        A    I don't know.

15        **Q    I mean as a manager of Walmart that does asset**

16   **protection and runs the meetings on safety, if I request**

17   **these time adjustment sheets, it is going to show me a**

18   **single time adjustment for somebody guarding a spill?**

19             MS. GUITERREZ:  Objection to form.

20        A    I don't know because I've never seen the forms

21   after completing.

22        **Q    (By Mr. Tucker) Never see them yourself?**

23        A    Yeah, I've seen the forms before.

24        **Q    Do you ever see them for time adjustment for**

25   **somebody guarding a spill?**

```
1        A     No.

2        Q     And yet you talk about it at your safety

3   meeting?

4        A     Yes.

5        Q     How did you come to learn of an employee

6   adjusting their time for guarding a spill?

7        A     Whenever an employee does it off the clock in

8   relation to Walmart they have to complete their time

9   adjustment.

10       Q     Are managers off the clock?

11       A     If we're on vacation.

12       Q     If they're at the store?

13       A     If we're in the store we are in the store on

14  the clock.

15       Q     What about the parking lot?

16       A     The parking lot too.

17       Q     How many times have you told employees that

18  they can adjust their time for guarding a spill?

19       A     I can't recall.

20       Q     More than five?

21       A     Repeat that question because -- repeat the

22  question?

23             MR. TUCKER:  Read it back.

24             THE COURT REPORTER:  How many times have you

25       told an employee that they can adjust their time
```

1      for a spill?

2      A    For a spill?

3      **Q    (Mr. Tucker) For guarding a spill.**

4      A    I cannot recall.

5      **Q    More than five?**

6      A    Yes.

7      **Q    More than 10?**

8      A    I wouldn't say more than 10.

9      **Q    You wouldn't say it?**

10     A    Probably.

11     **Q    Probably more than 10?**

12     A    I wouldn't say more than 10.

13          THE COURT REPORT:  I would or wouldn't?

14          THE WITNESS:  I would not.

15     **Q    (By Mr. Tucker) So, you think in your five**

16     **years as a manager at Walmart no more than 10 times**

17     **you've said the words essentially that they can adjust**

18     **their time for guarding a spill?**

19     A    I don't want to guess.

20     **Q    Is that fair to say or is it not fair to say?**

21          MS. GUITERREZ:  Objection, form.

22     A    Repeat.

23     **Q    (By Mr. Tucker) Is it fair, unfair to say that**

24     **less than 10 times over your five years as a manager for**

25     **Walmart that you have said out loud essentially that**

1    employees can adjust their time for guarding a spill?

2            MS. GUITERREZ:  Objection to form.

3        A    I cannot recall sir if I said it more than 10

4    or not.

5        Q    (By Mr. Tucker)  Am I in the ballpark?  I mean

6    you think --

7        A    I don't know, it's not something that I say it

8    at every meeting or every time I'm talking and I hold

9    the meeting every time there is a safety meeting, so.

10       Q    Do you have any written bullet points that you

11   use or any kind of written materials you use for the

12   safety meetings?

13       A    It's provided on a wire and we have to use

14   that.

15       Q    You stick to the wire?

16       A    Yes, the topics.

17       Q    Is there anywhere on what you use to give the

18   safety meetings that ever have said that employee can

19   adjust their time to guard a spill?

20       A    I cannot recall.

21       Q    Is there any materials that Walmart has

22   provided you to give the safety meetings that says an

23   employee can adjust their time for any safety-related

24   issues?

25       A    I can't -- I can't recall.

1      Q    Are you saying that it might exist?

2      A    I'm sure it exists.  Any time you do something

3  off the clock, you must -- for Walmart or the business

4  you have to complete your time adjustment, but you just

5  say particularly for guarding a spill that's the

6  business of Walmart to provide a safe shopping

7  experience.

8      Q    But what I'm asking you and you said that

9  there was materials on the wire that you used to give

10 the safety meetings and I want to know if those

11 materials from the wire that you used at the safety

12 meetings at all talk about adjusting time for safety-

13 related issues?

14           MS. GUITERREZ:  Objection to form.

15      A    Each topic is a different topic each week.

16      Q    (By Mr. Tucker) If I ask you to produce them,

17 do you think you'd be able to produce me a single

18 document that says that employees can adjust their time

19 for safety-related issues?

20           MS. GUITERREZ:  Objection to form.

21      A    I don't want to guess, I have to research and

22 see.

23      Q    (By Mr.  Tucker) Well, I'm going to ask for

24 what should I ask for so that we know I'm talking about

25 the same thing.

```
 1        A     Time adjustment guidelines.

 2        Q     Are there actual guidelines for time

 3   adjustment?

 4        A     Yes.

 5        Q     What about your safety meetings, what would I

 6   ask for to get all the notes you used during your safety

 7   meetings?

 8        A     Just the topics.

 9        Q     Do they ever change?

10        A     Yes, every week.

11        Q     How do you know which one to use week by week?

12        A     It's by week, they have to tell you for the

13   week.

14        Q     So, management somewhere at the top puts out

15   some kind of materials to use for that week on safety?

16        A     Home office.

17        Q     Home office?

18        A     Yes.

19        Q     What would I call it if I was requesting all

20   the ones that they've ever sent to you guys to use for

21   your safety meetings?  What would I ask for?

22        A     Safety topics.

23        Q     So, you use the safety topics at your

24   meetings-- your safety meetings every week?

25        A     Yes.
```

```
 1        Q    And that's all it's called, the safety topics?

 2        A    Yes.

 3        Q    Okay.  So, if I ask for safety topics you

 4   would know what I was asking for, whatever Walmart's

 5   home office gives you for the safety meetings?

 6        A    Yes.

 7        Q    Based on your experience as a manager for

 8   Walmart and running safety meetings for Walmart, is the

 9   vestibule an area that has lots of slip and falls?

10             MS. GUITERREZ:  Objection, form.

11        A    No.

12        Q    (By Mr. Tucker) Are you aware of any slip and

13   falls that occurred in the vestibule of Walmart?

14        A    Yes.

15        Q    Outside of this one?

16        A    Yes.

17        Q    What slip and falls are you aware of?

18        A    I can't provide the name I mean.

19        Q    The same store?

20        A    Our other stores.

21        Q    No, I'm asking specifically 1387.

22        A    Yeah, same store.

23        Q    Do you know when?

24        A    No, I don't know the exact date.

25        Q    Do you know if it was before or after the slip
```

1    **and fall of Polly Bassett?**

2    A    It could have been after.

3         **Q    It could have been before as well?**

4    A    Yes.

5         **Q    In the same vestibule, GM?**

6    A    Yes.

7         **Q    Do you know if it was a slip on water?**

8    A    I can't recall, I don't want to guess what it

9    actually was.

10        **Q    Slip on a substance?**

11   A    No, I actually think that it was just the

12   gentleman that fell.

13        **Q    You don't know why?**

14   A    No.

15        **Q    Have you sat for a deposition in that case?**

16   A    No.

17        **Q    Do you know if that case is in litigation?**

18   A    No, I do not know.

19        **Q    Would you say it was within a year or two of**

20   **the slip and fall of Polly Bassett?**

21   A    I'm not sure.

22        **Q    Well, Polly's case happened in 2016, right?**

23   A    Yes.

24        **Q    You've been there five years?**

25   A    I'm not sure.

1      **Q      Outside of Camera 2 on Exhibit 2, was there**

2  **any other cameras inside the vestibule that would have**

3  **shown the fall but were not preserved?**

4           MS. GUITERREZ:  Objection to form.

5      A    Yes.

6      **Q     (By Mr. Tucker) What steps did Walmart take to**

7  **comply with Exhibit 3?**

8           MS. GUITERREZ:  Objection, form.  Asked and

9        answered.

10     A    What is on Exhibit 3?

11     **Q     (By Mr. Tucker) The preservation letter.**

12     A    You'd have to ask the claim adjuster.

13     **Q     Why would I have to ask the claim adjuster?**

14     A    Because they provide that information.

15     **Q     And this preservation request requested 24**

16 **hours proceeding the fall, did you see that when you're**

17 **looking at the video, 24 hours?**

18     A    Which number, 24 hours?

19     **Q     I mean there's a bunch in here, but you know**

20 **they ask for the 24 hours to be preserved.**

21     A    No.

22     **Q     Is there a reason why the video was not**

23 **preserved for longer than an hour before?**

24     A    Because we're required to preserve an hour

25 before and hour after.

1      **Q     Required by who?**

2      A     Walmart.

3      **Q     Could you have preserved more?**

4      A     Yes, if I have been directed to.

5      **Q     Directed by who?**

6      A     Walmart.

7      **Q     Who at Walmart?**

8      A     Claim adjuster.

9      **Q     Do you know who in this case?**

10     A     That you've mentioned it, Jenny if I can

11  recall.

12     **Q     If this letter requested all video be**

13  **preserved, is there any reason that Walmart or really**

14  **you in this case will only preserve an hour before to an**

15  **hour after the slip and fall?**

16          MS. GUITERREZ:  Objection, form.

17     A     Is there any reason why not?

18     **Q     (By Mr. Tucker) Is there any reason that you**

19  **only preserve an hour before to an hour after when this**

20  **letter dated January 9th requested for 24 hours?**

21          MS. GUITERREZ:  Objection to form.  Asked and

22      answered.

23     A     Because we are required by Walmart to preserve

24  an hour before and hour after the incident.

25     **Q     (By Mr. Tucker) And if Walmart had asked you**

1    to save more you would have?

2        A    Yes.

3        Q    And you could have?

4        A    Yes.

5        Q    Would it have been a burden for you to save

6    more than an hour before and hour after?

7             MS. GUITERREZ:  Objection, form.

8        A    No.

9        Q    (By Mr. Tucker) Would have been easy to do?

10            MS. GUITERREZ:  Objection to form.

11       A    And it would have been my job and request.

12       Q    (By Mr. Tucker) Would it have been expensive

13   to save more than an hour before to an hour after?

14            MS. GUITERREZ:  Objection to form.

15       A    Why would you say expensive?

16       Q    (By Mr. Tucker) I'm asking you, would it be

17   expensive to save more than an hour before to an hour

18   after the slip and fall?

19            MS. GUITERREZ:  Objection to form.

20       A    It depends on -- no I don't, in my opinion no.

21       Q    (By Mr. Tucker) What's that?

22       A    No.

23       Q    Would it have been expensive to save the 24

24   hours preceding the slip and fall?

25            MS. GUITERREZ:  Objection, form.

1      A    That's a yes or no question?

2      **Q    (By Mr. Tucker) Yes.**

3      A    No.

4      **Q    Would it have been expensive to save video**

5   **cameras one, two, three and four that we can see in**

6   **Exhibit 2 if you preserve the hour before to the hour**

7   **after, those four cameras?**

8      A    No.

9      **Q    And based on earlier we agreed you could have**

10  **saved the hour before to the hour after of all four of**

11  **those?**

12     A    Yes.

13     **Q    Tell me all the steps that Walmart took to**

14  **stop the overwrite process on a DVR in this case?**

15     A    What is overwrite process?

16     **Q    Well, the video overwrites itself, yes? Video**

17  **saves in a different, you know, on the DVR, deletes the**

18  **old video, yes?**

19     A    Yes.

20     **Q    What steps did Walmart take to stop that**

21  **overwriting process in this case?**

22     A    There is no steps.  We -- I don't understand

23  the question.

24     **Q    Did Walmart take any steps that you're aware**

25  **of to stop the overwrite process of video on the DVR**

 1    that had cameras one, two, three and four?

 2            MS. GUITERREZ:  Objection, form.

 3        A    That's like an IT question.  I don't have

 4    control of them.

 5        Q    (By Mr. Tucker) Do you know if cameras one,

 6    two, three and four were all the same DVR?

 7        A    I'm not sure.

 8        Q    Well, can you access it from -- how would you

 9    access video off the DVR?  Do you have to select which

10    DVR you're looking at?

11        A    No, you just select the camera.

12        Q    You can't tell the difference between one DVR

13    and another?

14        A    Yeah, you can look at the properties on the

15    camera, and the properties would tell you what DVR is

16    connected to the camera.

17        Q    So, if we requested the properties of a camera

18    you'd be able to tell me which DVR it was?

19        A    Yes.

20        Q    We can go off the record for a second.

21            (Thereupon, a short discussion was held off

22            record.)

23            (Deposition resumed.)

24        Q    (By Mr. Tucker) Have you even seen water being

25    stored in the vestibule GM?

1    A    Yes.

2    **Q    Where?**

3    A    In a shopping cart back here in the south

4  corner.

5    **Q    Can you hold that up to the video camera to**

6  **show the video?  It's in the top right of the cart area?**

7    A    Yes.

8    **Q    Is that stored anywhere else?**

9    A    It's stored in the back room.

10    **Q    Who stocks the cart storage area with water?**

11    A    It could be the sales floor associate,

12  manager.

13    **Q    Have you ever seen a manager do it?**

14    A    A cart pusher.

15    **Q    Have you ever seen --**

16    A    I've done it.

17    **Q    You've done it?**

18    A    Yes.

19    **Q    Did you do it on December 24, 2016?**

20    A    No.

21    **Q    What about December 23rd, 2016?**

22    A    No.

23    **Q    So, in fact not only have you seen it, but**

24  **you've actually stocked it yourself with water in that**

25  **area?**

Case 0:18-cv-61984-RKA   Document 146-2   Entered on FLSD Docket 10/03/2019   Page 139 of 259

Dixon, Virgil   02-26-2019          Page 139 of 201

```
1          A    I've provided for that area.

2          Q    Right.  You've taken water and stuck it into

3    the cart in the cart storage area, yes?

4          A    I gave it to one of the cart pushers to take

5    over for their water.

6          Q    So, you've given it to folks to put it into

7    the cart in the cart storage area?

8          A    Yes.

9          Q    And you knew when you gave it to him they were

10   going to put it in the cart storage area?

11         A    Yes, that was the direction.

12         Q    Is there any Walmart guidelines on giving

13   water to employees?

14         A    Yes, during summer months when it's hot anyone

15   who is working outside --

16              THE COURT REPORTER:  I'm sorry, I can't hear

17        you.

18              THE WITNESS:  Oh, I'm sorry.

19              THE COURT REPORTER:  It's okay.

20         A    During the summer when it's hot year round,

21   anyone is working outside.

22         Q    (By Mr. Tucker) Do you know what the name of

23   that guideline is?

24         A    Heat.  I think it's heat.

25         Q    Heat guideline?
```

```
1        A    It's one of the safety -- safety topics that

2   deals with the heat, heat exhaustion.

3        Q    If I ask for a heat guidelines, you know what

4   I was talking about?

5        A    Yes.

6        Q    Is there any guidelines that advise where

7   water should be stored for the cart pushers?

8        A    No, it's not available.

9        Q    Is there any guidelines that suggest or advise

10  them to go to the break room to drink water?

11       A    No.

12       Q    There is a cart pusher in the video in the

13  hour before and the hour after?

14       A    Yes.

15       Q    Do you know his name?

16       A    Albert.

17       Q    Do you ever speak with him regarding this

18  case?

19       A    Probably to get -- request a statement or if

20  he'd provide statement, I'm not sure.

21       Q    Do you know what he said?

22       A    No.

23       Q    Do you ever ask him about the water he was

24  holding?

25       A    No.
```

```
 1        Q     Do you know he was holding water?

 2        A     No, from the video I saw water.

 3        Q     From the video you know he is holding water?

 4        A     Yes.

 5        Q     Four bottles?

 6        A     Yes.

 7        Q     Do you see anybody else -- well strike that --

 8   would you agree or disagree having watched the video as

 9   the asset protection manager for Walmart that Albert

10   comes in close proximity to where the Plaintiff fell as

11   he walks holding four bottles of water?

12              MS. GUITERREZ:  Objection, form.

13        A     Yes.

14        Q     (By Mr. Tucker) Yes, he comes in close

15   proximity where the Plaintiff falls?

16        A     He is in the area.

17        Q     Okay.  Do you see anybody else in the hour

18   before the Plaintiff falls with any substance at all?

19              MS. GUITERREZ:  Objection, form.

20        A     No.

21        Q     (By Mr. Tucker) Do you deal with Workers' Comp

22   at all?

23        A     Yes.

24        Q     Are you aware of any Workers' Comp claim at

25   Walmart?
```

```
 1        A    What do you mean a Workers' --

 2        Q    Well, are you aware of any employees that have

 3   been hurt and have made a Workers' Comp claim?

 4        A    Yes, we have -- we have a Workers' Comp claim.

 5        Q    Do you handle the Workers' Comp issues?

 6        A    We provide video.

 7        Q    Is it fair to say then that you're involved

 8   in--

 9        A    Yes.

10        Q    -- a lot of Workers' Comp claims at Walmart?

11        A    Providing video

12             MS. GUITERREZ:  Objection to form

13        A    Providing video.

14        Q    (By Mr. Tucker) Reviewing the video?

15        A    Yes.

16        Q    Do you ever make an opinion as to what's on

17   the video?

18        A    No.

19        Q    You just hand it off to somebody?

20        A    We provide it to claims department.

21        Q    Claims department.  Do you ever -- do they

22   tell you what to look for?  Did they ever say like hey

23   someone is in the break room and they fell or a box

24   dropped on their head anything along those lines?

25        A    We provide video the hour before and the hour
```

1  after the incident that occurred.

2      Q    Are you aware of anyone at Walmart who has

3  made a Workers' Comp claim who is off the clock?

4      A    Not that I can recall.

5      Q    Is it something that you once recalled and now

6  you don't remember?

7           MS. GUITERREZ:  Objection to form.

8      A    What was the question?

9      Q    (By Mr. Tucker) You said you don't recall

10 whether or not there is an employee off the clock who

11 has made a Workers' Comp claim.

12     A    No, I don't recall.

13     Q    Injured off the clock?

14     A    No.

15     Q    But on the property?

16     A    No, I don't recall.

17     Q    Okay.  Is there something that can help you

18 remember whether or not that has occurred, whether

19 you've pulled video for a case where somebody has made a

20 Workers' Comp claim when they're off the clock?  What I

21 mean they were injured off the clock but on the

22 property.

23     A    Just a review of the files.

24     Q    Is that something you'd be able to tell me if

25 I asked?

```
 1              MS. GUITERREZ:  Objection to form.

 2       A    Excuse me?

 3       Q    (By Mr. Tucker) If I asked Walmart and you

 4  submit these videos, if I asked Walmart and then your

 5  manager for Walmart if I ask them whether there were

 6  cases in that store where somebody has made a Workers'

 7  Comp claim for an incident that occurred on the property

 8  but off the clock, would you be able to look that up and

 9  tell me?

10              MS. GUITERREZ:  Objection, form.

11       A    Yes.  Review of the -- review of each.

12       Q    (By Mr. Tucker) But it would be possible to

13  do?

14       A    Yes, review every file.

15       Q    All right.  That's all I've got.

16                      CROSS EXAMINATION

17  BY MS. GUITERREZ:

18       Q    Okay Mr. Dixon, I just have a few follow up

19  questions for you.  If an employee files a Workers' Comp

20  claim, are you involved at all in the decision whether

21  or not they are actually entitled to Worker' Comp?

22       A    No.

23       Q    Okay.  And just because an employee files a

24  claim that doesn't mean that they are actually entitled

25  to Workers' Comp.  Is that correct?
```

1       A    Yes.

2       Q    For example if an employee is at a store on

3  his day off and he is even on the clock, he gets

4  injured, files a Workers' Comp claim that doesn't

5  necessarily mean that he is going to be entitled

6  Workers' Compensation, correct?

7       A    Correct.

8       Q    Similarly if an employee from your store goes

9  to a different Walmart store and is not working at that

10 Walmart store and not scheduled to work gets injured,

11 files a Workers' Comp claim, that store that's not the

12 store that he works at has to pull that video that

13 doesn't necessarily mean that he is actually entitled to

14 Workers' Comp.  Is that correct?

15      A    Correct.

16      Q    And Mr. Dixon, looking at Plaintiff's Exhibit

17 Number 3, when you pulled the footage from the actual

18 CCTV system the hour before and the hour after, were you

19 doing that to comply with Walmart's policy?

20      A    Yes.

21      Q    And was that the reasonable thing for you to

22 do to comply with Walmart's policy?

23      A    Yes.

24      Q    Do you know if there was a substance on the

25 floor on the date of Ms. Bassett's incident that

```
 1   actually caused her to slip?

 2        A    No.

 3        Q    Assume there was a substance on the floor, do

 4   you have any idea where that substance came from?

 5        A    No.

 6        Q    And Mr. Tucker had asked you about some water

 7   bottles that Mr. Scarlet was seen carrying.  Do you

 8   remember that?

 9        A    Yes.

10        Q    Are those water bottles kept on ice?

11        A    No.

12        Q    Do those water bottles have any condensation

13   on them?

14        A    Room temperature, no.  Room temperature.

15        Q    If those water bottles were leaking, would

16   they be placed in a shopping cart?

17        A    No.

18             MR. TUCKER:  Objection.

19        Q    (By Ms. Guiterrez) And Mr. Tucker discussed

20   with you the fact that footage from only one camera was

21   saved directly from the CCTV system the hour before and

22   the after.  Okay.  You did not intentionally not save

23   footage because you didn't want Ms. Bassett or her

24   attorney to have that footage, correct?

25             MR. TUCKER:  Objection.
```

```
 1       A    Correct.

 2       Q    (By Ms. Guiterrez) Okay.  And in fact you

 3   actually saved the footage that you thought was the most

 4   helpful and that showed the best view of the incident,

 5   correct?

 6            MR. TUCKER:  Objection, form.

 7       A    Correct.

 8       Q    (By Ms. Guiterrez) And let me rephrase that

 9   because there was an objection.  Mr. Dixon, did you

10   intentionally not save footage because you didn't want

11   Ms. Bassett or her attorney to have that footage?

12       A    No, I did not.

13       Q    And Mr. Dixon, did you save the footage in

14   this case that you thought was the most helpful and

15   actually showed the best view of the incident?

16            MR. TUCKER:  Objection, form.

17       A    Yes.

18       Q    (By Ms. Guiterrez) And Mr. Dixon, did you in

19   fact save a camera footage from an angle that caught the

20   entire incident the hour before and the hour after?

21       A    Yes.

22       Q    And Mr. Dixon, did you save footage in this

23   case that caught the incident in its entirety?

24            MR. TUCKER:  Objection, form.

25       A    Yes.
```

1      Q    (By Ms. Guiterrez) And Mr. Dixon, you

2    testified that you reviewed the footage from all camera

3    angles on the date of the incident, correct?

4      A    Yes.

5      Q    Okay.  And did you look for a substance on the

6    floor in each of those camera angles?

7      A    Yes.

8      Q    Did you see anything on the floor in any of

9    those camera angles?

10     A    No.

11     Q    And if you would have seen something on the

12   floor in any of those camera angles, would you have

13   saved that camera angle if it showed something different

14   from Number 2?

15     A    Yes.

16     Q    And Mr. Dixon just to be clear this is not a

17   case where you did not save any footage at all, correct?

18          MR. TUCKER:  Objection, form.

19     A    Correct.

20     Q    (By Ms. Guiterrez) Okay.  And just to be clear

21   this is not a case where you purposefully decided not to

22   save any footage, correct?

23          MR. TUCKER:  Objection, form.

24     A    Correct.

25     Q    (By Ms. Guiterrez) And in fact, what this is

1    is a case where you did save footage the hour before and

2    the hour after capturing the entire incident.  Is that

3    correct?

4            MR. TUCKER:  Objection, form.

5        A    Correct.

6        Q    (By Ms. Guiterrez) Okay.  Mr. Dixon, what

7    footage did you save in this case?

8        A    Camera 2 one hour before and one hour after

9    the incident.

10       Q    Okay.  And did that capture the incident?

11       A    Yes.

12       Q    And did that capture every person that was in

13   the area of the incident for the hour before

14   Ms. Bassett's incident?

15           MR. TUCKER:  Objection, form.

16       A    Yes.

17       Q    (By Ms. Guiterrez) Mr. Dixon, you testified

18   earlier that the CD that you burned the items onto holds

19   I think 120 minutes?

20       A    Yes.

21       Q    Okay.  So, if you were -- if you had to save

22   24 hours of footage from four cameras you would have to

23   burn that onto approximately, so that's 24 divided by 2,

24   one second my math's really bad.  So, Mr. Dixon taking

25   into consideration that those CDs only hold 120 minutes,

```
 1    which is two hours.  For each camera, you would have to

 2    burn 12 CDs.  Is that correct?

 3         A    Yes.

 4         Q    Okay.  And then -- so the total number of CDs

 5    that you would burn would be 12 x 4 cameras which is 48.

 6    Is that correct?

 7         A    Yes.

 8         Q    How long would that take you to burn 48 CDs?

 9         A    I don't know.

10         Q    Would it take you half a day, all day?

11              MR. TUCKER:  Objection, form.

12         Q    (By Ms. Guiterrez) If you don't know that's

13    fine.

14         A    I don't know.

15         Q    Okay.  That's fine.  And Mr. Tucker had asked

16    you about high traffic times.  You testified that

17    Christmas Eve is a busy day?

18         A    Yes.

19         Q    Is 7:42 a.m. on Christmas Eve a busy or high

20    traffic time?

21         A    No.

22         Q    In your experience, what time does the store

23    start getting busy on Christmas Eve?

24         A    Late morning after 11:00 -- 11:00 a.m.

25              throughout the day.
```

Dixon, Virgil  02-26-2019          Page 151 of 201

```
 1        Q    And do you know how many customers visits the
 2   store on a daily basis?
 3        A    No.
 4        Q    Is it somewhere around 3,000 to 4,000 on a
 5   daily basis?
 6             MR. TUCKER:  Objection, form.
 7        Q    (By Ms. Guiterrez) Do you know?
 8        A    I'm not sure.
 9        Q    And Mr. Dixon, did you purposefully not save
10   footage directly from the CCTV camera system for cameras
11   one, four and three because you didn't want someone to
12   see it?
13             MR. TUCKER:  Objection, form.
14        A    No.
15        Q    (By Ms. Guiterrez) And what was the reason why
16   you didn't save the footage from one, four, three?
17        A    Because two showed the -- was the best camera
18   for that incident.  It showed the incident in its
19   entirety and the mechanics of the fall.
20        Q    And you had discussed with Mr. Tucker how the
21   retention period or the automatic overwrite period for
22   the CCTV camera system can change based on the settings
23   of the camera.  Can it also change based on customer
24   traffic and what that camera is picking up?
25        A    Yes.
```

```
 1          Q    Mr. Dixon, have you ever purposefully not

 2    retained footage because it showed something bad for

 3    Walmart in a slip and fall?

 4               MR. TUCKER:  Objection, form

 5          A    No.

 6          Q    (By Ms. Guiterrez) So, even if footage shows

 7    something that you believe would make Walmart liable for

 8    a claim, you would still retain that footage, correct?

 9          A    Yes.

10          Q    And Mr. Dixon, Mr. Tucker had showed you some

11    still shots of the vestibule area where the doors were

12    opened.  Do you remember that?

13          A    Yes.

14          Q    Okay. And for the record I am showing

15    Mr. Dixon a still shot from the CCTV footage at

16    7:40:02 a.m. Okay. And Mr. Dixon, here do you see that

17    glare that Mr. Tucker was referring to during his

18    questioning?

19          A    Yes.

20               MR. TUCKER:  Objection.

21          Q    (By Ms. Guiterrez) And did Mr. Tucker ever ask

22    you about the glare when the doors were closed?

23          A    No.

24          Q    Mr. Dixon, looking at the still shot from

25    7:40:15 a.m., looking at the left -- the furthest left
```

1    door that's closed compared to the right door that's

2    open.  Do you see that?

3        A    Yes.

4        Q    Okay.  And the left door that's closed, is

5    that glare now gone?

6        A    Yes.

7        Q    And the right door that's open, is that glare

8    still there?

9        A    Yes.

10       Q    And can you see the floor on the left side

11   with that door closed?

12       A    Yes.

13       Q    Do you see anything on that floor?

14       A    No.

15       Q    Is it fair to say glare changes with the doors

16   closing and opening?

17       A    Yes.

18       Q    And again looking at still shot at

19   7:41:32 a.m., are both doors closed here?

20       A    Yes.

21       Q    Are you able to see the tile here?

22       A    Yes.

23       Q    And in fact Mr. Dixon, when you reviewed the

24   footage, you did look for anything on the floor in all

25   three camera angles, correct?

```
 1              MR. TUCKER:  Objection, form.

 2      A    Yes.

 3      Q    (By Ms. Guiterrez) Mr. Dixon, did you look for

 4   anything on the floor when you reviewed all four camera

 5   angles?

 6      A    Yes.

 7      Q    Did you see anything on the floor?

 8      A    No.

 9      Q    And is it fair to say that the glare in --

10   that we see in Camera 2 when the doors are open had no

11   effect on whether or not you can really see anything on

12   the floor because you couldn't see it in any of the

13   camera angles?

14              MR. TUCKER:  Objection, form.

15      Q    (By Ms. Guiterrez) Is that fair to say?

16      A    Yes.

17              MS. GUITERREZ:  And I'm not sure which video

18         you have this labeled as?

19              MR. TUCKER:  I mean I have been labeled them

20         how you gave them to me.  You have video one

21         through six.

22              MS. GUITERREZ:  Okay.  I just don't have it in

23         my system just so we can stay consistent for the

24         deposition.

25              MR. TUCKER:  I don't know what your video --
```

```
 1              MS. GUITERREZ:  It's on here.  It's on here.

 2         There is only -- there is only one.

 3              MR. TUCKER:  I mean I'm not even testifying, I

 4         mean it may be Video 6, but I mean I'd be guessing,

 5         I can't tell you what your videos --

 6              MS. GUITERREZ:  There is only one video from

 7         this angle.

 8              MR. TUCKER:  I don't think that that's

 9         accurate, but.

10              MS. GUITERREZ:  It is accurate.  Okay.  I'm

11         just going to use this one and I'll just e-mail it

12         to the Court Reporter so she can make it an exhibit

13         if we can't figure out what the video number is.

14              MR. TUCKER:  It's your video.

15              MS. GUITERREZ:  Well, you have it on your

16         computer and I just asked you the professional

17         courtesy of what the picture is.

18              MR. TUCKER:   I told you it could be Video 6,

19         but I'm --

20              MS. GUITERREZ:  If you want to pull it so you

21         can confirm and we'll just play it from your

22         computer that way we're just consistent.

23              MR. TUCKER:  I'm using the computer, I'll pull

24         it up and you can figure out if yours is -

25              MS. GUITERREZ:  So, this is Video 6 right?
```

1           MR. TUCKER:  How do you not have this?  I mean

2      yours -- if it's not titled that way, then it's not

3      the same.

4           MS. GUITERREZ:  Okay.  Then can you just play

5      it just real quick?  Can you pause it?

6      **Q    (By Ms. Guiterrez) Mr. Dixon looking at**

7      **Video 6, do you see anything on the floor, any**

8      **substance?**

9      A    No.

10     **Q    And Mr. Dixon --**

11          MR. TUCKER:  Hold on. Hold on. I can't let you

12     use my computer because I'm trying to take notes.

13          MS. GUITERREZ:  No, no, I'm done. Go ahead.

14     That's fine.

15     **Q    (By Ms. Guiterrez) And Mr. Dixon, in your**

16     **experience in looking at CCTV footage, if there was just**

17     **small clear drops of water on the floor, would you**

18     **expect it -- would you expect to be able to see it on**

19     **the CCTV footage?**

20          MR. TUCKER:  Objection.

21     A    No.

22     **Q    (By Ms. Guiterrez) Would you expect to be able**

23     **to see it on the CCTV footage from any of the cameras in**

24     **the vestibule, one, two, three or four?**

25     A    No.

```
 1                MR. TUCKER:  Objection.

 2        Q    (By Ms. Guiterrez) In your experience as an

 3   asset protection manager for five years at the store,

 4   are you typically able to see clear substances on the

 5   floor from the CCTV footage?

 6        A    No.

 7        Q    And in fact, did you see any substances on the

 8   floor from CCTV footage that you reviewed?

 9                MR. TUCKER:  Objection.

10        A    No.

11        Q    (By Ms. Guiterrez) Did you see any substance

12   on the floor from the CCTV footage that you reviewed

13   from Camera 1?

14        A    No.

15        Q    Did you see any substance on the floor from

16   the CCTV footage you reviewed from Camera 2?

17        A    No.

18        Q    Did you see any substance on the floor from

19   the CCTV camera footage you reviewed from Camera 3?

20        A    No.

21        Q    Did you see any substance on the floor from

22   the CCTV footage that you reviewed from Camera 4?

23        A    No.

24        Q    In your mind was there any reason to preserve

25   footage from Camera 3?
```

Dixon, Virgil  02-26-2019          Page 158 of 201

```
 1        A    No.

 2        Q    Why not?

 3        A    Because Camera 2 showed -- was the best camera

 4   for an hour before and hour after.

 5        Q    Okay.  And three didn't show anything

 6   additional like any substance on the floor, correct?

 7        A    No.

 8        Q    Correct?

 9        A    Correct.

10             MR. TUCKER:  Objection.

11        Q    (By Ms. Guiterrez) Did three show anything

12   additional like any substance on the floor?

13        A    No, it did not.

14        Q    Did Camera 4 show anything additional like any

15   substance on the floor?

16        A    No.

17             MR. TUCKER:  Objection, form.

18        Q    (By Ms. Guiterrez) Did Camera 1 show anything

19   additional like any substance on the floor?

20        A    No, it did not.

21        Q    Are mats ever used in the vestibule?

22        A    Yes.

23        Q    In what circumstances are mats used in the

24   vestibule?

25        A    During rain.
```

1        Q     If it's not raining, are mats in the

2    vestibule?

3        A     No.

4        Q     And Mr. Tucker had spoken with you about

5    seeing someone have a small bunch of money that they

6    stole.  Do you remember that testimony?

7        A     Yes.

8        Q     Is there a difference between being able to

9    see a small substance on the floor versus being able to

10   see someone physically take something and stuff it

11   either in their pocket or in their purse?

12            MR. TUCKER:  Objection.

13        A     Yes.

14        Q     (By Ms. Guiterrez) Is it easier to see someone

15   physically take something even if it's a small item and

16   stuff in their pocket or in their purse?

17            MR. TUCKER:  Objection, form.

18        A     Yes.

19        Q     (By Ms. Guiterrez) So, you can't really

20   compare the two, can you?

21            MR. TUCKER:  Objection, form.

22        A     Repeat please.

23        Q     (By Ms. Guiterrez) So, you can't really

24   compare the fact to have seen a small substance on the

25   floor versus being able to see someone steal something

```
 1   from the store?

 2          MR. TUCKER:  Objection, form.

 3      A    That's correct.

 4      Q    (By Ms.  Guiterrez) Okay.  It's like comparing

 5   apples to oranges?

 6          MR. TUCKER:  Objection, form.

 7      Q    (By Ms. Guiterrez) Is that a yes?

 8      A    Yes.

 9      Q    And Mr. Dixon, you reviewed the CCTV footage

10   in this case?

11      A    Repeat.

12      Q    Did you review the CCTV footage in this case?

13      A    Yes.

14      Q    From your review of the CCTV footage, did it

15   appear to be raining?

16          MR. TUCKER:  Objection, form

17      A    No.

18      Q    (By Ms. Guiterrez) And why not?

19      A    Because I didn't see no -- I would have saw

20   customers coming in -- I didn't see rain when the doors

21   were opening and closing and no customers were coming in

22   with their umbrellas or anything.

23      Q    Okay.  Did any customers come in looking wet?

24      A    No.

25      Q    Did any customers wait inside for someone to
```

1    pick them up at the door to avoid the rain?

2        A    No.

3        Q    Are there any customers seen running into the

4    store to avoid rain?

5             MR. TUCKER:  Objection.

6        A    No.

7        Q    (By Ms. Guiterrez) Mr. Dixon, how many cameras

8    are in the store at Coral Springs?

9        A    I'm not sure the exact number.

10       Q    Is it more than 100?

11       A    Yes.

12       Q    Do you need to take a break?

13       A    No, I'm good.

14       Q    So, there is more than 100 CCTV cameras at the

15   store in Coral Springs?

16       A    Yes.

17       Q    So, when Mr. Tucker asked you if you reviewed

18   cameras every day, that doesn't necessarily mean that

19   you're reviewing specifically the four cameras in the GM

20   vestibule.  Is that correct?

21       A    That's correct.

22       Q    And Mr. Dixon, Mr. Tucker had asked you about

23   increasing floor care coverage during high traffic time,

24   does Walmart typically have more employees working at

25   the store on days that are routinely high traffic or

1   busy days?

2       A    Yes, based on customer count.

3       Q    Okay.  So, based on customer count that

4   determines the number of employees that are working on

5   any given day.  Is that correct?

6       A    Yes.

7       Q    And if customer count is typically higher in

8   the afternoon, are there going to be more employees

9   working in the afternoon as opposed in the morning?

10      A    Yes.

11      Q    Let's take a quick break.

12           (Thereupon, a short discussion was held off

13           record.)

14           (Deposition resumed.)

15      Q    (By Ms. Guiterrez) Mr. Dixon, are you aware of

16  any roof leaks in the GM vestibule?

17      A    No.

18      Q    And Mr. Dixon, if an employee is not on the

19  clock and they fail to do something, can you reprimand

20  them?

21      A    No.

22      Q    And if an employee is not clocked in, are they

23  off duty and specifically talking about hourly

24  associate.  So, if an hourly employee is not clocked in,

25  are they off duty?

1      A    Yes.

2      Q    And if an employee is not clocked in, are they

3  being paid?

4      A    No.

5      Q    And if an employee is not clocked in and not

6  getting paid, is that employee working?

7      A    No.

8      Q    And if an employee is not clocked in and not

9  getting paid, is that employee actively doing things in

10  furtherance of the store?

11          MR. TUCKER:  Objection.

12      A    No.

13      Q    (By Ms.  Guiterrez) If an employee is off duty

14  and not being paid, is that employee in the store pretty

15  much as any other customer?

16      A    Yes.

17          MR. TUCKER:  Objection.

18      Q    (By Ms. Guiterrez) And if an employee is in

19  the store, is not on duty, is not on the clock, are they

20  required to be actively looking for items and hazards on

21  the floor?

22      A    No.

23      Q    And in fact if there is an employee -- an

24  hourly associate who is not on duty, not on the clock,

25  can you go up to them and tell them hey I need you to go

```
 1    check this customer out?

 2    A     No.

 3          MR. TUCKER:  Objection.

 4    Q     (By Ms. Guiterrez) If an employee is not on

 5    duty and not on the clock, can you tell them hey go

 6    assist this customer?

 7    A     No.

 8    Q     And if an employee is not on duty and not on

 9    the clock, can you tell them hey go stock this

10    merchandize?

11    A     No.

12    Q     Would you have to tell them to go clock in

13    first before they begin any work?

14    A     Yes.

15    Q     Is the best indicator of when an employee

16    worked on a certain day when they punched in on the

17    clock?

18    A     Yes.

19    Q     And if an employee did not punch in they

20    wouldn't be working, correct?

21          MR. TUCKER:  Objection, form.

22    A     Correct.

23    Q     (By Ms. Guiterrez) And would an employee's

24    timesheet for December 24, 2016 showing when they

25    actually punched in or punched out be the most
```

1    definitive indicator of when that employee worked on

2    that day?

3              MR. TUCKER:  Objection, form.

4         A    Yes.

5         Q    (By Ms. Guiterrez) Would you rely upon the

6    timesheet as the best document to show when an employee

7    was working on December 24, 2016?

8              MS. TUCKER:  Objection, form.

9         A    Yes.

10        Q    (By Ms. Guiterrez) And Mr. Dixon, Mr. Tucker

11   had asked you some questions about the cart storage area

12   seen in Exhibit 2, and he had asked you if there is any

13   camera that shows the cart storage area.  Do you

14   remember that?

15        A    Yes.

16        Q    And you testified it depends on how many carts

17   there are, how full it is.  Do you remember that?

18        A    Yes.

19        Q    Okay. So, looking at the timestamp

20   6:42:05 a.m. from the CCTV footage preserved in this

21   case. Is that what you meant when you said it would

22   depend on how many carts are there?

23        A    Yes.

24        Q    Okay.  So, here the cart storage area appears

25   to be full.  Is that correct?

1      A     Yes.

2      Q     Okay.  Which is why you can see some of the

3   cart storage?

4      A     Yes.

5      Q     Okay.  And is there any camera that actually

6   faces down the corridor for the remaining area of the

7   cart storage?

8            MR. TUCKER:  Objection, form.

9      A     No.

10      Q     (By Ms. Guiterrez) So, this cart storage backs

11   up, there is like two almost like garage doors to the

12   far right of it?

13      A     Yes.

14      Q     Okay.  Is there any camera that faces down if

15   we're walking into the vestibule that faces down to the

16   right and shows the entire cart storage area with the

17   two garage doors?

18      A     No.

19      Q     And looking at it again, stopping the CCTV

20   footage at 6:42:05 a.m., is there any camera in the

21   vestibule area that captures more to the left than shown

22   in this camera angle from Camera 2 specifically into the

23   cart storage area?

24      A     No, you mean like down?

25      Q     Yes.

```
 1        A    No.

 2        Q    For the record, he was pointing to the cart

 3   storage area shown on Exhibit 2.  And Mr. Dixon, Mr.

 4   Tucker had asked you some questions about the timesheet

 5   adjustments and specifically for guarding spill.  If an

 6   employee clocks out and they somehow get stuck helping

 7   out a customer for a long period of time in that

 8   instance, should they fill out the timesheet adjustment?

 9        A    Yes.

10        Q    So, there is other instances where a timesheet

11   adjustment would be appropriate?

12        A    Yes.

13        Q    But there is no requirement that employees

14   engaged in Walmart duties are not off the clock, right?

15             MR. TUCKER:  Objection, form.

16        A    No.

17        Q    (By Ms. Guiterrez) Okay.  And you testified

18   earlier that evidence management is a tool that you can

19   use during your investigation.  Do you remember that?

20   It was a resource that you can use during investigation.

21        A    Yes.

22        Q    Okay.  And in this instance you didn't locate

23   any footage on evidence management, correct?

24        A    Correct.

25             MR. TUCKER:  Say that again?  What was the
```

```
1        question?

2             MS. GUITERREZ:  I said in this instance he

3        didn't locate any video footage on evidence

4        management.

5             MR. TUCKER:  Didn't locate evidence?

6             MS. GUITERREZ:  Any video on evidence

7        management.

8             MR. TUCKER:  On the system.  Gotcha, okay.

9             MS. GUITERREZ:  Yes.

10        Q    (By Ms. Guiterrez) Is it possible that in this

11   circumstance you just used your cell phone as part of

12   your investigation instead of evidence management?

13        A    Yes.

14        Q    And those videos on your cell phone, those are

15   not official Walmart videos, correct?

16        A    No.

17        Q    Is that correct?

18        A    Yes.

19        Q    Okay.  And those videos are just your personal

20   videos you used during the course of your investigation

21   saved on your personal cell phone?

22        A    Yes.

23        Q    During the course of your investigation, did

24   an issue arise as to whether there was even something on

25   the floor in the first instance?
```

```
 1       A    Repeat the question?

 2       Q    Sure. During the course of your investigation,

 3   did a question or an issue arise as to whether there was

 4   anything on the floor where

 5   Ms. Bassett slipped in the first instance?

 6       A    Was there a question?

 7       Q    Yes.

 8            MR. TUCKER:  Objection, form.

 9       A    Yes.

10       Q    (By Ms. Guiterrez) Okay.  And what was that

11   question?

12       A    That there was water on the floor.

13       Q    Okay.  And did you become aware that there may

14   not have been water on the floor where Ms. Bassett

15   slipped?

16       A    Yes.

17       Q    Okay.  And after becoming aware of that, did

18   you do anything to determine whether or not there was

19   water on the floor where Ms. Bassett slipped?

20       A    Yes.

21       Q    What did you do?

22       A    I looked at the video to see where she walked

23   in and where fell at and versus the area that or stated

24   that she is saying water was -- water was -- drops of

25   water.
```

1     Q     And did you look at the video from all cameras

2   angles?

3     A     Yes.

4     Q     Okay.  And was that to see if you could see

5   anything on the floor?

6     A     To see if she -- to actually see if she fell

7   in the area that she identified that water -- there was

8   water.

9     Q     Okay.

10    A     But I was not able to identify anything on the

11   floor.

12    Q     Okay.  And Mr. Tucker asked had asked you some

13   questions about whether or not there was any footage of

14   Ms. Bassett after the incident walking around shopping

15   in the store, do you remember that?

16    A     Yes.

17    Q     If Ms. Bassett after the incident left through

18   the same vestibule within the hour after the incident,

19   would you be able to see her on this footage?

20    A     Yes.

21    Q     So, it's possible that there is footage of

22   Ms. Bassett after the incident?

23    A     If she left within an hour using the same

24   door, yes.

25    Q     I have no further questions.

1                    **RE-DIRECT EXAMINATION**

2   BY MR. TUCKER:

3        **Q      Before we took a break the last time, I saw**

4   **you were using your phone and you were texting someone,**

5   **who were you texting with?**

6        A     My store manager.

7        **Q      Just your store manager?**

8        A     The other assistant managers and my store

9   manager.

10       **Q      What was being said?**

11            MS. GUITERREZ:  I'm going to object, you're

12       not entitled to --

13            MR. TUCKER:  In the middle of his testimony he

14       is texting with people.

15            MS. GUITERREZ:  You can ask him if he's

16       talking about --

17            MR. TUCKER:  Are you telling me that that's

18       not relevant?

19            MS. GUITERREZ:  No, you can ask him if he was

20       talking about the deposition or about the incident,

21       you can ask him about the incident --

22            MR. TUCKER:  No, in the middle of testifying,

23       it wasn't even a break.  It was right in the middle

24       of testifying.

25            MS. GUITERREZ:  Okay.  I am telling you can

1           ask him if he was texting about his testimony or --

2                MR. TUCKER:  No, you can't tell.

3           **Q    (By Mr. Tucker) Sir, what did you guys discuss**

4    **in the middle of your testimony?  Please read it into**

5    **the record.**

6                MS. GUITERREZ:  He is a Walmart asset

7                protection manager.  If he has to discuss business

8                with the Walmart store during his testimony, that's

9                fine.  What you can ask him is whether or not he

10               was texting specifically about this deposition and

11               about his testimony here today.

12          **Q    (By Mr. Tucker) Sir, were you texting in**

13   **middle of your testimony?**

14          A    When I was talking with Annalisa?

15          **Q    While you were on the record in this case.**

16          A    Yes.

17          **Q    What was said in the middle of your testimony**

18   **on the record in this case?**

19               MR. TUCKER: Are you telling him not to answer?

20               MS. GUITERREZ:  Yes, I'm telling him not to

21               answer.

22          **Q    (By Mr. Tucker) Were you talking about this**

23   **case?**

24          A    No.

25          **Q    What were you talking about?**

```
 1        A     Compliance.

 2        Q     Compliance with what?

 3        A     At my store.

 4        Q     What about compliance in the store?

 5        A     Read it.

 6        Q     Can I see it?

 7              MS. GUITERREZ:  No, no, absolutely not.

 8              MR. TUCKER:  We're going to get the judge on

 9        the phone.

10              MS. GUITERREZ:  That's fine.

11              MR. TUCKER:  You're in the middle of a

12        deposition and you're texting in the middle of a

13        deposition while he is testifying lying under oath.

14              MS. GUITERREZ:  I'm texting?

15              MR. TUCKER:  No, I'm --

16              MS. GUITERREZ:  You just said you're texting,

17        I was not texting.

18              MR. TUCKER:  You're the one talking about -

19        we're talking about the deponent in this case.  I

20        don't care if you're texting, you can text all day

21        long, I don't care what you do.  You're not being--

22        you're not under oath.

23              MS. GUITERREZ:  Okay.  That's what I'm saying,

24        you can ask him if he was texting someone about his

25        testimony here today but you're not entitled to his
```

1    private conversations on his cell phone.

2         MR. TUCKER:  They are not private in the

3    middle of a deposition.

4         MS. GUITERREZ:  And if I'm taking a break to

5    think over my notes and there is a period of

6    silence and he has a text message --

7         MR. TUCKER:  This was not during a break. This

8    was in the middle of asking him questions.

9         MS. GUITERREZ:  I did not see that.

10        MR. TUCKER:  Well, I did.

11        MS. GUITERREZ:  Okay.  I didn't see that.

12        MR. TUCKER:  And he's on video looking down at

13   his phone.

14        MS. GUITERREZ:  That's fine, I did not see

15   that, there was no objection while it was being

16   done and now you're objecting to it after the fact.

17        MR. TUCKER:  Just because there is no

18   objection, doesn't mean that he doesn't have to

19   testify to it.

20   **Q    (By Mr. Tucker) Sir, what was said?**

21        MS. GUITERREZ:  You can generally tell him

22   what you were talking about, but he is not entitled

23   to your private conversation.

24   **Q    (By Mr. Tucker) No, I want to know exactly**

25   **what you said and if your attorney is telling you not to**

```
 1   tell us --
 2          MS. GUITERREZ:  No, I'm telling him not to
 3       answer because you're not entitled --
 4          MR. TUCKER:  I mean we're going to move to
 5       sanctions on this.  We are absolutely.  You are in
 6       the middle of testifying.  I can't even believe you
 7       would argue that he wouldn't have to tell us what
 8       he said in the middle of testimony as he's looking
 9       at his phone.
10          MS. GUITERREZ:  Yes, that's what I'm saying,
11       if it had to do with his testimony.
12       Q    (By Mr. Tucker) No, I want to know exactly
13   what you said, sir.
14       A    But I don't know what I said exactly at that
15   time.  I mean I don't know if I've been recorded at that
16   time.
17          MS. GUITERREZ:  That's a thing you didn't
18       object to it as it was happening, so he doesn't
19       know, we took many breaks during this deposition.
20       Q    (By Mr. Tucker) Sir, you were testifying and
21   you were using your phone and texting folks and I want
22   to know what was said.
23       A    Okay, my manager --
24       Q    Can I see that?  Can I see your screen?
25          MS. GUITERREZ:  No, he is not entitled.
```

```
 1               MR. TUCKER:  I'm going to call the judge --

 2               MS. GUITERREZ:  That's fine.

 3               MR. TUCKER:  -- because I don't believe that

 4          you're showing me, that's not the screen.

 5          Q    (By Mr. Tucker)  That's not the screen that

 6     you had.

 7          A    Several screens.

 8          Q    Yeah, well I know what a screen looks like and

 9     that wasn't it.

10               MS. GUITERREZ:  Yeah, let's call the judge.

11               MR. TUCKER:  Let's call the judge.

12               (Thereupon, a short discussion was held off

13               record.)

14               (Deposition resumed.)

15               MS. GUITERREZ:  And for the record, I am

16          permitting the witness to testify as to anything

17          that was said generally and he can testify

18          specifically as to anything he was texting

19          specifically about this deposition, but if he

20          wasn't talking to someone specific about this

21          deposition and about his testimony here today, then

22          you're not entitled to that information.

23               MR. TUCKER:  It was during our deposition.

24          Q    (By Mr. Tucker) And sir, I will tell you that

25     I am making a motion on the record that you are required
```

1    to preserve that, you may not delete that and we're

2    going to seek an order from the Court and you're going

3    to give us a screenshot of it and I have a picture of

4    it.

5          So, I know exactly what it looks like.  So,

6    you're going to give it to us if the Court rules a

7    screenshot of it.  So, move on from that.

8          MS. GUITERREZ:  And I just want to be very

9       clear that I am allowing him to testify generally

10      as to what he was texting and to who he was

11      texting, but I object to production of those

12      specific text messages.

13          MR. TUCKER:  This isn't production, this was

14      something he did in the middle of a deposition.

15          MS. GUITERREZ:  That is a production.

16      Q    (By Mr. Tucker) Sir, what were you talking

17   about in those photos?

18          MS. GUITERREZ:  Do you want to move sanction,

19      how about we move for sanctions on your deposition

20      when you met with your client in the middle of

21      deposition and then refused to let her testify as

22      to what you two spoke about.

23          MR. TUCKER:  You mean what you did today?

24          MS. GUITERREZ:  I didn't do anything, I didn't

25      speak to him.

```
 1              MR. TUCKER:  You didn't walk out and speak

 2         with him?

 3              MS. GUITERREZ:  No, we didn't speak on breaks.

 4         Absolutely not.

 5              MR. TUCKER:  No, but you walked out in the

 6         middle of a question.

 7              MS. GUITERREZ:  Yeah. And then he testified --

 8              MR. TUCKER:  You walked out --

 9              MS. GUITERREZ:  And then he testified as to

10         what we spoke about because I know the rules and I

11         know that if I speak to him in the middle of a

12         deposition that he has to tell you what was said.

13         Q    (By Mr. Tucker) Okay.  How long would it take

14    you to move video into evidence management?

15         A    Depends, few minutes, no more than five

16    minutes.

17         Q    A few button clicks?

18         A    No, because it's downloading, so it depends on

19    how much video it is.

20         Q    Okay.  So, we're talking about 48 CDs, it'd be

21    very easy to move stuff over to evidence management?

22              MS. GUITERREZ:  Objection to form.

23         Q    (By Mr. Tucker) Yes, no?

24         A    We're talking about hours, how many hours was

25    that?
```

1       **Q      She was talking about -- she mentioned some 48**

2    **CDs.**

3       A     It will be two hours per 48 CDs, you know, 96

4    that would -- that could take awhile.

5       **Q      But moving it to evidence management would be**

6    **much quicker, would you agree?**

7       A     Still the same process and downloading.

8       **Q      Is it quicker?**

9       A     It's the same, we burn the CD, and still

10   downloading.

11      **Q      It's the same, moving it from evidence**

12   **management -- to evidence management versus putting it**

13   **on a CD?**

14      A     Yes, the same. So, it can take the same amount

15   of time.

16      **Q      Have you ever seen water on the floor of the**

17   **CCTC -- strike that -- Have you ever seen water on the**

18   **floor of the vestibule looking at the CCTV video?**

19      A     I cannot recall that.

20      **Q      I think you said earlier you can't see water**

21   **in the vestibule on the CCTV footage?**

22      A     When that question was asked it was more of on

23   the sales floor, but --

24      **Q      But you did testify that you can't see water**

25   **in the CCTV footage for the floors in the store.  Is**

1    that accurate?

2         A    Yes.

3         Q    If it's not raining, are mats used in the

4    vestibule?

5         A    Excuse me?

6         Q    If it's not raining, are mats used in the

7    vestibule?

8         A    No.

9         Q    What about if there is water in the parking

10   lot, but it's not actually coming down?

11        A    No.

12        Q    You would actually pick up the mats even if

13   there was water on the ground in the parking lot as long

14   as the water is not coming from the sky?

15        A    Yes.

16        Q    Why?

17        A    Because it's not raining, it's not inclement

18   weather situation.

19        Q    So, water on the ground outside is not

20   considered inclement weather unless it's coming down

21   from the sky?

22        A    That's correct.

23        Q    You started to mention that when the doors

24   open, you've seen rain droplets on the CCTV camera. Is

25   that accurate?

```
1      A     You can see rain.

2      Q     And droplets are really small?

3      A     Inclement weather is like a storm.

4      Q     Okay.

5      A     A sprinkle, no.

6      Q     And drops of water form puddles?

7      A     Excuse me?

8      Q     Do drops of water form puddles?

9      A     Potentially, yes.

10     Q     Is there any other way to form puddles?

11     A     Rain, heavy duty rain.

12     Q     Okay.  Is there a reason that you can see

13  teeny-tiny little water droplets, but you could not

14  identify whether or not there are puddles in the parking

15  lot?

16     A     When I said that I could see teeny -- when I

17  said see that --

18           MS. GUITERREZ:  Objection to form.

19     Q     (By Mr. Tucker) You testified that when the

20  doors are opened you can see rain drops.

21     A     Rain, inclement weather.

22     Q     Right.

23     A     Storm.

24     Q     And those raindrops can form puddles, yes?

25     A     Yes.
```

1      **Q     But you weren't able to testify whether there**

2   **was water in the parking lot?**

3      A     That's a different camera.

4      **Q     Okay.  Based on the --**

5      A     It's the distance.  That's like out in the

6   parking lot and I'm like from the camera inside of a

7   building versus like using that same camera seeing rain

8   hit the crosswalk.

9      **Q     Which cameras can you use to see rain outside**

10  **of Walmart?**

11     A     Exterior -- exterior cameras.

12     **Q     You wouldn't be able to see them on the**

13  **vestibule cameras?**

14     A     Yeah, when the doors are open.

15     **Q     When the doors are open?**

16     A     The entry -- the entry cameras will reveal

17  that when the doors open and close.

18     **Q     The camera that you produced the video from in**

19  **this case, would you be able to see raindrops from that**

20  **camera, Camera 2?**

21     A     Yes, if it's raining.

22     **Q     Okay.  Why would you be able to see droplets**

23  **from that camera but from the exact same camera you**

24  **can't tell me if there is water on the ground of the**

25  **Walmart parking lot?**

1        A    Because it's the distance.  I can't say for a

2   fact that that's water on the ground, I can't say for a

3   fact that that's a glare on the ground, I can't say for

4   a fact that's from the change in the sunlight -- the

5   sunrise.

6        **Q    So, you could see little droplets because**

7   **they're closer, but you can't see a --**

8        A    I can see rain.

9        **Q    -- big puddle that's far away?**

10       A    I can rain.

11       **Q    You can see rain okay.  You testified that**

12  **employees that are off the clock are pretty much like**

13  **any other customer, yeah?**

14       A    Yes.

15       **Q    Are any other customers going in there to**

16  **work?**

17       A    No.

18       **Q    Do you know who Ms. Lamage is?**

19       A    Yes.

20       **Q    And did you see her on the camera footage?**

21       A    Yes.

22       **Q    And she walks to the vestibule about 30**

23  **seconds before she clocks in?**

24            MS. GUITERREZ:  Objection to form.

25       A    I don't know if that's the time she actually

```
 1   was clocking in.

 2       Q    (By Mr. Tucker) Well, I mean there is an

 3   exhibit attached to her deposition that Walmart's

 4   counsel brought to the deposition and handed to the

 5   witness that shows about 30 seconds after she walks

 6   through she is clocked in.

 7       A    Okay.

 8       Q    Is she going there for any other reason but to

 9   work?

10            MS. GUITERREZ:  Objection to form.

11       A    To work, that's what the clock say.

12       Q    (By Mr. Tucker) I mean is that just like any

13   other customer?  Does any other customer walk in and 30

14   seconds later they are clocked in to work?

15            MS. GUITERREZ:  Objection to form.

16       A    The customer doesn't work, no.  The customer

17   doesn't work for Walmart.

18       Q    (By Mr. Tucker) Is that like any other

19   customer?

20       A    No.

21       Q    You were asked whether or not there was a

22   camera that shows the entire cart area and you said,

23   "no".  I asked you earlier whether there was any that

24   shows a partial cart area and you couldn't answer.

25            Can you explain the discrepancy on why you
```

1   can't tell us here today whether or not we can see the

2   cart area?  I mean I asked you all sorts of questions

3   about the cart area, I said, "Can you see the wall, can

4   you see the cart area," right?  I mean I asked you those

5   questions.

6          MS. GUITERREZ:  Objection to form.

7          Argumentative, misstates prior questioning and --

8      Q    (By Mr. Tucker) Well, let me ask it again then

9   or a different way.  Is there any camera, one, two,

10   three or four that shows the wall that divides the cart

11   area and the other income area?

12      A    I cannot answer that question from the -- from

13   this angle what I've seen in live.

14      Q    Okay.  One, two, three or four, is there any

15   camera that shows a partial view of the cart area that's

16   not shown on the videos produced to us here today or

17   produced in this case earlier?

18      A    Yeah, it just shows the camera -- the shopping

19   carts in the cart storage.

20      Q    The outside of the two videos which comes from

21   Cameras 2 and 3, is there any other cameras that would

22   show further towards the area of the cart storage area?

23      A    I don't know if one would show any of the top

24   of that storage area.

25      Q    Is it possible Cameras 1 and 4 show more

Dixon, Virgil   02-26-2019          Page 186 of 201

```
 1   towards the cart area than Cameras 2 and 3?

 2       A    No, I know four doesn't, but I'm not sure

 3   about what does one show, I know one doesn't show the

 4   entire cart storage.

 5       Q    Since you're testifying now that four

 6   definitely doesn't, what does four show that you know

 7   definitely doesn't?

 8       A    Four would show the customers exiting the

 9   store.

10       Q    Okay.  And where does it stop at?

11       A    I'm not sure, but I know it doesn't show up in

12   here.

13       Q    If you're looking at that sheet of paper it's

14   angled more towards the right?

15       A    More towards the left.

16       Q    Is it angled more towards Camera 2 or

17   Camera 1?

18       A    It's more towards Camera 1.

19       Q    So, Camera 1 will be more centered on the

20   image than would two?

21            MS.  GUITERREZ:  Objection to form.

22       A    Excuse me?

23       Q    (By Mr. Tucker) If we pulled up the video of

24   it, can you see both Camera 1 and Camera 2 and Camera

25   4's view?
```

1      A    On live?

2      **Q    Yeah.**

3      A    Yeah, you can see everything.

4      **Q    You can see both cameras?  One and two?**

5      A    Yeah, you can just see the different angles --

6      **Q    No, I'm saying if you're looking at the live**

7    **view of Camera 4, can you see Camera 1 on the wall and**

8    **can you see Camera 2 on the wall?**

9      A    I'm not sure.

10     **Q    And you can't -- can you tell us which one**

11   **would be more centered in the live view of Camera 4?**

12   **Camera 1 or Camera 2?**

13     A    Camera 1.

14     **Q    Will be more centered?**

15     A    Yes.

16     **Q    Hourly employees, can they work more than 32**

17   **hours a week?**

18     A    Yes.

19     **Q    All employees?**

20     A    Yes, unless they are under some type of

21   restriction.

22     **Q    What about Ms. Lamage, was she allowed to work**

23   **more than part time?**

24     A    I'm not sure.

25     **Q    What's part time for Walmart?**

```
 1      A     Thirty-three hours or less.

 2      Q     Is Ms. Lamage allowed to work more than 33

 3  hours?

 4      A     I'm not sure if she's full time or part time.

 5      Q     You said that you became aware that there may

 6  not have been water on the floor?

 7      A     Yes.

 8      Q     How did you become aware of that?

 9      A     Repeat the question.

10      Q     You stated as I understand it that you may

11  have become aware there was not water on the floor, did

12  you ever become aware there was not water that caused

13  the fall of Polly Bassett?

14      A     In the area that she fell -- per the area that

15  she stated no water was there.

16      Q     What did she state?

17      A     She stated that water was more up from -- well

18  actually she didn't state that, but she stated to co-

19  manager Marie that water was in one location, but video

20  CCTV video revealed she fell in a different location.

21      Q     So, she never -- she never told you this?

22      A     Who is that?

23      Q     She never told you this?  Polly Bassett.

24      A     No, I don't know.

25      Q     How do you know where she pointed to on the
```

```
 1   ground?  Did she point to the ground and say water was

 2   here?

 3        A    I don't know, I'm going off of the information

 4   from a witness.

 5        Q    Did you ever look at her clothes to see if

 6   they were wet?

 7        A    I wasn't there.

 8        Q    So, you have no idea -- well is there anything

 9   in writing where it says the water was right here?

10        A    No.

11        Q    Is there any pictures where she's like take a

12   picture of that that's right there?

13        A    I can't recall.

14        Q    You can't recall or you don't know?

15        A    I don't know.

16        Q    Have you been told it's your job to try to

17   hurt personal injury cases?

18        A    Repeat the question?

19        Q    Yeah, have you ever been told it's your job to

20   try to hurt personal injury cases?  To try to prove that

21   something didn't happen?

22             MS. GUITERREZ:  objection to form.

23        A    No, sir.

24        Q    (By Mr. Tucker) You testified something along

25   the lines that if -- that you would retain a footage
```

 1    even if you're sure that Walmart was liable?

 2         A    Repeat that.

 3         Q    Yeah, I think the attorney for Walmart asked

 4    you a question and you answered her question essentially

 5    saying that you would retain footage even if it showed

 6    that Walmart was liable.  Is that fair?

 7         A    Yes.

 8         Q    Okay.  Tell me all the cases where you have

 9    retained footage where Walmart was liable?

10              MS. GUITERREZ:  Objection to form.

11         A    I can't answer that question off my memory.

12         Q    (By Mr. Tucker) Would you be able to get it

13    for me if I asked?

14         A    I don't know, the case is -- that's something

15    that you have to get from Walmart legal.

16         Q    Well, now you're causing a little bit of

17    confusion here because you testified that you would

18    retain footage even if it showed Walmart was liable.

19         A    So, if we did something that caused the

20    customer to be hurt that was my answer, I wouldn't

21    retain -- I wouldn't keep that from Walmart showing that

22    we caused this customer hurt that was the answer I was

23    giving.

24         Q    Have you ever made a determination that

25    Walmart was responsible for a slip and fall?

```
1              MS. GUITERREZ:  Objection to form.

2         A    No.

3         Q    (By Mr. Tucker) Why not?

4         A    Because I don't make that decision, I provide

5    video evidence and the case file to CMR.

6         Q    Miriam Lamage clocks in about 30 seconds after

7    she walks to the vestibule, would Walmart adjust her

8    time by 30 seconds --

9              THE COURT REPORTER:  Will Walmart?

10             MR. TUCKER:  Adjust her time by 30 seconds?

11             MS. GUITERREZ:  Objection to form.

12        Q    (By Mr. Tucker) If she had stopped and guarded

13   the area?

14             MS. GUITERREZ:  Objection to form.

15        A    If she had stopped to guard?  Yes.  They would

16   adjust about whatever time it could be adjusted.

17        Q    (By Mr. Tucker) Whatever time she stopped and

18   guarded it, Walmart will adjust it and start -- start

19   her clock for that day?

20             MS. GUITERREZ:  Objection to form.

21        A    They already entered it in the system that she

22   clocked in is what time she started.

23        Q    (By Mr. Tucker) And if she had stopped and

24   guarded, Walmart would have adjusted that time?

25             MS. GUITERREZ:  Objection to form.
```

```
 1        A    Yes.

 2        Q    (By Mr. Tucker) And you would have as the

 3   manager adjusted that time?

 4             MS. GUITERREZ:  Objection to form.

 5        Q    (By Mr. Tucker) Would you have?

 6        A    I could have, but it would be a personnel or

 7   the manager that was there to sign off.

 8        Q    All right.  You testified that at 7:40:15 a.m.

 9   there was -- the glare is gone that's what I have

10   written down that you said the glare was gone for the

11   door that's closed, is there any glare here on the

12   bottom right hand side of the screen?

13        A    No.

14        Q    Is there glare in front of the door that's

15   closed?

16        A    A little.

17        Q    You testified it was gone and now you're

18   saying there is a little?

19             MS. GUITERREZ:  Objection to form.

20        A    What I saw at that time it was gone, but that

21   wasn't there.

22        Q    (By Mr. Tucker) We're gong to save this, what

23   exhibit are we on?  Is it four?

24             THE COURT REPORTER:  Hang on, I'll tell you.

25             (Thereupon, Plaintiff's Exhibit 4 was entered
```

1              into the record.)

2       Q    (By Mr. Tucker) We'll save this as Exhibit 4.

3   It's the exact same time that you testified for the

4   defense attorney in this case that the glare was gone.

5              MS. GUITERREZ:  Objection to form.

6       Q    (By Mr. Tucker) And I just want to make sure

7   we're clear --

8       A    Can you open -- can you run the video?

9       Q    Was she running the video -- I think she had

10  it paused at 7:40:15 a.m. when she asked you that.

11      A    Well, she showed the door opened and closed.

12      Q    No, sir, she showed it to you closed.

13             THE COURT REPORTER:  I showed it to him open

14      first and then I showed it to him closed.

15      Q    (By Mr. Tucker) Yeah, at 7:40:15 she showed it

16  to you closed and she asked you, she wasn't playing the

17  video.  We'll mark Exhibit 5.

18             (Thereupon, Plaintiff's Exhibit 5 was entered

19             into the record.)

20      Q    (By Mr. Tucker) Which is 7:41:32 she also

21  showed you this timestamp, correct?

22      A    I'm not sure if that's the exact timestamp.

23      Q    Okay.  Well, I will tell you that she did and

24  in Exhibit 5 is there glare on the ground?

25      A    Yes.

```
1              MS. GUITERREZ:  Objection to form.

2        Q    Nothing further.

3                    RE-CROSS EXAMINATION

4    BY MS. GUITERREZ:

5        Q    Looking at this exhibit, do you remember what

6    the glare looked like when the doors were open?

7        A    It was more --

8              MR. TUCKER:  Objection.

9        A    It was more of a glare.

10       Q    (By Ms. Guiterrez) Okay.  Could you see the

11   tile when the doors were open?

12       A    When the doors are open?

13       Q    Yes.

14       A    No.

15       Q    When the doors are closed, can you see the

16   tile?

17       A    Yes.

18       Q    So, is the glare when the doors are closed

19   versus when they are open significantly different?

20       A    Yes.

21       Q    It's fair to say that most of the glare is

22   gone when the doors are closed as seen in 7:41:32?

23       A    Yes.

24       Q    And Mr. Tucker asked you that if Miriam would

25   have stayed with the spill if she would have had her
```

 1    timesheet adjusted.  Do you remember that?

 2         A    Yes.

 3         Q    Is Miriam required to guard a spill if she

 4    hadn't clocked in yet?

 5         A    No.

 6         Q    And if a customer just out of the good will of

 7    their heart sees something on the floor decides to guard

 8    the spill or stay with the spill until Walmart employees

 9    walk by are you going to pay that customer?

10         A    No.

11         Q    Okay. And are you required to pay that

12    customer?

13         A    No.

14         Q    Okay.  So, if Ms. Lamage just out of the

15    goodness of her heart as any -- as you would hope that

16    any reasonably prudent citizen would act decides to

17    guard that spill, are you required to pay her for

18    guarding the spill if she does not actually request time

19    sheet adjustment?

20              MR. TUCKER:  Objection, form.  You can answer.

21         A    No.

22         Q    (By Ms. Guiterrez) And Mr. Tucker had asked

23    you about being able to see rain outside versus on the

24    floor in the store.  Do you remember?

25              MR. TUCKER:  Objection.

1      A    Yes.

2      Q    (By Ms. Guiterrez) Does rain on the CCTV

3  footage if it's raining hard look significantly

4  different than just small raindrops on the floor?

5      A    Yes.

6      Q    Or just small drops of water on the floor?

7      A    Yes.

8      Q    And in fact if there is rain storming down

9  outside, can you typically see customers with umbrellas?

10     A    Yes.

11     Q    Can you typically see customers coming in wet?

12     A    Yes.

13     Q    And can you typically see customers running in

14  to get out of the rain?

15     A    Yes.

16     Q    Mr. Dixon, when Mr. Tucker accused you of

17  texting in the middle of your deposition testimony, were

18  you texting anyone about your deposition testimony here

19  today?

20     A    No.

21     Q    Were you texting anyone about any question

22  that had been asked to you here today?

23     A    No.

24     Q    Were you texting anybody about this deposition

25  at all today?

1        A     No.

2        **Q     And just generally speaking, what were you**

3   **texting and to who?**

4        A     I was texting, I responded to one text about

5   compliance dealing with one of the other assistant

6   managers in the store, he asked what type of leather

7   gloves to order and I responded saying the PPE, which is

8   protective equipment. The other text was from my store

9   he was, like, we had an audit today and I save you but--

10            THE COURT REPORTER:  We had what today?

11            THE WITNESS:  An audit, a compliance audit

12       today.

13       A     And I was like, "How was it?"  He was like,

14   "Everything is good until we got to the hazmat station,"

15   but he said but we got a green and I was like, "Great."

16   Then my store manager text me, was like, "Give me a call

17   when you are done."  And that's when I was like, "Yeah

18   I'm still here, my leg is cramping", and that was it.

19   And then when I went out, I called him back -- called

20   him.

21       **Q     (By Ms. Guiterrez) Okay.  So, you have been**

22   **here for now -- it's 04:30 p.m., your deposition started**

23   **today at noon, correct?**

24       A     Yes.

25       **Q     So, you have been out of your store for four**

1  and a half hours?

2      A    Yes.

3      Q    Fair to say business still continues at the

4  store even if you're not there?

5      A    Correct.

6      Q    Okay.  So, you were texting today it was to

7  answer questions because you have been out of the store

8  for four and a half hours and people are asking you

9  questions regarding work?

10         MR. TUCKER:  Objection to form.

11     A    Yes.

12     Q    (By Ms. Guiterrez) And Mr. Dixon, the video

13  camera angle that you saved the one hour before and the

14  one hour after, did you save that because that was the

15  angle that showed the best and most complete picture of

16  what happened on December 24, 2016?

17     A    Yes.

18     Q    I have no further questions.

19             FURTHER RE-DIRECT EXAMINATION

20  BY MR. TUCKER:

21     Q    And we can agree that you don't remember what

22  Camera 4 shows?

23         MS. GUITERREZ:  Objection to form.

24     A    Yes.

25     Q    (By Mr. Tucker) You don't even know -- you

1  don't even know camera angle, correct?

2      A    Yeah, I know the camera angle but I don't know

3  if it shows that cart storage -- how much of -- any of

4  that cart storage area.

5      Q    Okay.  Thank you.

6                  FURTHER RE-CROSS EXAMINATION

7  BY MS. GUITERREZ:

8      Q    Okay.  Just one follow up question.  Even

9  though sitting here today you do not remember precisely

10  what Camera 4 shows, you know based on your review on

11  the day of the incident that the camera angle that you

12  did show was the one that had the best and most complete

13  picture of what happened?

14          MR. TUCKER:  Objection to form.

15      A    Yes.

16      Q    (By Ms. Guitterez) I have no further

17  questions.

18          MS. GUITTEREZ:  We will waive.

19          THE COURT REPORTER:  Waive?

20          MS. GUITTEREZ:  Yes, thank you.

21          (Deposition concluded at 4:36 p.m.)

22          (Reading and signing of the deposition by the

23              witness has been waived.)

24

25

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF BROWARD

 4

 5        I, BRANDY SPOUTZ, Court Reporter and Notary Public

 6   for the State of Florida, do hereby certify that I was

 7   authorized to and did digitally report and transcribe

 8   the foregoing proceedings, and that the transcript is a

 9   true and complete record of my notes.

10        I further certify that I am not a relative,

11   employee, attorney or counsel of any of the parties, nor

12   am I a relative or employee of any of the parties'

13   attorneys or counsel connected with the action, nor am I

14   financially interested in the action.

15        Witness my hand this 29th day of July, 2019.

16

17

18

19

20   _____

21   BRANDY SPOUTZ, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA

22

23

24

25
```

```
 1                    CERTIFICATE OF OATH

 2   STATE OF FLORIDA

 3   COUNTY OF BROWARD

 4

 5       I, BRANDY SPOUTZ, the undersigned authority,

 6   certify that VIRGIL DIXON personally appeared before me

 7   and was duly sworn on the 26th day of February, 2019.

 8
         Witness my hand this 29th day of July, 2019.
 9

10

11

12

13

14

15
     _____
16   BRANDY SPOUTZ, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
17   Commission No.:  GG292082
     Commission Exp:  09/05/2022
18

19

20

21

22

23

24

25
```

---

**0**

**0:18-CV-61984-FAM** 1:2

**018-CV** 5:8

**04:30** 197:22

**04:58** 61:4,13

**06:53:44** 98:23

**09/05/2022** 201:17

**09:26** 61:8

**09:37** 61:8

---

**1**

**1** 4:3 26:15,17 34:2 35:11,12 83:13 89:2 110:10,15 157:13 158:18 185:25 186:17,18,19, 24 187:7,12,13

**10** 7:10 97:5 115:22 127:7,8,11,12 ,16,24 128:3

**10:00** 100:6

**100** 161:10,14

**100%** 79:6,8,14

**11** 101:12

**11:00** 100:7,8,18 150:24

**12** 6:24 150:2,5

**12:00** 1:17 5:5

**120** 44:9,12 45:3 149:19,25

**121** 45:5

**13** 10:24 11:6,13 12:12 13:2

**1387** 6:2 11:1,3 32:22 39:15 41:22 42:3,13,23 105:19 106:10 109:9 116:14 131:21

**144** 3:5

**15** 97:5

**150** 2:8

**16** 101:2

**16:13:00** 96:19

**16-year-old** 101:1

**17** 61:4 63:4 78:3

**171** 3:6

**17th** 61:10,13,20

**193** 4:6

**194** 3:8

**195** 4:7

**198** 3:9

**199** 3:11

**1999** 12:15

---

**2**

**2** 2:8 4:4 26:16,17,24 28:1 29:1 33:17,25 46:19 47:5,8,11 48:5,6,14,15 71:1 87:9,13 88:13 89:2,17 92:1 110:14 133:1 136:6

148:14 149:8,23 154:10 157:16 158:3 165:12 166:22 167:3 182:20 185:21 186:1,16,24 187:8,12

**20** 4:16

**200** 1:18 2:4 5:9

**2006** 6:24

**201** 6:13

**2013** 10:24 11:6,13 12:12 13:2

**2016** 13:6,22 14:5,7 21:14 22:2 25:24 36:2,16 58:5 62:23,24 64:11 76:4 99:23 100:12 101:22 102:7,15,19,2 3 103:8 115:5 118:23 123:16 132:22 138:19,21 164:24 165:7 198:16

**2017** 36:23 37:20 39:6 61:16 62:25 63:2,4 64:2 65:1,4 70:8

**2019** 1:17 5:2,4 200:15 201:7,8

**23rd** 102:23 138:21

**24** 13:6,22 14:5,7 21:14 22:2 25:24

36:2,16 58:5 64:11 76:4 99:23 100:12 101:22 102:7,15,19 103:8 115:4 118:23 123:16 133:15,17,18, 20 134:20 135:23 138:19 149:22,23 164:24 165:7 198:16

**24/7** 66:16

**26** 1:17 4:3,4 5:2,4

**26th** 201:7

**29th** 200:15 201:8

---

**3**

**3** 4:5 29:8,11,15,22 30:8 34:1 36:19 37:8,9 46:19,21,24 47:8 87:8,16 88:13,18,23 89:17 133:7,10 145:17 157:19,25 185:21 186:1

**3,000** 151:4

**30** 63:8,14,19,20 ,22 66:9 183:22 184:5,13 191:6,8,10

**305-379-3686** 2:9

**32** 187:16

**33** 188:2

**33068** 6:14

**33131** 2:9

**33301** 1:19 2:4
  5:10

**37** 4:5

---
4
**4** 4:6
  34:2,14,15
  35:7 81:6
  82:4 83:16
  89:10,23
  150:5 157:22
  158:14 185:25
  187:7,11
  192:25 193:2
  198:22 199:10

**4,000** 151:4

**4:36** 1:17
  199:21

**405** 1:18 2:4
  5:10

**45** 4:16

**48** 150:5,8
  178:20
  179:1,3

**4's** 186:25

---
5
**5** 4:7 61:5
  86:15
  87:4,16,18,23
  ,25 88:1,2,5
  193:17,18,24

---
6
**6** 3:3 4:17
  61:8,16,17
  63:1 64:2,25
  65:4 70:7
  78:3
  155:4,18,25

156:7

**6:42:05** 165:20
  166:20

**6:58:10** 96:19
  97:17 98:4

**61984-FAM** 5:8

**62** 4:17

**6th** 1:18 2:4
  5:9 61:9,11
  62:23 63:14

---
7
**7:39:31** 50:13

**7:40:02** 152:16

**7:40:15** 152:25
  192:8
  193:10,15

**7:41:32** 153:19
  193:20 194:22

**7:42** 150:19

**7:43:27** 49:12

**7:47:44** 84:23
  85:17

---
9
**9** 36:23 37:20
  39:6

**954-204-0444**
  2:5

**96** 179:3

**9th** 134:20

---
A
**a.m** 49:12
  50:13 61:8
  84:23 85:17
  96:19 97:17
  98:4,23
  150:19,24
  152:16,25
  153:19 165:20

166:20 192:8
193:10

**AA** 12:1

**able** 13:12
  18:8 21:22,25
  22:14
  28:19,23,25
  29:10,15 34:1
  35:4,5,7,11
  39:11 40:6
  50:4 63:17
  70:10 75:3
  96:13 97:14
  111:3,5,15
  112:18 113:5
  129:17 137:18
  143:24 144:8
  153:21
  156:18,22
  157:4
  159:8,9,25
  170:10,19
  182:1,12,19,2
  2 190:12
  195:23

**about** 13:9
  14:24,25 15:1
  22:5,13 23:7
  24:22 26:8
  30:6,7 31:17
  34:2,14 37:2
  41:13,14 44:3
  59:23 60:1,8
  61:6,13
  65:4,5
  81:13,14
  93:19
  100:1,19,20
  102:7,23
  106:19 107:24
  110:9 112:12
  116:18 118:3
  119:25 120:2
  122:16,20
  123:1 124:16
  126:2,15

129:12,24
  130:5 138:21
  140:4,23
  146:6 150:16
  152:22 159:4
  161:22 162:23
  165:11 167:4
  170:13
  171:16,20,21
  172:1,10,11,2
  2,25
  173:4,18,19,2
  4 174:22
  176:19,20,21
  177:17,19,22
  178:10,20,24
  179:1 180:9
  183:22 184:5
  185:3 186:3
  187:22
  191:6,16
  195:23
  196:18,21,24
  197:4

**above**
  24:10,22,25
  25:1,10 105:1
  114:23,25
  115:12

**absolutely**
  173:7 175:5
  178:4

**access** 19:20
  21:5 39:11,17
  40:3 137:8,9

**accessed** 40:8

**accident** 7:25
  29:24 72:8
  108:4,5,6,7,1
  0,14,20,24

**According** 7:25

**accurate** 50:21
  80:7 81:1
  83:11 84:18
  87:21

accurately
27:22
35:9,12,14

accused 196:16

acknowledge
116:24,25

acknowledged
117:12

act 195:16

action
200:13,14

actively
163:9,20

activities
59:12

actual 54:24
57:15,25
65:13 80:25
81:3,24 83:3
86:6 130:2
145:17

actually 13:19
17:15 18:4
21:20 29:14
35:2 36:19
52:14 54:1
78:13 121:14
132:9,11
138:24
144:21,24
145:13 146:1
147:3,15
164:25 166:5
170:6
180:10,12
183:25 188:18
195:18

add 33:23

additional
158:6,12,14,1
9

address 6:12

adjust 123:24
126:18,25
127:17
128:1,19,23
129:18
191:7,10,16,1
8

adjusted
122:9,12
124:20 125:8
191:16,24
192:3 195:1

adjuster
38:7,17,19
39:1,2,9
45:15
133:12,13
134:8

adjusting
126:6 129:12

adjustment
120:24
121:3,7,13,15
,20 123:9
125:7,17,18,2
4 126:9 129:4
130:1,3
167:8,11
195:19

adjustments
123:4 125:12
167:5

adjusts 124:19

advise 121:13
140:6,9

affect 66:24

after 6:5 39:5
40:15,18
41:10 43:23
45:14 46:21
51:19 52:20
53:1,4,17
54:5,12 56:25

57:17 63:14
65:5 66:10
70:25 72:12
78:6
84:7,9,15
86:7 88:14,23
89:3,11 103:7
109:19,22
111:7 112:7
123:16 125:21
131:25 132:2
133:25
134:15,19,24
135:6,13,18
136:7,10
140:13 143:1
145:18 146:22
147:20
149:2,8
150:24 158:4
169:17
170:14,17,18,
22 174:16
184:5 191:6
198:14

afternoon
14:11 162:8,9

again 16:12
59:11 68:2
84:10 98:5
153:18 166:19
167:25 185:8

ago 37:22
47:12 71:16
76:9 77:1
101:6 111:15

agree 10:5
48:18,22 50:3
78:1 84:22
86:10,25 87:8
94:6,11
104:20 141:8
179:6 198:21

agreed 136:9

AGUTIERREZ@HAM

ILTONMILLERLA
W.COM 2:10

ahead 59:14
156:13

aisles 17:1

Albert 140:16
141:9

alert
119:9,16,19,2
2 120:14

all 5:17
7:4,11,22
8:7,15,22
9:19,24 14:20
19:23 20:1
23:9 26:19
33:14 34:4
39:9 40:14
46:12,13 48:6
49:24 50:12
53:8 54:10
60:24 69:25
71:21 72:7
76:20 79:3
81:7,11,14,21
83:2,24 90:13
96:18
104:22,25
105:3
109:7,17
118:13 120:18
124:20 125:11
129:12
130:6,19
131:1 134:12
136:10,13
137:6
141:18,22
144:15,20
148:2,17
150:10 153:24
154:4 170:1
173:20 185:2
187:19 190:8
192:8 196:25

allow 59:9

allowed 187:22
 188:2

allowing 177:9

almost 78:6
 166:11

alone 82:18

along 142:24
 189:24

already 17:13
 29:15 191:21

also 5:15,18
 15:23 17:24
 24:17 25:3
 28:1 54:14
 61:19 80:24
 151:23 193:20

always 10:25
 11:10 52:11
 118:19 120:7
 125:3,4,6

am 8:25 9:3
 71:20 128:5
 152:14 171:25
 176:15,25
 177:9
 200:10,12,13

amount 22:20
 66:23 179:14

angle 30:10
 43:24 44:9,17
 51:24 83:20
 86:14,22,23,2
 4 147:19
 148:13 155:7
 166:22 185:13
 198:13,15
 199:1,2,11

angled
 186:14,16

angles 24:5
 46:13,15
 51:21 55:19

61:25 62:2,5
71:17
148:3,6,9,12
153:25
154:5,13
170:2 187:5

Annalisa 2:7
3:5,8,11 5:24
172:14

another 35:6
106:22,23
137:13

answer
9:7,10,17,24
10:4 16:17
27:12 31:9
32:9,24 33:2
34:25 35:4
38:8 45:21,24
59:19 62:3
77:9 94:11
120:5 122:24
172:19,21
175:3 184:24
185:12
190:11,20,22
195:20 198:7

answered 8:6
53:3,19
122:23 133:9
134:22 190:4

answering 8:10
44:14

answers
8:13,17,18
9:1,3

any 10:16 13:3
16:14 17:5,22
18:21 22:7
24:10,12
25:14,19,23
28:4,13,15
29:3,11 30:1
34:16,19
36:13,15

38:5,10 43:22
45:21
47:17,19
48:15 52:1
62:9
64:13,14,16,1
9 70:4,23
71:11,13,15
72:18,25
73:12,16
74:14,18 75:6
76:24 77:17
78:14,18,22
79:9 83:9,22
85:25 88:18
92:15 94:15
95:22 97:16
98:24,25 99:3
102:2,8,16,19
103:5
108:9,19
109:2 112:6
113:7,10
117:11 119:3
120:1,13
125:12
128:10,11,21,
23 129:2
131:12 133:2
134:13,17,18
136:24 139:12
140:6,9
141:18,24
142:2
146:4,12
148:8,12,17,2
2 154:12
156:7,23
157:7,11,15,1
8,21,24
158:6,12,14,1
9 160:23,25
161:3
162:5,16
163:15 164:13
165:12
166:5,14,20
167:23

168:3,6
170:13 181:10
183:13,15
184:8,12,13,1
8,23
185:9,14,21,2
3 189:11
192:11
195:15,16
196:21 199:3
200:11,12

anybody 14:12
19:20 21:13
39:11 40:3
42:2
62:4,8,14
78:18,23
89:23 90:7
95:3 100:14
112:15 118:24
141:7,17
196:24

anymore 39:3

anyone 19:12
38:5 42:5
43:16
62:11,19
67:22 68:9,14
77:19 91:8
95:5 105:14
117:24
122:3,18,19
139:14,21
143:2
196:18,21

anything 12:21
14:23 17:13
19:2
20:11,19,22
23:9 27:1,2
29:10 38:11
40:23 53:16
54:4 55:2
64:7 66:10
78:9 91:14,17
101:22 106:6

109:3 119:25
120:2 142:24
148:8
153:13,24
154:4,7,11
156:7
158:5,11,14,1
8 160:22
169:4,18
170:5,10
176:16,18
177:24 189:8

**anywhere** 30:7
84:5 109:5
128:17 138:8

**AP** 113:22

**appear** 160:15

**APPEARANCES**
2:1

**appeared** 201:6

**appears** 165:24

**apples** 160:5

**applied** 11:18

**apply** 12:18

**appreciate**
31:9 38:8

**apprehend**
14:19

**approached**
111:7

**appropriate**
167:11

**approximate**
27:10

**approximately**
5:5 149:23

**area** 16:19
18:11,12,13
20:1 26:21
27:10,15,19,2
3

28:2,5,10,11,
12,13,18,25
29:3,5,24
31:14 33:16
34:16,20
35:24
36:3,5,8
50:20 54:16
66:4,6,11
82:25
83:3,9,25
85:13 92:1,4
110:5 115:10
117:20 131:9
138:6,10,25
139:1,3,7,10
141:16 149:13
152:11
165:11,13,24
166:6,16,21,2
3 167:3
169:23 170:7
184:22,24
185:2,3,4,11,
15,22,24
186:1 188:14
191:13 199:4

**areas** 34:8,9
67:7 85:11

**aren't** 22:5
57:18

**argue** 175:7

**Argumentative**
120:5,21
122:22 185:7

**arise** 168:24
169:3

**Arkansas**
39:21,23,25
40:1

**around**
37:20,25
49:24 62:23
113:2 151:4
170:14

**arrested** 99:14

**ask** 10:2
45:15,16
59:25 60:8
62:1 77:21,23
90:23
107:12,20,25
122:16
129:16,23,24
130:6,21
131:3
133:12,13,20
140:3,23
144:5 152:21
171:15,19,21
172:1,9
173:24 185:8

**asked** 17:14
24:22 53:2,18
68:22 111:15
122:22 123:1
133:8
134:21,25
143:25
144:3,4 146:6
150:15 155:16
161:17,22
165:11,12
167:4 170:12
179:22
184:21,23
185:2,4
190:3,13
193:10,16
194:24 195:22
196:22 197:6

**asking** 8:9
9:15 14:4
27:18,19
31:10 32:2
38:9 49:5
57:21 71:20
85:14
90:2,4,23
91:2 97:21
102:14 106:7

107:13 118:21
129:8
131:4,21
135:16 174:8
198:8

**asleep** 100:15

**asset**
11:9,10,14,16
,19,20
14:12,13,15,2
4 15:1 17:24
18:4,6,17,21
19:22
20:7,12,17
21:3,6,9,19
22:1 28:16
29:4 30:23
31:1
32:2,13,17,19
58:4 65:9
67:6 90:10,20
93:11 95:3
103:2,5
114:18,21,22
115:7,17
116:10,13
125:15 141:9
157:3 172:6

**assigned** 38:18

**assist** 14:20
164:6

**assistant**
31:13
114:5,8,9,19
115:24 171:8
197:5

**associate**
17:22
18:13,15
90:20 117:17
121:11,17
138:11 162:24
163:24

**associates**
14:22 103:2,5

104:22,25
114:5
116:20,24
117:5,25
118:4,9,11,13,25
119:4,9,14,22
120:6,7,22
121:14

**assume** 10:6
97:20 146:3

**attached** 184:3

**attempt** 112:23

**attend** 104:3

**attorney** 45:23
47:23 60:16
62:21 146:24
147:11 174:25
190:3 193:4
200:11

**attorneys**
38:18 200:13

**audit** 31:25
197:9,11

**auditing** 19:3

**authority**
201:5

**authorized**
200:7

**automatic**
151:21

**automatically**
75:1,5,9,13

**available**
43:22 140:8

**AVENUE** 2:8

**average** 42:10

**avoid** 161:1,4

**award** 116:23

**aware** 19:12
41:21 55:6

77:19 90:8
117:11 118:24
121:14,19
122:3,18
131:12,17
136:24 141:24
142:2 143:2
162:15
169:13,17
188:5,8,11,12

**away** 183:9

**awhile** 179:4

—————————
B
—————————

**B.S** 12:3

**Bachelor**
12:1,3

**back** 13:20
22:3,8,11,14,
18,22 23:2,10
25:24
35:3,6,11,15
46:9 50:11,23
64:4 68:1
74:5 75:3
111:23 113:2
126:23
138:3,9
197:19

**backed** 76:24

**backs** 166:10

**bad** 149:24
152:2

**balanced**
31:6,8

**ball** 97:7

**balled**
96:10,11,12
99:4

**ballpark** 128:5

**balls** 96:18,22
97:3

**base** 69:5

**based** 19:15
23:16 26:2,3
27:16
29:24,25
30:21 32:12
33:14 36:10
66:2 67:5,9
96:3 111:16
112:1
117:2,7,21
119:3 120:24
121:13 124:19
131:7 136:9
151:22,23
162:2,3 182:4
199:10

**basing** 22:14

**basis** 42:13
69:6,7
151:2,5

**Bassett** 1:5
5:7,23 8:1
41:11 65:6
89:18 109:25
110:15 111:7
112:10,19
113:8 118:23
132:1,20
146:23 147:11
169:5,14,19
170:14,17,22
188:13,23

**Bassett's**
145:25 149:14

**Baton** 12:6

**became** 188:5

**because** 13:24
15:13 18:7
21:17 22:6
26:11 30:2,3
32:9 47:4
48:24 50:20
53:11 56:21

57:24 59:23
66:10 68:22
71:4
76:8,14,18
82:10 84:14
86:23 90:24
101:11,14,17,
19,24 106:19
110:6,10
120:6,7,22
121:3,24
122:9,25
124:3 125:20
126:21
133:14,24
134:23 144:23
146:23
147:9,10
151:11,17
152:2 154:12
156:12 158:3
160:19 174:17
175:3 176:3
178:10,18
180:17
183:1,6
190:17 191:4
198:7,14

**become** 41:21
169:13
188:8,11,12

**becoming**
169:17

**bed** 101:9

**before** 7:5
11:20 12:11
37:1,4
40:15,18
41:10 43:23
45:14 46:20
51:18 52:20
53:1,4,17
54:5,11 56:25
57:16 70:25
72:12
84:6,8,14

86:7 88:14,22
89:3,11
103:7,18
104:5 112:7
118:23 123:16
125:23 131:25
132:3
133:23,25
134:14,19,24
135:6,13,17
136:6,10
140:13 141:18
142:25 145:18
146:21 147:20
149:1,8,13
158:4 164:13
171:3 183:23
198:13 201:6

**begin** 164:13

**behalf** 1:16
2:2,6 5:22,24
6:1 43:2,6,9

**behind** 33:21

**believe** 22:7
152:7 175:6
176:3

**Bentonville**
39:21,23,24

**besides**
20:11,19,22
52:25 53:16

**best** 41:24
42:1,4 43:22
51:22,23
52:5,7,9,11,2
4 55:16 56:5
147:4,15
151:17 158:3
164:15 165:6
198:15 199:12

**better**
82:13,18

**between** 10:8
13:16 15:7

34:23 51:6,12
57:25 74:15
115:15 137:12
159:8

**big** 31:5 93:15
94:16,17
99:10,12
183:9

**bill** 96:9

**BIRTHISEL** 2:8

**bit** 14:3 38:9
44:15 84:2
190:16

**BLOW** 4:4

**blown** 110:14

**blowup** 26:20

**both** 34:12
50:13,17 52:6
55:3 84:24
85:8,25
153:19 186:24
187:4

**bothering** 59:8

**bottles**
141:5,11
146:7,10,12,1
5

**bottom** 80:3,15
98:1 192:12

**box** 142:23

**boxes** 81:11

**Brandy** 1:24
5:11,19
200:5,21
201:5,16

**break** 10:16,17
46:3 59:18
88:8 93:24,25
140:10 142:23
161:12 162:11
171:3,23

174:4,7

**breaks** 175:19
178:3

**bring** 35:15
120:19 122:17

**broom** 16:23

**brooms** 17:5

**brought** 35:6
120:2 122:16
184:4

**BROWARD** 200:3
201:3

**buck** 116:14

**bucket** 92:9

**building** 182:7

**bullet** 128:10

**bunch** 133:19
159:5

**burden** 135:5

**burn**
75:7,13,17
149:23
150:2,5,8
179:9

**burned** 149:18

**burning**
75:6,20

**business** 72:23
129:3,6 172:7
198:3

**busy** 14:1,4
23:16,18,19
150:17,19,23
162:1

**button** 178:17

_____
C
_____

**call** 14:14
32:5 59:7
67:23 107:21

108:7 130:19
176:1,10,11
197:16

**called** 6:5
12:7 14:13
67:25 68:5
131:1 197:19

**came** 15:21
35:3 117:19
146:4

**camera** 20:12
24:5,6 27:15
29:14,21
30:2,22
33:21,25
34:2,14,15,16
35:5,7,11,12
42:16 43:24
44:9,13,17
46:15,19,21,2
4 47:4,5,8,11
48:5,14,18
51:22
52:3,4,5,6,12
,15,25
53:11,12,25
54:1,15,18,19
,20,22
55:10,18
56:15 58:23
63:20,25
66:3,13,16,25
67:24
68:2,3,4,17
71:1,17
87:8,13,16,18
,23,25
88:13,18,23
89:2,10,17,23
93:14
96:17,25
97:1,3 98:9
99:8 110:4
117:21 133:1
137:11,15,16,
17 138:5

146:20 147:19
148:2,6,9,12,
13 149:8
150:1
151:10,17,22,
23,24 153:25
154:4,10,13
157:13,16,19,
22,25
158:3,14,18
165:13
166:5,14,20,2
2 180:24
182:3,6,7,18,
20,23 183:20
184:22
185:9,15,18
186:16,17,18,
19,24
187:7,8,11,12
,13 198:13,22
199:1,2,10,11

**cameras** 13:10
18:11
20:2,3,16
24:3,8,10,12,
17,21
25:10,17,21,2
3 26:24
27:11,20,23
28:4,13,15,24
,25 29:11
30:12
31:22,25 32:3
33:4,11,16
34:19,22
36:9,11,12,13
,15 39:17
41:17
42:7,12,15,17
,22,23 45:16
46:13
53:9,22,23
55:3,7,12,22
56:2
65:18,21,23
67:3,10 71:5

90:3,23 93:17
99:11,15
110:14,18
133:2 136:5,7
137:1,5
149:22 150:5
151:10 156:23
161:7,14,18,1
9 170:1
182:9,11,13,1
6 185:21,25
186:1 187:4

**can** 6:9,15 9:8
12:9 13:18
15:16 16:16
19:20 22:17
28:15 29:3,6
33:15,25
39:17 46:3,17
49:21,24
51:25 52:16
53:8 58:19
59:14,17
61:1,3 62:8
70:6,9 71:2,7
74:11 77:5
78:1,11
79:2,23 82:15
83:5 86:10,13
88:8 89:22
90:20 93:4,21
94:6,10,19
95:4,22
96:17,22
97:5,12,13
98:16,25
103:7 107:5
111:25 112:4
117:16 120:5
121:2
123:20,24
126:18,25
127:17
128:1,18,23
129:18 134:10
136:5
137:8,14,20

138:5
143:4,17
151:22,23
153:10
154:11,23
155:12,21,24
156:4,5
159:20 162:19
163:25
164:5,9 166:2
167:18,20
171:15,19,21,
25 172:9
173:6,20,24
174:21 175:24
176:17 179:14
181:1,12,20,2
4 182:9
183:8,10,11
184:25
185:1,3
186:24
187:3,4,5,7,8
,10,16 193:8
194:15 195:20
196:9,11,13
198:21

**cannot** 32:9
33:2,5 34:3
62:13 102:24
109:17 112:3
127:4
128:3,20
179:19 185:12

**cant** 77:9

**can't** 7:8
21:15,18,20
22:16 23:4,12
27:14,16
32:24 33:10
37:13,21,23
38:13,21 42:4
47:12 48:8,13
49:24 50:19
52:10 58:9,22
59:25 61:23

64:1 68:20
77:11
82:10,12
95:15,16,18,1
9 96:22,23
97:16 99:5,24
100:17,23
101:25 102:22
111:11,22,23
121:5,10
123:14
124:1,2,6,12
126:19 128:25
131:18 132:8
137:12 139:16
155:5,13
156:11
159:19,23
172:2 175:6
179:20,24
182:24
183:1,2,3,7
185:1 187:10
189:13,14
190:11

**capture** 54:24
55:3,7,12
84:14 111:14
149:10,12

**captured**
110:15,21
117:13

**captures** 55:19
166:21

**capturing** 55:6
149:2

**card**
111:1,6,21,24
112:1

**cards** 111:16

**care** 103:12,16
117:25
118:4,11,25
119:5 161:23
173:20,21

carrying 146:7

cart
28:2,5,11,13,
18,25 29:3
34:20,22,23
91:15
92:7,8,15
138:3,6,10,14
139:3,4,7,10
140:7,12
146:16
165:11,13,24
166:3,7,10,16
,23 167:2
184:22,24
185:2,3,4,10,
15,19,22
186:1,4
199:3,4

carts 29:5,6
33:16,19 34:1
165:16,22
185:19

case 1:2 5:8
8:3 23:14,22
26:6 29:9
38:18 39:7
40:4,12,14,21
,25 41:4
43:3,7,14
44:3 47:13,15
56:18,23
64:22 69:8
70:4,23
72:1,2,3
73:13 76:3,13
77:8,14
78:13,25
79:11 82:6
83:11 90:8,14
97:7,9,10,11
98:24 109:12
110:16,20
112:6 119:3
132:15,17,22
134:9,14

136:14,21
140:18 143:19
147:14,23
148:17,21
149:1,7
160:10,12
165:21
172:15,18,23
173:19 182:19
185:17 190:14
191:5 193:4

cases 7:20
22:21
45:8,10,19
144:6
189:17,20
190:8

Catalina
6:13,21

C-A-T-A-L-I-N-
A 6:21

catch 94:23

caught 63:21
110:19
147:19,23

cause 67:7

caused 146:1
188:12
190:19,22

causing 190:16

CCTC 28:24
179:17

CCTV 13:9,14
18:17,21
19:13,15,20
20:16 23:13
28:24 30:17
31:1,11 32:3
42:7 57:1,15
63:18 92:17
93:11
95:8,23,24
96:4 112:22
117:2,7,10,14

119:3,6
145:18 146:21
151:10,22
152:15
156:16,19,23
157:5,8,12,16
,19,22
160:9,12,14
161:14 165:20
166:19
179:18,21,25
180:24 188:20
196:2

CD 41:2
44:5,10 45:6
64:13,14,18
69:16,22
73:20
74:2,8,12
75:8,13,17,20
87:11,13,14
107:23 109:15
149:18
179:9,13

CDs 44:25
45:9,11
149:25
150:2,4,8
178:20
179:2,3

ceiling
65:14,16

cell 41:13
56:6,9,17
57:4,6,11,13
58:2,8,10,12,
13,15,16
59:21,24
61:14
62:15,19
63:18 64:3
68:21,24
69:3,8,16
79:16 80:11
87:4,12
88:4,17

109:11,14
168:11,14,21
174:1

center
113:14,15

centered
186:19
187:11,14

certain
18:12,13 19:4
41:16,17
164:16

certainty 79:6

CERTIFICATE
200:1 201:1

CERTIFIED 4:14

certify 46:2
62:6 200:6,10
201:6

chance 85:24

change 12:20
130:9
151:22,23
183:4

changed 25:23
35:21 36:6,9
50:12
70:16,17
76:15 90:25
122:8

changes
86:8,10
153:15

changing 81:20
122:2

charge 105:4,9

check 21:22
91:12 164:1

checked 81:17

children
100:25

choose 74:7

Christmas
13:24 14:5
99:22
100:9,12,16,1
9,20,21
101:6,7,8,17,
23,25
102:4,6,16
118:15,17
150:17,19,23

Circle 6:13,22

circled
29:14,21

circles
27:9,10

circling 28:9

circumstance
168:11

circumstances
158:23

citizen 195:16

claim
38:7,17,19
39:1,2,8,9
45:13,15
71:25 72:2
133:12,13
134:8 141:24
142:3,4
143:3,11,20
144:7,20,24
145:4,11
152:8

claims 45:22
62:4,11
142:10,20,21

clean 16:11,13
117:20

cleaning
89:20,23

clear 16:21
17:4 44:16

86:3 110:9
148:16,20
156:17 157:4
177:9 193:7

clearly 50:19

clicked 83:16

clicking 81:6

clicks 178:17

client 45:23
60:4,7 109:19
177:20

clips 71:5

Clive
103:23,25
105:13,15

clock
119:23,25
120:2,11,14,2
2,25 121:4,12
122:18
123:4,7,8,25
126:7,10,14
129:3
143:3,10,13,2
0,21 144:8
145:3 162:19
163:19,24
164:5,9,12,17
167:14 183:12
184:11 191:19

clocked
162:22,24
163:2,5,8
184:6,14
191:22 195:4

clocking 184:1

clocks 167:6
183:23 191:6

close 14:2
86:9 97:3
100:4
141:10,14
182:17

closed 85:9
86:1 152:22
153:1,4,11,19
192:11,15
193:11,12,14,
16
194:15,18,22

closer 96:25
97:1 106:2
183:7

closest
52:14,24
54:17,20,23,2
4

closing 153:16
160:21

clothes 18:9
103:1,6 189:5

CMR 39:2 191:5

co 105:23
114:9,11
115:23 188:18

color 81:20

co-manager
105:16,25
106:24

co-managers
105:17,19
106:11 114:19

combination
111:5

come 15:15
35:11 113:21
115:16 126:5
160:23

comes 15:13
67:3 98:17
105:3
141:10,14
185:20

coming 50:16
86:14
160:20,21

180:10,14,20
196:11

command 116:23

Commission
201:17

communications
45:22

Comp 141:21,24
142:3,4,5,10
143:3,11,20
144:7,19,21,2
5 145:4,11,14

company 16:6
66:7 115:8
116:18 121:1

compare
159:20,24

compared 153:1

comparing
160:4

Compensation
145:6

complete
8:12,17
9:1,3,7,10,17
47:4 84:20
123:8 124:21
126:8 129:4
198:15 199:12
200:9

completing
124:23 125:21

compliance
19:14,15
173:1,2,4
197:5,11

comply
38:6,11,15
133:7
145:19,22

complying
53:13

computer 20:18
74:19,20,23
76:22
155:16,22,23
156:12

computers
20:23

concluded
199:21

condensation
146:12

conducting
16:7

cones 17:6

confidential
111:13

confirm 155:21

confusion
190:17

connected
137:16 200:13

consider
32:13,16

consideration
149:25

considered
57:5 180:20

consistent
154:23 155:22

contact 45:15
67:24 68:4

container
15:19

contains 20:15

continues
198:3

control 137:4

conversation
9:21 62:10
124:14 174:23

conversations
174:1

Coral 161:8,15

corner 138:4

Corporate
29:9,12,22

correct 5:16
17:12,14
24:24 29:19
43:11 44:22
50:14 55:1
75:11 76:4
78:14,16
80:4,5,20,21
82:22,23
83:12 86:18
87:16,17
88:6,7 98:21
103:3 144:25
145:6,7,14,15
146:24
147:1,5,7
148:3,17,19,2
2,24 149:3,5
150:2,6 152:8
153:25
158:6,8,9
160:3
161:20,21
162:5
164:20,22
165:25
167:23,24
168:15,17
180:22 193:21
197:23 198:5
199:1

corridor 166:6

COs 114:6

could 17:1
22:3,8,11
34:25 35:15
38:23 47:1
69:21
71:4,7,25

75:2 76:14,15
88:20,22
89:8,15
91:15,18,20
98:5,9,10
99:4 117:9
124:15,16,25
125:1,2,5,10
132:2,3 134:3
135:3 136:9
138:11 155:18
170:4 179:4
181:13,16
183:6 191:16
192:6 194:10

couldn't
154:12 184:24

counsel 2:1
5:12,20 184:4
200:11,13

count
162:2,3,7

counters 16:19

COUNTY 200:3
201:3

course 13:5
168:20,23
169:2

Court 1:1,24
5:3,10,11,16,
18,19 8:16
9:22 26:3
31:7 32:25
46:2,9 48:1
50:11 62:6
68:1,6,8
104:24 114:7
126:24 127:13
139:16,19
155:12
177:2,6 191:9
192:24 193:13
197:10 199:19
200:5,21
201:16

courtesy
155:17

cover
34:8,10,11
123:2

coverage
36:2,5,8
103:13,16
117:25
118:5,11,25
119:5 161:23

covered 92:16
123:3

covers
35:24,25

cramping
197:18

crashed 76:15

create 75:7

creates 15:18

credit
111:1,6,16,21
,24 112:1

CROSS 3:4
144:16

crosswalk
182:8

CTV 31:22

current 5:9
6:12

customer
118:1,5,12,14
,22 151:23
162:2,3,7
163:15
164:1,6 167:7
183:13
184:13,16,19
190:20,22
195:6,9,12

customers
14:21 23:20

66:20,23
112:12 113:7
151:1
160:20,21,23,
25 161:3
183:15 186:8
196:9,11,13

---
D
---

**daily** 42:23
151:2,5

**data** 67:3

**date** 10:23,24
11:4 37:24
58:19 59:11
71:22,25 72:2
131:24 145:25
148:3

**dated** 36:22
39:6 134:20

**dates** 61:1

**day** 13:23,24
14:1,2,4,5
23:16,18,19,2
0 35:6
42:15,17 58:7
61:8 66:19
69:5 99:24
101:15 105:24
118:15,17,19
145:3
150:10,17,25
161:18 162:5
164:16 165:2
173:20 191:19
199:11 200:15
201:7,8

**days** 30:15
42:6,15 61:22
63:8,14,19,20
,22 64:1 66:9
123:21 161:25
162:1

**deal** 141:21

**dealing** 11:18
13:15 18:24
197:5

**deals** 140:2

**debit** 111:21

**December**
13:6,22
14:5,7 21:14
22:2 25:24
36:2,16 58:5
64:11 76:4
99:23 100:12
101:22
102:7,15,19,2
3 103:8 115:4
118:23 123:16
138:19,21
164:24 165:7
198:16

**decide** 12:18
43:3,7,9

**decided** 120:19
148:21

**decides**
195:7,16

**decipher** 90:22

**decision** 43:13
144:20 191:4

**Defendant** 1:9
2:6

**defense** 193:4

**define** 28:7

**defined** 28:12
51:16

**definitely**
186:6,7

**definition**
51:8 94:17,18

**definitive**
165:1

**degree**

11:23,25

**degrees** 12:5

**delete** 70:18
177:1

**deleted** 70:16

**deletes** 136:17

**deleting**
64:20,23

**demoted**
106:3,8,21

**department**
14:13,15 15:1
17:21
31:17,19 38:5
45:23 114:2,5
115:24
117:18,19
142:20,21

**depend** 23:19
165:22

**depending**
63:20 123:20

**depends** 23:19
29:7 30:22
32:10,18,23
34:3 42:8
67:23 82:20
124:14,18
135:20 165:16
178:15,18

**deponent**
173:19

**deposition**
1:15 5:1,6
7:4,19
10:15,19
29:9,12,22
46:8 47:14
50:10 51:1
59:5,14
60:2,4,14
88:12 93:9
132:15 137:23

154:24 162:14
171:20 172:10
173:12,13
174:3 175:19
176:14,19,21,
23
177:14,19,21
178:12
184:3,4
196:17,18,24
197:22
199:21,22

**describe**
124:25

**DESCRIPTION**
4:2

**destroyed**
63:10

**detail** 47:9

**deter** 14:19
15:11 17:14

**determination**
190:24

**determine**
21:25 22:8,15
24:3 55:9,17
92:17,22
95:9,11 111:6
169:18

**determined**
117:13,21

**determines**
162:4

**deters** 15:24

**didn't** 15:20
43:5 47:3,4
71:8 76:12
78:9,14
100:8,16
101:7 122:16
146:23 147:10
151:11,16
158:5

160:19,20
167:22
168:3,5
174:11 175:17
177:24
178:1,3
188:18 189:21

**difference**
10:8 13:16
48:24 51:6,11
74:14,18
137:12 159:8

**different** 9:15
10:13 14:3
15:13 16:8
17:22 31:10
38:9,22 44:15
45:16 58:13
60:18 61:25
62:5 71:5
74:19,21
83:20
85:11,13
86:22,23,24
97:11 102:14
106:15 115:10
116:19
117:17,18
123:20,21
129:15 136:17
145:9 148:13
182:3 185:9
187:5 188:20
194:19 196:4

**difficult** 9:22

**digitally**
200:7

**direct** 3:3 6:7
49:10 96:16

**directed** 62:5
134:4,5

**direction** 34:4
35:7,12
139:11

**directly** 57:1
74:11
114:13,14,16
146:21 151:10

**director** 96:19

**dirt** 98:9

**disagree** 84:22
94:10 104:20
141:8

**disclose** 62:9

**discontinued**
105:21

**discovery**
90:2,13

**discrepancy**
184:25

**discuss**
172:3,7

**discussed**
60:15
122:8,25
146:19 151:20

**discussion**
46:6 50:8,24
59:3 60:12
88:10 93:7
137:21 162:12
176:12

**distance**
99:8,10,12,16
106:2 182:5
183:1

**distinction**
57:24

**DISTRICT** 1:1

**divided** 149:23

**divides** 185:10

**Dixon** 1:15 3:2
5:1,7
6:1,4,11
144:18 145:16

147:9,13,18,2
2 148:1,16
149:6,17,24
151:9
152:1,10,15,1
6,24 153:23
154:3
156:6,10,15
160:9
161:7,22
162:15,18
165:10 167:3
196:16 198:12
201:6

**D-I-X-O-N** 6:11

**Dixon's** 57:4

**document**
129:18 165:6

**Doe** 112:3

**doesn't** 16:22
30:4 55:5
75:4
80:6,15,21
82:15,17
87:19 98:13
118:18 144:24
145:4,13
161:18 174:18
175:18
184:16,17
186:2,3,6,7,1
1

**done** 64:22
77:8,10,11,12
108:23,25
109:2,7
121:15,19
122:3,19
138:16,17
156:13 174:16
197:17

**don't** 6:24 8:4
9:23
10:1,11,15
20:14 23:4

29:17 36:7
42:4
48:8,10,22
53:10,14
57:20 59:8
61:23 62:3,9
69:9,11
71:8,19 75:17
80:3
81:10,11,15,2
0 86:20
97:10,20,23,2
4 98:7,12
101:5 102:10
106:9 107:14
111:14
114:19,20
119:19
120:10,12,14,
22 124:4
125:4,14,20
127:19 128:7
129:21 131:24
132:8,13
135:20 136:22
137:3
143:6,9,12,16
150:9,12,14
154:22,25
155:8
173:20,21
175:14,15
176:3 183:25
185:23 188:24
189:3,14,15
190:14 191:4
198:21,25
199:1,2

**door** 24:10,25
25:1 49:15
84:13
91:4,5,7,9
98:24
153:1,4,7,11
161:1 170:24
192:11,14
193:11

**doors** 24:13,23
25:4,9,10
34:12
50:13,17
84:24 85:8,25
86:8,20 92:16
152:11,22
153:15,19
154:10 160:20
166:11,17
180:23 181:20
182:14,15,17
194:6,11,12,1
5,18,22

**down** 8:16 9:22
17:1
166:6,14,15,2
4 174:12
180:10,20
192:10 196:8

**downline**
114:18

**downloading**
178:18
179:7,10

**drawn** 27:9

**drink** 10:18
140:10

**drive**
70:1,15,17
76:14,15,19

**droplets**
180:24
181:2,13
182:22 183:6

**dropped** 142:24

**drops** 156:17
169:24
181:6,8,20
196:6

**due** 122:13

**duly** 6:6 201:7

**during** 42:20

47:5 48:16
58:2 66:19
71:4 110:7
116:19
118:1,5,6,11,
14 119:6
121:25
123:1,2,3,10
124:10,15
130:6
139:14,20
152:17 158:25
161:23
167:19,20
168:20,23
169:2 172:8
174:7 175:19
176:23

**dust** 98:10

**duties** 167:14

**duty** 162:23,25
163:13,19,24
164:5,8
181:11

**DVDs** 44:25
45:9

**DVR** 63:21
64:4,6,8,10,1
4,17,19,20,23
65:1,18
66:1,2 67:4,8
70:2
74:11,16,19,2
5 75:12,13
77:6 79:20
80:16 81:25
82:8,22,24
83:4,7 85:5
87:11
136:14,17,25
137:6,9,10,12
,15,18

**DVRs**
65:9,15,21,23

_____
                E
_____

**each** 9:20
24:6,19
129:15 144:11
148:6 150:1

**earlier** 36:8
93:10 136:9
149:18 167:18
179:20 184:23
185:17

**early** 14:11

**earth** 78:23

**easier** 159:14

**East** 1:8 5:8

**easy** 135:9
178:21

**effect** 154:11

**eight** 115:21

**either** 91:20
159:11

**electrical**
91:6,11

**electrician**
91:12

**elements** 14:20

**Eleven** 101:1,2

**else** 12:21
14:23 19:2
20:11,19,22
39:15 52:25
53:6,16 54:4
64:5 77:19
78:18 90:7
91:17 100:14
122:12 138:8
141:7,17

**e-mail** 155:11

**employee**
22:1,9,15,18
23:3,11

120:17
121:3,19
122:8,12
124:2,19
126:5,7,25
128:18,23
143:10
144:19,23
145:2,8
162:18,22,24
163:2,5,6,8,9
,13,14,18,23
164:4,8,15,19
165:1,6 167:6
200:11,12

**employees**
18:18,22
38:10
120:10,13
122:2,17
123:4,10,18,1
9,20,22,24
124:20 126:17
128:1 129:18
139:13 142:2
161:24
162:4,8
167:13 183:12
187:16,19
195:8

**employee's**
164:23

**employment**
42:20

**enable** 18:11

**end** 92:14

**ends** 90:17

**enforcement**
12:1

**engaged** 167:14

**ensure** 16:19
18:22
31:21,24

**ensuring** 16:6

17:2 19:16
92:16

**entered** 26:18
37:9 191:21
192:25 193:18

**entering** 47:6

**entire** 26:20
54:7 79:17,21
80:6 84:14
98:14,19
147:20 149:2
166:16 184:22
186:4

**entirety**
147:23 151:19

**entitled** 8:25
9:3 144:21,24
145:5,13
171:12 173:25
174:22
175:3,25
176:22

**entrance** 92:5

**entry** 33:21
34:11 182:16

**environment**
18:7

**equal** 105:3

**equipment**
19:16,17
197:8

**ESQUIRE** 2:3,7
3:3,5,6,8,9,1
1

**essentially**
127:17,25
190:4

**estimate** 7:9
10:9 33:6

**estimating**
10:13

**etc** 8:19

**Eve** 13:24 14:5
99:22
100:9,12,16,1
9,20,21
101:6,7,8,17,
23,25 102:4,6
118:15,17
150:17,19,23

**evening** 118:19

**eventually**
90:1

**every** 18:15
42:15,16,17
66:15 69:5
101:24
102:4,6 124:4
128:8,9
130:10,24
144:14 149:12
161:18

**everyday** 30:12

**everything**
45:7 76:19
187:3 197:14

**evidence**
69:21,24
70:5,8,11,13,
18,23
71:17,18,23
72:14,19,20
73:1,7,13,17,
19,23
74:2,8,15,18,
24,25
75:9,12,14,16
,25
76:2,7,10,13,
18,21
77:2,5,15
78:10,19,24
79:3,7,10,12
109:16
167:18,23
168:3,5,6,12

178:14,21
179:5,11,12
191:5

**exact** 22:19
23:4 27:16,18
37:5,23 67:2
97:10 121:5
124:12 131:24
161:9 182:23
193:3,22

**exactly** 22:16
38:21 52:10
61:23,24 64:1
98:7 121:9,10
174:24
175:12,14
177:5

**examination**
3:1,3,4,6,7,9
,10 6:7 27:3
59:13 144:16
171:1 194:3
198:19 199:6

**example** 44:19
66:17 117:16
121:2,5 145:2

**excuse** 37:16
65:22 85:23
101:18 144:2
180:5 181:7
186:22

**exercises**
116:19

**exhaustion**
140:2

**exhibit** 4:2
26:17,24 28:1
29:1,8,11,15,
21 30:8 33:17
36:19 37:8,9
48:6,15 71:1
87:9 88:13
89:2,17 92:1
110:10,14,15

133:1,7,10
136:6 145:16
155:12 165:12
167:3 184:3
192:23,25
193:2,17,18,2
4 194:5

**EXHIBITS** 4:1

**exist** 80:25
89:10 98:13
129:1

**existed** 83:18
89:3 110:3

**exists** 79:10
98:16 129:2

**exit** 34:15
113:17

**exiting** 186:8

**Exp** 201:17

**expect**
156:18,22

**expectation**
52:9 101:14

**expensive**
135:12,15,17,
23 136:4

**experience** 8:8
14:21 16:2
17:17,20,21,2
5
18:4,5,15,16,
19 22:17 67:6
129:7 131:7
150:22 156:16
157:2

**explain** 71:20
115:15
125:3,4
184:25

**explaining**
125:2

**export**

75:18,19 77:5
78:9

**exported** 75:18

**exports** 75:9

**exterior** 24:25
61:4 182:11

**eyes** 28:22,23
81:17

**eyesight** 92:24

———————
F
———————

**faces**
166:6,14,15

**fact** 50:19
78:6,12
80:6,24 83:2
120:24 138:23
146:20
147:2,19
148:25 153:23
157:7 159:24
163:23 174:16
183:2,3,4
196:8

**fail** 162:19

**fair**
10:2,5,13,14
26:21 30:25
79:7 83:4
127:20,23
142:7 153:15
154:9,15
190:6 194:21
198:3

**faith** 59:9

**fall** 13:6 22:2
37:15,18 38:1
39:5 41:11
45:18
46:12,16,23
47:5,6,7
63:14 65:5
78:4,7 88:15

89:4,11,18
105:24 110:1
111:8 112:10
113:3
132:1,20
133:3,16
134:15
135:18,24
151:19 152:3
188:13 190:25

**falls**
131:9,13,17
141:15,18

**false**
106:11,14

**familiar** 25:21

**family** 100:11
102:15

**far** 22:4,8
166:12 183:9

**February** 1:17
5:2,4 201:7

**feed**
13:14,16,17,1
8,19

**feel** 10:18

**feet** 97:5

**fell** 14:8
109:22 115:13
118:24 132:12
141:10 142:23
169:23 170:6
188:14,20

**few** 77:2
144:18
178:15,17

**field** 12:19

**figure**
155:13,24

**file** 38:24
75:8
108:4,6,7,10,

14,20,24
144:14 191:5

**files** 76:20
143:23
144:19,23
145:4,11

**fill** 167:8

**filled** 125:6

**financially**
200:14

**find** 71:11,14
72:5,14
77:14,17
78:14 92:15
93:14,17
94:20 97:14
99:9,12 119:3

**fine** 27:2
59:22
150:13,15
156:14 172:9
173:10 174:14
176:2

**first** 6:5,9,10
20:1 37:11
47:5 71:20
85:5 122:16
124:20 164:13
168:25 169:5
193:14

**fit** 44:5,9,24
45:6

**five** 10:22
32:14
33:7,10,14
42:15 67:5
79:22 80:13
120:18 126:20
127:5,15,24
132:24 157:3
178:15

**floor** 16:20,24
17:2,3 19:18
21:11 26:6

48:15 49:1
89:21,23 92:6
103:12,15
117:25
118:4,11,13,2
5 119:4,16,21
138:11 145:25
146:3
148:6,8,12
153:10,13,24
154:4,7,12
156:7,17
157:5,8,12,15
,18,21
158:6,12,15,1
9 159:9,25
161:23 163:21
168:25
169:4,12,14,1
9 170:5,11
179:16,18,23
188:6,11
195:7,24
196:4,6

**floors** 179:25

**Florida**
1:1,19,25
2:4,9 6:14
7:18 12:11,14
200:2,6,21
201:2,16

**fly** 109:5

**fog** 98:11,12

**foggy** 98:13

**folded** 96:8

**folks** 68:16
89:20 102:25
103:12
112:9,12
139:6 175:21

**follow** 15:10
18:1 78:8
109:13 144:18
199:8

**following**
18:22 39:5
75:4 76:16
78:2 110:1
112:10

**follows** 6:6

**food** 93:17
102:12

**footage**
47:13,15,17,2
2 48:5,11
64:16 112:23
117:3,7,14,22
119:3 145:17
146:20,23,24
147:3,10,11,1
3,19,22
148:2,17,22
149:1,7,22
151:10,16
152:2,6,8,15
153:24
156:16,19,23
157:5,8,12,16
,19,22,25
160:9,12,14
165:20 166:20
167:23 168:3
170:13,19,21
179:21,25
183:20 189:25
190:5,9,18
196:3

**footnote** 74:4

**foregoing**
200:8

**foreign** 16:21

**forever** 70:21

**form** 16:16
20:9 23:25
27:25 28:20
31:3,12,23
32:7,21
33:9,18

34:5,7
35:8,13,17
38:2,12,16
40:17,22
41:1,8 42:25
43:4,8
44:11,23 45:1
48:7,12,21
49:8 50:1
51:4 52:19
53:2,18 54:13
55:11,14,24
56:19,20
63:11 65:7
69:14,17
73:8,24 74:3
78:15,20
80:8,19
82:1,9,19
83:19 84:4
86:5,12
87:1,22
90:5,19
94:8,13
99:1,7 101:13
104:16,21
106:4,12
107:4,22
110:17,23
112:20
119:11,18
120:4,20
121:23 122:21
124:21,24
125:6,9,19
127:21 128:2
129:14,20
131:10
133:4,8
134:16,21
135:7,10,14,1
9,25 137:2
141:12,19
142:12 143:7
144:1,10
147:6,16,24
148:18,23
149:4,15

150:11
151:6,13
152:4
154:1,14
158:17
159:17,21
160:2,6,16
164:21
165:3,8 166:8
167:15 169:8
178:22
181:6,8,10,18
,24 183:24
184:10,15
185:6 186:21
189:22 190:10
191:1,11,14,2
0,25 192:4,19
193:5 194:1
195:20
198:10,23
199:14

**forms**
125:20,23

**Fort** 1:19 2:4
5:10

**found** 60:24
77:12

**four** 24:9,22
25:12,17,19,2
0 27:9,10,22
28:4,13 34:6
90:3,23
136:5,7,10
137:1,6
141:5,11
149:22
151:11,16
154:4 156:24
161:19
185:10,14
186:2,5,6,8
192:23 197:25
198:8

**free** 10:18

**frequent** 9:21

**frequently**
21:1,2

**from** 4:5 12:5
22:10,17
25:23 28:24
29:5,9,11,22
36:22 40:3
41:18 42:2
43:18 46:23
47:11,12,15
48:5,10,19
49:19 50:4,16
56:12,17
57:1,15
62:4,10,11
64:6,20,22
65:2 68:25
69:25 71:1,5
74:11,15,16,2
5 75:6,12
77:6 79:16
80:10,16,17
83:7
87:11,12,20
88:3,14,18,23
89:10,20 90:3
95:5,9
99:10,12,16
101:22 106:21
107:2,3 110:4
117:4,17
129:11 137:8
141:2,3
145:8,17
146:4,20,21
147:19
148:2,14
149:22
151:10,16
152:15,24
155:6,21
156:23
157:5,8,12,13
,15,16,18,19,
21,22,25
160:1,14

165:20 166:22
170:1 177:2,7
179:11
180:14,21
182:6,18,19,2
3 183:4
185:12,20
188:17 189:4
190:15,21
197:8

**front** 58:24
92:14,16
113:14,15
192:14

**full** 8:25
9:3,7,10,16,2
3 20:21 29:7
33:19 34:3
80:3 94:19
96:8
165:17,25
188:4

**functioning**
31:24
66:11,12

**further** 3:9,10
170:25 185:22
194:2
198:18,19
199:6,16
200:10

**furtherance**
163:10

**furthest**
152:25

————
G
————

**garage**
166:11,17

**gave** 139:4,9
154:20

**general**
27:19,22
32:19 118:9

**generally**
174:21 176:17
177:9 197:2

**generate** 75:8

**gentleman**
132:12

**get** 9:22,23
11:16 12:5
14:10 20:21
42:21 66:10
81:16 91:12
92:10 97:12
100:8 101:15
130:6 140:19
167:6 173:8
190:12,15
196:14

**gets** 75:12
145:3,10

**getting** 86:24
87:3 150:23
163:6,9

**GG292082**
201:17

**gifts**
102:9,10,11

**give** 8:18 9:24
52:1 115:18
117:16
121:2,5
123:22 124:21
128:17,22
129:9 177:3,6
197:16

**given**
79:2,11,13
82:6 83:10,17
87:7 122:7
139:6 162:5

**gives** 131:5

**giving** 9:10,16
85:24 139:12
190:23

**glare** 4:6,7
47:11
48:5,11,18,20
,25
49:2,3,17,18,
21 50:5,16,20
83:17,22
84:2,5,17
85:4,12,15,18
86:4,16,17,20
,24 87:4,20
97:25 98:1
152:17,22
153:5,7,15
154:9 183:3
192:9,10,11,1
4 193:4,24
194:6,9,18,21

**gloves** 197:7

**GM** 4:4 24:7,8
26:7,9,21,24
27:21 33:4
34:1 36:15
132:5 137:25
161:19 162:16

**go** 8:7 13:20
19:25 20:25
21:3
22:3,8,11,14
23:2 50:7,23
59:1,14 68:1
71:22 74:5
75:3,13
91:8,10,11
92:15 93:6
111:23 113:13
116:22 123:19
137:20 140:10
156:13 163:25
164:5,9,12

**goes** 38:7
75:16 98:17
145:8

**going** 8:9 9:12
14:2 22:18
26:15,20,25

27:2 29:8,23
33:22 35:25
36:18,19 42:9
45:20,24
58:21 59:7,20
64:4 66:20
81:7 84:12
90:17 92:25
96:16
102:8,15
125:17 129:23
139:10 145:5
155:11 162:8
171:11 173:8
175:4 176:1
177:2,6
183:15 184:8
189:3 195:9

**Goldschmidt**
68:19

**gone** 4:6 153:5
192:9,10,17,2
0 193:4
194:22

**gong** 192:22

**good** 59:9
161:13 195:6
197:14

**goodness**
195:15

**Gotcha** 168:8

**Gracie** 105:25
106:1

**Gracie's**
106:19

**great** 97:15
197:15

**green** 197:15

**Grocery** 113:18

**ground** 8:7
49:17 50:5,19
180:13,19
182:24

**183**:2,3 **189**:1
**193**:24

**guard** 17:3
123:6,7
128:19 191:15
195:3,7,17

**guarded** 117:18
122:9 125:13
191:12,18,24

**guarding**
121:4,8,15,20
122:13 123:24
125:18,25
126:6,18
127:3,18
128:1 129:5
167:5 195:18

**guards** 121:11

**guess** 8:6
10:9,11 36:7
91:6 97:20,24
102:13 127:19
129:21 132:8

**guessing** 23:12
29:23 30:3
155:4

**guide** 51:16

**guideline**
51:5,7,10,12,
16,17
53:7,15,16,21
54:10 55:5
108:3
139:23,25

**guidelines**
16:5,14 18:23
53:10,14 54:7
108:2,4,6,7,1
0,15,20,24
130:1,2
139:12
140:3,6,9

**Guiterrez**
16:16 20:9

23:25 26:25
27:6,25 28:20
31:3,12,23
32:7,21
33:9,18
34:5,7
35:8,13,17
36:21
38:2,12,16
40:17,22
41:1,8 42:25
43:4,8,18
44:11,23
45:1,20
46:3,5
48:7,12,21
49:8 50:1
51:4 52:19
53:2,18 54:13
55:11,14,24
56:19,21
57:6,10,13,20
,24 58:21
59:6,17,22
60:3,7,11,20
61:3
62:3,8,16,20
63:11 65:7
69:14,17
73:8,24 74:3
78:15,20
80:8,19 81:2
82:1,9,19
83:19
84:4,12,19,23
85:7,16,22,24
86:5,12
87:1,22 88:8
90:5,19
94:8,13
98:3,18
99:1,7
101:3,13
104:16,21
106:4,12,15,1
8,23 107:4,22
110:17,23
112:20 117:8

119:11,18
120:4,20
121:23 122:21
125:19 127:21
128:2
129:14,20
131:10
133:4,8
134:16,21
135:7,10,14,1
9,25 137:2
141:12,19
142:12 143:7
144:1,10,17
146:19
147:2,8,18
148:1,20,25
149:6,17
150:12
151:7,15
152:6,21
154:3,15,17,2
2
155:1,6,10,15
,20,25
156:4,6,13,15
,22 157:2,11
158:11,18
159:14,19,23
160:4,7,18
161:7 162:15
163:13,18
164:4,23
165:5,10
166:10 167:17
168:2,6,9,10
169:10
171:11,15,19,
25 172:6,20
173:7,10,14,1
6,23
174:4,9,11,14
,21
175:2,10,17,2
5 176:2,10,15
177:8,15,18,2
4
178:3,7,9,22

181:18 183:24
184:10,15
185:6 186:21
189:22 190:10
191:1,11,14,2
0,25 192:4,19
193:5
194:1,4,10
195:22 196:2
197:21
198:12,23
199:7

**Guitterez**
199:16,18,20

**Gutierrez** 2:7
3:5,8,11 5:24
6:15,18,20

**guy** 116:10

**guys** 130:20
172:3

---
H
---
**had** 7:4,19
11:5 12:14
21:25 23:2
48:11 62:10
64:3 65:1
87:7 95:23
102:18 117:17
121:16 134:25
137:1 146:6
149:21 150:15
151:20 152:10
154:10 159:4
161:22
165:11,12
167:4 170:12
175:11 176:6
191:12,15,23
193:9 194:25
195:22 196:22
197:9,10
199:12

**hadn't** 195:4

**half** 65:5 78:6

150:10
198:1,8

**HAMILTON** 2:8

**hand** 80:15
84:1 96:12
142:19 192:12
200:15 201:8

**handed** 184:4

**handle** 142:5

**handling** 90:13

**Hang** 192:24

**happen** 189:21

**happened** 8:1
13:20 113:3
124:15 132:22
198:16 199:13

**happening**
175:18

**hard**
70:1,15,16
76:14,15,19
93:5 196:3

**has** 19:20
20:12,18
25:17 28:12
41:25 42:2
45:10 48:18
49:3 50:5
56:1,8,11,14
59:6 63:25
72:23
79:2,10,13
81:14
95:3,16,19
98:3 106:11
116:6 120:17
121:19,22
122:3,8,12,19
128:21 131:9
143:2,11,18,1
9 144:6
145:12 172:7
174:6 178:12

199:23

**hasn't** 35:21
36:6,9 40:22
105:21

**have** 6:23
7:4,9 8:8,17
10:21,25
11:3,5,10,23
15:8 16:6
19:6 21:5
22:17 24:2
25:23 30:3,11
31:24 33:6
35:1,2
36:13,15 37:4
38:22,23
41:21 43:25
44:2,4 45:8
47:1,13,15,17
,19 48:20
49:11 51:2,14
55:5,21
58:10,17
59:15,16,23
62:10 64:10
65:21,23
66:8,18 67:13
69:7
71:4,7,9,13,1
5,16,19 72:25
75:7
76:14,15,16
77:12 79:3
83:6,9,17
85:22 87:20
88:20,22
89:8,15 90:13
91:15
94:15,25
95:13 97:13
104:5
105:17,19
110:13,14,15,
19,21,25
112:18,22
113:7
115:21,22,23

117:9,24
118:2,3
119:7,8,14
120:10,13,14,
22,23
121:15,16
122:7,8,11
123:10 124:21
125:1,3,4,12
126:8,17,24
127:25
128:10,13,18
129:4,21
130:12
132:2,3,15
133:2,12,13
134:3,4
135:1,3,5,9,1
1,12,23
136:4,9
137:3,9,24
138:13,15,23
142:2,3,4
144:18
146:4,12,24
147:11
148:11,12
149:22 150:1
152:1
154:18,19,20,
22 155:15
156:1
159:5,24
160:19 161:24
164:12 169:14
170:25 174:18
175:7 177:3
179:16,17
188:6,11
189:8,16,19
190:8,15,24
191:24
192:2,5,6,9
194:25
197:21,25
198:7,18
199:16

**haven't** 38:24
78:24 90:25

**having** 6:5
17:5 48:25
83:3 141:8

**hazards**
119:10,22
163:20

**hazmat** 197:14

**he** 27:2 40:22
57:11 58:22
59:7,19
60:7,20 85:16
98:3,18 105:6
115:4,6,7,9,1
0 116:4,6
122:22
140:21,23
141:1,3,11,14
,16
145:3,5,12,13
165:12 167:2
168:2
171:13,19
172:1,6,7,9
173:13,24
174:6,18,22
175:7,8,18,25
176:17,18,19
177:10,14
178:7,9,12
197:6,9,13,15

**head** 8:19
142:24

**hear** 43:5 93:4
139:16

**heard** 17:12
103:18 122:19

**hearing** 93:1

**heart** 195:7,15

**heat** 139:24,25
140:2,3

**heavy** 181:11

**he'd** 140:20

**held** 46:6
  50:8,24 59:3
  60:12 88:10
  93:7 137:21
  162:12 176:12

**help** 84:10
  143:17

**helpful**
  147:4,14

**helping** 90:22
  167:6

**her** 47:6 106:2
  109:22
  110:3,19,22
  146:1,23
  147:11 170:19
  177:21 183:20
  184:3 189:5
  190:4
  191:7,10,19
  194:25
  195:15,17

**here** 5:4,6
  7:22,24 8:2
  11:1 13:6
  26:8,9 27:8
  28:11 33:21
  49:11 50:13
  52:22 79:22
  80:3 81:11
  83:14,24
  86:15 87:16
  90:1 96:17
  99:6 106:17
  107:8 120:1
  122:15 133:19
  138:3 152:16
  153:19,21
  155:1 165:24
  172:11 173:25
  176:21
  185:1,16
  186:12
  189:2,9

190:17 192:11
196:18,22
197:18,22
199:9

**hereby** 200:6

**he's** 36:21
  90:5 171:15
  174:12 175:8

**hey** 142:22
  163:25
  164:5,9

**high** 118:14
  150:16,19
  161:23,25

**higher** 67:7
  162:7

**highest** 116:10

**him** 26:25
  27:1,4 36:22
  45:21
  59:23,25
  60:6,8 61:3
  84:13 85:8,24
  91:13 114:20
  115:12,13
  122:22 139:9
  140:17,23
  171:15,19,21
  172:1,9,19,20
  173:24
  174:8,21
  175:2
  177:9,25
  178:2,11
  193:13,14
  197:19,20

**hired** 11:13
  12:11

**his**
  57:6,7,10,11,
  13 58:2
  59:10,11,24
  105:12 140:15
  145:3 152:17

171:13
172:1,8,11
173:24,25
174:1,13
175:9,11
176:21

**hit** 182:8

**hold** 54:10
  64:16 128:8
  138:5 149:25
  156:11

**holding** 140:24
  141:1,3,11

**holds** 149:18

**home**
  39:16,17,19
  40:3
  41:19,21,24
  62:11
  67:16,17,20,2
  2 68:10
  100:6,8,22
  102:1,15
  106:2
  130:16,17
  131:5

**hope** 195:15

**hot** 139:14,20

**hour** 40:15,18
  41:10 43:23
  45:14
  46:20,21
  51:18,19
  52:20
  53:1,4,17
  54:5,8,11
  56:25
  57:16,17
  70:25 72:12
  84:6,7,8 86:7
  88:14,22
  89:3,10,11
  103:7
  133:23,24,25

134:14,15,19,
24
135:6,13,17
136:6,10
140:13 141:17
142:25 145:18
146:21 147:20
149:1,2,8,13
158:4
170:18,23
198:13,14

**hourly**
  162:23,24
  163:24 187:16

**hours** 98:19
  133:16,17,18,
  20 134:20
  135:24 149:22
  150:1 178:24
  179:3 187:17
  188:1,3
  198:1,8

**house** 102:12

**household**
  101:14

**Huh** 91:23

**Hundred** 44:8
  45:2

**hurt** 142:3
  189:17,20
  190:20,22

---
I
---

**ice** 146:10

**I'd** 26:23
  155:4

**idea** 8:5 66:8
  146:4 189:8

**identified**
  112:7 113:7
  170:7

**identifies**
  111:18

identify 75:3
111:1,11,16,2
2
112:3,15,18,2
3,25 113:5,10
170:10 181:14

I'll 9:23 17:3
27:7 33:23
49:10
155:11,23
192:24

I'm 9:12,15
14:3 15:1,10
17:25
22:3,4,19
26:11,15,25
27:12,18,19
28:7,10,11
29:8,23
30:3,6,7
31:10 32:2,8
33:22
34:13,21,24
36:4,18,19
37:23
38:3,9,24
39:4 40:5
41:20
42:11,14,15
43:1 44:3,8
45:20 49:5
58:21 61:7
62:22 65:20
66:7 67:2,12
69:1 73:21,25
74:5,10
75:4,6,11
76:1,16
81:3,6,13,16
82:10
84:12,25
85:1,11,14,20
87:24 89:25
90:4 91:2
94:10
96:16,21
97:21 98:15

99:2,18
100:20
102:4,7,14
106:6,7,18
107:13,24
110:6,9
112:12 118:21
119:1 121:9
122:15 123:14
128:8
129:2,8,23,24
131:21
132:21,25
135:16 137:7
139:16,18
140:20 151:8
154:17
155:3,10,19,2
3 156:12,13
161:9,13
171:11 172:20
173:14,15,23
174:4
175:2,10
176:1 182:6
186:2,11
187:6,9,24
188:4 189:3
193:22 197:18

image 29:16,18
186:20

important 9:19

incident 23:5
24:1 30:1
43:23 45:14
51:18 52:20
53:5,12,25
54:2,6,14,16,
19,21,24
55:3,7,13,19,
23 56:3 72:9
78:2 84:15
107:23 109:13
116:21 134:24
143:1 144:7
145:25

147:4,15,20,2
3 148:3
149:2,9,10,13
,14 151:18
170:14,17,18,
22 171:20,21
199:11

incidents
124:17

inclement
92:7,10,15,18
,23 180:17,20
181:3,21

include 17:9
118:15

includes 15:23
17:4 93:11

income
34:17,20,23
91:25 92:2,4
185:11

increase
103:12,14,15
117:25
118:4,11,13,2
5 119:4

increased
118:1,5,12,22

increasing
161:23

INDEX 3:1
4:1,14

indicate 27:10

indicated 59:6

indicator
164:15 165:1

individual
30:5,7 45:16
66:3 115:23

individuals
14:19

indoors 87:19

information
42:22 111:13
121:11,17,24
122:1 133:14
176:22 189:3

informational
122:5

informed
121:16

injured
143:13,21
145:4,10

injury
189:17,20

inside 24:15
25:6,15 27:11
28:6,7,16
29:4 33:4
46:13 66:18
110:15,18
133:2 160:25
182:6

inspecting
19:17

instance 23:1
112:13
167:8,22
168:2,25
169:5

instances
167:10

instead 168:12

instruct 43:16
45:21 51:20
62:14

instructed
55:21
56:1,8,11,14

instructing
27:4

instruction

52:1

**intention** 69:9

**intentionally**
69:9,11
146:22 147:10

**interested**
200:14

**interesting**
119:24

**interior** 25:1

**into** 11:16
15:22 19:25
26:18 37:10
69:2 74:24
139:2,6
149:25 161:3
166:15,22
172:4 178:14
193:1,19

**introduce**
5:12,20

**investigate**
69:1 109:13

**investigating**
61:24 75:24
76:1,3,10
77:3 78:3,7

**investigation**
22:10,13,16,1
7,23 23:10
48:16 58:3
73:2,21,22
74:5 75:7,23
119:2
167:19,20
168:12,20,23
169:2

**investigations**
23:7 30:22
73:6

**investigative**
13:14,17,19

**involved** 92:10

142:7 144:20

**isn't** 177:13

**issue** 19:8
59:7 68:3
117:13 168:24
169:3

**issues**
19:10,13
128:24
129:13,19
142:5

**it'd** 178:20

**item** 23:6
95:9,22
159:15

**items** 94:7
95:5
102:10,11
149:18 163:20

**its** 18:18
147:23 151:18

**it's** 9:19,21
14:2,4,19
15:7 17:15
18:15 20:17
22:19
27:3,18,19
29:23,25
31:19 32:4,9
42:21 45:23
48:2 49:12
51:16
54:8,9,19,22
58:12,13,16,2
5 59:8 60:18
62:4
66:2,9,10
67:5,24
68:2,3 69:25
70:2,16,21,22
71:6 73:25
74:4,9,20
75:18 78:12
82:24 83:20

84:19
85:11,13,20,2
1
86:2,3,16,17,
22,23
87:18,19
91:7,9,11,16
92:14 93:5
96:25
97:1,11,15,25
98:12 110:2
113:22 119:24
122:5 124:3
128:7,13
130:12 131:1
138:6,9
139:14,19,20,
24 140:1,8
155:1,14
156:2
159:1,15
160:4 170:21
178:18
179:9,11
180:3,6,10,17
,20 182:5,21
183:1
186:13,18
189:16,19
193:3 194:21
196:3 197:22

**itself** 46:23
49:21 64:20
74:16 81:14
92:6 107:25
109:20 136:16

**I've** 26:19
27:9 37:1
50:12 71:18
125:20,23
138:16 139:1
144:15 175:15
185:13

———————
J
———————

**January** 36:23

37:20 39:6
61:4,10,20
63:4 78:3
134:20

**Jenny**
38:19,21,25
40:8 134:10

**Jewelries**
93:23

**jewelry**
93:19,21,22
94:3,7,12,16,
24

**job** 11:18
18:2,14
19:3,4 21:12
30:23
31:4,5,6,7,11
,13 52:17,23
135:11
189:16,19

**John** 112:3

**Jose**
115:1,14,17
116:1

**judge** 59:7,9
173:8
176:1,10,11

**July** 10:24
11:6,13 12:12
13:2 200:15
201:8

**jump** 115:9

**jumped** 115:18

**just** 9:14,15
14:4 15:4
16:19
17:1,4,6,15
19:6 20:21,23
27:19
28:10,11 30:6
31:10 32:2
33:15,23

38:8,9 52:7
53:15 54:8
55:9 60:7,15
66:9,16 67:23
69:11,12 71:1
73:9,20
74:21,23 75:2
76:9 78:12
83:13,16
85:14,21 86:3
94:23 97:21
100:18 102:14
106:18 110:9
111:7,15
112:4 114:20
118:8 122:17
124:16 129:4
130:8 132:11
137:11 142:19
143:23
144:18,23
148:16,20
154:22,23
155:11,16,21,
22 156:4,5,16
168:11,19
171:7 173:16
174:17 177:8
184:12 185:18
187:5 193:6
195:6,14
196:4,6 197:2
199:8

**juvenile** 7:17
11:22

---

### K

**keep** 190:21

**kept** 146:10

**kids** 100:15,16
102:1,11

**kind** 98:1
128:11 130:15

**knew** 139:9

**know** 6:24 7:22

8:4 9:8,12,13
10:23 17:13
20:11 21:17
22:24 30:4
35:23
40:8,20,24
41:3 42:12
43:20 49:2,7
53:9,10,11,13
,14 60:3,21
61:24 63:24
66:9
67:15,17,18
68:19
71:18,21,23
73:19 74:1
75:2 78:2,17
79:6 86:17
96:17
97:10,24
98:6,7,8
99:24 101:24
103:15
106:1,3,7,19
107:13
109:18,25
110:3
112:6,15
120:16
121:5,11,17,2
2 125:14,20
128:7
129:10,24
130:11
131:4,23,24,2
5
132:7,13,17,1
8 133:19
134:9 136:17
137:5 139:22
140:3,15,21
141:1,3
145:24
150:9,12,14
151:1,7
154:25 174:24
175:12,14,15,
19,22 176:8

177:5
178:10,11
179:3
183:18,25
185:23
186:2,3,6,11
188:24,25
189:3,14,15
190:14 198:25
199:1,2,10

**knowledge**
36:16 41:24
42:1,4 55:17
56:5 67:13

---

### L

**L.P** 1:8

**labeled**
154:18,19

**Lamage** 183:18
187:22 188:2
191:6 195:14

**last** 6:9,10
47:19 48:10
63:22 65:25
102:2,9,16
114:7 115:2
123:13 171:3

**Late** 150:24

**later** 100:6,10
184:14

**Lauderdale**
1:19 2:4 5:10
6:14

**law** 2:3 12:1

**Lawlor** 4:5
36:22

**lawsuit** 90:6

**lead** 123:1

**leading** 13:5

**leaking** 146:15

**leaks** 162:16

**learn** 13:12
126:5

**least** 57:21

**leather** 197:6

**leave** 12:19
90:1 113:17

**leaves** 55:9,17

**left**
29:10,11,16,1
7 30:4,7
80:15 84:1
92:1,4,6
106:1 109:19
152:25
153:4,10
166:21
170:17,23
186:15

**leg** 197:18

**legal** 8:23
57:14 190:15

**less** 67:7
81:24 82:24
83:3
85:4,12,15,18
127:24 188:1

**lesser** 82:7

**let's** 8:7 20:1
33:22 44:15
59:1 162:11
176:10,11

**letter** 4:5
36:22
37:2,5,6,12
38:4,6,7,10,1
1,15 39:6
133:11
134:12,20

**letters** 37:1

**letting** 106:18

**liable** 152:7
190:1,6,9,18

lifting 19:15

lightning 93:2

limited
  116:1,3

line 54:7,11
  66:21
  104:14,17
  105:14 115:18
  125:1

LINE(S 4:15

lines 80:24
  81:5,7,9,10,1
  4,21 142:24
  189:25

liquid
  112:19,24
  113:8

litigation
  132:17

little 9:14
  14:3 31:10
  38:9 44:15
  54:8,11
  81:11,21
  83:13 84:2
  94:2,24 96:22
  99:4 102:13
  181:13 183:6
  190:16
  192:16,18

live
  13:14,16,18
  30:3,11
  185:13
  187:1,6,11

lived 6:23

locally 76:21

locate 167:22
  168:3,5

located 28:14
  39:20

location 5:9

27:16 39:19
52:24 54:15
188:19,20

long 6:23
  10:16,21 11:3
  12:14,16 63:6
  70:13 150:8
  167:7 173:21
  178:13 180:13

longer 63:22
  65:25 106:11
  133:23

longest 63:24

look 22:22
  23:2,10,18
  26:10,11
  30:12,15,17,2
  1 35:1,2
  42:22
  59:10,14
  62:1,5 69:1
  71:23
  77:14,19,21,2
  4 98:13
  111:18,23
  118:19 120:11
  137:14 142:22
  144:8 148:5
  153:24 154:3
  170:1 189:5
  196:3

looked 33:4,11
  35:3 38:24
  71:9,10 76:8
  169:22 194:6

looking 21:21
  26:12 28:17
  30:3 71:21
  74:6,10 79:24
  80:4 81:3
  82:10,20
  87:15 117:2
  119:9,16,22
  133:17 137:10
  145:16

152:24,25
153:18
156:6,16
160:23 163:20
165:19 166:19
174:12 175:8
179:18 186:13
187:6 194:5

looks 81:22
  176:8 177:5

lose 76:20

loss
  14:15,17,18
  15:2,11
  17:11,19
  122:15

lot 18:8 23:20
  33:12,15
  66:13,15 86:4
  96:20,24
  98:25 99:2,6
  113:15,16
  126:15,16
  142:10
  180:10,13
  181:15
  182:2,6,25

lots 131:9

loud 127:25

Louisiana 12:6

low 66:10,12

LP 5:8

lying 173:13

——————————
      M
——————————

Ma'am 85:10

machines 83:25

made 43:13
  101:11 142:3
  143:3,11,19
  144:6 190:24

maintenance

18:12 91:15
92:7,8 117:25
118:4,8,10,13
,25 119:4

major 30:25
  31:11,19
  32:2,4,10,16,
  19

make 18:18
  19:6 44:15
  48:19 57:21
  142:16 152:7
  155:12 191:4
  193:6

making 59:12
  94:11 176:25

manage 68:16

management
  19:22,23,25
  45:22 62:4,11
  69:22,24
  70:5,8,11,13,
  19,24
  71:18,19,24
  72:14,19,21
  73:1,7,14,17,
  20,23
  74:2,8,15,18,
  24,25
  75:10,12,14,1
  7,25
  76:2,7,10,13,
  18,21
  77:3,5,15
  78:10,19,24
  79:4,7,10,12
  109:16 115:17
  117:5 130:14
  167:18,23
  168:4,7,12
  178:14,21
  179:5,12

manager
  11:9,11,14,17
  31:13

32:12,13
52:22 67:6
90:10 103:21
104:8,12,18
105:2,5,11
114:8,12,13,1
5,16,20,21,22
115:6,7,22,24
125:5,15
127:16,24
131:7
138:12,13
141:9 144:5
157:3
171:6,7,9
172:7 175:23
188:19
192:3,7
197:16

**managers** 19:16
20:25 77:23
105:24
114:5,6,9,10
115:24
119:8,15
126:10 171:8
197:6

**many** 7:7 24:8
33:3,10
40:20,24 41:3
42:6 46:15
65:9,18
123:18
126:17,24
151:1 161:7
165:16,22
175:19 178:24

**map** 4:3 26:20
28:2 110:10

**maps** 26:11

**March**
61:8,9,11,13,
16,17,25
62:23 63:1,13
64:2,25 65:4

70:7 78:2

**Margaret** 68:19

**Marie** 105:25
188:19

**mark** 26:15,23
36:18,19 37:8
193:17

**marked** 26:19

**market**
114:18,21
115:6,7,11,21

**mat** 26:6

**materials**
128:11,21
129:9,11
130:15

**math's** 149:24

**mats** 91:18,19
158:21,23
159:1
180:3,6,12

**MATT@TUCKERUP.
COM** 2:5

**matter** 5:7
29:25 69:1
118:18

**Matthew** 2:3
3:3,6,9 5:22

**may** 15:19
18:8,10,11
45:15 62:10
71:16 155:4
169:13 177:1
188:5,10

**maybe** 44:14
102:13

**me** 6:18 9:23
10:2,5 13:9
17:1,12,14
20:10,21
22:13 26:2,3
28:7 33:23

35:7,12,16
36:5,8 37:16
58:19 59:17
60:7 65:22
71:20 75:11
81:22 83:21
85:23 90:20
94:18 96:23
98:12 101:18
114:19,20
115:16,18
117:16
120:2,16
121:2
123:1,22
125:17 129:17
136:13 137:18
143:24
144:2,9 147:8
154:20 171:17
176:4 180:5
181:7 182:24
185:8 186:22
190:8,13
197:16 201:6

**mean** 7:16
16:4,23 24:21
25:10 28:8
35:14,21 37:3
39:14 45:12
51:8,9
52:9,17 59:20
63:9 66:12,15
71:3 79:21
80:9 81:5,12
84:16
86:2,4,13
87:10 94:2,10
95:13 99:13
100:20 104:18
107:5 108:21
114:14 116:3
118:10 125:15
128:5 131:18
133:19 142:1
143:21 144:24
145:5,13

154:19
155:3,4 156:1
161:18 166:24
174:18
175:4,15
177:23
184:2,12
185:2,4

**meaning** 54:23

**means** 61:13
103:15

**meant** 165:21

**mechanics** 47:7
151:19

**media** 64:14

**meet** 48:2

**meeting**
116:19,20
117:11
121:18,25
122:3,5,7,11,
19
123:1,2,3,11,
21,23
124:4,10,12
126:3 128:8,9

**meetings**
103:20
104:1,6,10,13
113:24
114:1,4
116:16 118:6
119:8,14
120:9
123:2,19
124:5,7,13
125:16
128:12,18,22
129:10,12
130:5,7,21,24
131:5,8

**memory** 190:11

**mention** 120:12

180:23

**mentioned** 16:1
119:25 134:10
179:1

**Merch** 13:13,15

**merchandise**
19:5

**merchandize**
164:10

**message** 174:6

**messages**
177:12

**met** 177:20

**MIAMI** 2:9

**middle**
60:1,4,10
74:5 98:1
171:13,22,23
172:4,13,17
173:11,12
174:3,8
175:6,8
177:14,20
178:6,11
196:17

**might** 44:20
94:20 129:1

**MILLER** 2:8

**mind** 51:11,13
157:24

**minor** 32:5,10

**minute**
102:2,9,16

**minutes**
44:8,9,13
45:2,3,5
149:19,25
178:15,16

**Miriam** 191:6
194:24 195:3

**missing** 119:25

**misstates**
106:4 185:7

**mistaken**
106:19

**Mitigate** 15:6

**mitigating**
15:5,7,10
17:16 19:8

**moment** 76:9
77:1

**money** 12:22,23
96:5,6,18,23
97:3,7 99:4
159:5

**monitor** 18:2
80:17,18
82:17

**monitors**
20:18,22
21:21

**months** 22:11
65:5 78:6
139:14

**mop** 92:8,9

**mops** 17:5

**moral** 8:22

**more** 6:15
12:25
17:13,14 18:6
19:8 25:19
30:4
35:9,12,14
43:24 44:17
47:5,6 63:14
65:13,21,23
66:19 78:12
83:9 84:17,25
85:4,12,15,18
,19 86:11
126:20
127:5,7,8,11,
12,16 128:3
134:3

135:1,6,13,17
161:10,14,24
162:8 166:21
178:15 179:22
185:25
186:14,15,16,
18,19
187:11,14,16,
23 188:2,17
194:7,9

**morning**
21:18,19
99:25 100:19
118:17,22
150:24 162:9

**most** 30:15
147:3,14
164:25 194:21
198:15 199:12

**motion** 176:25

**mounted** 27:23

**move** 74:24
75:24
76:1,10,12
77:2 175:4
177:7,18,19
178:14,21

**moved** 78:18
115:12

**moves** 75:14

**moving** 6:25
179:5,11

**much** 13:11,13
15:4 16:5
18:15
23:21,23 29:6
44:5,24 63:21
66:3,4 163:15
178:19 179:6
183:12 199:3

**multiple** 24:3
45:9,11 51:21
55:2,6,12,18,
22 56:2

116:4,6,7

**Murphey** 4:5
36:22

**must** 129:3

**my** 8:13
9:1,4,11,14,2
3 10:1 11:4
14:3,25 20:21
22:17 26:4,11
31:6,7,9,13
32:1 36:10
38:8 42:1,4
43:1 47:23
51:13
58:16,25
60:7,18 62:21
76:17 80:9
81:17 92:24
100:13,15
101:14
102:1,11,13
109:19 113:11
115:6
135:11,20
149:24 154:23
156:12
171:6,8 173:3
174:5 175:23
190:11,20
197:8,16,18
200:9,15
201:8

_____
N

**name** 6:9,10
68:20 105:12
111:11,21
112:5 115:2
131:18 139:22
140:15

**names** 123:22

**near** 37:14,17
83:25 84:5

**nearest**
52:3,4,5,6,11

54:15,20
113:22

**neat** 16:20

**necessarily**
16:23
145:5,13
161:18

**need** 8:12,18
9:24 10:16,18
30:19,20,21
32:18,23
36:13
42:21,22
67:23 69:5,7
72:23 84:8
91:12
119:9,15,19
123:8 161:12
163:25

**needed** 12:20

**needs** 59:19
73:2,3

**never** 15:17,21
41:25 68:12
71:18 92:20
99:20
103:10,18
109:2,22
120:17 122:19
125:20,22
188:21,23

**next** 101:15
105:14

**nice** 16:20

**night**
100:1,2,3
101:12 118:19

**nine** 101:1,2

**Ninety** 64:1

**no** 1:2 7:1
8:5,18
16:18,20
17:5,22

18:6,20,24
19:1,11,19
21:2,24
23:4,8,17
24:22
25:16,25
29:13,20
30:2,9,14,16
31:16
32:4,6,25
33:1 34:18
35:22 36:17
40:7,10 41:23
43:19
46:1,22,25
47:18
48:13,17,22
49:6,9,23
51:25 52:13
53:20 55:4,8
56:4,10,13,16
57:8,18
59:19,25
62:17
64:9,15,24
65:3 66:8,9
67:13,14,19
68:11,13,20,2
3 70:6,20
71:12
72:15,17
73:11,15,18
74:17,20
76:6,25
77:11,18,20,2
5 79:1,12
81:18,19
83:20
88:1,16,19
89:1,7,14
92:7,19,21
95:2,21
97:22,23
99:17,19,21
100:6,10
101:9
102:7,17,22
103:9,11,17,1

9 105:22
106:9,10
107:24 108:11
109:4,6,21,24
110:2
111:9,21,22
112:8,17,21
113:6,11,12
115:10 117:4
119:1,6
120:12,15
121:21
122:10,14
126:1 127:16
131:11,21,24
132:11,14,16,
18 133:21
135:8,20,22
136:1,3,8,22
137:11
138:20,22
140:8,11,22,2
5 141:2,20
142:18
143:12,14,16
144:22
146:2,5,11,14
,17 147:12
148:10 150:21
151:3,14
152:5,23
153:14
154:8,10
156:9,13,21,2
5
157:6,10,14,1
7,20,23
158:1,7,13,16
,20 159:3
160:17,19,21,
24 161:2,6,13
162:17,21
163:4,7,12,22
164:2,7,11
166:9,18,24
167:1,13,16
168:16 170:25
171:19,22

172:2,24
173:7,15
174:15,17,24
175:2,12,25
178:3,5,15,18
,23 180:8,11
181:5 183:17
184:16,20,23
186:2 187:6
188:15,24
189:8,10,23
191:2 192:13
193:12 194:14
195:5,10,13,2
1 196:20,23
197:1 198:18
199:16 201:17

**nobody** 111:11

**nods** 8:19

**noon** 197:23

**nor** 200:11,13

**normal** 9:20

**normally** 74:5

**North** 6:13

**not** 8:18
9:6,10,16,20
14:9 15:10
17:25 18:14
19:10,18
21:2,6,9,16,2
5
22:3,4,8,10,1
1,14,19
27:2,3,4,18
28:7
29:2,15,23
30:6 32:4
34:13,18,21,2
4 36:4,6,19
38:3,24
39:3,4,15
40:5 41:20
42:15
45:21,24

48:19,20,23,2
4,25 51:13,25
52:16
54:9,14,19,20
,22 55:4
56:14,22,23
57:4,23 58:12
59:13 65:1,20
66:7,13,15
67:2,12
69:5,12
70:6,9
72:7,8,16,23
73:25 75:4
76:16 77:8
78:11
79:7,10,13
80:25
81:3,13,16
82:10,12
84:19,25
85:20,21,24
86:3,16,17,24
87:3,12,18
88:25 89:25
90:5 91:16,21
94:11 95:4
96:1,21
97:18,25
98:15 99:2
100:19 101:8
102:18
104:8,12
106:6,12,17
108:19,21
110:2,7,16,19
,22 111:10,12
112:5 115:6
117:6 119:1
120:14
121:9,16
122:3,18
123:7,8 124:3
127:14,20
128:4,7
132:18,21,25
133:3,22
134:17 137:7

138:23
140:8,20
143:4,10,18
144:21
145:9,10,11
146:22
147:10,12
148:16,17,21
151:8,9 152:1
154:11,17
155:3 156:1,2
158:2,13,20
159:1 160:18
161:9
162:18,22,24
163:2,5,8,14,
19,24
164:4,5,8,19
167:14 168:15
169:14,18
170:10,13
171:12,18
172:9,19,20
173:7,17,21,2
2,25
174:2,7,9,14,
22,25
175:2,3,25
176:4,5,22
177:1 178:4
180:3,6,10,14
,17,19
181:13,14
184:21
185:1,16
186:2,11
187:9,24
188:4,6,11,12
191:3 193:22
195:18 198:4
199:9 200:10

**Notary** 1:25
200:5,21
201:16

**notes** 130:6
156:12 174:5

200:9

**nothing** 16:20
17:2 72:6,7
194:2

**notify** 18:12

**Notifying**
92:14

**now** 5:3 49:12
50:12,13
58:11 60:16
61:7 62:9
77:2 81:7
85:21 96:16
110:10 122:20
143:5 153:5
174:16 186:5
190:16 192:17
197:22

**number** 5:8
33:22,23
34:9,11 39:10
71:25 72:3
97:11 133:18
145:17 148:14
150:4 155:13
161:9 162:4

**numbers** 33:23

————————
O
————————
**oath** 8:10
173:13,22
201:1

**object** 26:25
45:20 58:21
59:11 84:12
171:11 175:18
177:11

**objecting**
57:22 174:16

**objection**
16:16 20:9
23:25 27:25
28:20
31:3,12,23

32:7,21
33:9,18
34:5,7
35:8,13,17
38:2,12,16
40:17,22
41:1,8 42:25
43:4,8,18
44:11,23 45:1
48:7,12,21
49:8 50:1
51:4 52:19
53:2,18 54:13
55:11,14,24
56:19
62:3,16,20
63:11 65:7
69:14,17
73:8,24 74:3
78:15,20
80:8,19 81:2
82:1,9,19
83:19
84:4,19,21
85:7 86:5,12
87:1,22
90:5,19
94:8,13
99:1,7 101:13
104:16,21
106:4,12
107:4,22
110:17,23
112:20 117:8
119:11,18
120:4,20
121:23 122:21
125:19 127:21
128:2
129:14,20
131:10
133:4,8
134:16,21
135:7,10,14,1
9,25 137:2
141:12,19
142:12 143:7
144:1,10

146:18,25
147:6,9,16,24
148:18,23
149:4,15
150:11
151:6,13
152:4,20
154:1,14
156:20
157:1,9
158:10,17
159:12,17,21
160:2,6,16
161:5
163:11,17
164:3,21
165:3,8 166:8
167:15 169:8
174:15,18
178:22 181:18
183:24
184:10,15
185:6 186:21
189:22 190:10
191:1,11,14,2
0,25 192:4,19
193:5 194:1,8
195:20,25
198:10,23
199:14

**objects** 16:21

**obligation**
8:23

**observation**
117:5,6

**observed** 117:9

**occasionally**
104:8,10

**occasions** 78:2

**occur** 117:2,6
125:7

**occurred** 76:4
121:22 124:17
131:13

143:1,18
144:7

**occurs** 117:4

**o'clock** 61:5
101:12

**off** 27:12,16
46:6
50:7,8,23,24
59:1,3 60:12
63:1 64:20,23
66:2 67:9
75:13 87:7
88:10 93:6,7
109:2
120:11,22,25
121:4,12
122:17 123:4
125:5
126:7,10
129:3
137:9,20,21
142:19
143:3,10,13,2
0,21 144:8
145:3
162:12,23,25
163:13 167:14
176:12 183:12
189:3 190:11
192:7

**office** 20:17
21:20 28:17
29:4
39:16,17,20
40:3
41:19,21,24
43:1 62:11
67:16,17,20,2
2 68:10
113:22
130:16,17
131:5

**officer** 7:17
11:22 12:16

**official**

56:23,24
57:15 168:15

**often** 30:17,20
42:12 91:19
104:6

**Oh** 73:2 108:2
139:18

**okay** 5:3 8:2
9:14,18,24,25
10:11,12,19
11:3 14:17
15:23 16:1,14
17:19
19:10,18
21:22 22:7
24:17
25:3,14,21
26:13,15,23
27:14 29:8
44:24 45:8
46:9 47:21
51:11,17
54:22 55:2
56:5 58:4
59:1,22
60:19,23
69:15 72:5
76:3 77:1
79:25 80:24
86:2,10 87:14
90:1,21
94:20,23
96:13,16
102:13
107:11,17
111:23
115:14,20
116:1,7,13,16
,25 119:21,24
122:11 131:3
139:19 141:17
143:17
144:18,23
146:22 147:2
148:5,20
149:6,10,21

150:4,15
152:14,16
153:4 154:22
155:10 156:4
158:5
160:4,23
162:3
165:19,24
166:2,5,14
167:17,22
168:8,19
169:10,13,17
170:4,9,12
171:25 173:23
174:11 175:23
178:13,20
181:4,12
182:4,22
183:11 184:7
185:14 186:10
190:8 193:23
194:10
195:11,14
197:21 198:6
199:5,8

**old** 100:25
136:18

**on** 1:16 2:2,6
5:3,22,24
6:1,25
11:6,13 12:12
13:2,22
14:4,7 16:20
17:2,3 18:10
19:15,18
20:13
21:11,13,23
22:14
23:16,19
24:15,19
25:9,13,14
26:2,3,23
27:8,19
28:11,13,23,2
4
29:1,4,14,18,
21,24,25

30:21,22
32:10,12,18,2
3 33:14 34:3
36:2,10,16
41:2,13,16
42:8,9,10,13,
14
43:2,6,9,13
44:5,16 45:6
46:9
48:14,15,25
49:17
50:11,13
51:20 52:1
53:12
54:7,10,20
55:21
56:2,6,9,15
57:2,4,13
58:2,5
59:11,24
61:1,2,10,11,
13,19,22
63:6,13,20,25
64:2,11,13,18
,19,25
65:4,18
66:1,3
67:4,5,8,11,2
3 68:10
70:7,8,10,11,
13 71:17,23
72:14,16
76:4,6,18,19,
21 78:1,22
79:3,10,12,20
,22 80:3,25
81:6,24
82:6,8,22,24
83:4,6,16
84:1,17 86:15
87:4,9 88:13
89:2,17 90:20
91:16,20,21
92:1,6 93:4
95:23,24
96:3,13 97:11
99:22

100:8,11,12,1
6
102:14,19,23
103:7,8
105:6,24
108:14,17,19,
21,25 109:15
111:16
112:1,9,19
113:9,15
115:4
117:2,7,21
118:22
119:3,16,25
120:14,23,24
121:13
123:7,8,20,21
124:14,17,19
125:9,16
126:11,13
128:13,17
129:9 130:15
131:7
132:7,10
133:1,10
135:20
136:9,14,17,2
5 137:14
138:19 139:12
142:16,24
143:15,21
144:7
145:2,3,24,25
146:3,10,13
148:3,5,8,11
150:19,23
151:2,4,22,23
153:10,13,24
154:4,7,11
155:1,15
156:7,11,17,1
8,23
157:4,7,12,15
,18,21
158:6,12,15,1
9 159:9,24
161:25
162:2,3,4,18

163:19,20,24
164:4,5,8,16
165:1,7,16,22
167:3,23
168:3,6,8,14,
21,24
169:4,12,14,1
9 170:5,10,19
172:15,18
173:8
174:1,12
175:5 176:25
177:7,19
178:3,18
179:13,16,17,
21,22
180:13,19,24
182:4,12,24
183:2,3,20
184:25 185:16
186:19
187:1,7,8
188:6,11,25
192:11,23,24
193:24
195:7,23
196:2,4,6
198:16 199:10
201:7

**once** 70:21
75:8 143:5

**one** 6:15 9:19
24:3,18,25
25:1,3 26:19
28:24 30:25
34:6,9,11
41:5,6 43:24
44:6,7,9,13,1
7 48:18,19
52:7
54:8,10,23
57:3,16,17
72:16 77:23
83:2,10
86:6,14
87:11,12,14,2
0

90:3,8,17,23
93:6 94:24
99:10
116:5,7,9
130:11 131:15
136:5
137:1,5,12
139:4 140:1
146:20
149:8,24
151:11,16
154:20
155:2,6,11
156:24 173:18
185:9,14,23
186:3
187:4,10
188:19
197:4,5
198:13,14
199:8,12

**ones** 38:22
84:17 85:5
130:20

**only**
9:6,8,9,16
20:7 45:3
51:22 60:20
63:19 66:18
69:5 72:23
75:11 84:8,13
134:14,19
138:23 146:20
149:25
155:2,6

**onto** 44:10,25
56:12 57:11
64:2 68:24
69:3,8 73:1,7
149:18,23

**open** 49:15
50:14 58:19
84:13,24 86:9
98:24 153:2,7
154:10 180:24
182:14,15,17

193:8,13
194:6,11,12,19

**opened** 152:12
181:20 193:11

**opening** 86:21
153:16 160:21

**operated**
36:13,16

**operates** 31:1

**operator** 68:15

**opinion** 97:21
135:20 142:16

**opposed** 109:15
162:9

**option** 67:11

**oral** 59:14

**oranges** 160:5

**order** 7:25
8:17 62:7
177:2 197:7

**organized**
71:23

**original**
82:7,11
87:7,10

**originally**
64:11

**other** 9:20
17:22 18:2
22:21 24:21
29:11
34:17,20,23
40:16 52:7
60:17,21,22
61:6,7 62:1
64:7,14 71:17
83:18 84:6,17
87:20 91:25
92:2,4
108:9,10
110:4,14,18

112:6
113:7,19
117:5 131:20
133:2 163:15
167:10 171:8
181:10
183:13,15
184:8,13,18
185:11,21
197:5,8

**others** 18:2
30:1
65:21,23,25

**our** 5:9 31:4
38:7,17 39:8
45:14 69:21
91:15,18
111:13 120:23
121:25 123:1
131:20 176:23

**out** 6:18 20:21
27:1 49:7
59:20 60:9
61:14
65:11,15 85:6
86:14 113:17
118:19 125:6
127:25 130:14
155:13,24
164:1,25
167:6,7,8
178:1,5,8
182:5
195:6,14
196:14
197:19,25
198:7

**outdoors** 87:19

**outside**
25:1,13
64:13,14,17
69:7 70:2
85:6 88:17
92:15,25
110:13 131:15
133:1

139:15,21
180:19 182:9
185:20 195:23
196:9

**over** 8:7 9:20
13:5 33:7
38:17 49:10
54:15,16
59:7,9 61:7
74:6
75:14,18,25
76:2,10,12
78:9,18
96:16,17
115:23 116:22
127:24 139:5
174:5 178:21

**overwrite**
136:14,15,25
151:21

**overwrites**
136:16

**overwriting**
136:21

**overwritten**
65:2

**own** 7:2 58:2

_____

P

**p.m** 1:17 5:5
100:7,8
197:22 199:21

**PAGE** 3:2 4:2

**PAGE(S** 4:15

**paid** 15:21
163:3,6,9,14

**paper** 27:13
186:13

**paperwork**
15:16

**park** 113:13,14

**parking**

96:20,24
98:25 99:2,5
113:15,16
126:15,16
180:9,13
181:14
182:2,6,25

**part** 9:6,9,16
16:25 17:15
28:21
31:4,5,11,19
32:2,4,5,16,19 168:11
187:23,25
188:4

**partial** 26:5
184:24 185:15

**particular**
16:14,18 37:2
66:5,25 67:17
111:20

**particularly**
118:8 129:5

**particulars**
102:1

**parties**
200:11,12

**party** 90:6

**past** 22:11

**path** 16:21

**pause** 156:5

**paused** 193:10

**pay** 12:25
195:9,11,17

**payment** 95:12

**people** 66:19
86:13,18
111:7 171:14
198:8

**per** 179:3
188:14

**percentage**
79:9

**perform** 59:12

**period** 151:21
167:7 174:5

**permanently**
70:15,16

**permitting**
176:16

**person** 17:6
67:17 99:16
111:1,16,19,2
4 112:4
115:17 149:12

**personal**
57:6,7,10
58:2 69:8
72:24
168:19,21
189:17,20

**personally**
95:8 201:6

**personnel**
124:22 192:6

**persons** 112:16

**petition**
116:21

**pharmacy**
66:17,18

**phone** 41:13
56:6,9,12,15,
17
57:4,7,11,14
58:2,8,10,12,
13,15,16,23,2
5
59:10,11,15,2
1,24 60:18
61:14
62:15,19
63:18 64:3
68:10,21,24
69:4,8,16

79:17 80:11
87:4,12
88:4,17
109:11,14
168:11,14,21
171:4 173:9
174:1,13
175:9,21

**photos** 177:17

**physical**
111:18

**physically**
15:8 17:6
159:10,15

**pick** 161:1
180:12

**picking** 151:24

**picture** 27:17
30:5 84:20
155:17 177:3
189:12 198:15
199:13

**pictures**
189:11

**piece** 94:24

**place** 107:8

**placed** 115:14
146:16

**plain** 18:9
102:25 103:6

**Plaintiff**
1:6,16 2:2
5:23 14:8
141:10,15,18

**Plaintiff's**
26:15,16,17
28:1 33:17
37:9 48:6,14
87:9 145:16
192:25 193:18

**Planning** 6:25

**play** 155:21

156:4

**playing** 193:16

**please** 5:12,20
6:9 10:1
33:23 122:24
159:22 172:4

**Plus** 40:16

**pocket** 94:3
159:11,16

**point** 27:1
30:10 34:4
63:10 189:1

**pointed** 188:25

**pointing** 29:2
55:23 56:3
85:6 87:18,19
167:2

**points** 128:10

**Polices** 72:20

**policies** 72:18
73:12,16
106:25
107:8,15,25

**policy** 19:7
51:2,5,7,12,1
4,23 52:14,17
53:6 107:25
145:19,22

**Polly** 1:5
5:7,23 41:11
65:6 89:18
111:7
112:10,19
113:8 118:23
132:1,20
188:13,23

**Polly's** 132:22

**portion** 49:2
50:4 79:23
80:16 83:13
84:13

**position** 32:12

106:24

**positioning**
26:1

**possibility**
78:22

**possible** 63:17
71:6,7 144:12
168:10 170:21
185:25

**potentially**
14:11 37:19
63:20 67:1
77:13 125:10
181:9

**power** 19:15
96:19

**PPE** 197:7

**preceding**
135:24

**precisely**
199:9

**present** 35:18

**presently**
90:24

**preservation**
51:15 67:8
107:1,9,16
108:9,24
133:11,15

**preserve** 24:3
39:7,8 41:18
43:3,7,10,14,
17,21,22
44:16,17,20
45:5,7,9
46:20,23
51:3,18,21
52:2,23
53:9,11,22,23
54:1
55:10,18,22
57:14
69:20,22

133:24
134:14,19,23
136:6 157:24
177:1
**preserved**
40:11,14,15,1
8,25
41:4,6,25
52:15
56:17,22,24
57:5,9,16,18,
23,25 58:1,2
63:9,12 72:10
79:19 97:8,15
110:2,7,8,16,
19,22
133:3,20,23
134:3,13
165:20
**preserves**
63:19
**preserving**
54:23 55:6
**pretty**
13:11,13 15:4
16:5 18:15
86:2 163:14
183:12
**prevent**
64:20,22 65:2
**prevented**
116:21
**preventing**
50:4 116:21
117:12
**prevention**
14:16,17,18
15:2,11
17:12,19
**previous** 13:20
22:10
**Price** 5:11,19
**prior** 47:14,16

62:22 102:15
115:14 185:7
**private**
174:1,2,23
**probably** 7:10
100:6 104:19
127:10,11
140:19
**probation**
7:13,15,16,17
,19 11:22
12:16,19
**procedure** 19:7
**procedures**
72:18,20
73:12,16
**proceeding**
133:16
**proceedings**
200:8
**process**
136:14,15,21,
25 179:7
**produce**
129:16,17
**produced**
40:11,20,23
56:25 84:7
85:5 86:7
87:15 88:3
98:23 103:8
182:18
185:16,17
**product** 45:23
**production**
107:12
177:11,13,15
**professional**
155:16
**program** 74:21
**projection**

32:20
**proper** 95:12
**properly** 51:3
**properties**
137:14,15,17
**property**
143:15,22
144:7
**protection**
11:9,10,14,17
,19,20
14:13,15,24
15:2 17:24
18:4,6,17,21
19:22
20:8,12,18
21:4,6,9,19
22:1 28:17
29:4 30:23
31:1 32:13
58:5 65:10
67:6 90:10,20
93:11 95:3
103:2,5
114:18,21,22
115:7
116:10,13
125:16 141:9
157:3 172:7
**protection's**
32:2,17
**protective**
197:8
**prove** 189:20
**provide**
17:19,21,25
18:5,7,14,16
44:12 45:11
121:10,18,24
122:1 129:6
131:18 133:14
140:20
142:6,20,25
191:4

**provided** 26:6
116:18
128:13,22
139:1
**provider** 67:24
68:5
**providing**
14:21 17:17
18:3,18
142:11,13
**Provost-Heron**
103:23,25
105:13
**proximity**
141:10,15
**prudent** 195:16
**Public** 1:25
200:5,21
201:16
**puddle** 183:9
**puddles**
181:6,8,10,14
,24
**pull** 145:12
155:20,23
**pulled** 60:20
143:19 145:17
186:23
**punch** 164:19
**punched**
164:16,25
**purchase** 15:8
**purpose** 60:5,6
**purposefully**
148:21 151:9
152:1
**purposes** 75:23
**purse**
159:11,16
**pusher** 138:14

140:12

**pushers** 92:15
139:4 140:7

**put** 72:25
102:1
139:6,10

**puts** 130:14

**putting** 109:15
179:12

**pyramid**
104:19,22

———————
Q
———————
**quality** 81:23
82:3,7

**question** 8:6
9:14,17,23
10:1,4,6 14:3
20:14,21
27:12 31:10
32:1,9 33:2
35:4 37:2
38:8 42:11
55:25
59:20,23,25
60:8,10,17
62:6 76:17
77:9 85:2,14
98:5 102:13
107:6,14
113:11 118:2
119:12,20
122:22,23,24
126:21,22
136:1,23
137:3 143:8
168:1
169:1,3,6,11
178:6 179:22
185:12 188:9
189:18
190:4,11
196:21 199:8

**questioning**

152:18 185:7

**questions** 4:14
8:9,13
9:1,4,11
144:19 165:11
167:4
170:13,25
174:8 185:2,5
198:7,9,18
199:17

**quick** 46:3
60:8 156:5
162:11

**quicker**
179:6,8

**quickly** 98:19

———————
R
———————
**rack** 94:19,21

**rain** 93:4
102:20,21
158:25 160:20
161:1,4
180:24
181:1,11,20,2
1 182:7,9
183:8,10,11
195:23
196:2,8,14

**raindrops**
181:24 182:19
196:4

**rained** 102:18

**raining** 92:14
93:5 159:1
160:15
180:3,6,17
182:21 196:3

**read** 82:15
126:23 172:4
173:5

**Reading** 199:22

**ready** 101:15

**real** 60:8 93:5
96:11 156:5

**realignment**
115:13

**really** 9:19
93:21 94:15
96:17 118:18
134:13 149:24
154:11
159:19,23
181:2

**reason** 22:7
30:2 36:14
68:21 99:3
120:1 133:22
134:13,17,18
151:15 157:24
181:12 184:8

**reasonable**
145:21

**reasonably**
195:16

**recall** 7:8
21:15,18,20
22:18 23:4
33:5,10,25
34:3
37:13,21,23
38:13,21 42:5
46:17 47:12
48:8,9,10,13
51:25 52:16
53:8 58:9
61:23 62:13
68:20 70:6,9
71:2,3 77:11
78:11 82:10
89:22
95:4,15,16,18
,19,22 99:24
100:17,23
101:5,22,25
102:18,22,24
109:17
123:12,14,23

**real** 124:1,2,6,12
126:19 127:4
128:3,20,25
132:8 134:11
143:4,9,12,16
179:19
189:13,14

**recalled** 143:5

**recalling**
78:12

**recap**
124:15,17

**receipts**
111:1,6

**receive** 13:3,7

**received** 13:11
15:17,18
78:25

**receiving** 19:5
39:6

**recognize**
36:20,24 37:3
49:12 116:20

**record**
5:4,13,21
26:18 36:21
37:10 41:15
46:7,10
50:7,9,11,23,
25 51:23
56:11 57:3
58:7 59:1,4
60:13 62:15
63:18 68:24
69:3 85:16
88:11 93:6,8
98:3,18
109:11
137:20,22
152:14 162:13
167:2
172:5,15,18
176:13,15,25
193:1,19

200:9

**recorded** 61:14
63:1,13 64:2
68:21 69:10
79:16 84:18
85:4 87:4
175:15

**recording**
66:16

**records** 61:2

**RE-CROSS**
3:7,10 194:3
199:6

**RE-DIRECT**
3:6,9 171:1
198:19

**reference** 72:8

**referring**
85:17 152:17

**refused** 177:21

**regarding** 13:7
23:9 51:14
55:2 72:18,20
107:9,16
122:2 125:8
140:17 198:9

**regards** 107:1

**register** 66:22
111:19,24
112:4

**registered**
66:20

**regularly** 69:3

**related** 19:4
117:13 129:13

**relating** 90:14
108:23

**relation** 126:8

**relative**
200:10,12

**relevant**

**rely** 165:5

**remaining**
166:6

**remember** 22:21
23:1,6,9
58:22 96:2
102:5,8
143:6,18
146:8 152:12
159:6
165:14,17
167:19 170:15
194:5
195:1,24
198:21 199:9

**remind** 120:23

**remotely**
39:11,12,15
42:2

**Rep** 29:9

**repeat** 9:2
11:7 55:25
78:21 82:2
83:5 90:9
107:5 118:2
119:12 126:21
127:22 159:22
160:11 169:1
188:9 189:18
190:2

**rephrase** 10:2
147:8

**report**
114:13,16,19,
20 127:13
200:7

**REPORTED** 1:24

**Reporter** 1:24
5:3,11,16,18
8:16 9:22
26:3 31:7
32:25 46:9

48:1 50:11
68:1,6,8
104:24 114:7
126:24
139:16,19
155:12 191:9
192:24 193:13
197:10 199:19
200:1,5,21
201:16

**Reporting**
5:12,19

**reports**
20:20,23

**reprimand**
162:19

**Rep's** 29:12,22

**request**
90:2,16
107:2,11
125:11,16
133:15 135:11
140:19 195:18

**requested**
45:11 97:12
133:15
134:12,20
137:17

**requesting**
90:18 107:2
130:19

**require** 69:13
73:6,10
119:22 120:6

**required** 44:12
73:23,25
133:24
134:1,23
163:20 176:25
195:3,11,17

**requirement**
16:9 167:13

**requirements**

72:25

**requires** 120:7

**research** 69:10
129:21

**researched**
76:8

**resolutions**
36:10,12

**resource**
73:9,25 74:4
167:20

**respond**
18:12,13
38:18

**responded**
197:4,7

**responds**
121:12

**response** 32:10

**responsible**
190:25

**restriction**
187:21

**resumed** 46:8
50:10 51:1
59:5 60:14
88:12 93:9
137:23 162:14
176:14

**retain** 152:8
189:25
190:5,18,21

**retained** 66:6
152:2 190:9

**retention**
22:6,19 63:21
66:3,4,19,24
67:3 151:21

**reveal** 182:16

**revealed**
188:20

**review**
  18:17,21
  19:2,6,15
  23:21 24:2,5
  42:7,12,14,23
  46:12 47:5,8
  70:10 71:4
  119:2,6
  143:23
  144:11,14
  160:12,14
  199:10

**reviewed** 23:13
  24:1,6
  47:13,15,17,1
  9,21 48:4
  64:25
  112:22,25
  148:2 153:23
  154:4
  157:8,12,16,1
  9,22 160:9
  161:17

**reviewing**
  42:17 70:7
  142:14 161:19

**reviews** 19:13

**rid** 106:24

**right** 5:17
  6:20 7:4,22
  8:7,15,22
  9:19 15:3
  22:24 26:9,19
  28:9 35:21
  49:12,15
  50:12
  58:11,24 75:5
  77:10
  79:14,23,24
  80:22 81:7
  82:16,18
  83:14,22 85:1
  86:3,11 90:11
  93:12
  96:18,19
  100:19 107:18

114:11 122:20
132:22 138:6
139:2 144:15
153:1,7
155:25
166:12,16
167:14 171:23
181:22 185:4
186:14
189:9,12
192:8,12

**ring**
  95:14,17,20
  96:1

**role** 11:5,8,16
  14:17,25
  17:11,20
  18:14
  32:3,4,17

**roof** 93:4
  162:16

**room**
  20:5,7,11,12,
  15 47:25
  48:1,2
  65:10,12,13
  91:6,11
  101:10 138:9
  140:10 142:23
  146:14

**Rouge** 12:6

**round** 139:20

**rounded** 31:6,8

**routinely**
  161:25

**routines** 21:12

**Rucker** 20:10

**rules** 8:7 9:20
  177:6 178:10

**run**
  104:1,4,5,6,1
  0,12 113:23
  114:1

116:16,19
193:8

**running** 13:18
  80:24
  81:6,14,21
  95:12 114:3
  119:7,13
  123:11 131:8
  161:3 193:9
  196:13

**runs** 41:10
  103:20 125:16

───────────
              S
───────────

**safe** 14:21
  16:1
  17:17,19,21,2
  5
  18:3,5,7,14,1
  6,19 118:20
  129:6

**safety**
  16:7,9,15,18,
  22,25 17:4
  18:24
  19:10,13,14
  103:20
  104:1,6,11,13
  ,14,19,23
  105:3 113:23
  114:1,3
  116:16 117:12
  118:6
  119:8,14,21
  121:18,25
  122:2,7
  123:11 124:17
  125:16 126:2
  128:9,12,18,2
  2
  129:10,11,12
  130:5,6,15,21
  ,22,23,24
  131:1,3,5,8
  140:1

**safety-related**

128:23 129:19

**said** 20:23
  22:23 30:23
  33:15 35:21
  71:16 76:9
  77:2 83:17
  90:24
  100:18,22
  102:14,25
  107:15 111:17
  113:23 119:14
  122:12 123:23
  125:1
  127:17,25
  128:3,18
  129:8 140:21
  143:9 165:21
  168:2 171:10
  172:17 173:16
  174:20,25
  175:8,13,14,2
  2 176:17
  178:12 179:20
  181:16,17
  184:22 185:3
  188:5 192:10
  197:15

**salary**
  19:22,23,25
  20:25

**sales** 138:11
  179:23

**same** 11:5
  15:3,11 26:1
  35:23 36:1
  58:10,12
  61:8,19
  62:16,20
  74:20 75:14
  81:24 82:7,21
  83:3,17 84:20
  85:4,7
  86:16,17
  129:25
  131:19,22
  132:5 137:6

156:3
170:18,23
179:7,9,11,14
182:7,23
193:3

**sanction**
177:18

**sanctions**
175:5 177:19

**Santa** 6:13,21
101:15

**S-A-N-T-A** 6:21

**sarcastic**
81:16

**sat** 132:15

**save** 43:24
48:20 56:8,14
64:19
69:8,10,11,12
,16,18
73:19,23
74:1,7,10,11,
24 75:2 78:9
80:6 89:6,13
90:8 97:6
135:1,5,13,17
,23 136:4
146:22
147:10,13,19,
22 148:17,22
149:1,7,21
151:9,16
192:22 193:2
197:9 198:14

**saved**
57:4,11,13
58:20
64:4,7,10
65:1 70:4,23
71:4,8,13,17,
25 73:13,17
74:15 78:23
79:7
87:11,12,13,1

4 88:22
136:10 146:21
147:3 148:13
168:21 198:13

**saves** 69:25
75:1 136:17

**saving** 41:22
44:25 74:2
90:17

**saw** 23:16
37:22,23,25
38:4,9
95:23,24 96:3
97:4,7 109:22
112:11 141:2
160:19 171:3
192:20

**say** 6:15
15:17,20
16:12 17:11
19:14 22:16
27:16 28:21
30:25 33:3,12
35:14,15
37:22 42:6
51:5,17,23
52:6,7,8,10,1
4,18,24,25
53:6,7,16
54:1,4 55:2
62:9 64:1
66:15 68:1
71:8 79:8
81:23 82:3,12
85:3 97:16
101:10 102:10
111:23,25
112:4,12
116:22 118:7
120:6 122:20
124:4,5,7,13,
23,25
127:8,9,12,20
,23 128:7
129:5 132:19
135:15

142:7,22
153:15
154:9,15
167:25
183:1,2,3
184:11 189:1
194:21 198:3

**saying** 9:23
40:19 54:25
56:21 57:2,22
66:23 106:21
120:2 129:1
169:24 173:23
175:10 187:6
190:5 192:18
197:7

**says** 28:2,11
34:16 51:10
52:4,10,21,25
53:14
54:10,11,14,1
7 73:12,16
92:2 96:19
128:22 129:18
189:9

**Scarlet** 146:7

**schedule** 22:12

**scheduled**
22:12 145:10

**Science** 12:1,3

**scratch** 20:1

**screen** 20:16
28:23 29:10
35:16 41:16
56:12 61:14
63:1,18 70:10
74:20
79:17,22,23
80:4,16 82:25
83:6 87:15
98:2 175:24
176:4,5,8
192:12

**screens**

20:2,12
21:7,10,13
28:17 29:4
74:19 176:7

**screenshot**
85:17
90:2,8,24
177:3,7

**scroll** 83:21
86:15

**scrolling**
85:1,20,22
98:19

**SE** 1:18 2:4,8

**search** 72:2

**searched** 78:13

**second** 50:7,23
59:2,18 71:16
93:6
104:14,17
111:15 137:20
149:24

**seconds** 183:23
184:5,14
191:6,8,10

**see** 10:17
13:19,20
18:10,11
22:11,18
23:2,10
28:15,18,21,2
3,25
29:3,5,6,10,1
5,17 30:11
34:1 35:5
37:11
48:5,15,24
49:18,21,24
50:4,19 53:11
59:17 79:23
80:3
81:5,10,11,15
,20 83:21,22
84:6,8,10

85:12,15,25
86:13,14,20
95:5
96:13,17,22
98:25 99:4
100:16
103:7,10
112:9 123:4
125:12,22,24
129:22 133:16
136:5
141:7,17
148:8 151:12
152:16
153:2,10,13,2
1
154:7,10,11,1
2 156:7,18,23
157:4,7,11,15
,18,21
159:9,10,14,2
5 160:19,20
166:2 169:22
170:4,6,19
173:6
174:9,11,14
175:24
179:20,24
181:1,12,16,1
7,20
182:9,12,19,2
2
183:6,7,8,11,
20 185:1,3,4
186:24
187:3,4,5,7,8
189:5
194:10,15
195:23
196:9,11,13

**seeing** 85:11
93:2,3 159:5
182:7

**seek** 177:2

**seem** 98:12

**seems** 98:17

**seen** 37:1,4
63:24 71:18
83:6 95:13
125:20,23
137:24
138:13,15,23
146:7 148:11
159:24 161:3
165:12
179:16,17
180:24 185:13
194:22

**sees** 195:7

**segments** 41:16

**select**
137:9,11

**Seltzer** 59:7

**send** 39:8
45:13,17
62:18
90:2,16,21
107:11

**sense** 48:19
57:21

**Sensormatic**
67:25
68:5,7,8,14,1
6

**sent** 38:17
130:20

**separate** 20:5
61:22 70:2
78:1

**separates**
34:20

**service** 67:24

**session** 122:6

**sets** 66:7

**setting** 66:5
67:9

**settings**
67:1,11

151:22

**Seven** 12:17

**several** 7:12
17:1 38:22
176:7

**shakes** 8:19

**she** 39:1
106:3,8,10,13
,23 109:19,22
110:6 112:21
117:19 155:12
169:22,24
170:6,7,23
179:1
183:22,23,25
184:5,6,8
187:22
188:14,15,16,
17,18,20,21,2
3,25 189:1
191:7,12,15,1
7,21,22,23
193:9,10,11,1
2,15,16,20,23
194:25
195:3,18

**sheet** 186:13
195:19

**sheets** 125:17

**she's** 39:3
106:15,21
188:4 189:11

**shop** 31:19
66:17,20

**shoplifting**
14:20 99:14

**shopping** 14:21
16:1
17:17,20,21,2
5
18:3,5,7,15,1
6,19 29:5,6
34:1
102:2,8,16

109:23 110:1
129:6 138:3
146:16 170:14
185:18

**short** 46:6
50:8,24 59:3
60:12 88:10
93:7 137:21
162:12 176:12

**shortly** 46:12

**shot** 35:16
52:5,7,9,11
85:8
152:15,24
153:18

**shots** 85:25
152:11

**should** 52:15
73:13,17
129:24 140:7
167:8

**show** 15:20
26:7 27:22
28:4
29:8,22,24
30:4 33:16,19
34:12,14,15,1
6,19,22
35:23,25
36:1,18
47:4,5,11
58:19 61:1
79:17,21
80:15,21
82:15,17 85:8
89:17,20,23
90:24 125:17
138:6
158:5,11,14,1
8 165:6
185:22,23,25
186:3,6,8,11
199:12

**showed** 15:20
36:2 46:15

147:4,15
148:13
151:17,18
152:2,10
158:3
190:5,18
193:11,12,13,
14,15,21
198:15

**showing** 36:21
48:25
84:13,19,23,2
5 152:14
164:24 176:4
190:21

**shown** 28:13
83:9 133:3
166:21 167:3
185:16

**shows** 28:2
35:16 110:10
152:6 165:13
166:16
184:5,22,24
185:10,15,18
198:22
199:3,10

**shrink**
15:5,7,11,13,
18,23 17:16
19:8

**side** 24:19
84:1
91:16,20,21,2
2,24 113:19
153:10 192:12

**sides** 24:12
25:3,9

**sign** 125:5
192:7

**significant**
99:16

**significantly**
84:16 194:19

196:3

**signing** 199:22

**silence** 174:6

**Similarly**
145:8

**simple** 85:14

**since** 6:24
11:4 12:15
36:16 186:5

**single** 72:7
124:2,3
125:18 129:17

**sir** 30:11 32:1
41:3 43:5
46:1 67:14,19
81:17 128:3
172:3,12
174:20
175:13,20
176:24 177:16
189:23 193:12

**sitting** 28:16
52:22 58:24
120:1 199:9

**situation**
32:11 180:18

**situations**
92:11

**six** 22:11
24:21 25:10
57:3 60:24
83:2,10
154:21

**size** 96:1,8

**sky** 180:14,21

**sleep** 101:10

**sleeping**
100:22,23
101:9

**slightly** 98:24

**slip** 22:2

37:14,17 38:1
39:5 41:10
45:18
46:11,16,23
63:14 65:5
78:3,7 88:15
89:4,11,17
105:24 110:1
111:7 112:10
113:3
131:9,12,17,2
5 132:7,10,20
134:15
135:18,24
146:1 152:3
190:25

**slipped** 109:22
112:19,21
113:8 118:23
169:5,15,19

**small** 93:21
94:7,12
95:5,9,14,17,
20,22
96:11,17
156:17
159:5,9,15,24
181:2 196:4,6

**smallest** 96:2

**sociology**
12:2,4

**sole** 43:13

**solely** 108:25

**Somatic** 68:6

**some** 8:7,8
40:16 45:8,10
63:10
65:21,23,25
71:17 94:3
102:12,25
105:18
107:8,15
110:3 115:18
123:18 130:15

146:6 152:10
165:11 166:2
167:4 170:12
179:1 187:20

**somebody** 34:25
44:20 62:1
68:22 77:21
94:2,6,20,23
95:9,16,19,23
96:3 99:9,14
117:12 121:7
122:12
125:8,13,18,2
5 142:19
143:19 144:6

**somebody's**
99:4

**somehow** 64:3
167:6

**someone** 21:18
62:10 66:21
95:11,13 97:7
99:12 117:19
121:10 142:23
151:11
159:5,10,14,2
5 160:25
171:4 173:24
176:20

**something**
13:20 17:3
18:11 19:4
21:22
42:17,19,21
44:15 64:4
68:4 69:10
71:22 74:9
76:1
95:12,14,17,2
0 97:12 99:15
102:12 111:3
117:4 120:25
124:4 128:7
129:2
143:5,17,24
148:11,13

```
152:2,7
159:10,15,25
162:19 168:24
177:14
189:21,24
190:14,19
195:7
sometimes
  44:16 63:22
  113:23
somewhere
  39:15 130:14
  151:4
sorry 32:8
  42:11 44:8
  87:24 99:18
  139:16,18
sorts 185:2
sounds 8:8
  15:2 17:15
  115:15
source
  112:18,23
  113:1,5,8,10
  115:20
south
  6:13,16,17
  138:3
S-O-U-T-H 6:19
Southeast 5:9
Southern 1:1
  12:6,8
S-O-U-T-H-E-R-
  N 12:10
spark 47:25
speak 67:22
  68:9,14
  140:17 177:25
  178:1,3,11
speaking 98:1
  197:2
specific 23:1
```

```
44:3 45:21
106:25 111:20
176:20 177:12
specifically
  55:21 102:8
  118:22 131:21
  161:19 162:23
  166:22 167:5
  172:10
  176:18,19
spell 6:9,18
  12:9 115:2
spend 100:11
  101:7,8
spent 101:5
spill 117:18
  121:4,8,12,15
  ,20 122:9,13
  123:5,6,7,24
  125:9,12,18,2
  5 126:6,18
  127:1,2,3,18
  128:1,19
  129:5 167:5
  194:25
  195:3,8,17,18
spills 19:18
  120:23
spoke 60:3
  177:22 178:10
spoken 118:3
  159:4
spot 27:16,18
SPOUTZ 1:24
  200:5,21
  201:5,16
spread
  65:11,15
spreading
  65:13
Springs
  161:8,15
```

```
sprinkle 181:5
stack 94:20
standing 66:21
start 10:23,24
  11:4 150:23
  191:18
started 13:2
  180:23 191:22
  197:22
starts 41:10
state 1:25
  7:12,17
  188:16,18
  200:2,6,21
  201:2,16
stated 15:4
  169:23
  188:10,15,17,
  18
statement
  140:19,20
statements
  39:9
STATES 1:1
stating 106:6
station 197:14
stay 63:6
  70:13,15
  154:23 195:8
stayed 194:25
staying 16:5
steal 96:3
  97:7 159:25
stealing
  94:6,24
  99:10,12
steps 38:5,14
  39:6 133:6
  136:13,20,22,
  24
```

```
stick 128:15
still 58:17
  105:17,19
  152:8,11,15,2
  4 153:8,18
  179:7,9
  197:18 198:3
stock 164:9
stocked 138:24
stocks 138:10
stole 95:9
  159:6
stolen 23:6
  95:23 96:18
  99:14
stop 17:3 98:4
  136:14,20,25
  186:10
stopped 98:22
  191:12,15,17,
  23
stopping
  166:19
stops 116:14
storage
  28:2,5,11,13,
  18,25 29:3
  33:16
  34:20,22,23
  67:4,8 138:10
  139:3,7,10
  165:11,13,24
  166:3,7,10,16
  ,23 167:3
  185:19,22,24
  186:4 199:3,4
store 4:3 6:2
  10:25
  13:7,9,13,15
  14:2 15:9,22
  16:7 17:7,23
  18:16 24:18
  25:2,9
```

26:11,12,20
34:11,15 42:3
44:19,21
45:15 47:6,25
48:3 64:13
65:11,14
68:17 73:6
86:18
88:14,17
90:11 95:6,10
97:11 100:4
103:21
104:8,11,12,1
4,18,19,23
105:1,4,5,7,9
,11,23
106:1,10,16,2
2,23
109:14,20,23
110:1,4,6,11,
18,25 111:6
113:14,15
114:13,15,16
115:22,23
116:1,5,8,9,1
1 119:10,17
120:8 123:6
124:17
126:12,13
131:19,22
144:6
145:2,8,9,10,
11,12 150:22
151:2 157:3
160:1
161:4,8,15,25
163:10,14,19
170:15
171:6,7,8
172:8 173:3,4
179:25 186:9
195:24
197:6,8,16,25
198:4,7

**stored** 42:2
61:10,11
63:25 76:21

79:20 81:24
82:8 91:14
137:25
138:8,9 140:7

**stores** 1:8 5:8
105:18 115:22
116:4,6,7
131:20

**storing** 56:6

**storm** 93:1,2
181:3,23

**storming** 196:8

**Street** 1:18
2:4 5:10

**strenuously**
59:11

**strike** 109:18
141:7 179:17

**structure**
115:20

**stuck** 94:3
139:2 167:6

**stuff** 15:16
74:6
159:10,16
178:21

**subject** 32:10

**submit** 67:21
144:4

**substance**
48:15,25
132:10 141:18
145:24
146:3,4 148:5
156:8
157:11,15,18,
21
158:6,12,15,1
9 159:9,24

**substances**
119:16 120:11
157:4,7

**sudden** 120:18

**suggest** 140:9

**Suite** 1:18 2:4
5:10

**summer**
139:14,20

**sun** 47:11
48:19 49:19
50:3,16,20
83:22,23
87:3,20

**sunlight** 183:4

**sunrise** 183:5

**supervisors**
115:25

**supplies** 16:6
17:5

**support** 18:6
118:14

**supports** 74:10

**supposed**
18:3,4

**sure** 15:10
17:25 18:18
19:6
22:3,4,5,19
28:7
34:13,21,24
36:4 37:23,25
38:3,24 39:4
40:5 41:20
42:14 43:1
44:15 46:4
65:20 66:7
67:2,12 69:1
75:4 79:2
81:3 88:9
89:25 96:21
97:18 98:15
99:2 102:4
107:7 110:6
118:3 119:13
121:9 123:14

129:2
132:21,25
137:7 140:20
151:8 154:17
161:9 169:2
186:2,11
187:9,24
188:4 190:1
193:6,22

**sweep**
16:18,22,25
17:4

**sweeping** 16:23

**sweeps**
16:7,10,15

**swiping** 61:7

**sworn** 6:6
201:7

**system**
13:12,15 18:7
57:15 63:6,25
68:17 69:25
70:2 75:10
76:18 109:16
111:13 145:18
146:21
151:10,22
154:23 168:8
191:21

― T ―

**take** 10:17
38:5 39:7
46:3 59:17
88:8 95:5,13
133:6
136:20,24
139:4
150:8,10
156:12
159:10,15
161:12 162:11
178:13
179:4,14
189:11

**taken** 1:16
    7:5,19 38:14
    95:16,19
    139:2

**taking** 8:16
    16:23 109:15
    149:24 174:4

**talk** 9:20
    114:3 116:18
    124:16 126:2
    129:12

**talking**
    14:24,25 15:1
    23:7 26:8
    30:6,7 44:3
    60:6 62:22
    81:13
    100:19,20
    102:7 107:24
    110:9 112:12
    122:20 124:16
    128:8 129:24
    140:4 162:23
    171:16,20
    172:14,22,25
    173:18,19
    174:22 176:20
    177:16
    178:20,24
    179:1

**tangible** 74:9

**task** 19:4

**team** 95:3
    115:21

**teeny** 181:16

**teeny-tiny**
    181:13

**tell** 8:23
    9:8,12 13:9
    20:10 22:13
    27:7,14
    33:15,23
    35:7,12 36:8
    40:6 53:21

61:3 74:14
94:18 96:23
98:16 99:5
125:5 130:12
136:13
137:12,15,18
142:22 143:24
144:9 155:5
163:25
164:5,9,12
172:2 174:21
175:1,7
176:24 178:12
182:24 185:1
187:10 190:8
192:24 193:23

**telling**
    9:6,9,16
    120:16
    171:17,25
    172:19,20
    174:25 175:2

**temperature**
    146:14

**Tentatively**
    63:8

**term** 57:14
    103:18

**terminology**
    67:2 116:23

**terms** 35:24
    36:2 52:24
    82:24 83:3
    116:13 118:21

**testified** 6:6
    76:6 77:1
    93:10
    106:10,13
    107:7 148:2
    149:17 150:16
    165:16 167:17
    178:7,9
    181:19 183:11
    189:24 190:17
    192:8,17

193:3

**testify** 174:19
    176:16,17
    177:9,21
    179:24 182:1

**testifying**
    106:17 155:3
    171:22,24
    173:13
    175:6,20
    186:5

**testimony**
    106:5,20
    159:6 171:13
    172:1,4,8,11,
    13,17 173:25
    175:8,11
    176:21
    196:17,18

**text** 173:20
    174:6 177:12
    197:4,8,16

**texting**
    171:4,5,14
    172:1,10,12
    173:12,14,16,
    17,20,24
    175:21 176:18
    177:10,11
    196:17,18,21,
    24 197:3,4
    198:6

**than** 10:13
    17:13,22
    25:19 43:24
    44:17
    63:14,22 64:8
    65:21,23,25
    78:12 81:24
    82:7,24
    83:3,9
    84:17,25
    100:7 102:14
    108:10 110:4
    126:20

127:5,7,8,11,
12,16,24
128:3 133:23
135:6,13,17
161:10,14
166:21 178:15
186:1,20
187:16,23
188:2 196:4

**thank** 10:20
    68:8 199:5,20

**Thanks** 46:5

**that** 6:15 7:25
    8:3,10,12,20,
    25
    9:2,6,9,15,20
    ,24
    10:2,5,6,15,2
    5 11:1,5,16
    12:9,22
    13:6,12,20,23
    ,24 14:1,9
    15:7,8,16,19,
    20
    16:4,6,7,19,2
    5
    17:2,9,11,22
    18:18,22
    19:5,8,12,16
    20:1,7,12,15,
    17
    21:18,19,22
    22:4,5,8
    23:1,2,6,7,11
    24:6,21
    25:10,14
    26:6,7,21
    27:5,12
    28:9,12,14
    29:5,15,24
    30:2,5,12,15,
    25
    31:1,14,21,24
    32:1,9,16,18,
    24,25 33:2,21
    34:4,16,19,25

| | | | |
|---|---|---|---|
| 35:4,5,16,24 | 81:1,11,15,18 | 124:5,13,15,1 | 159:5,6 160:7 |
| 36:1,5,8 37:3 | ,24 | 7,23,25 | 161:18,20,25 |
| 38:7,10,17 | 82:2,6,7,18 | 125:1,12,15 | 162:3,4,5 |
| 40:19 41:9 | 83:4,5,6,10,1 | 126:17,21,25 | 163:6,9,14 |
| 42:5,6 43:5 | 1,17,22 | 127:17,20,23, | 165:1,2,13,14 |
| 44:22,25 | 84:6,7,10,17, | 25 | ,17,21,25 |
| 45:12,17,18,2 | 18 85:1,5 | 128:7,10,14,1 | 166:5,14,15,2 |
| 5 47:4 | 86:3,6,10,13, | 8,21,22 | 1 |
| 48:4,18,19,20 | 17,20,24 | 129:1,8,9,11, | 167:7,13,18,1 |
| 49:3,11 | 87:4,8,14,21 | 18,24 | 9,20,25 |
| 50:3,5,21 | 89:2,3 90:7,9 | 130:15,20 | 168:10,17 |
| 51:25 52:16 | 92:1,14,16,18 | 131:9,13 | 169:10,12,13, |
| 53:12 | 93:10 | 132:11,12,15, | 17,23,24 |
| 54:8,11,23 | 94:4,6,11 | 17 | 170:4,7,15,21 |
| 55:3,5,7,12,1 | 95:4,9,22,23, | 133:2,14,16 | 171:17 |
| 9,25 | 24 96:2,3,13 | 134:10,13,18 | 174:9,11,15,1 |
| 56:22,23,24,2 | 97:6,12 | 135:21 | 8 |
| 5 | 98:5,6,7,13 | 136:5,13,20,2 | 175:7,14,15,2 |
| 57:3,8,16,23 | 99:3,4,10,15, | 4 137:1 | 4 |
| 58:1,10,19,21 | 24,25 | 138:5,8,24 | 176:3,5,9,17, |
| 59:6,8 | 100:1,2,15,18 | 139:1,11,23 | 22,24,25 |
| 61:13,22 | 101:3,11,16,1 | 140:1,6,9 | 177:1,7,9,15 |
| 62:4,18,23 | 9 102:12,25 | 141:7,9 | 178:11,12,25 |
| 63:4,9,14,17, | 103:7,8,18,22 | 142:2,7 | 179:4,17,19,2 |
| 24 | 105:4,7 | 143:1,4,5,17, | 2,24 |
| 64:3,4,6,7,22 | 106:10,11,14, | 18,24 | 180:1,23,25 |
| 65:1,4,25 | 15 | 144:6,7,8,24, | 181:12,16,17, |
| 66:3,4,10,21, | 107:2,5,8,13 | 25 | 19 |
| 23,24 | 108:23 109:18 | 145:4,5,9,11, | 182:7,17,18,1 |
| 67:2,6,15,16, | 110:3,7,15,18 | 12,13,14,19,2 | 9,23 |
| 18 68:2,4,21 | ,21 | 1,25 | 183:2,3,11,12 |
| 69:13,25 | 111:3,14,19 | 146:4,7,8,20, | 184:3,5,12,18 |
| 70:6,8,9 | 112:4,15,19 | 24 | ,22,23 |
| 71:6,7,13,14, | 113:2,7,8,11, | 147:3,4,8,11, | 185:10,12,15, |
| 15,16 | 23 114:14 | 14,19,23 | 21,24 |
| 72:5,10,14,16 | 115:7,16,18 | 148:2,13 | 186:5,6,13 |
| ,23 | 116:2,21,22 | 149:2,10,12,1 | 188:5,8,10,12 |
| 73:4,12,16 | 117:2,4,6,13, | 8,23,25 | ,14,17,18,19, |
| 74:4,9 | 18,21 118:15 | 150:2,5,6,8,1 | 22 |
| 75:7,8,9,12,1 | 119:3,9,15,24 | 6 151:18,24 | 189:12,20,25 |
| 4,16,19 | 120:1,3,10,12 | 152:7,8,12,16 | 190:1,2,5,6,1 |
| 76:4,6,16 | ,13,17,19,24 | ,17 | 1,15,17,19,20 |
| 77:2,8,9,19 | 121:6,10,11,1 | 153:2,5,7,11, | ,21,22,24 |
| 78:1,2,11,17, | 2,13,17,22,24 | 13 | 191:4,19,21,2 |
| 18,21,23,24 | 122:12,17,20, | 154:9,10,15 | 4 |
| 79:2,3,6,7,9, | 25 | 155:8,22 | 192:3,7,8,10, |
| 10,12,19,23 | 123:10,11,13, | 156:2 | 20 |
| 80:1,4,7,25 | 22,23 | 157:8,12,22 | 193:3,4,10,23 |

194:21,24
195:1,9,11,15
,17 196:22
197:18
198:13,14,15,
21
199:3,4,11,12
200:6,8,10
201:6

**that's** 10:13
16:25 20:24
25:13,20
26:6,14
27:2,15,21
29:1,14,21
30:5 31:4
44:12 48:5
49:19 51:8
52:21 53:8
54:7,24
56:22,23 57:6
70:11 74:9,15
79:14 83:12
85:6
87:8,11,12,13
,16 91:6
96:23 97:23
98:21,23
101:14 104:17
106:12
108:12,19,21,
25 114:22
117:4 122:25
123:2,12
124:3 129:5
131:1 136:1
137:3 144:15
145:11 149:23
150:12,15
153:1,4,7
155:8 156:14
160:3 161:21
171:17 172:8
173:10,23
174:14
175:10,17
176:2,4,5

180:22
182:3,5
183:2,3,4,9,2
5 184:11
185:15 189:12
190:14
192:9,11,14
193:22 197:17

**theft** 14:19
15:12,23,25
17:14,15
22:25 23:2
44:19
93:12,14,17

**their** 18:14
21:12 32:4
39:19 41:18
54:7,10 94:3
101:10
111:18,21
122:2,8,9,13
123:24 124:19
125:8
126:6,8,18,25
127:18
128:1,19,23
129:18 139:5
142:24
159:11,16
160:22 195:7

**them** 8:10 28:4
30:15 32:5
33:22
41:14,15
57:11 59:15
61:4
101:6,7,8
103:10
104:3,4,5
107:20,21
108:1,7
115:22 120:23
121:13
125:22,24
129:16 137:4
140:10 144:5

146:13
154:19,20
161:1 162:20
163:25
164:5,9,12
182:12

**themselves**
5:13,20 112:2

**then** 10:4
15:23 16:1
28:7 54:22
57:3 59:22
61:19 63:9
69:10 73:22
75:24 76:1,12
115:12,13,17,
21,22,23
121:22
122:15,17
142:7 144:4
150:4 156:2,4
176:21 177:21
178:7,9 185:8
193:14
197:16,19

**there** 5:15
6:23 10:17,18
13:16 14:12
15:19 16:14
17:2,13,14,16
20:1,10,19,22
,25
21:3,13,17,18
22:7 23:1,21
24:10,12,17,2
1,22
25:3,8,9,10,1
2,13,14
34:18,25
40:20 42:15
44:19 45:8,10
49:17
50:16,20
51:11,21
55:12,18,22
56:2 57:24

58:11,17
64:13,16,19
65:12,13
66:5,16,20,21
70:21,22
71:6,13,15
72:10,16,18
73:12,16
74:14,18
75:16 76:6
78:17,22
79:9,12 80:24
84:1,16
85:3,17,18
86:10 89:2
91:8,10,11,12
,14,15,18,19,
20,21
92:18,22
97:16,19
98:24 99:3,13
101:16,19
104:9,12
105:14
107:8,15
108:9
109:18,25
110:14,18
112:21,25
114:22 117:19
119:15
120:1,18
128:9,17,21
129:9 130:2
132:24
133:1,22
134:13,17,18
136:22 139:12
140:6,9,12
143:10,17
144:5 145:24
146:3 147:9
153:8 155:2,6
156:16 157:24
159:8
161:3,14
162:8 163:23
165:12,17,22

166:5,11,14,20 167:10,13
168:24
169:3,6,12,13,18
170:7,13,21
174:5,15,17
180:9,13
181:10,12,14
182:1,24
183:15
184:2,8,21,23
185:9,14,21
188:5,11,12,15
189:7,8,11,12
192:7,9,11,14,18,21 193:24
196:8 198:4

**thereafter**
46:12

**there's** 23:20
30:21 86:4
122:5 133:19

**Thereupon** 6:3
26:17 37:9
46:6 50:8,24
59:3 60:12
88:10 93:7
137:21 162:12
176:12 192:25
193:18

**these** 28:4
30:12 36:9
71:17 81:7,11
90:14 116:16
123:19 125:17
144:4

**they** 12:25
15:2,16,17,19
18:8,10,11
19:2
21:3,5,11,19,20 31:21,24
33:19 34:4,8
38:18 40:6

45:18 55:21
57:10,12,13,23 61:10 63:22
65:11 73:6,10
74:19
90:24,25
91:10,20,21
92:1,4,6
98:12
100:22,23
101:9,10
102:10,11
103:6 105:17
106:24 107:13
109:5
111:14,16
115:12,13
117:1
119:9,15,23
120:10,13,25
121:3 122:9
124:21,23,25
125:1,2,3,4
126:8,18,25
127:17
130:9,12
133:14,20
139:9
142:21,22,23
143:21
144:21,24
146:16 159:5
162:19,22,25
163:2,19
164:13,16,19,24 167:6,8
174:2 184:14
187:16,20
189:6
191:15,21
194:19

**they're** 19:6
21:11 105:1
120:11,14,25
126:12 143:20
183:7

**they've** 99:14

130:20

**thing** 20:7
35:23 36:1
61:19 82:16
83:22 85:1
96:2 108:12
114:7 122:16
129:25 145:21
175:17

**things** 15:7,8
16:8 17:12
18:10 19:5
116:20 122:25
163:9

**think** 8:2
10:15
22:11,19
40:19 59:8
66:7 97:19,23
98:8 125:11
127:15 128:6
129:17 132:11
139:24 149:19
155:8 174:5
179:20 190:3
193:9

**Thirty-three**
188:1

**this** 10:15
22:14
23:13,22
26:5,6,9
27:12 28:25
29:9,10,14,16,18,24,25
30:8 33:22
35:18
36:20,24
37:1,4,5,6,11
38:4,6,10,11,15 39:6,7
40:4,12,14,21,25 41:4
43:3,7,14
44:16
47:13,15

49:12 52:17
56:18
59:7,9,13
63:25 64:22
65:4 69:8
70:4,23
72:3,8
76:3,13
77:8,14
78:2,12,13,23,25 79:11
80:10,25
81:21,23
82:4,6,13
83:11 84:17
85:1,21
86:4,14,15,21
88:2,3,5
90:6,8,11,14
91:4 96:18,20
97:19 98:2,24
107:12 109:12
110:16,20
111:19,20,23,24,25
112:4,6,13
115:16 119:2
123:14 131:15
133:15
134:9,12,14,19 136:14,21
140:17
147:14,22
148:16,21,25
149:7 154:18
155:7,11,25
156:1
160:10,12
164:1,6,9
165:20
166:10,22
167:22
168:2,10
170:19
172:10,15,18,22 173:19
174:7
175:5,19

176:19,20
177:13 182:19
185:13,17
188:21,23
190:22 192:22
193:2,4,21
194:5 196:24
200:15 201:8

**those** 22:21
23:7,10 25:21
27:10,22,23
31:20 32:3
40:11 46:15
57:7,18 58:20
61:1,2 67:8
81:5 86:17,20
103:12 112:15
129:10
136:7,11
142:24
146:10,12,15
148:6,9,12
149:25
168:14,19
177:11,17
181:24 185:4

**though** 8:8,15
199:9

**thought**
147:3,14

**three** 17:12,13
61:4,6,7,10
66:19 101:6
136:5 137:1,6
151:11,16
153:25 156:24
158:5,11
185:10,14

**through** 17:6
24:18 25:8
44:20 57:3
66:21,24
80:25
81:6,7,15,21
83:2,10
85:1,21 86:15

90:3,23 103:6
154:21 170:17
184:6

**throughout**
65:11,14,15
86:4 123:25
150:25

**thunder** 93:2

**ticket**
36:10,12

**tickets** 26:2
67:21

**tile** 81:12,13
153:21
194:11,16

**tiles** 49:21,24

**time** 5:5 6:16
9:24 10:16
13:5,21
14:9,10
22:1,6,20
23:11 32:18
35:18
37:14,17,25
46:11 50:13
60:18 67:7
71:22
75:14,16
84:14 99:13
100:5,11
102:19 110:7
111:20 113:2
115:7 118:18
120:24
121:3,7,13,15
,20
122:2,8,9,13
123:3,9,13,24
124:19,20
125:7,8,11,17
,18,24
126:6,8,18,25
127:18
128:1,8,9,19,
23

129:2,4,12,18
130:1,2
150:20,22
161:23 167:7
171:3
175:15,16
179:15 183:25
187:23,25
188:4
191:8,10,16,1
7,22,24
192:3,20
193:3 195:18

**timeframe**
62:23

**timely** 120:24

**times** 7:7
33:3,10,14
61:1 77:2
91:16
118:1,5,11
126:17,24
127:16,24
150:16

**timesheet**
164:24 165:6
167:4,8,10
195:1

**timestamp** 86:3
165:19
193:21,22

**tiny** 83:13
99:4

**titled** 156:2

**today** 5:4 7:22
8:13,23
9:4,11,20
10:6,11
11:1,5 13:7
25:23 26:8
28:16
35:23,25
45:25
47:14,17

52:23 90:1
106:17 107:8
120:1,16,18
172:11 173:25
176:21 177:23
185:1,16
196:19,22,25
197:9,10,12,2
3 198:6 199:9

**together** 102:1

**told** 36:5
53:15 119:8
120:13,17
123:10
126:17,25
155:18
188:21,23
189:16,19

**took** 61:14
94:3 95:11
136:13 171:3
175:19

**tool** 167:18

**top** 25:13,14
79:23
83:23,24
104:19,22
105:6 115:17
130:14 138:6
185:23

**topic** 116:18
129:15

**topics** 128:16
130:8,22,23
131:1,3 140:1

**Torres**
38:20,25 40:8
115:1,14,17
116:1

**T-O-R-R-E-S**
115:3

**total** 26:12
150:4

totally 117:18

touching 28:10

towards 24:18
  30:10 85:6
  87:18,19
  185:22
  186:1,14,15,1
  6,18

toys 102:1

traffic 66:14
  67:7
  118:1,5,12,22
  150:16,20
  151:24
  161:23,25

train 120:10

trained 117:24
  118:3

training
  13:3,7,9,11
  108:14,19,21,
  23 109:2,5,7
  120:9

transaction
  111:20

transactions
  112:1

transcribe
  200:7

transcript
  8:17 62:7
  200:8

tried 22:17

true 200:9

truth 8:23
  9:6,10,12,16

try 45:5 77:14
  111:1
  189:16,20

trying 15:11
  81:16 156:12

Tucker 2:3
  3:3,6,9
  5:14,17,22
  6:8,23 16:22
  24:2 26:5,19
  27:4,7,9
  28:1,22
  31:5,9,15
  32:1,8,22
  33:3,12,20
  34:6,9
  35:9,15,19
  36:25 37:11
  38:4,14,19
  40:19,24
  41:3,9
  43:2,6,11,20
  44:14,24
  45:3,24
  46:4,11
  48:4,10,14,23
  49:10 50:3,12
  51:2,6 52:22
  53:6,21 54:17
  55:16 56:1,20
  57:2,8,12,18,
  22 58:4,23
  59:1,6,12,19,
  25
  60:5,9,15,23,
  24 61:6
  62:6,14,18,22
  63:13 65:9
  68:9 69:15,19
  73:10 74:1,7
  78:17,22
  80:10,21 81:5
  82:3,12,21
  83:21
  84:5,16,22,25
  85:3,10,12,20
  ,23 86:2,6,13
  87:3,24
  88:9,13
  90:7,21 93:10
  94:10,15
  98:6,21,22

99:3,9
  101:5,16
  104:18 105:1
  106:6,7,17,21
  ,25 107:7,24
  110:21,25
  112:22 114:11
  117:11
  119:13,21
  120:9 121:2
  122:1,24
  125:22 126:23
  127:3,15,23
  128:5
  129:16,23
  131:12
  133:6,11
  134:18,25
  135:9,12,16,2
  1 136:2
  137:5,24
  139:22
  141:14,21
  142:14 143:9
  144:3,12
  146:6,18,19,2
  5 147:6,16,24
  148:18,23
  149:4,15
  150:11,15
  151:6,13,20
  152:4,10,17,2
  0,21
  154:1,14,19,2
  5
  155:3,8,14,18
  ,23
  156:1,11,20
  157:1,9
  158:10,17
  159:4,12,17,2
  1 160:2,6,16
  161:5,17,22
  163:11,17
  164:3,21
  165:3,8,10
  166:8
  167:4,15,25

168:5,8 169:8
  170:12
  171:2,13,17,2
  2
  172:2,3,12,19
  ,22
  173:8,11,15,1
  8
  174:2,7,10,12
  ,17,20,24
  175:4,12,20
  176:1,3,5,11,
  23,24
  177:13,16,23
  178:1,5,8,13,
  23 181:19
  184:2,12,18
  185:8 186:23
  189:24 190:12
  191:3,10,12,1
  7,23
  192:2,5,22
  193:2,6,15,20
  194:8,24
  195:20,22,25
  196:16
  198:10,20,25
  199:14

TV 49:10
  100:24

TVs 93:15

twenty
  44:6,7,8 45:2

two 24:17
  25:8,9,10,13
  26:20
  46:17,18
  47:12 60:20
  61:22 65:5,12
  66:18 78:1,6
  98:19 132:19
  136:5 137:1,6
  150:1 151:17
  156:24 159:20
  166:11,17
  177:22 179:3

185:9,14,20
186:20 187:4

**type** 108:9
187:20 197:6

**typically**
94:7,11
113:17 157:4
161:24 162:7
196:9,11,13

———————
U
———————
**uh-huhs** 8:19

**umbrellas**
160:22 196:9

**Um-hum** 23:24
32:15 33:20
65:17 82:5
83:8

**um-hums** 8:19

**unable** 27:12
113:10

**under** 8:10
38:11 105:14
114:11,14
115:13,22
120:17
173:13,22
187:20

**undersigned**
201:5

**understand**
8:10,12,20,22
,25 9:9,15,18
10:1,8 20:14
57:20 90:3
91:2 107:14
119:19 136:22
188:10

**understanding**
67:5 71:19
115:19

**understood**
10:6

**unfair** 127:23

**UNITED** 1:1

**Universal**
5:11,19

**University**
12:6,8,10

**unless**
70:15,16
180:20 187:20

**until** 100:5,18
101:11 117:19
195:8 197:14

**up** 4:4 13:5
15:20 29:24
49:11 55:9,17
58:19 76:24
78:8 83:24
90:17
96:8,10,11,12
97:7 99:5
109:13 110:14
112:9 117:20
120:3,19
122:16,17
138:5
144:8,18
151:24 155:24
161:1 163:25
166:11 180:12
186:11,23
188:17 199:8

**upon** 165:5

**us** 33:15 45:16
50:4 61:1
79:2,11 82:6
83:10 85:5
87:7,15 88:3
98:23 99:5
175:1,7
177:3,6
185:1,16
187:10

**use** 13:13,14
54:15,17,20,2

2 63:17
69:21,22
92:17
93:11,14,17
94:4 95:8,11
99:15
111:5,16
128:11,13,17
130:11,15,20,
23 155:11
156:12
167:19,20
182:9

**used** 20:17
66:13,15 67:2
72:23 103:12
110:25 111:24
116:23
129:9,11
130:6
158:21,23
168:11,20
180:3,6

**using** 13:12
31:1,11,20
32:3 57:14
62:15,19
111:20 155:23
170:23 171:4
175:21 182:7

**usually** 66:9

**utilize** 117:24
118:10 119:4

**utilizing**
118:4,24

———————
V
———————
**vacation**
126:11

**vendor** 83:25

**verbatim** 52:10

**verifying**
19:16

**version** 26:4

**versus** 58:1
66:20 73:20
74:2,8,16,19
159:9,25
169:23 179:12
182:7 194:19
195:23

**vestibule** 4:4
17:9
24:7,8,18
25:5,6,11,12,
13,15,17
26:7,9,21,24
27:11,21
28:14 33:4
34:1,8
36:9,15 46:13
48:16 61:25
65:19 66:6
84:20
89:21,24
103:6 109:20
110:5,13
119:5
131:9,13
132:5 133:2
137:25 152:11
156:24
158:21,24
159:2 161:20
162:16
166:15,21
170:18
179:18,21
180:4,7
182:13 183:22
191:7

**video** 4:6,7
5:4,6 13:10
18:17,22
19:6,13,21
20:2,3,12,16,
18,22 21:7,9
23:13,21,23
24:1 28:24

31:22 32:3
35:1 39:7,11
40:4,9,14,16
41:4,6,9,18,2
2,25 42:2,7
43:9,22
44:5,20,24
46:21 48:20
49:3,7,11,13,
15 51:3,15,18
52:23
56:6,8,12,15,
17,21,22,23,2
4 57:16
58:1,17 59:23
60:1 62:18
63:6,9,18,19,
25
64:2,3,7,25
68:22,24
69:3,8,10,12,
16,22,23,25
70:4,7,8,10,1
8,23 72:7,10
73:6 74:11,15
75:6,7,12,24
76:2,6,12
77:2,14
78:13,18,24
79:3,6,9,12,1
6,19,22
80:6,7,9,10,1
3,25
81:4,6,8,14,2
1,22,23,24
82:4
83:3,9,13,16,
18 84:6,17
85:4
86:4,15,21
87:4,16
88:1,2,5,14,1
8 89:3,10
90:17,18
93:11 95:8,23
96:4,14
97:6,19
98:4,14,16,20

,22,23 103:8
107:1,9,16,23
108:9,24
109:11,15,17,
18,19,25
110:21 111:6
112:9
133:17,22
134:12
136:4,16,18,2
5 137:9
138:5,6
140:12
141:2,3,8
142:6,11,13,1
4,17,25
143:19 145:12
154:17,20,25
155:4,6,13,14
,18,25 156:7
168:3,6
169:22 170:1
174:12
178:14,19
179:18 182:18
186:23
188:19,20
191:5
193:8,9,17
198:12

**Videographer**
5:14,15,18

**videos** 13:7
30:17 31:2,11
35:2
40:11,20,24
41:13 42:7
43:3,7,13,16,
20 44:16
51:20 52:2
57:3,5,7,10,1
9,23 58:7
60:17,21,22
61:2 67:8
69:20 73:1,17
81:6 83:2,10
90:14 92:17

144:4 155:5
168:14,15,19,
20 185:16,20

**videotaped** 5:1
8:16

**view** 26:5
54:15,19,22
147:4,15
185:15 186:25
187:7,11

**Virgil** 1:15
3:2 5:1,6
6:1,4,10
31:13 58:1
59:10,12
201:6

**V-I-R-G-I-L**
6:10

**visits** 151:1

**visually** 28:23

**volume** 118:14

**voluntarily**
120:23

**vs** 1:7 5:7

---
W
---
**wadded** 99:5

**wait** 68:1
160:25

**waited** 117:19

**waive**
199:18,19

**waived** 199:23

**walk** 16:8,19
18:8 59:20
66:24 103:6
178:1 184:13
195:9

**walked** 112:9
169:22
178:5,8

**walking** 17:1,6
24:18 25:8
44:20 60:9
86:18 109:20
166:15 170:14

**walks** 141:11
183:22 184:5
191:7

**wall** 27:19
34:19,23 35:5
185:3,10
187:7,8

**Walmart** 5:7,25
6:2 7:11,12
10:21
11:8,11,18,21
12:18 13:2
14:1,4,18
16:9,15
18:18,23
19:12 20:2
28:12
32:17,22
39:3,7 41:18
42:3,18,20
43:2,6,9
51:2,14 52:23
55:5,9,17
56:1,5,8,11,1
4 58:1 61:15
62:4,12 68:25
69:13,15,19
72:25 77:23
78:23 79:2
89:20
90:16,22
94:15
101:11,20
102:3,16
103:20
104:2,7,11,15
105:4
107:1,3,12,18
109:7 111:3,5
115:4 119:22
125:15 126:8

127:16,25
128:21
129:3,6
131:8,13
133:6
134:2,6,7,13,23,25
136:13,20,24
139:12
141:9,25
142:10 143:2
144:3,4,5
145:9,10
152:3,7
161:24 167:14
168:15
172:6,8
182:10,25
184:17 187:25
190:1,3,6,9,15,18,21,25
191:7,9,18,24
195:8

**WAL-MART** 1:8

**Walmart's**
53:10,14
56:23
57:15,25
63:6,19 131:4
145:19,22
184:3

**want** 10:11
27:1 36:7
42:12 51:5
62:9 69:15,19
71:8 79:8
84:10 85:7
94:18
97:20,24
101:9 102:10
107:20,25
127:19
129:10,21
132:8 146:23
147:10 151:11
155:20 174:24

175:12,21
177:8,18
193:6

**wanted** 28:18
60:21

**washes** 49:7

**wasn't** 21:17
32:1 57:8
62:8 72:16
77:10 78:17
112:21 171:23
176:9,20
189:7 192:21
193:16

**watch** 21:9
109:19

**watched** 141:8

**watching**
21:6,13
100:24

**water** 10:17,18
96:20,23
97:16,19,23,25 98:25 132:7
137:24
138:10,24
139:2,5,13
140:7,10,23
141:1,2,3,11
146:6,10,12,15 156:17
169:12,14,19,24,25 170:7,8
179:16,17,20,24
180:9,13,14,19 181:6,8,13
182:2,24
183:2
188:6,11,12,15,17,19
189:1,9 196:6

**way** 25:23
64:13,16,19

65:1 69:12
71:13,15
74:14 75:11
76:24 155:22
156:2 181:10
185:9

**ways** 15:13
31:1

**we** 5:3,4,6
8:12,18 9:20
10:11 13:12
15:8,17,21
16:6,7,11
17:13 19:5,14
29:17 35:1,6
36:13
38:17,21 39:8
44:12 46:3
48:2 49:11
50:19 51:18
54:20 59:17
66:10
67:21,24 68:4
69:18,21,22
78:1,2,17,24
79:2,6,23
80:3 84:6
86:13,17,20,21 88:8
90:1,2,16,21,23 91:12,15
94:6 95:11
96:17 97:12
100:4 103:7
105:3 110:13
111:11,21
112:3,4
116:18,19,20,24 117:17
118:19 119:19
120:12,22,23
121:6,12,17,24 122:20,25
123:2 125:11
126:13 128:13
129:24 134:23
136:5,9,22

137:17,20
142:4,6,20,25
154:10,23
155:13 171:3
175:5,19
177:19
178:3,10
179:9 185:1
186:23
190:19,22
192:23
197:9,10,14,15 198:21
199:18

**weather**
92:8,10,16,18,23 180:18,20
181:3,21

**we'd** 125:12

**week** 42:6,8,15
47:19 48:11
124:15 129:15
130:10,11,12,13,15,24
187:17

**weekly**
42:13,14

**welcome** 10:17

**we'll** 36:18
37:8 50:7
62:7 93:6
155:21
193:2,17

**went** 22:21
23:10 197:19

**were** 11:13,20
12:11 13:12
14:7 21:20
26:17
28:9,16,17
38:14
47:21,24 57:4
60:17,22
61:4,10,11

63:17 70:7
71:21 76:3
78:3,7 80:4
96:13
100:15,22,23,
24
101:9,10,17,1
9 102:11
110:16,22
112:7 113:8
117:1 118:24
119:23 120:25
121:3
123:11,23
133:3 137:6
139:9 143:21
144:5 145:18
146:15 149:21
152:11,22
160:21
171:4,5
172:12,15,25
174:22
175:20,21
177:16 184:21
189:6
194:6,11
196:17 197:2
198:6

**we're** 10:25
13:12 14:2
16:7 17:4
19:3 26:7
44:16 57:14
60:1 79:23
86:24 87:3
90:17,22
110:9 124:16
126:11,13
133:24 155:22
166:15 173:19
175:4 177:1
178:20 193:7

**Were** 13:22
110:18 113:5
172:22

196:21,24

**We're** 8:9 46:9
173:8 178:24
192:22

**weren't** 57:12
101:16,19
102:11 182:1

**wet** 160:23
189:6 196:11

**what** 7:14,16
9:8,12,13,22
11:8,20 12:3
14:10,13
15:4,6 16:4
17:24 20:23
22:16
23:16,18
26:23 27:7
28:2,8,21
29:17 31:17
32:14
34:2,9,14
35:14,16,25
36:12,18 37:3
38:14,25
39:6,14
41:13,14
42:11
43:7,9,20
44:7,12 45:12
48:1,8 49:2,4
51:9,17
52:7,10,17,21
,25 53:6,14
54:25 56:2
57:20 58:1,7
60:15 61:6
66:6,12
67:9,23
71:3,23 72:5
76:16 79:21
80:4,9 81:9
82:20,22,24
85:2,11
87:10,25
90:4,22,24

91:2,4,10,22,
24 93:19 97:9
98:2,6,7,8
99:2,22,24
100:1,5
102:14,23
103:15
106:13,19,25
107:2,5,12,13
,20 108:5,21
114:7
116:3,17,23
117:1
118:10,18
121:6
123:2,12
124:15,16
126:15 128:17
129:8,24
130:5,19,21
131:4,17
132:8
133:6,10
136:15,20
137:15 138:21
139:22
140:3,21
142:1,22
143:8,20
148:25 149:6
150:22
151:15,24
154:25
155:5,13,17
158:23 165:21
167:25
169:10,21
171:10
172:3,9,17,25
173:2,4,21,23
174:20,22,25
175:7,10,13,1
4,22 176:8
177:5,10,16,2
2,23
178:10,12
180:9 184:11
185:13

186:3,6
187:22 188:16
191:22
192:9,20,22
194:5
197:2,6,10
198:16,21
199:10,13

**whatever** 52:25
74:10 131:4
191:16,17

**what's** 6:12
11:25 12:7
14:17 16:9
20:15 29:8
42:9 51:6
56:20 57:25
60:5 67:11
69:24 87:23
88:3 94:17
96:2 98:5
99:5 105:12
135:21 142:16
187:25

**when** 11:13
13:2,19 14:7
17:11 19:14
21:9,11 22:18
26:11 28:21
30:17,19,21
35:14 36:13
37:11,24
38:4,9
42:18,24
44:16 47:21
48:4 55:22
56:2 59:13
63:18 64:2,25
66:15 67:3
70:7 72:5
73:19 74:1
75:13,17 76:9
77:3 79:16
86:8,20 90:1
102:1 105:3
106:24

112:12,21
113:13 114:3
115:16
116:16,22
119:7,10,13
120:6,11,14
121:7,9
123:13,23
124:7,8,11
131:23 133:16
134:19
139:9,14,20
143:20 145:17
152:22 153:23
154:4,10
160:20 161:17
164:15,16,24
165:1,6,21
172:14 177:20
179:22 180:23
181:16,19
182:14,15,17
193:10
194:6,11,12,1
5,18,19,22
196:16
197:17,19

**Whenever** 126:7

**where** 12:5
13:11,19 14:7
20:2 22:13,14
23:10 26:24
27:11,19,23
28:11 29:2,21
39:19,22,24
45:8,10
47:21,24 48:2
49:21 50:20
60:17,21
64:10
66:18,20
67:23 83:24
84:13,24
85:8,25 92:4
97:7 99:13
112:9 113:13
117:12

122:7,11
125:1 138:2
140:6
141:10,15
143:19 144:6
146:4
148:17,21
149:1 152:11
167:10
169:4,14,19,2
2,23 186:10
188:25
189:9,11
190:8,9

**whereas** 66:19

**whether** 29:25
82:12 85:17
92:22 97:16
102:18 110:3
118:21,24
143:10,18
144:5,20
154:11 168:24
169:3,18
170:13 172:9
181:14 182:1
184:21,23
185:1

**which** 13:13
17:15 24:3,5
30:10 33:15
34:22
43:3,13,16
46:18 51:20
52:1
53:9,11,22,23
55:10,18,22
59:8,13 87:8
93:11 110:13
113:17 124:5
130:11 133:18
137:9,18
150:1,5
154:17 166:2
182:9 185:20
187:10 193:20

197:7

**while** 10:18
59:21 60:1
123:6,8
172:15 173:13
174:15

**White** 4:5
36:22

**who** 18:3 19:20
22:11 23:13
38:23 40:11
67:15,20
68:16 90:17
103:20,22
104:24
105:4,9,14,23
111:7,19
114:1,3,25
121:3,14,19
122:3,8,19
123:4,18,22
134:1,5,7,9
138:10 139:15
143:2,3,10
163:24 171:5
177:10 183:18
188:22 197:3

**whole** 82:15,17
83:22
94:19,21
98:16 108:12

**whose** 52:23
58:15

**why** 7:22,24
8:2 12:18
21:16
22:5,21,24
47:3 48:23
56:17
61:22,23,24
65:25 68:24
69:12 75:22
76:7,12 77:8
101:16,19
104:10 106:1

109:11,14,17
111:10,12
120:16,19
122:15,17,20
124:13,23
125:2 132:13
133:13,22
134:17 135:15
151:15 158:2
160:18 166:2
180:16 182:22
184:25 191:3

**wife** 100:13

**will** 10:4,15
27:7 44:9,24
59:9 65:25
67:16 68:4
70:13,15
76:20 90:3
97:14 104:12
115:21 118:8
125:5 134:14
176:24 179:3
182:16 186:19
187:14
191:9,18
193:23 195:6
199:18

**wire**
108:17,19,22,
25 109:2
128:13,15
129:9,11

**with** 4:7
5:11,19
7:12,14 8:1
11:18 13:15
14:20 16:6
18:24 19:3,4
25:21 28:22
36:10,12
38:6,11,15
39:2,3,9
41:16 45:22
47:23 52:5
53:13 56:6,20

59:20 60:16
62:10 67:2,20
68:9,14 76:17
79:6 82:22
86:8 92:8
100:11
101:6,7,8
114:1,2,18
115:8 116:14
133:7
138:10,24
140:2,17
141:18,21
145:19,22
146:20 151:20
153:11,15
159:4 160:22
166:16
171:5,14
172:8,14
173:2 175:11
177:20 178:2
194:25 195:8
196:9 197:5
200:13
**within** 13:12
16:5 19:6
132:19
170:18,23
**without** 17:5
21:3 75:20
95:12 119:24
120:2
**witness** 3:2
6:1,5,17,19
26:4 31:8
33:1 39:9
48:2 58:25
59:16 68:3,7
104:25 114:9
127:14 139:18
176:16 184:5
189:4 197:11
199:23 200:15
201:8
**witnesses**

112:7
**wondering**
28:12
**won't** 45:5,7
**words** 18:2
127:17
**work** 12:16
14:10
16:11,13
22:12
30:13,15
38:10
42:18,24
67:20 100:5
101:11,24
113:13 115:18
116:4,7
145:10 164:13
183:16
184:9,11,14,16,17
187:16,22
188:2 198:9
**worked** 10:21
22:18 58:4
99:24
100:2,3,18
101:24 120:17
164:16 165:1
**Worker** 144:21
**Workers**
141:21,24
142:1,3,4,5,10 143:3,11,20
144:6,19,25
145:4,6,11,14
**working** 13:22
14:9,12 21:19
22:1,9,15
23:3,11 30:18
101:17,20
115:4
139:15,21
145:9 161:24

162:4,9 163:6
164:20 165:7
**works** 17:23
71:20 145:12
**worse** 82:13
**worth** 59:8
**would** 5:12,20
10:5 14:13
17:9 19:5
21:25
23:12,18
28:18,23,25
29:5,10,15,25
32:5,13,16
33:3,12
34:11,15
35:3,6,11,23
36:1 37:22
40:6 42:6
44:5 45:18
48:18,19 50:3
64:10
66:17,24
67:15,18
69:12,13
71:13,15,21,22 74:23,24
77:12 79:3
81:23 82:3
83:6,9 84:10
85:3 90:7
91:2 94:3
104:10,19
106:11,14
107:2,12,20,21 109:14
110:14,15,19,21 111:5
117:2,6
118:7,8 119:4
124:23 125:9
127:13,14
130:5,19,21
131:4 132:19
133:2,13
135:1,5,9,11,

12,15,16,23
136:4
137:8,15
141:8
144:8,12
146:15
148:11,12
149:22
150:1,5,8,10
152:7,8
156:17,18,22
160:19
164:12,23
165:5,21
167:11 170:19
175:7 178:13
179:4,5,6
180:12
182:19,22
185:21,23
186:8,20
187:11 189:25
190:5,12,17
191:7,15,24
192:2,5,6
194:24,25
195:15,16
**wouldn't** 54:24
71:14
82:18,21
110:7 118:7
127:8,9,12,13
164:20 175:7
182:12
190:20,21
**write** 27:2,7
**writing** 27:1
189:9
**written** 27:3
59:13 107:15
125:9
128:10,11
192:10
**wrong** 56:20
75:11

| | | | |
|---|---|---|---|
| **Y** | 13:1,4,8,18,2 | 83:1,12,15,23 | ,23 |
| **yeah** 12:24 | 3,25 14:6 | 84:3,11 86:19 | 142:4,9,15 |
| 14:15 15:4,13 | 15:14,21 16:3 | 87:2,5,6 | 144:11,14 |
| 24:25 31:15 | 17:8,10,17,18 | 88:21,24 | 145:1,20,23 |
| 33:8 35:19 | 18:25 19:9,24 | 89:5,9,12,16, | 146:9 |
| 36:25 39:13 | 20:4,6 21:8 | 19,22 | 147:17,21,25 |
| 42:20 43:1 | 23:15 | 90:12,15 | 148:4,7,15 |
| 44:1 52:5 | 24:4,11,14,16 | 91:1,3,6 | 149:11,16,20 |
| 53:24 58:18 | ,20 | 92:3,12 | 150:3,7,18 |
| 59:22 71:16 | 25:7,18,22 | 93:1,13,16,18 | 151:25 |
| 82:14 83:6,21 | 26:2,14,22 | ,20 | 152:9,13,19 |
| 91:9 93:5,24 | 27:6,21,24 | 94:1,5,9,14,2 | 153:3,6,9,12, |
| 95:1,25 96:7 | 28:2,3 | 2 95:7 | 17,20,22 |
| 97:2 99:13 | 30:23,24 | 96:12,15 | 154:2,6,16 |
| 105:6,8,10 | 31:18 33:13 | 97:8,13,15 | 158:22 |
| 106:23 107:7 | 35:5,10,20,25 | 100:4,10,13,2 | 159:7,13,18 |
| 108:3 114:17 | 36:10 37:7 | 1 101:3,4,21 | 160:7,8,13 |
| 116:6 118:21 | 39:18 40:2 | 102:6 103:4 | 161:11,16 |
| 124:9 125:23 | 41:7,12 | 104:5 | 162:2,6,10 |
| 131:22 137:14 | 43:12,15 | 105:18,20 | 163:1,16 |
| 176:8,10 | 44:2,17,18 | 106:14 | 164:14,18 |
| 178:7 182:14 | 45:4 46:14 | 107:9,10,19 | 165:4,9,15,18 |
| 183:13 185:18 | 47:2,10,20 | 108:8,13,16,1 | ,23 |
| 187:2,3,5 | 49:14,16,18,2 | 8 109:1,8,10 | 166:1,4,13,25 |
| 189:19 190:3 | 0 | 110:11,12,24 | 167:9,12,21 |
| 193:15 197:17 | 50:2,6,15,18, | 111:2,4,17 | 168:9,13,18,2 |
| 199:2 | 22 54:3 | 112:11,14 | 2 |
| **year** 123:15 | 55:15,20 56:7 | 113:4,20,25 | 169:7,9,16,20 |
| 132:19 139:20 | 58:6,14 | 114:24 115:6 | 170:3,16,20,2 |
| **years** 6:24 | 60:11,25 | 116:12,15 | 4 172:16,20 |
| 10:22 12:17 | 61:12,18,21 | 117:15,23 | 175:10 178:23 |
| 32:14 | 63:3,5,15,16, | 118:7,16 | 179:14 |
| 33:7,10,14 | 23 64:12,21 | 119:23 | 180:2,15 |
| 37:22 47:12 | 65:8,24 67:9 | 123:12,17 | 181:9,24,25 |
| 67:6 101:6 | 68:15,18 | 125:7 126:4 | 182:21 |
| 120:18 | 70:3,12 | 127:6 128:16 | 183:14,19,21 |
| 127:16,24 | 71:2,7,10 | 130:4,10,18,2 | 187:15,18,20 |
| 132:24 157:3 | 72:4,10,11,13 | 5 | 188:7 190:7 |
| **yes** | ,22 73:4,5 | 131:2,6,14,16 | 191:15 192:1 |
| 7:3,6,21,23 | 74:13,22 | 132:4,6,23 | 193:25 |
| 8:11,14,18,21 | 75:15,21 | 133:5 134:4 | 194:13,17,20, |
| ,24 9:5,18 | 76:5,11,23 | 135:2,4 | 23 195:2 |
| 10:3,7,10 | 77:4,7,16,22 | 136:1,2,12,16 | 196:1,5,7,10, |
| 11:2,12,15,24 | 78:5,8 | ,18,19 137:19 | 12,15 197:24 |
| 12:13 | 79:5,15 | 138:1,7,18 | 198:2,11,17,2 |
| | 80:1,2,11,12, | 139:3,8,11,14 | 4 199:15,20 |
| | 14,23 | 140:5,14 | **yet** 36:19 |
| | 82:17,25 | 141:4,6,13,14 | |

126:2 195:4

**you** 6:9,15,23
7:2,4,9,16,19
,22,24
8:2,8,9,10,12
,18,20,22,25
9:9,12,15,23,
24
10:1,4,5,6,8,
11,16,18,20,2
1,23,25
11:3,5,10,13,
14,16,20,23
12:5,9,11,14,
16,18,25
13:2,3,7,18,2
0,22
14:7,10,14,24
,25 15:10,20
16:1,11,13,16
,19 17:11
19:12,14
20:10,11,23
21:25
22:5,7,8,13,1
4,21,23,24
23:1,2,6,9,10
,13,16,21
24:2,5,22
26:10,23
27:1,7,14
28:9,16,17,18
,21,23,25
29:3,6,8,10
30:12,15,17,2
0,23
32:5,13,16,24
33:3,4,6,12,1
5
35:3,4,6,7,11
,14,15,21,23
36:5,8,18,19
37:3,4,11,22,
25
38:4,5,9,10,1
1 39:14
40:6,8,14,20,

24
41:3,4,6,15,2
1
42:6,12,18,23
,24
43:2,6,13,16,
20,24
44:16,17,20
45:5,8,12
46:12,20,23
47:1,3,8,13,1
7,19,21,24
48:4,5,10,15,
18
49:2,5,7,10,1
2,21,24,25
50:3 51:9,20
52:1
53:9,10,13,14
,15,21
55:9,17,21
56:2,6,8,11,1
2,14 57:2
58:4,7,10,17,
19,20,24
59:14,15,25
60:3,24
61:1,3,13,14,
19,22
62:1,5,8,9,10
,14,18
63:1,13,17,24
64:2,25
66:8,12,15,18
,23
67:13,17,20,2
2
68:8,9,14,19,
21,22,24
69:3,7,12,13,
15,19
70:7,10,18
71:3,9,11,13,
14,16,18,20,2
1,22
72:2,5,14
73:19
74:1,7,11,23,

24
75:2,4,13,17,
19
76:3,6,9,10,1
2,16,19
77:1,2,5,12,1
4,17,21,23
78:3,7,9,13,1
8,23 79:16,21
80:4,9
81:5,10,12,15
,20,23
82:3,12,15
83:5,6,17,21,
22
84:10,12,22,2
5
85:3,4,7,12,1
4,22
86:10,14,24
87:4,7,8,10
88:13,17,20,2
2,25
89:6,8,13,15
90:2,3,10,13,
16,24 91:2,11
92:10,17,22
93:4,10,14,17
94:3,10,11,18
,23
95:5,8,13,16,
19,22,23
96:2,3,13,16,
17,22,23
97:4,6,7,12,1
3,14,16,19,23
98:6,8,13,16,
25
99:3,5,9,15,2
2
100:3,5,8,11,
16,18,22
101:5,8,11,16
,17,19,22
102:2,5,8,14,
15,18,25
103:15,24
104:1,4,6,10,

19
106:1,3,7,18
107:3,5,15
108:7,14,17,1
9,21
109:5,11,14,1
8,19,22,25
110:3,25
111:15,17,23,
25
112:6,9,15,18
,22
113:5,7,13,17
,23
114:1,3,11,23
,25
115:2,9,12,15
,18,22,23
116:2,3,7,10,
14,16,17,22,2
5
117:11,16,24
118:3,24
119:3,7,8,14,
24,25
120:2,5,6,10,
13,16,17,18
121:2,5,22
122:1,7,11,16
,17,22
123:1,6,7,8,1
0,11,13,23
124:2,5,7,13
125:11,24
126:2,5,17,24
127:9,15,25
128:6,10,11,1
5,17,22
129:1,2,3,4,8
,9,11,16,17
130:6,11,12,2
0,23
131:3,5,12,17
,23,25
132:7,13,15,1
7,19
133:16,19
134:3,9,14,18

,25
135:1,3,5,15,
16 136:6,9,17
137:5,8,9,11,
12,14,15,24
138:5,13,15,1
9,23
139:9,17,22
140:3,15,17,2
1,23
141:1,3,7,8,1
7,21,24
142:1,2,5,16,
19,21,22
143:2,5,6,9,1
7
144:3,8,19,20
145:17,18,21,
24
146:4,6,7,20,
22,23
147:2,3,9,10,
13,14,18,22
148:1,2,5,8,1
1,12,17,21
149:1,7,17,18
,21,22
150:1,5,8,10,
12,16
151:1,7,9,11,
16,20
152:1,7,8,10,
12,16,22
153:2,10,13,2
1,23,24
154:3,4,7,11,
12,18,20
155:5,15,16,1
8,20,24
156:1,4,5,7,1
1,17,18,22
157:4,7,8,11,
12,15,16,18,1
9,21,22
159:4,6,19,20
,23 160:9,12
161:12,17,22
162:15,19

163:25
164:5,9,12
165:5,11,12,1
3,16,17,21
166:2,24
167:4,17,18,1
9,20,22
168:11,20
169:13,18,21
170:1,4,12,15
,19
171:4,5,15,17
,19,21,25
172:2,3,9,12,
15,19,22,25
173:16,20,21,
24
174:21,22,25
175:5,6,13,17
,20,21
176:6,24,25
177:1,16,18,2
0,22,23
178:1,5,8,12,
14
179:3,6,16,17
,20,24
180:12,23
181:1,12,13,1
9,20
182:1,9,12,18
,19,22,23
183:6,7,11,18
,20
184:21,22,23,
24,25
185:2,3,4
186:6,24
187:3,4,5,7,8
,10
188:5,8,10,12
,21,23,25
189:5,8,14,16
,19,24,25
190:4,5,8,12,
15,17,24
192:2,5,8,10,
17,24

193:3,8,10,12
,16,21,23
194:5,10,15,2
4
195:1,9,11,15
,17,20,23,24
196:9,11,13,1
6,18,21,22,24
197:2,9,17,21
,25
198:6,7,8,13,
14,21,25
199:5,9,10,11
,20
**you'd** 129:17
133:12 137:18
143:24
**you'll** 75:24
**your** 6:9,12
7:4,19
8:16,22 10:19
11:8,25 12:5
13:5,9
17:11,20 18:2
28:22 30:23
31:5,9,11,17,
19 32:12
33:14 36:16
38:5,8,10,19
41:13,24
42:20 47:14
48:16 51:11
52:17 55:16
56:5,6,9,15,1
7 58:7 59:15
60:3,16 61:14
62:15,19
63:18 64:3
67:5
68:16,17,24
69:3,8,16
76:20 79:16
80:6,10 83:7
87:4,12
88:3,17
94:17,18 95:3

96:12 97:21
99:10
100:11,16,25
102:15,25
109:7,11,14
116:11 118:6
119:2,14,15
120:9,18
123:8 126:2
127:15,24
129:4
130:5,6,21,23
,24 131:7
144:4 145:8
150:22 154:25
155:5,14,15,2
1 156:15
157:2,24
160:14 167:19
168:11,12,14,
19,20,21,23
169:2 171:4,7
172:4,13,17
174:23,25
175:21,24
177:19,20
189:16,19
196:17,18
197:22,25
199:10
**you're** 7:22
8:2,9,15 9:22
10:16,19 13:6
16:23 21:22
23:7 24:17
25:8,21 27:4
29:2 30:18
40:19
44:14,25
45:24 53:13
54:23,25 55:6
56:21
57:20,22
59:20 60:9
73:22 75:3,24
76:9 77:3,19
82:20 87:15

```
90:7,22
100:19 104:14
106:17,19
111:15
114:3,14
115:16
119:7,13
121:14
122:3,18
123:6,7,8
133:16 136:24
137:10 142:7
161:19 171:11
173:11,12,16,
18,20,21,22,2
5 174:16
175:3
176:4,22
177:2,6
186:5,13
187:6
190:1,16
192:17 198:4
```

**yours** 155:24
  156:2

**yourself**
  125:22 138:24

**you've** 40:25
  63:24 77:1
  82:6 83:10,17
  84:18 107:7
  108:23 109:2
  122:19 123:3
  127:17 132:24
  134:10
  138:17,24
  139:2,6
  143:19 180:24

---

Z

**zone** 115:25