UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:18cv61984

POLLY BASSETT,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

### **DEFENDANT, WAL-MART STORES EAST, LP.'S AMENDED RESPONSES TO POLLY BASSETT REQUEST TO PRODUCE**

Defendant, WAL-MART STORES EAST, LP, ("Wal-Mart") by and through undersigned counsel and in accordance with the Federal Rule of Civil Procedure 34 hereby serves its Amended Responses to Plaintiff Polly Bassett Request to Produce.

Respectfully submitted,

**/s/ Annalisa Gutierrez**
Jerry D. Hamilton
Florida Bar No. 970700
jhamilton@hamiltonmillerlaw.com
Annalisa Gutierrez, Esq.
Florida Bar No.: 97940
agutierrez@hamiltonmillerlaw.com
Gilda M. Chavez, Esq.
Florida Bar No.: 973173
gchavez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Wal-Mart Stores East, LP*
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690

CASE NO.: 0:18cv61984

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 11, 2018, I served the foregoing on all counsel of record or *pro se* parties identified on the attached Service List by electronic mail.

**/s/ Annalisa Gutierrez**
Annalisa Gutierrez, Esq.

## SERVICE LIST

Matthew Sean Tucker
Tucker Law
200 SE 6th Street
Suite 405
Fort Lauderdale, Florida 33301
Matt@TuckerUp.com

CASE NO.: 0:18cv61984

## Wal-Mart's Amended Responses to Plaintiff Request to Produce

17. Any and all documents that reflect the store camera layout map(s) of the Premises presently.

   **RESPONSE:**

   **None.**

20. Any and all video footage of the premises on the date of the accident.

   **RESPONSE:**

   **Produced via DropBox link.**

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690