IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 01:18-CV-61984-FAM


POLLY BASSETT,

      Plaintiff,

vs.

WAL-MART STORES EAST, L.P.,

      Defendant.

_____/


VOLUME I

VIDEO DEPOSITION OF MARIE LADEIRA
CORPORATE REPRESENTATIVE

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 30, 2019
10:00 A.M. TO 3:29 P.M.

OFFICES OF TUCKER LAW
200 SOUTHEAST SIXTH STREET
SUITE 405
FORT LAUDERDALE, FLORIDA 33301


VIDEO REPORTED BY:
LEAH MARLOWE, COURT REPORTER
NOTARY PUBLIC OF FLORIDA



877.291.3376
www.UCRinc.com

```
 1                   APPEARANCES OF COUNSEL

 2   ON BEHALF OF THE PLAINTIFF:

 3        MATTHEW SEAN TUCKER, ESQUIRE
          TUCKER LAW
 4        200 SOUTHEAST SIXTH STREET
          SUITE 405
 5        FORT LAUDERDALE, FLORIDA 33301
          954-204-0444
 6        Matt@TuckerUp.com

 7   ON BEHALF OF THE DEFENDANT:

 8        GILDA M. CHAVEZ, ESQUIRE
          HAMILTON, MILLER & BIRTHIESEL, L.L.P.
 9        150 SOUTHEAST SECOND AVENUE
          SUITE 1200
10        MIAMI, FLORIDA 33131
          305-379-3686
11        gchavez@hamiltonmillerlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



```
 1              INDEX OF EXAMINATION

 2    WITNESS:  Marie Ladeira
                                            PAGE
 3    DIRECT EXAMINATION
          By Matthew Tucker, Esquire            7

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1                    INDEX OF EXHIBITS

2     EXHIBIT                DESCRIPTION                PAGE

3        1       Witness Declaration                     11

4        2       Plaintiff's Re-Notice of Taking
                 Video Deposition Duces Tecum            116
5
         3       CCTV Footage Image (at 6:43:43 a.m.)    128
6
         4       CCTV Footage Image (at 6:45:15 a.m.)    155
7
         5       CCTV Footage Image (at 6:45:18 a.m.)    156
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1              INDEX OF CERTIFIED QUESTIONS
 2       PAGE(s)                          LINE(s)
 3       59                               15 - 17
 4       61                               19 - 21
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1                VIDEO DEPOSITION OF MARIE LADEIRA

 2                       JANUARY 30, 2019

 3   Thereupon:

 4                       MARIE LADEIRA

 5   was called as a witness, and after having been first

 6   duly sworn, testified as follows:

 7             THE WITNESS:  Yes.

 8             MS. CHAVEZ:  Before we begin I just wanted to

 9         put several things on the record.  Number one is

10         Ms. Ladeira is here to cooperate with the Notice of

11         Deposition for the Corporate Representative.  She

12         is still sick and so this deposition had been

13         continued from a prior date and -- postponed,

14         sorry, not continued -- and Ms. Ladeira is still

15         sick and she's here with a doctor's note but she

16         also has a Declaration signed by her as of the date

17         today she is still ill and so I want to place that

18         in the record.

19             There are several Duces Tecum requests with

20         respect to this deposition.  Everything has been

21         produced in response to the Duces Tecum with the

22         exception of job descriptions which I'm going to

23         provide for counsel; the job description of the

24         Cart Attendant, and the job description of the

25         People Greeter, and one more thing was that counsel
```



```
 1          had requested the names of the persons that were

 2          employed for the four hours before the incident.

 3          Wal-Mart does not maintain a record as such so

 4          there is no document that can be produced in

 5          responding to that.

 6               So, what we have done is we have searched the

 7          records and identified persons that were employed

 8          any time within that four-hour period.  That

 9          doesn't mean that anybody that's on this list that

10          I'm going to produce was employed for the full four

11          hours but anywhere within that four-hour period is

12          identified here in this list, anyone that was in

13          the Wal-Mart store at any time in that four-hour

14          period.  So, I'm handing that to counsel and that

15          completes the response to the Duces Tecum.

16               MR. TUCKER:  Okay.

17                         DIRECT EXAMINATION

18     BY MR. TUCKER:

19          Q.   Good morning.  Could you please spell your

20     name?

21          A.   Marie, M-A-R-I-E, last name, Ladeira,

22     L-A-D-E-I-R-A.

23          Q.   Have you ever had your deposition taken

24     before?

25          A.   Yes.
```



1        Q.    How many times?

2        A.    I have no idea.

3        Q.    Can you give me an estimate?

4        A.    I have been with Wal-Mart for 30 years.  I'd

5    say probably in that 30 years at least 10, 15 times, and

6    that's just an estimate.

7             MS. CHAVEZ:  Okay, I'm going to object in the

8         sense that I don't want you to guess, okay?

9             MR. TUCKER:  I'd ask if you object to please

10        just state your objection and unless I ask for the

11        reason it should not be stated.

12   BY MR. TUCKER:

13        Q.    I'm going to be deposing you in this case

14   asking you questions under oath; do you understand this?

15        A.    Yes.

16        Q.    And since this is an oral transcription the

17   court reporter can't write down head nods, or gestures,

18   or uh-huh's, uh-uh's.  So all your answers need to be

19   verbal. Is that fair?

20        A.    Yes, I understand.

21        Q.    Do you understand your moral and legal

22   obligation to tell the truth today?

23        A.    Yes.

24        Q.    And I'm entitled to what are considered

25   complete answers.  So, if I ask you what you had for



```
 1   breakfast and you had orange juice and eggs and bacon

 2   and you only tell me orange juice that wouldn't be a

 3   complete answer to my question, do you agree?

 4        A.   I understand.

 5             MS. CHAVEZ:  Objection.

 6   BY MR. TUCKER:

 7        Q.   And you understand that?

 8             MS. CHAVEZ:  Objection.

 9             THE WITNESS:  Yes.

10   BY MR. TUCKER:

11        Q.   Sometimes when I ask a question you may have

12   partial knowledge but not absolute knowledge or certain

13   incomplete knowledge.  If I ask you the temperature

14   right now you probably couldn't give me the exact degree

15   but you might be able to give me an approximate answer

16   or you might be able to tell me it's really hot, really

17   cold, or somewhere in the middle.  So, in that

18   circumstance an "I don't know" would not be appropriate

19   but giving me a range or an estimate based on your

20   knowledge with an explanation that it's a range or an

21   estimate is appropriate.  Do you understand this?

22             MS. CHAVEZ:  Objection.  You can respond.

23             THE WITNESS:  I understand.

24   BY MR. TUCKER:

25        Q.   And you understand if you omit important
```



```
 1   information today when answering my questions today that

 2   may be considered a lie by omission?

 3       A.   I'm sorry?

 4       Q.   If you omit certain information today that may

 5   be considered a lie by omission when you're answering my

 6   question.

 7            MS. CHAVEZ:  Objection.

 8            THE WITNESS:  I understand.

 9   BY MR. TUCKER:

10       Q.   Do you understand the difference between a

11   guess and an estimate?

12       A.   Yes.

13       Q.   We ask that you not guess today but obviously

14   you understand the difference between giving us an

15   estimate of something and guessing?

16       A.   Yes.

17       Q.   Rule 30(b)(6) of Rules of Civil Procedure

18   requires that Wal-Mart designate a person to testify on

19   its behalf.  Are you that person designated to testify

20   on behalf of Wal-Mart today?

21       A.   Yes.

22       Q.   Your attorney started this deposition by

23   stating that you may have to end this deposition early

24   because you're sick, is that accurate?

25       A.   Yes.
```



1      Q.   Why would Wal-Mart not designate a person who

2   could sit for an entire deposition today?

3           MS. CHAVEZ:  Objection.

4   BY MR. TUCKER:

5      Q.   You can answer.

6      A.   I did not know I was going to get sick when

7   this started.

8      Q.   What day did you get sick?

9      A.   Since December, December 30.

10     Q.   Well, it says here on your Declaration that

11  we're going to put in as Exhibit 1 that you got sick on

12  the morning of January 23rd of 2019, correct?

13          (Thereupon, Plaintiff's Exhibit 1 was marked

14          for identification.)

15          MS. CHAVEZ:  Objection.  Form.

16  BY MR. TUCKER:

17     Q.   You need to see your own Declaration that you

18  provided in this case?

19          MS. CHAVEZ:  Objection.  Form.  That's a

20       mischaracterization of what this Declaration

21       states.

22  BY MR. TUCKER:

23     Q.   Were you sick on January 23rd, 2019?

24     A.   Yes.

25     Q.   And was that the reason why you then didn't



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1    show up to the Notice of Deposition?

2         A.   Yes.

3         Q.   Okay.  It's been a week since then.  Why has

4    Wal-Mart not designated a person who can sit for an

5    entire day today?

6              MS. CHAVEZ:  Objection.  Asked and answered.

7              MR. TUCKER:  Please answer the question.  And

8         again, unless I ask for your reason please just

9         state objection.

10             THE WITNESS:  I don't have an answer for that

11        question.

12   BY MR. TUCKER:

13        Q.   Wal-Mart, sitting here today, can't answer the

14   question as to why they haven't designated someone who

15   can sit for an entire deposition?

16             MS. CHAVEZ:  Objection.  Form.  She couldn't

17        answer the question.

18             THE WITNESS:  I do not have an answer for that

19        question.

20   BY MR. TUCKER:

21        Q.   And you understand when we say Wal-Mart today

22   legally we're talking about Wal-Mart Stores East, LP?

23        A.   Yes.

24        Q.   Are you aware that the Rules of Civil

25   Procedures requires you to designate a person to testify



Ladeira, Marie  01-30-2019          Page 13 of 159

1   on matters known or reasonably available to the

2   organization?

3        A.   I'm sorry?

4        Q.   I'll repeat the question.  And if there's a

5   question that you don't understand as I'm going through

6   this please ask me to repeat it or rephrase it.

7        A.   Yes.

8        Q.   Are you aware that Rules of Civil Procedure

9   require you as a designated person to testify about

10  matters known or reasonably available to the

11  organization?

12            MS. CHAVEZ:  Objection.  Form.

13            THE WITNESS:  I don't know what any of the

14       rules of procedure are.

15            MS. CHAVEZ:  Objection.  Form.

16  BY MR. TUCKER:

17       Q.   Are you aware that as the designated person

18  you're required to testify about matters known or

19  reasonably available to Wal-Mart?

20       A.   Yes.

21       Q.   And Rule 30(b)(6) requires your consent to be

22  designated to speak as the voice of Wal-Mart --

23            MS. CHAVEZ:  Objection.  Form.

24  BY MR. TUCKER:

25       Q.   Have you consented to be designated to speak



1   as the voice for Wal-Mart here today?

2        A.   Yes.

3        Q.   And you understand that your testimony as a

4   Rule 30(b)(6) Witness represents the collective

5   knowledge of the Corporation, not you specifically as

6   the deponent?

7             MS. CHAVEZ:  Objection.  Form.

8             THE WITNESS:  Can you repeat the question?

9   BY MR. TUCKER:

10       Q.   Absolutely.  Do you understand that your

11  testimony as a Rule 30(b)(6) Witness represents the

12  collective voice of Wal-Mart, not you specifically as

13  the deponent here today?

14            MS. CHAVEZ:  Objection.  Form.

15            THE WITNESS:  In this case, yes.

16  BY MR. TUCKER:

17       Q.   And you understand when I'm asking you a

18  question using the pronoun "you" or "your," I'm asking

19  for your answer as the testimony on behalf of Wal-Mart?

20       A.   Yes.

21       Q.   And you understand as the designee you must

22  testify not only about facts within the Corporation's

23  collective knowledge including the results of an

24  investigation initiated for the purpose of complying

25  with the Rule of 30(b)(6) Notice, but as a designee you



1  must testify about the Corporation's position, belief,

2  and opinions?

3          MS. CHAVEZ:  Objection.  Form.

4          THE WITNESS:  Yes.

5  BY MR. TUCKER:

6      Q.   And you understand your testimony is binding

7  on Wal-Mart?

8      A.   Yes.

9      Q.   What is your role for Wal-Mart?

10     A.   I am a Co-Manager.

11     Q.   Co-Manager of what store?

12     A.   Store 1387.

13     Q.   What is "1387?"

14     A.   It's located 3801 Turtle Creek Drive in Coral

15  Springs.

16     Q.   And you said as a Co-Manager?

17     A.   Yes, sir.

18     Q.   What does that mean?

19     A.   That I am second in charge of the store.

20     Q.   Who's first in charge?

21     A.   Clive Provost Heron (phonetic).

22     Q.   What is his name?

23     A.   Clive Provost Heron.

24     Q.   Is there any reason that if you are too sick

25  to sit for this entire deposition today that Wal-Mart



1  **could not have sent Clive Provost Heron as its corporate**

2  **representative?**

3             MS. CHAVEZ:  Objection.  Form.

4             THE WITNESS:  Clive is in Texas at a YBM,

5        year-beginning corporate meeting.

6  BY MR. TUCKER:

7        Q.    **How long have you worked for Wal-Mart?**

8        A.    It'll be 30 years August 12th this year.

9        Q.    **How long have you been a Co-Manager of**

10 **Wal-Mart?**

11       A.    14 years.

12       Q.    **What was your role before Co-Manager?**

13       A.    Assistant Manager.

14       Q.    **How long were you Assistant Manager at**

15 **Wal-Mart?**

16       A.    Six years I think, six years.

17       Q.    **What was the role of Assistant Manager at**

18 **Wal-Mart?**

19       A.    Assistant Manager supervises all the

20 Department Managers and reports to the Co-Manager,

21 making sure that all the functions and everything is

22 done in a day to day business.

23       Q.    **And that was at the same store?**

24       A.    No.

25       Q.    **What store was that at?**



877.291.3376
www.UCRinc.com

```
 1          A.   My previous store to this one is "655" in

 2   Madisonville, Kentucky.  Prior to that I was at Store

 3   257 in Morganfield, Kentucky.  Prior to that I was at

 4   "2314" in Royal Kunai, Hawaii.  Prior to that I was at

 5   "2126" in Mililani, Hawaii, and there are several more

 6   stores if you want them all.

 7          Q.   Are these all with Wal-Mart?

 8          A.   Yes.

 9          Q.   Okay, and so it looks like you have spent 14

10   years as a Co-Manager of the store at Turtle Run, yes?

11          A.   12.

12          Q.   12 years?

13          A.   12 years.

14          Q.   Have you ever been a manager for 14 years?

15          MS. CHAVEZ:  Objection.  Form.

16          THE WITNESS:  I was a Co-Manager at another

17     store before I came here.

18   BY MR. TUCKER:

19          Q.   For 14 years?

20          A.   Two years in another store, 12 years at this

21   one.

22          Q.   Gotcha.  For a total of 14 years as

23   Co-Manager?

24          A.   Yes.

25          Q.   Okay.  So you've been at Turtle Run for 12
```



1  years?

2      A.   Yes.

3      Q.   What store were you at for two years as

4  Co-Manager?

5      A.   "655," Madisonville, Kentucky.

6      Q.   And so, is it fair to say that you started off

7  as -- well, it says you spent six years there.  What was

8  your role while you were there for six years?

9      A.   Six years, I was in Madisonville for two

10  years.

11      Q.   Okay, well, let's just back up then.  Why

12  don't you just tell me, you gave me a whole list of

13  places. Just go through and tell me how long you were at

14  each store for.

15      A.   Madisonville, I was there for right at two

16  years.  At "257," I was there for six months.  At

17  "2314," I was there for four or five years, I can't

18  remember exact.  At "2314" I was there for about two

19  years.

20      Q.   When was your first management position with

21  Wal-Mart?

22      A.   1994.

23      Q.   So you have been a manager at Wal-Mart for 25

24  years?

25      A.   Not the whole time.  I did step down because



1  my husband had a heart attack.

2       Q.    When did you step down, for how long?

3       A.    About a year and a half.

4       Q.    Is it fair to say you spent 23 and a half

5  years as a manager for Wal-Mart?

6       A.    Yeah, a salaried manager.

7       Q.    And this is kind of what we talked about

8  giving a complete answer.  What does that mean?  What is

9  the term, "salaried manager," versus something else?  It

10  sounds like there's something else there.

11       A.    Well, there's hourly where you get paid by the

12  hour as a manager and there's salaried where you get a

13  flat salary.

14       Q.    Okay, so you spent 23 years and a half as a

15  salaried manager, yes?

16       A.    Yes.

17       Q.    Have you ever spent any time as an hourly

18  manager?

19       A.    Yes.

20       Q.    How many years did you spend as an hourly

21  manager for Wal-Mart?

22       A.    The rest of the time that I've been with

23  Wal-Mart.

24       Q.    Have you always been a manager at Wal-Mart?

25       A.    Yes.



1      Q.    What's your education?

2      A.    I have a degree in Accounting.

3      Q.    From where?

4      A.    From Pacific University in Honolulu.

5      Q.    Have you ever been an accountant?

6      A.    No.  I did accounting for my husband's

7  business. That's why I studied accounting.

8      Q.    Were you a manager at Wal-Mart prior to

9  getting your accounting degree?

10      A.    No.

11      Q.    How did you come to start working for Wal-

12  Mart?

13      A.    I filled out an application, they called me.

14      Q.    How many years did you spend as an hourly

15  manager for Wal-Mart?

16          MS. CHAVEZ:  Objection.

17          THE WITNESS:  From 1989 to 1994.

18  BY MR. TUCKER:

19      Q.    Is there a difference between an hourly

20  manager and a salaried manager aside from the way you're

21  paid?  Is there an important distinction between the

22  two?

23      A.    As you become a salaried manager you have more

24  responsibility.  You're over areas and more people.

25      Q.    But it's fair to say here today that you have



1  been a manager for Wal-Mart for 28 and a half years as a

2  combined salaried and hourly manager?

3      A.   29 and a half.

4      Q.   29 and a half, okay.  Does Wal-Mart provide

5  training regarding safety?

6      A.   Yes.

7      Q.   Please tell me all the ways that Wal-Mart

8  trains managers on safety.

9          MS. CHAVEZ:  Objection.  Form.

10          THE WITNESS:  The majority of our safety

11      training starts with computer-based learning and

12      they are repeated yearly.

13  BY MR. TUCKER:

14      Q.   Anything else?

15      A.   That's the way it's done now.  Before the

16  computer-based learning program started there were

17  training documents and we had meetings.

18      Q.   Do you no longer have meetings?

19      A.   We have meetings all the time every day.

20      Q.   Well, at the time of the slip and fall that

21  we're here to discuss --

22      A.   Yes.

23      Q.   Was it computer-based?

24      A.   Absolutely.

25      Q.   Is that the majority of the way Wal-Mart



877.291.3376
www.UCRinc.com

1    trains its managers now or at least at the time of the

2    fall?

3              MS. CHAVEZ:  Objection.  Form.

4              THE WITNESS:  Training is done computer-based

5         and then on the job.  You do the computer training,

6         you have to make a certain score in order to pass

7         it. You're required to do it every year and then

8         there's also one-on-one when the managers walk with

9         the people in their areas.

10   BY MR. TUCKER:

11        Q.   Does Wal-Mart train employees regarding store

12   safety?

13        A.   Yes.

14        Q.   Please tell me all the ways in which Wal-Mart

15   trains its employees regarding store safety.

16             MS. CHAVEZ:  Objection.  Form.  And let me

17        take you to the Court's order as to Item Number

18        Four.  The Court specifically limited to policies

19        relating to inspection, maintenance reporting, and

20        cleaning of transitory substances.

21             MR. TUCKER:  Can I see that?

22             MS. CHAVEZ:  Order Number 30, Docket Entry

23        Number 30.  Matters for examination, Number Four,

24        Paragraph D, and matters under Number Four of Duces

25        Tecum, requests Numbers One and Two shall be



1       limited to procedures and policies relating to the

2       inspection made to this reporting and cleaning of

3       transitory substances from the floor.

4            MR. TUCKER:  Are you instructing her not to

5       answer the question?

6            MS. CHAVEZ:  I'm telling you that you're

7       beyond the scope of the Notice and the Court's

8       order.

9            MR. TUCKER:  Are you instructing her not to

10      answer the question?

11           MS. CHAVEZ:  I'm not instructing her not to

12      answer the question.  Are we going to spend time

13      here on matters that are not relevant and beyond

14      the Court's order because, rest assured, if we

15      spend too much time on something that's beyond the

16      Court's order that will be taken up with the Court

17      later.

18  BY MR. TUCKER:

19      **Q.   Please tell me all the ways in which Wal-Mart**

20  **trains its employees regarding store safety.**

21      A.   All Associates when they're hired with Wal-

22  Mart go through a computer-based learning session.

23  Before they're even allowed on the floor they must

24  complete and pass all of these computer-based learning

25  modules.  Also, when we have our meetings at the store



1  morning, night, and overnight, we cover safety.  We have

2  a safety team in the store and we have monthly safety

3  meetings covering safety in the store.

4      **Q.   So employees continue to receive safety**

5  **training during the course of their employment, is that**

6  **just at the meetings?**

7      A.   Yes.

8          MS. CHAVEZ:  Objection.  Form.

9          THE WITNESS:  The meetings and they repeat on

10     the CBL's, the computer-based learning.

11  BY MR. TUCKER:

12      **Q.   Does Wal-Mart ever have conference calls**

13  **regarding store safety?**

14          MS. CHAVEZ:  Objection.  Form.

15          THE WITNESS:  Wal-Mart has conference calls

16     all the time regarding safety and other issues.

17  BY MR. TUCKER:

18      **Q.   Did anybody participate in any conference**

19  **calls or meetings regarding store safety following the**

20  **slip and fall of Polly Bassett on December 24th, 2016?**

21          MS. CHAVEZ:  Objection.  Form.

22          THE WITNESS:  That particular incident, not to

23     my knowledge.

24  BY MR. TUCKER:

25      **Q.   Does Wal-Mart provide any safety bonuses that**



877.291.3376
www.UCRinc.com

1    are paid out to any employees or managers?

2            MS. CHAVEZ:  Objection.  Form.  Beyond the

3        scope of this Deposition Notice and goes beyond

4        what's permitted by the Court's order.

5    BY MR. TUCKER:

6        Q.   As a manager for 29 and a half years for Wal-

7    Mart, do you know whether or not Wal-Mart pays bonuses

8    to employees or managers for safety related --

9            MS. CHAVEZ:  Objection.  Form.

10           THE WITNESS:  For safety?  I don't get a

11       bonus, nobody gets a bonus just because of safety.

12   BY MR. TUCKER:

13       Q.   In other words, if there's no accidents or

14   less than a certain amount of accidents somebody gets a

15   bonus?

16           MS. CHAVEZ:  Objection.  Form.  Objection.

17       Form.  Where is that on your Notice?

18   BY MR. TUCKER:

19       Q.   As a manager for 29 and a half years --

20           MS. CHAVEZ:  That's not the question.  Where's

21       that on your Notice?

22   BY MR. TUCKER:

23       Q.   Ma'am?

24       A.   She's asking you a question.

25       Q.   Ma'am, I'm here to ask you questions today.



1         MS. CHAVEZ:  Where is that on your Notice?

2         MR. TUCKER:  Are you instructing her not to

3     answer this?

4         MS. CHAVEZ:  I'm asking you where is that on

5     the Notice?  I'm asking where is that on the

6     Notice?

7  BY MR. TUCKER:

8     Q.   **Ma'am, are you able to answer that question?**

9         MS. CHAVEZ:  She's answered the question.

10        MR. TUCKER:  Certify it to the Court you have

11    to answer it.

12        MS. CHAVEZ:  She answered it.

13        MR. TUCKER:  She has not answered my question.

14    She told me that for me to talk to you.  Now, are

15    you going to answer the question?

16        MS. CHAVEZ:  Can you read back the answer?

17        (Court reporter read back.)

18  BY MR. TUCKER:

19    Q.   **Do you or any other employees or managers get**

20  **bonus if there's not an accident within a certain period**

21  **of time?**

22        MS. CHAVEZ:  Objection.  Form.

23        THE WITNESS:  No.  Can I answer this question?

24    Our bonuses are based on sales, profit, and

25    customer satisfaction.


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

Ladeira, Marie   01-30-2019          Page 27 of 159

```
 1    BY MR. TUCKER:
 2         Q.   And bonuses don't go up if there's less than a
 3    certain amount of accidents or no accidents --
 4              MS. CHAVEZ:  Objection.  Form.  Asked and
 5         answered.
 6              THE WITNESS:  Our bonuses are based on three
 7         things; sales, profit, and customer satisfaction.
 8    BY MR. TUCKER:
 9         Q.   Does Wal-Mart use floor mats in areas that it
10    knows liquids can cause slip and falls?
11              MS. CHAVEZ:  Objection.  Form.
12              THE WITNESS:  Floor mats are put down when
13         it's raining heavily outside.
14    BY MR. TUCKER:
15         Q.   They're not used all the time?
16         A.   No.
17              MS. CHAVEZ:  Objection.  Form.
18    BY MR. TUCKER:
19         Q.   Wal-Mart doesn't use floor mats in produce
20    areas?
21              MS. CHAVEZ:  Objection.  Form.
22              THE WITNESS:  There are floor mats in the
23         produce area because there is water at the wet
24         walls for produce.
25              MS. CHAVEZ:  Objection.  Form.
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1   BY MR. TUCKER:

 2        Q.   And they use those floor mats even when it's

 3   not raining heavily, yes?

 4             MS. CHAVEZ:  Objection.  Form.  In the

 5        vestibule you mean?

 6             THE WITNESS:  No, he's talking about over in

 7        produce.  In produce there is water every day from

 8        the wet wall where it sprays the produce to keep it

 9        fresh.

10   BY MR. TUCKER:

11        Q.   What about in front of the bagged-ice

12   freezers?

13             MS. CHAVEZ:  Objection.  Form.

14             THE WITNESS:  There are mats in front of the

15        ice freezers.

16   BY MR. TUCKER:

17        Q.   In fact, in the production Wal-Mart has

18   identified that liquids can cause slip and fall hazards

19   such as in the produce.  Start over.  Wal-Mart has

20   produced documents where they've identified that liquids

21   that can cause slip and fall hazards such as in produce,

22   in front of the bagged-ice freezers, and the vestibule,

23   correct?

24             MS. CHAVEZ:  Objection.  Form.  You can

25        answer.
```



Ladeira, Marie  01-30-2019        Page 29 of 159

```
1              THE WITNESS:  We have mats in front of the ice
2         and produce all the time, not in the vestibules.
3    BY MR. TUCKER:
4         Q.   Where do you store the floor mats for the
5    vestibule when they're not in the vestibule?
6              MS. CHAVEZ:  Objection.  Form.
7              THE WITNESS:  The storage closet.
8    BY MR. TUCKER:
9         Q.   Where is the storage closet located?
10        A.   In the vestibule.
11        Q.   Why would the floor mats not be out all of the
12   time?
13             MS. CHAVEZ:  Objection.  Form.  Asked and
14        answered.
15             THE WITNESS:  Floor mats can cause a trip
16        hazard if they're out when they're not needed.
17   BY MR. TUCKER:
18        Q.   Do floor mats help prevent slip and falls in
19   the vestibule?
20             MS. CHAVEZ:  Objection.  Form.
21             THE WITNESS:  When a person comes in the
22        building, if there's water on their feet from
23        raining it gives them an opportunity to wipe their
24        feet off so that they don't carry all that liquid
25        into the building.
```



1    BY MR. TUCKER:

2        Q.   I appreciate your answer.  My question is just

3    a little bit different.  I'm just asking if floor mats

4    help prevent slip and falls in the vestibule?

5             MS. CHAVEZ:  Objection.  Form.

6             THE WITNESS:  It would all depend on the

7        circumstances.

8    BY MR. TUCKER:

9        Q.   What do you mean by that?

10       A.   Whether it's raining outside or not.

11       Q.   Please tell me all the instances when a floor

12   mat would not prevent slip and falls in the vestibule?

13            MS. CHAVEZ:  Objection.  Form.  Where is that

14       in your Notice?

15   BY MR. TUCKER:

16       Q.   Ma'am?

17            MS. CHAVEZ:  Where is that in the Notice?

18   BY MR. TUCKER:

19       Q.   Ma'am, answer the question.

20            MS. CHAVEZ:  Can you read the question again?

21            (Court reporter read back.)

22            MS. CHAVEZ:  Okay, we're going to object to

23       the form and we're also going to object on grounds

24       that it's beyond the scope of the Notice.  So, this

25       witness is going to testify as to the best of her



1        ability but it does not bind the Corporation if

2        it's beyond the scope of the Notice.

3             THE WITNESS:  If a floor mat is on the floor

4        in the vestibule and it has no need to be there

5        because there's no water, not raining outside, then

6        it actually could cause a slip, trip hazard for the

7        fact that it's there and it's not needed and to the

8        best of my knowledge that is the answer I have for

9        you.

10   BY MR. TUCKER:

11        Q.   And if it was wet outside then Wal-Mart would

12   agree the floor mat should be on the ground in the

13   vestibule?

14             MS. CHAVEZ:  Objection.  Form.  Asked and

15        answered.

16             THE WITNESS:  If it's raining outside we put

17        the mats down so people can wipe their feet when

18        they come in so the bottom of the shoes are dry and

19        they come with umbrellas to shake and they don't

20        get that water all over the floor to prevent

21        accidents.

22   BY MR. TUCKER:

23        Q.   Is the vestibule a particularly dangerous area

24   in the store?

25             MS. CHAVEZ:  Objection.  Form.



```
 1              THE WITNESS:  No.
 2  BY MR. TUCKER:
 3       Q.   Have you reviewed the CCTV video from December
 4  24th, 2016 that you produced in this case?
 5       A.   For this particular incident, yes, sir.
 6       Q.   And we can agree that we would not see floor
 7  mats in that CCTV video?
 8       A.   There was no floor mats.  But also, if you
 9  reviewed the video you did see that there was a lot of
10  people coming and going at that time and also that no
11  one had umbrellas or anything that would indicate there
12  was any need for mats to be down.
13       Q.   No umbrellas at all?
14       A.   No umbrellas at all.
15       Q.   We wouldn't see any person with umbrellas?
16       A.   I did not see any people with umbrellas.
17       Q.   Have you reviewed the tape carefully?
18       A.   I did see the video.  To my knowledge I did
19  not see any.
20       Q.   Would you agree in furtherance of Wal-Mart's
21  desire to not let anyone get hurt in one of the stores
22  that Wal-Mart created safety rules to protect its
23  visitors?
24              MS. CHAVEZ:  Objection.  Form.
25              THE WITNESS:  The safety rules are to protect
```



```
 1           the customers and the Associates because we do not
 2           want anyone to get hurt in our stores.
 3    BY MR. TUCKER:
 4           Q.   So you would agree then in furtherance of Wal-
 5    Mart's goal to avoid persons being injured at stores
 6    it's created safety rules to protect both its visitors
 7    and its employees?
 8                MS. CHAVEZ:  Objection.  Form.
 9                THE WITNESS:  I believe that's what I just
10           said.
11    BY MR. TUCKER:
12           Q.   Is that a yes?
13           A.   Yes.
14           Q.   Do you agree that Wal-Mart must provide a
15    clean, safe, and hazard-free shopping environment?
16                MS. CHAVEZ:  Objection.  Form.
17                THE WITNESS:  That is our goal.
18    BY MR. TUCKER:
19           Q.   And that's a reasonable thing to do, providing
20    a clean, safe, and hazard-free shopping environment?
21           A.   Absolutely.
22           Q.   Do you agree that clean, clear, and dry floors
23    are vital to preventing slip and falls?
24           A.   Yes.
25                MS. CHAVEZ:  Objection.  Form.
```



```
 1   BY MR. TUCKER:
 2        Q.   And do you agree that clear, clean, and dry
 3   floors are vital to preventing accidents?
 4        A.   Yes.
 5        Q.   Do you agree that the vestibule is one area of
 6   the store that Wal-Mart must keep clean, safe, and
 7   hazard-free?
 8             MS. CHAVEZ:  Objection.  Form.
 9             THE WITNESS:  Every area of our store we try
10        to keep clean, free, and hazardous-free, and dry.
11   BY MR. TUCKER:
12        Q.   And I appreciate your answer but my question
13   is just a little bit different.  I'm just asking whether
14   you agree that the vestibule is one area of the store
15   that Wal-Mart must keep clean, safe, and hazard-free?
16             MS. CHAVEZ:  Objection.  Form.
17             THE WITNESS:  Yes.
18   BY MR. TUCKER:
19        Q.   And I just want to be clear.  There's two what
20   Wal-Mart has defined as vestibules in that store on
21   Turtle Run?
22        A.   Yes.
23        Q.   And when we talk about the store you know
24   which store we're talking about today.  We're talking
25   about the one on Turtle Run?
```



```
 1        A.    That's the store I work in, yes, I do.

 2        Q.    Okay.  And when we talk about vestibule we're

 3   talking specifically about the vestibule that the

 4   Plaintiff slipped and fell in, yes?

 5        A.    The general merchandise side, yes, sir.

 6        Q.    And that's a reasonable thing to do, keeping

 7   the vestibule clean, safe, and hazard-free for the

 8   benefit of the public and your employees?

 9        A.    Yes.

10              MS. CHAVEZ:  Objection.  Form.

11   BY MR. TUCKER:

12        Q.    And that's a safety rule that Wal-Mart has

13   enacted in attempt to protect visitors and employees?

14              MS. CHAVEZ:  Objection.  Form.

15              THE WITNESS:  It is one of our directives to

16        keep it clean.

17   BY MR. TUCKER:

18        Q.    Do you agree that Wal-Mart must keep its

19   floors and its store free of debris and substances?

20        A.    Yes.

21        Q.    And that's a reasonable thing to do, keeping

22   the floors and the store free of debris and substances?

23              MS. CHAVEZ:  Objection.  Form.

24              THE WITNESS:  I would say it's a reasonable

25        thing to do anywhere, store, your office, your
```



```
 1        home.
 2   BY MR. TUCKER:
 3        Q.   Do you agree that keeping Wal-Mart floors
 4   clean reduces the chance of visitors and employees
 5   getting injured?
 6        A.   Yes.
 7        Q.   Another safety rule at Wal-Mart is that liquid
 8   on the floor must not be left attended until they are
 9   cleaned, correct?
10        A.   Left unattended, yes.
11        Q.   And that's a reasonable thing to do, not
12   leaving a liquid unattended until it's cleaned?
13        A.   Yes.
14        Q.   And Wal-Mart created safety rules because Wal-
15   Mart knows that substances often get on the floor of its
16   premises, yes?
17             MS. CHAVEZ:  Objection to form.
18             THE WITNESS:  We know that it can happen and
19        we do try to keep anyone from getting injured.
20   BY MR. TUCKER:
21        Q.   I appreciate the answer.  My question is just
22   a little different.  My question was, Wal-Mart created
23   the safety rules because Wal-Mart knows that substances
24   often get on the floor of its premises, yes?
25             MS. CHAVEZ:  Objection.  Form.
```



```
 1              THE WITNESS:  The word "often" I think is not
 2         relevant in here.  It can happen but I think often
 3         is, I don't agree with that portion of the
 4         statement.
 5    BY MR. TUCKER:
 6         Q.   So Wal-Mart denies that substances often get
 7    on the floor of its stores?
 8         A.   Wal-Mart is not denying that substances can
 9    get on the floor.  There's no timeframe that's saying
10    how often it's going to happen.  It happens.  We clean
11    it up.
12         Q.   Right.  But what I'm asking is whether Wal-
13    Mart created safety rules because Wal-Mart knows that
14    substances often get on the floor of its premises.
15              MS. CHAVEZ:  Objection.  Form.
16              THE WITNESS:  Change the word from often to
17         can.
18    BY MR. TUCKER:
19         Q.   That's not my question.  Are you saying that
20    Wal-Mart doesn't know that substances often get on the
21    floor of its premises?
22         A.   Wal-Mart does know that substances can get on
23    the  floor.  There's no timeframe as to know how often
24    it's going to happen.
25         Q.   Another safety rule at Wal-Mart is that
```



1  **substances on the floor must be coned off or blocked off**

2  **immediately, correct?**

3      A.   They must be guarded, yes, and blocked as soon

4  as possible.  As soon as we're made aware of it.

5      **Q.   What about being coned off?**

6          MS. CHAVEZ:  Objection.  Form.

7          THE WITNESS:  You can't always cone it if you

8      don't have a cone there.  You can stand there and

9      you guard it until someone can come and bring you a

10     cone.

11 BY MR. TUCKER:

12     **Q.   Okay, so the safety rule at Wal-Mart then you**

13 **would agree is that the substance on the floor must**

14 **either be coned off or blocked off immediately?**

15     A.   Or guarded, yes.

16     **Q.   Okay.  And blocking off or guarding substances**

17 **on the ground and not leaving them unattended is the**

18 **best way to protect store visitors and employees from**

19 **slipping and falling?**

20     A.   Yes.

21         MS. CHAVEZ:  Objection to form.

22 BY MR. TUCKER:

23     **Q.   And a safety rule at Wal-Mart is that liquids**

24 **and substances on the floor must be immediately cleaned,**

25 **correct?**



1    A.   Yes.

2        Q.   Would you agree that another safety rule of

3    Wal-Mart.  Would you agree that another safety rule at

4    Wal-Mart is that employees must always be aware and

5    ready to take action to protect store visitors and

6    employees?

7        A.   Yes.

8        Q.   That's a reasonable thing to do, always being

9    aware and ready to take action?

10       A.   Yes.

11       Q.   Do you agree that Wal-Mart must immediately

12   address slipping hazards in the vestibule?

13           MS. CHAVEZ:  Objection to form.

14           THE WITNESS:  The vestibule and the entire

15       store.

16   BY MR. TUCKER:

17       Q.   And that's a reasonable thing to do, Wal-Mart

18   immediately addressing slip hazards in the vestibule?

19       A.   As soon as you're made aware of something you

20   take care of it right away.

21       Q.   Do you agree that as a general safety rule

22   Wal-Mart must complete safety sweeps on a regular basis

23   to keep the vestibule free from slipping hazards?

24       A.   There is no specific timeline in a store for

25   doing safety sweeps.  We complete safety sweeps



```
 1   throughout the day and if as we are touring the store
 2   during the day we become aware of an area that needs a
 3   safety sweep then Maintenance is called to take care of
 4   it immediately.
 5        Q.   I appreciate your answer.  My question is just
 6   a little different.  I'm just asking whether you would
 7   agree as a general safety rule Wal-Mart must complete
 8   safety sweeps on a regular basis to help keep the
 9   vestibule free from slipping hazards?
10             MS. CHAVEZ:  Objection.  Form.
11             THE WITNESS:  Wal-Mart does safety sweeps,
12        again, throughout the day.  There is no designated
13        timeframe or schedule for doing it, safety sweeps.
14   BY MR. TUCKER:
15        Q.   Is it your testimony, since I've asked you
16   this question now twice, that Wal-Mart does not need to
17   do safety sweeps on a regular basis --
18             MS. CHAVEZ:  Objection.  Form.
19   BY MR. TUCKER:
20        Q.   -- inside the vestibule to keep it clean?
21             MS. CHAVEZ:  Objection.  Form.  Objection.
22        Form.
23             THE WITNESS:  We do safety sweeps all day
24        long. There is no schedule as to what area of the
25        store they should be in at any specific time.
```



```
 1   BY MR. TUCKER:

 2        Q.   And are safety sweeps done on a regular basis

 3   inside of the vestibule throughout the day?

 4        A.   Safety sweeps are done throughout the

 5   vestibule.

 6        Q.   Would it ever be permissible for a Wal-Mart

 7   employee to walk by a substance on the floor in the

 8   vestibule without cleaning the substance or putting up a

 9   wet-floor sign?

10             MS. CHAVEZ:  Objection.  Form.

11             THE WITNESS:  If they see it and they're aware

12        of it they are to stop whether they're on the clock

13        or not and take care of it.  If they're off the

14        clock then they do a time adjustment to get paid

15        for that time.

16   BY MR. TUCKER:

17        Q.   And I appreciate your answer.  My question is

18   just a little bit different.  I'm just asking, when

19   would it ever be permissible for a Wal-Mart employee to

20   walk by a substance on a floor in the vestibule without

21   cleaning the substance or putting up a wet-floor sign?

22             MS. CHAVEZ:  Objection.  Form.

23             THE WITNESS:  It is not permissible if they

24        are aware of it.

25   BY MR. TUCKER:
```



```
 1        Q.   When would it be permissible for them to walk

 2    by a substance on the floor without cleaning the

 3    substance or putting up a wet-floor sign?

 4            MS. CHAVEZ:  Objection to form.

 5            THE WITNESS:  I think I've answered that

 6        question.

 7    BY MR. TUCKER:

 8        Q.   Are you refusing to answer it?

 9            MS. CHAVEZ:  No, she's answered it.

10            THE WITNESS:  I answered.

11    BY MR. TUCKER:

12        Q.   I don't believe that you have.  When would it

13    be permissible for them to walk by a substance and not

14    clean it or guard it or put up a sign?

15            MS. CHAVEZ:  Objection.  Form.

16            THE WITNESS:  It's not permissible when they

17        are aware of a spill or something on the floor.

18    BY MR. TUCKER:

19        Q.   Are there any other instances where it would

20    not be permissible to walk by it without cleaning it?

21            MS. CHAVEZ:  Objection.  Form.

22            THE WITNESS:  The only time would be if they

23        were not aware of it.

24    BY MR. TUCKER:

25        Q.   As a general safety rule does Wal-Mart agree
```



1  that floor safety requires all Associates to be alert,

2  looking for hazards, and correct hazards quickly?

3      A.   Yes.

4      Q.   When would it be permissible for an Associate

5  to not be on alert for hazards when inside of Wal-Mart?

6          MS. CHAVEZ:  Objection.  Form.

7          THE WITNESS:  It is not permissible for them

8      not to be alert and watching.  However, when you're

9      going through the lobby, if there's people

10      everywhere and they are very busy, quite often you

11      will not always see something because maybe another

12      customer is between you and that particular spill

13      or item on the floor.

14  BY MR. TUCKER:

15      Q.   Okay, so if there's a person between the

16  employee and the spill on the floor then it would be

17  permissible not to be alert?

18          MS. CHAVEZ:  Objection.  Form.

19          THE WITNESS:  I did not say that.  They need

20      to be alert but they may not see it.  If someone is

21      standing between them and then there's a lot of

22      customers they may not see it.  That's the only

23      time.

24  BY MR. TUCKER:

25      Q.   That's the only time, when somebody's standing



```
 1   between them and the substance, yes?

 2           MS. CHAVEZ:  Objection.  Form.  Asked and

 3        answered several times already.

 4   BY MR. TUCKER:

 5        Q.   Ma'am?

 6        A.   I've answered that question multiple times.

 7        Q.   Are you refusing to answer?

 8        A.   I'm not refusing to answer.  I answered you.

 9           MR. TUCKER:  Can you read back the answer?

10           THE WITNESS:  I don't know how many times you

11        want me to answer the same question.

12           MR. TUCKER:  Ma'am.  Can you read back that

13        last question?

14           MS. CHAVEZ:  Well, the last answer actually.

15           MR. TUCKER:  Please read back the last

16        question.

17           (Court reporter read back.)

18   BY MR. TUCKER:

19        Q.   Is there ever an instance that a Wal-Mart

20   employee walking through the vestibule does not have to

21   be on alert for a slipping hazard?

22        A.   They always need to be on alert.

23        Q.   Every time they walk through that vestibule

24   they have to be on alert for a slipping hazard?

25        A.   Wal-Mart Associates are supposed to be on
```



```
 1    alert at all times, the vestibule, or anywhere they're

 2    in the store for a slip or a trip hazard.

 3         Q.   Tell me all the instances where it would be

 4    permissible for an employee to walk through the

 5    vestibule without being on alert for a slipping hazard.

 6              MS. CHAVEZ:  Objection.  Form.  Asked and

 7         answered.

 8              THE WITNESS:  They always need to be on alert.

 9    BY MR. TUCKER:

10         Q.   So, is it your testimony that there's never an

11    instance where it'd be permissible for an employee to

12    walk through the vestibule without being on alert for a

13    slipping hazard?

14              MS. CHAVEZ:  Objection.  Form.

15              THE WITNESS:  Associates should always be on

16         alert when they go through anywhere in the store

17         including the vestibule for anything that can cause

18         a slip or a trip hazard.

19    BY MR. TUCKER:

20         Q.   And so are you saying no, it would never be

21    permissible for an employee to walk through the

22    vestibule without being on alert for a slipping hazard?

23         A.   They always need to be on alert.  It's not

24    permissible.

25         Q.   What is the maintenance page of The Wire?
```



```
 1        A.    What is the maintenance page of The Wire?

 2        Q.    Yeah.

 3        A.    I have no idea.  There's a "google" thing at

 4   the top where you "google" when you're looking for

 5   something. I don't know what page.

 6              THE WITNESS:  I thought we came here to talk

 7        about the accident.

 8              MS. CHAVEZ:  I know.  We haven't talked about

 9        the accident at all.

10   BY MR. TUCKER:

11        Q.    Does Wal-Mart agree that a needless danger

12   never ensures public safety?

13        A.    I'm sorry?

14        Q.    Does Wal-Mart agree that needless danger never

15   ensures public safety?

16              MS. CHAVEZ:  Objection to form.

17              THE WITNESS:  I don't --

18              MS. CHAVEZ:  She doesn't understand the

19        question.

20   BY MR. TUCKER:

21        Q.    Do you understand what a needless danger is?

22        A.    Yes.

23        Q.    Okay.  Would you agree then that a needless

24   danger does not ensure public safety?

25              MS. CHAVEZ:  Objection to form.  If you
```



```
1         understand it.

2              THE WITNESS:  I guess I'm stupid because I

3         don't understand that question.

4    BY MR. TUCKER:

5         Q.   Do you agree that a person working for or on

6    behalf of Wal-Mart is never allowed to overlook a known

7    hazard?

8         A.   Correct.

9         Q.   Is there ever an instance where a Wal-Mart

10   employee can overlook a known hazard?

11        A.   No.

12        Q.   Based on Wal-Mart's knowledge and experience

13   that the vestibule is both a high traffic area and

14   regularly contains liquid on its floor, is it reasonable

15   for Wal-Mart --

16        A.   Say that again, the beginning part.

17        Q.   Sure.  Based on Wal-Mart's knowledge and

18   experience that the vestibule is both a high traffic

19   area and regularly contains liquid on its floors, is it

20   reasonable for Wal-Mart employees to walk through the

21   vestibule without paying particular attention to whether

22   there's any substances on the ground?

23             MS. CHAVEZ:  Objection.  Form.

24             THE WITNESS:  The lobbies don't regularly

25        contain liquids on the floor.
```



```
 1    BY MR. TUCKER:

 2         Q.    Is it a high traffic area?

 3         A.    It is a high traffic area.

 4         Q.    Is that because every person who comes into

 5    the store has to walk through one of the two vestibules,

 6    yes?

 7         A.    Well, actually there's three entrances but

 8    yeah.

 9         Q.    Where's the third, the Garden --

10         A.    The Garden Center.

11         Q.    Is it fair to say that the entire day from

12    open and close on Christmas Eve day is a particularly

13    high-traffic day?

14              MS. CHAVEZ:  Objection to form.

15              THE WITNESS:  I don't think it's fair to say

16         that.

17    BY MR. TUCKER:

18         Q.    I mean Christmas Eve day typically has higher

19    sales than most days, yes?

20              MS. CHAVEZ:  Objection to form.

21              THE WITNESS:  Not always but sometimes.  The

22         store closes earlier so you don't do the sales you

23         do other days.

24    BY MR. TUCKER:

25         Q.    So you might not have the sales but it's
```



```
 1   certainly higher volume because people are --

 2        A.   In traffic, yes.

 3             MS. CHAVEZ:  Objection.  Form.

 4   BY MR. TUCKER:

 5        Q.   Everybody knows, and correct me if you

 6   disagree, Wal-Mart disagrees that folks are coming in

 7   last minute to get presents?

 8             MS. CHAVEZ:  Objection.  Form.

 9             THE WITNESS:  Christmas Eve is a busy day no

10        matter where you're at, yes.

11   BY MR. TUCKER:

12        Q.   And that goes for all the stores you've ever

13   worked at in your 29 and a half years at Wal-Mart?

14             MS. CHAVEZ:  Objection.  Form.

15             THE WITNESS:  All except for one.

16   BY MR. TUCKER:

17        Q.   Which one?

18        A.   The one in Morganfield, Kentucky, because

19   Christmas Eve was dead.

20        Q.   Okay.  What time does that store open?

21        A.   The store is a 24-hour store.

22        Q.   Did Wal-Mart take any additional precautions

23   on Christmas Eve day to keep its store safe for the

24   consuming public?

25             MS. CHAVEZ:  Objection.  Form.
```



```
 1              THE WITNESS:  We take the same precautions
 2        every day.
 3   BY MR. TUCKER:
 4        Q.    So there were no additional precautions taken
 5   on Christmas Eve day?
 6        A.    Except the police officers in the building.
 7        Q.    That's more for theft, yes?
 8              MS. CHAVEZ:  Objection.  Form.
 9              THE WITNESS:  Theft, safety, fighting.
10   BY MR. TUCKER:
11        Q.    Tell me any additional precautions Wal-Mart
12   took on December 24th, 2016 prior to the slip and fall
13   to keep its store safe for the consuming public,
14   specifically the vestibule.
15              MS. CHAVEZ:  Objection.  Form.
16              THE WITNESS:  The vestibule she slipped and
17        fell in, the doors weren't open till 7:00 a.m.  All
18        the lobbies, all the floors are cleaned.  We have a
19        team overnight who does nothing but clean floors.
20        But additional, there's no additional other than
21        the everyday same cleaning.
22   BY MR. TUCKER:
23        Q.    But is that vestibule floor cleaned every
24   night?
25        A.    Yes.
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1      Q.   Was that vestibule floor cleaned by the

2  Maintenance prior --

3      A.   That night --

4      Q.   That night?

5      A.   Probably around midnight.

6      Q.   There were a lot of shopping carts that were

7  stopped in there, yes?

8      A.   Yes.

9      Q.   Are those shopping carts removed prior to

10  cleaning the floor?

11      A.   The shopping carts from that lobby at that

12  time were used by the overnight people stocking on the

13  floor and around 10:00, 11:00 at night all the carts get

14  pulled out onto the sales floor for them to use for

15  sorting and stocking freight.

16      Q.   All of them?

17      A.   When I worked overnight in my experience, yes.

18  Every one of them would be out on the floor and then

19  between 6:00 and 7:00 in the morning they all get

20  returned.

21      Q.   And is it Wal-Mart's testimony that on the

22  night before, December 23rd, 2016 up till some point

23  before the fall, that those carts in that vestibule were

24  throughout the store being used to stock, allowing

25  employees to stock the shelves or whatnot?



Ladeira, Marie  01-30-2019          Page 52 of 159

```
 1        A.   I was not there that night.  However, when I
 2   reviewed the video from that morning's incident you can
 3   clearly see Associates bringing the shopping carts up
 4   and pushing them back into that lobby.
 5        Q.   And based on that you've determined that --
 6   using the CCTV video you've determined they returned the
 7   shopping carts because they were using them in the store
 8   that night?
 9        A.   Yes.
10             MS. CHAVEZ:  Objection.  Form.
11   BY MR. TUCKER:
12        Q.   How do you know that they weren't using them
13   for other stuff?  I mean is it not common for Wal-Mart
14   employees to return carts?
15        A.   Overnight that's what they use the carts for.
16   They did at that time.  We don't anymore but they did at
17   that time and the video clearly shows the Associates
18   putting them back and they're taking runs of carts.
19   They wouldn't have just one.
20        Q.   But we can agree that in the CCTV video it's
21   pretty stocked at the start of that video, yes?
22        A.   The video started about 6:45 so, yeah.
23        Q.   Can Wal-Mart say whether or not any of those
24   carts that are in the vestibule at the start of the CCTV
25   video, can Wal-Mart say when those carts were in the
```



1    store or somewhere else, not in the vestibule?

2              MS. CHAVEZ:  Objection.  Form.

3              THE WITNESS:  That vestibule was secured at

4        10:00.  So, when they secure the vestibule they

5        don't bring carts in to that side.  They only take

6        them into the grocery side at night.

7    BY MR. TUCKER:

8        Q.   Does that mean that at 10:00 p.m. every cart

9    that is in there had already been stocked from the

10   parking lot prior --

11       A.   In that side because it's locked.

12       Q.   It's locked?

13       A.   Yeah.

14       Q.   There's no Cart Greeter then that would bring

15   carts in after 10:00 p.m. the night before on December

16   23rd, 2016?

17       A.   Not on the general merchandise side.

18       Q.   And we didn't really discuss it but I know

19   you've had a lot of depositions.  We really can't just

20   talk over each other cause she's not going to be able to

21   take it down so just please let me get the question out.

22             On that side, and we're only talking about

23   that side and I know there's two vestibules.  We're only

24   talking about the other vestibule today.  The vestibule,

25   the doors are locked, there's no cart people bringing in



1    the carts after 10:00 p.m. in that vestibule?

2         A.   Correct.

3         Q.   Okay.  So, even if employees took carts from

4    that vestibule and used them throughout the store and

5    brought them back, it's just the carts that are already

6    in there --

7              MS. CHAVEZ:  Objection.  Form.

8    BY MR. TUCKER:

9         Q.   Is that fair?

10        A.   Yes.

11        Q.   Okay.  Did Wal-Mart have any catch phrases

12   such as. Did Wal-Mart have any catch phrases to impress

13   the importance of being on alert for slip and falls?

14             MS. CHAVEZ:  Objection.  Form.

15             THE WITNESS:  Not that I'm aware of.

16   BY MR. TUCKER:

17        Q.   You know, like "Scan for six policy," or

18   "Don't pass it up, pick it up," all these little cute

19   catch phrases and stuff like that?

20        A.   I have heard "Don't pass it up, pick it up,"

21   but "Scan for six" has to do with paying at the

22   registers.

23        Q.   So Wal-Mart -- well, "Scan for six" for some

24   stores is scanning for a six-foot radius around them.

25   Is there --



877.291.3376
www.UCRinc.com

```
 1        A.   I've never heard that.

 2        Q.   Okay.  You've heard the term, "Don't pass it

 3   up, pick it up."  Is there any other terms that you've

 4   heard?

 5        A.   No.

 6        Q.   Okay.  Does Wal-Mart have a policy like that,

 7   they tell employees don't pass it up, pick it up?

 8             MS. CHAVEZ:  Objection.  Form.

 9             THE WITNESS:  Yeah, it is if you see something

10        on the floor don't walk passed it.  Pick it up,

11        clean it up.

12   BY MR. TUCKER:

13        Q.   Does Wal-Mart require the vestibule be

14   properly stocked and spill stations maintained?

15        A.   Yes.

16        Q.   Where are the spill stations inside the

17   vestibule?

18        A.   It's near the, the one near the beauty shop.

19        Q.   Can you see it on the CCTV video?

20        A.   No.

21        Q.   Are there any spill stations that are towards

22   the sliding doors?

23        A.   Not by the doors that I recall.

24        Q.   Does Wal-Mart utilize Maintenance Associates

25   to increase floor care coverage during times of
```



 1   increased customer traffic?

 2       A.   Can you explain that?

 3       Q.   Is that Wal-Mart's policy?

 4       A.   I didn't understand your question.

 5       Q.   I'm just asking whether Wal-Mart utilizes

 6   Maintenance Associates to increase floor care coverage

 7   during times of increased customer traffic?

 8       A.   Maintenance Associates take care of the

 9   floors. That's their job.

10       Q.   But does Wal-Mart utilize Maintenance

11   Associates to increase floor care coverage during times

12   of increased customer traffic?

13           MS. CHAVEZ:  Objection.  Form.

14           THE WITNESS:  What do you mean by floor care

15       coverage?

16   BY MR. TUCKER:

17       Q.   Well, is that a policy that Wal-Mart has

18   produced to us in its discovery?

19       A.   I'm asking you -- I don't understand what you

20   mean by do they use Maintenance Associates to increase

21   floor care coverage.  Their job is to take care of the

22   floor.

23           MS. CHAVEZ:  Can you rephrase the question?  I

24       just need to stretch.

25   BY MR. TUCKER:



877.291.3376
www.UCRinc.com

1       Q.    Is that a written policy that Wal-Mart has

2    produced in this case?

3            MS. CHAVEZ:  Objection.  Form.  Can you

4         rephrase the question?  I really don't think --

5            MR. TUCKER:  You want me to rephrase Wal-

6         Mart's policies and procedures?

7            MS. CHAVEZ:  No, you're asking her a question.

8         She's told you the best answer that she can give

9         you.

10           THE WITNESS:  Depends on what you mean by

11        floor care coverage.

12   BY MR. TUCKER:

13       Q.    Well, how does Wal-Mart interpret that?  This

14   is your policy and procedure that you produced to us.

15   Page One, "Utilize Maintenance Associates to increase

16   floor care coverage during times of increased customer

17   traffic," yes?  Tell me what that means.

18           MS. CHAVEZ:  For the record, we're looking at

19        "Slip, Trip, and Fall Guidelines, Guideline

20        Overview," and it is bate-stamped as WM008.  Take

21        your time to read that.

22           THE WITNESS:  The only way I can answer that

23        question is that all Wal-Mart Associates,

24        regardless of their specific job assignment, job

25        number, whatever their specific job is, they help



877.291.3376
www.UCRinc.com

```
 1          out anywhere that's needed in the store.  If it's a
 2          Sales Floor Associate and there's a spill or
 3          something that needs to be cleaned up they do the
 4          maintenance for it if there's no maintenance
 5          available.  Ergo, Maintenance Associates do from
 6          time to time help customers if there is a customer
 7          who needs help and there's not a sales floor
 8          Associate available to help them. Everyone helps
 9          everyone in the store and that is the only way I
10          can interpret on that.
11     BY MR. TUCKER:
12          Q.   Okay.  On the Slip, Trip, and Fall
13     Guidelines --
14          A.   Yes.
15          Q.   These guidelines that you just looked at --
16          A.   Yes.
17          Q.   -- are these guidelines meant to reduce slip
18     and falls in the store?
19          A.   Yes.
20          Q.   Okay.  And again, and this is I believe
21     Paragraph Nine, Bullet Nine, it says, "Wal-Mart will
22     utilize Maintenance Associates to increase floor care
23     coverage during times of increased traffic."  What does
24     Wal-Mart mean by floor care coverage?
25               MS. CHAVEZ:  Objection to form.  Asked and
```



1         answered.

2              THE WITNESS:  I've answered that to the best

3         of my ability.

4    BY MR. TUCKER:

5         Q.   **You're not able to answer here today what**

6    **increased floor care coverage means?**

7              MS. CHAVEZ:  She answered the question.

8              THE WITNESS:  I believe I stated that if

9         there's no sales floor Associate available to help

10        a customer that a Maintenance Associate will to the

11        best of their ability help a customer to find what

12        they're looking for.  That is my interpretation of

13        that.

14   BY MR. TUCKER:

15        *Q.   What does helping them find what they're

16   looking for have anything to do with the title of this

17   document, "Slip, Trip, and Fall Guidelines?"

18        A.   Floor care coverage, helping customers on the

19   sales floor.

20        Q.   **And helping them on the sales floor, what does**

21   **it have to do with Slip, Trip, and Fall Guidelines?**

22        A.   I've answered that to the best of my ability.

23        Q.   **Please answer my question, what this has to**

24   **do, what your answer has to do with slip, trip, and fall**

25   **guidelines --**



```
 1          MS. CHAVEZ:  I'm going to object.  This is the
 2      third or fourth time you asked the question.  She's
 3      already stated she answered the question to the
 4      best of her ability.
 5          MR. TUCKER:  Certify the question to the
 6      Court. Are you refusing to tell me --
 7          MS. CHAVEZ:  She's not refusing and you're
 8      getting aggressive with her and she's been very
 9      cooperative.
10          MR. TUCKER:  I'm not aggressive.  I'm asking
11      her a question.
12          THE WITNESS:  I am answering your question to
13      the best of my ability.
14  BY MR. TUCKER:
15      Q.   What does helping customers find products on
16  the floor have anything to do with slip and fall
17  guidelines?
18      A.   A lot of customers throw things on the floor.
19  If they can't find what they want they drop it on the
20  floor.  It's always best to help a customer in any way,
21  shape, or form you can so that they are happy and they
22  find what they want.
23      Q.   On Christmas Eve day, 2016, did Wal-Mart
24  increase floor care coverage?
25          MS. CHAVEZ:  Objection.  Form.
```



877.291.3376
www.UCRinc.com

```
 1            THE WITNESS:  On Christmas Eve the maintenance

 2       schedule is usually increased and the sales floor

 3       Associate staffing is increased.

 4  BY MR. TUCKER:

 5       Q.   I'm not asking if it's usually.  I'm asking on

 6  December 24th, 2016, Christmas Eve day, whether Wal-Mart

 7  utilized Maintenance Associates to increase floor care

 8  coverage?

 9            MS. CHAVEZ:  Okay, I'm objecting to the

10       question on the grounds it's beyond the scope of

11       the Notice. You can answer to the best of your

12       ability which I believe you have.

13            THE WITNESS:  We increased our Maintenance

14       Associates, we increased our Sales Floor Associates

15       because we knew we were going to have an increase

16       in customer traffic being that it was Christmas

17       Eve.

18  BY MR. TUCKER:

19     *Q.   Tell me all the ways that Wal-Mart increased

20  its floor care coverage of the vestibule on December

21  24th, 2016 prior to the slip and fall.

22            MS. CHAVEZ:  Again, same objection.

23            THE WITNESS:  The staffing for Maintenance and

24       Sales Floor were both increased on that day.

25  BY MR. TUCKER:
```



1      Q.    Inside the vestibule?

2      A.    For the entire store.

3      Q.    Inside the vestibule?

4      A.    The entire store.

5      Q.    My question is a little different.  I'm not

6   asking about the store.  I'm asking specifically about

7   the vestibule.

8      A.    Well, we had --

9          MS. CHAVEZ:  Objection.  I believe that area

10         of testimony was stricken.  Give me a minute here.

11         Number 11 stricken.  "Knowledge and information

12         concerning the vestibule areas for the hours prior

13         to the fall," which is precisely what you're asking

14         the witness, which is precisely what the Court has

15         stricken.

16          MR. TUCKER:  Where are you looking?

17          MS. CHAVEZ:  Number 11.  Again, Document

18         Entry 30 is the Court's order and on Paragraph C

19         the Court strikes Number 11.

20          MR. TUCKER:  You're talking about Number 11

21         that said, "Knowledge and information concerning

22         the vestibule for the four hours prior to the

23         fall?"

24          MS. CHAVEZ:  Yes, what you're asking.

25          MR. TUCKER:  And I'm asking you a little



877.291.3376
www.UCRinc.com

```
1         different question here.  I'm asking you, prior to
2         the slip and fall on December 24th, 2016, how Wal-
3         Mart, or did Wal-Mart utilize Maintenance
4         Associates to increase floor care coverage inside
5         the vestibule?
6               MS. CHAVEZ:  This is the only area of
7         testimony that addresses that.  There is no other
8         area of testimony on this Notice that addresses the
9         increased maintenance or maintenance crew or
10        anything like that. So, as far as I'm concerned it
11        falls within the scope of area of testimony Number
12        11.
13              MR. TUCKER:  Okay.  Are you instructing her
14        not to answer it?
15              MS. CHAVEZ:  I think she's answered it to the
16        best of her ability.
17              MR. TUCKER:  That's not what I'm asking you.
18        I'm asking you are you instructing her not to
19        answer --
20              MS. CHAVEZ:  I'm instructing her not to answer
21        because she's already answered it.
22   BY MR. TUCKER:
23        Q.   Please answer the question.
24        A.   I believe I've already answered your question.
25              MR. TUCKER:  Certify it to the Court.
```



877.291.3376
www.UCRinc.com

```
 1            MS. CHAVEZ:  Can you please read back the
 2       question and the answer please, so it's clear it
 3       has been answered?
 4            MR. TUCKER:  No, no.  We certified it.  I'll
 5       ask the question again.  If you want to answer it,
 6       fine.  If you don't we'll certify it to the Court.
 7       We'll go in front of the Court.  It's not how it's
 8       going to work here today.  We're not just going to
 9       read back questions and answers --
10            MS. CHAVEZ:  She has answered it.
11            MR. TUCKER:  She has not.
12            MS. CHAVEZ:  It's not necessary to re-answer a
13       question.
14            MR. TUCKER:  We'll order it.  We'll go in
15       front of the Court and we'll deal with it if you
16       don't want to answer it here today.
17            THE WITNESS:  I think I've answered it to the
18       best of my ability.
19            MR. TUCKER:  Okay, we'll go in front of the
20       Court then.
21  BY MR. TUCKER:
22       Q.   Has Wal-Mart produced to us -- well, first of
23  all, are there floor mat guidelines?
24       A.   Floor mat guidelines.  I will have to go to
25  The Wire to look and see specifically what it says.  Do
```



```
 1   you have a copy of them there?

 2        Q.   There's a link for floor mat guidelines.

 3        A.   Okay.  Do you have it here?

 4        Q.   You tell me.  Have you produced them to us?

 5             MS. CHAVEZ:  You're asking her a legal

 6        question. By the way --

 7             MR. TUCKER:  It's legal to determine whether

 8        or not she gave me a document?

 9             MS. CHAVEZ:  Excuse me, area of testimony

10        Number Ten was also stricken, "Information

11        concerning Interrogatory Request for Production

12        Responses and produced materials by Wal-Mart."

13        That is an area of testimony that's stricken by the

14        Court, Area Number Ten, okay?  You can show her a

15        guideline and ask her about it --

16             MR. TUCKER:  Okay, you can give that back to

17        me.

18   BY MR. TUCKER:

19        Q.   Inside of the production that I received I see

20   a link for floor mat guidelines.  Are there floor mat

21   guidelines that I do not have that I've not received?

22             MS. CHAVEZ:  Objection, same objection.  That

23        goes to area of testimony Number Ten which was

24        stricken by the Court.

25             MR. TUCKER:  Do you know the answer or are you
```



```
 1          telling her not to answer?
 2               MS. CHAVEZ:  Well, she can answer to the best
 3          of her ability.  I'm telling you it was stricken by
 4          the Court.
 5               THE WITNESS:  If there is a link there then I
 6          would say that there are some floor mat guidelines.
 7          If you don't have them there I don't have them with
 8          me.  I do not know what they read.
 9               MS. CHAVEZ:  By the way, we have produced in
10          response to the Duces Tecum everything that was
11          requested.
12     BY MR. TUCKER:
13          Q.   Do you have any knowledge of what floor mat
14     guidelines provide?
15          A.   Not at this moment.
16          Q.   And do the floor mats guidelines have any
17     instruction relating to floor mats in the vestibule?
18          A.   I would have to read the instructions.  I
19     cannot answer that.
20          Q.   What is the "Towel in the Pocket Program?"
21          A.   Towel in the Pocket Program is a little piece
22     about, oh, I'd say this big and say four-by-six,
23     something like that, which is an absorbent piece which
24     Associates carry in their pocket so if they see a small
25     spill or something they can clean it up without having
```



 1  to call Maintenance.

 2      Q.   And that policy provides that Associates are

 3  to look for situations that may require immediate

 4  attention?

 5      A.   Right.  If you're going across the floor and

 6  you see a liquid on there, you've got a towel in the

 7  pocket, you wipe it up.

 8      Q.   Is the purpose of the towel in the pocket, the

 9  purpose of the paper towel pocket pad is for the

10  immediate cleanup of small spills by an Associate who

11  finds a spill?

12      A.   Yes.

13      Q.   Tell me all the ways that employees are

14  awarded or recognized for having paper towels and pocket

15  pads during store meetings.

16          MS. CHAVEZ:  Objection to form.

17          THE WITNESS:  They're not awarded for having a

18      towel in their pocket.

19  BY MR. TUCKER:

20      Q.   They're not rewarded ever?

21      A.   For having a towel in their pocket, no.

22      Q.   Are they ever recognized?

23          MS. CHAVEZ:  Objection to form.

24          THE WITNESS:  In a meeting when we ask who's

25      got their towel in their pocket and they hold it up



```
 1        and we thank them, but as a specific reward, no.
 2   BY MR. TUCKER:
 3        Q.   Do Wal-Mart customers expect Wal-Mart to have
 4   clean and well-maintained floors throughout the store?
 5        A.   Yes.
 6        Q.   And that includes the vestibule?
 7        A.   Yes.
 8        Q.   And that's a reasonable thing for customers to
 9   expect that the floors are clean and well maintained?
10             MS. CHAVEZ:  Objection.  Form.
11             THE WITNESS:  Yes.  I think we answered that
12        question earlier.
13   BY MR. TUCKER:
14        Q.   You testified earlier that floor maintenance
15   cleaned the floor of the vestibule the night prior to
16   December 24, 2016 or throughout the night?
17        A.   They clean them every night, yes.
18        Q.   Did they place any wax sealer on the floor in
19   the vestibule?
20             MS. CHAVEZ:  Objection.  Form.
21             THE WITNESS:  There's no wax or sealer on the
22        floors in the vestibule.
23   BY MR. TUCKER:
24        Q.   Why?
25        A.   Because it can cause it to be slippery when it
```



877.291.3376
www.UCRinc.com

1  gets wet.  So we don't ever put anything on there, on

2  any of the floors in the vestibule.

3     Q.   Why's that different from the rest of the

4  store?

5          MS. CHAVEZ:  Objection.  Form.

6          THE WITNESS:  Because of the type of tile.

7  BY MR. TUCKER:

8     Q.   What type of tile --

9          MS. CHAVEZ:  Objection.  Form.

10         THE WITNESS:  There's certain areas of the

11     store we don't wax and that's one of them.

12  BY MR. TUCKER:

13     Q.   Okay.  Why select that tile if you can't use

14  wax sealer on it?

15         MS. CHAVEZ:  Objection.  Form.

16  BY MR. TUCKER:

17     Q.   Do you know?

18         MS. CHAVEZ:  Area Number 11, Area Number 11,

19     stricken.

20         THE WITNESS:  I do not know why they chose

21     that particular tile.

22  BY MR. TUCKER:

23     Q.   You just know that it's different?

24     A.   I know it's different.  It's rough, it's not

25  the same as the rest of the tile.



```
 1        Q.   Do you know why it's rough?

 2             MS. CHAVEZ:  Objection.  Form.  Again, this is

 3        an area of testimony that was not --

 4   BY MR. TUCKER:

 5        Q.   Based on your 29 and a half years as a Wal-

 6   Mart Manager do you have any knowledge as to why they

 7   put rough tile in the vestibule?

 8             MS. CHAVEZ:  Objection.  Form.

 9             THE WITNESS:  I have no idea why they put that

10        particular tile there.

11   BY MR. TUCKER:

12        Q.   What is deep cleaning of the vestibule floor?

13             MS. CHAVEZ:  Objection.  Form.

14             THE WITNESS:  It's going through with the

15        scrubber.  There's mechanical scrubbers where you

16        walk behind and you scrub it.

17   BY MR. TUCKER:

18        Q.   When are floors deep cleaned?

19        A.   As needed.

20        Q.   How often are they deep cleaned in the

21   vestibule?

22        A.   As needed.

23        Q.   I'm talking about the vestibule.

24        A.   They're done as needed.  There's no specific

25   timeframe.  Some areas of the store get dirty quicker
```



1  than others.  Somebody spilled something on the floor

2  and it requires -- you can just have stripped and waxed

3  a section in the main store, somebody will spill hair

4  color on it, you've got to come back the next day and do

5  it again.  So, it's on an as-needed basis.

6      Q.   What is the "Big Three Accident Focus?"

7      A.   Slip, trip, and fall, falling merchandise, and

8  -- customer slip, trip, and fall, and Associate trip,

9  slip, and fall, and fallen merchandise.

10     Q.   Are there training materials on the "Big Three

11  Accident Focus?"

12     A.   Specific training tools?

13     Q.   Specific training materials?

14     A.   The computer-based learning.

15     Q.   Are any of these materials that I have that

16  were produced to us part of that online training

17  material?

18          MS. CHAVEZ:  Let the record reflect, the

19      witness is looking at records bate-stamped WM008

20      through

21  WM060.

22          THE WITNESS:  Okay, this is the "Spill Cleanup

23      Guide."  This is, you see it when you go in to do

24      your CBL's.  There's also a poster posted near the

25      maintenance area for the Maintenance Associates so



1          if they need to go back and review it.  This is

2          "One Biswa."  The purpose of "One Biswa" is to give

3          a complete documentation of cleaning in any area of

4          the store.  It also has a list of, toward the end

5          so you can order any supplies.  It gives you some

6          do's and don'ts for cleaning and this is on the

7          computer, "One Biswa," for Maintenance.

8     BY MR. TUCKER:

9          **Q.   So that is actually, based on your knowledge,**

10    **that's from the computer system?**

11         A.   I know it is.

12         **Q.   Okay, thank you.  That was starting on WM11,**

13    **011?**

14         A.   That's the Spill Cleanup Guide and then the

15    next 20, 30 pages, whatever, 29 pages is Wal-Mart's "One

16    Biswa" for Maintenance.

17         **Q.   Okay, thank  you.**

18              MS. CHAVEZ:  To what page?

19              THE WITNESS:  11 is the Spill Cleanup Guide

20         and then the next 29 pages is the Wal-Mart "One

21         Biswa."

22    BY MR. TUCKER:

23         **Q.   Does Wal-Mart place a strong emphasis on a**

24    **prompt cleanup of spills because it's imperative to**

25    **reducing slip and fall injuries?**



877.291.3376
www.UCRinc.com

```
 1        A.    Yes.
 2        Q.    Does Wal-Mart require employees to follow
 3   procedures for cleaning up spills safely?
 4        A.    Yes.
 5        Q.    Does Wal-Mart require employees to block off
 6   or guard spill areas or have an Associate protect the
 7   spill area to protect customers and other Associates
 8   from coming in contact with the spill and tracking it
 9   through the store?
10             MS. CHAVEZ:  Objection.  Form.
11             THE WITNESS:  Yes.
12   BY MR. TUCKER:
13        Q.    Wal-Mart requires employees to put a caution
14   cone down next to a spill to prevent any customer or
15   traffic from tracking the spilled material?
16        A.    Yes.
17        Q.    Does Wal-Mart require the use of a squeegee to
18   reduce the size of a spill?
19        A.    A squeegee?
20        Q.    Yeah.
21        A.    We have Spill Magic that we put if it's a
22   large spill and if it's not easily cleaned up with a
23   towel in the pocket or a paper towel or something.  We
24   have Spill Magic that we put around the edge of it and
25   that is squeegeed in to get it cleaned up and it absorbs
```



1    it.

2         Q.   Okay.  Is Spill Magic some type of absorbent?

3         A.   Yes.

4         Q.   And the policy for the vestibule is that

5    Associates are expected to take immediate action when an

6    unsafe or a potential unsafe situation is discovered?

7         A.   Yes.

8              MS. CHAVEZ:  Can you repeat the question?

9              THE WITNESS:  That's anywhere in the store.

10   BY MR. TUCKER:

11        Q.   Okay.  And some examples of unsafe or

12   potential unsafe situations are items that may cause

13   somebody to slip, trip, or fall?

14             MS. CHAVEZ:  Objection.  Form.

15             THE WITNESS:  Some items.

16   BY MR. TUCKER:

17        Q.   Yeah, examples of unsafe or potential unsafe

18   situations that are items that may cause somebody to

19   slip, trip, or fall?

20             MS. CHAVEZ:  Objection.  Form.

21             THE WITNESS:  Yes.

22   BY MR. TUCKER:

23        Q.   As well as items that may cause someone to be

24   struck?

25             MS. CHAVEZ:  Objection.  Form.  This is a slip



```
 1        and fall.
 2             THE WITNESS:  If -- no, we don't want anybody
 3        to get struck.  We try and keep everything clean
 4        and clear.
 5   BY MR. TUCKER:
 6        Q.   And another one is spills, wet floors that may
 7   cause somebody to slip and fall?
 8        A.   Yes.
 9        Q.   Are these the types of unsafe situations that
10   Associates are required to be alert for?
11             MS. CHAVEZ:  Objection.  Form.  You can
12        answer.
13             THE WITNESS:  That is some kinds of
14        situations, yes.
15   BY MR. TUCKER:
16        Q.   Do you agree when there's one.  Do you agree
17   when there is more than one way to accomplish the same
18   safety rule the store manager and employees must choose
19   the way with the least risk?
20             MS. CHAVEZ:  Objection.  Form.
21             THE WITNESS:  Yes.
22   BY MR. TUCKER:
23        Q.   And because if there's an avoidable risk then
24   it's an unnecessary danger?
25             MS. CHAVEZ:  Objection.  Form.
```



```
 1              THE WITNESS:  Yes.
 2    BY MR. TUCKER:
 3        Q.   Do you agree that liquid on the floor of the
 4    vestibule presents a danger to the public entering the
 5    store?
 6        A.   Yes.
 7        Q.   Do you agree that an employee that is not
 8    alert or walks passed the substance on the ground in the
 9    vestibule has committed a safety rule violation?
10              MS. CHAVEZ:  Objection.  Form.  Give me a
11         minute here.  Item Number Five, area of testimony
12         Number Five is also stricken.  "Information
13         concerning violations of policies and procedures of
14         Wal-Mart relevant to the slip and fall," so that
15         area of testimony is stricken.
16              MR. TUCKER:  Do you want me to repeat the
17         question?
18              MS. CHAVEZ:  She can go ahead and answer the
19         question but she's going to answer to the best of
20         her ability.  This area of testimony is stricken.
21    BY MR. TUCKER:
22        Q.   As a manager for 29 and a half years of Wal-
23    Mart do you agree that an employee that is not alert and
24    walks passed a substance on the ground of the vestibule
25    has committed a safety rule violation?
```



```
 1              MS. CHAVEZ:  Same objection.

 2              THE WITNESS:  If an Associate is not alert

 3         then yes, they do violate safety rules and there

 4         are consequences.

 5   BY MR. TUCKER:

 6         Q.   Do you agree that if an employee walks within

 7   a few feet of a substance on the ground Wal-Mart has

 8   actual notice of a substance on the ground --

 9              MS. CHAVEZ:  Objection.  Form.

10              THE WITNESS:  No, no.  If they walk within a

11         few feet of it but they don't see it then no, they

12         have not violated any policy because they did not

13         see it. They're not aware of it.

14   BY MR. TUCKER:

15         Q.   Do you agree if an employee at Wal-Mart walks

16   within a few feet of a substance on the ground Wal-Mart

17   should know at that moment that there's a substance on

18   the ground?

19              MS. CHAVEZ:  Objection.  Form.

20              THE WITNESS:  I would be speculating if I said

21         they knew because I don't know if they saw it or

22         not.

23   BY MR. TUCKER:

24         Q.   My question was a little different.  I'm not

25   asking whether they knew.  I'm asking whether they
```



1     should have known.

2          MS. CHAVEZ:  Objection.  Form.  Again, this

3          goes to area of testimony Number Five concerning

4          violations of policies and procedures of Wal-Mart

5          that are relevant to slip and falls and that area

6          of testimony is stricken.  You can answer to the

7          best of your ability and we can take it up with the

8          Court later.

9     BY MR. TUCKER:

10         Q.   My question was a little different so I'm

11    going to repeat it.  Do you agree that if a Wal-Mart

12    employee walks within a few feet of a substance on the

13    ground Wal-Mart should know at that moment there's a

14    substance on the ground?

15         A.   You cannot always see something on the floor

16    even with your -- depending on the angle and from which

17    you are to that substance.

18         Q.   Okay.  Are there any other instances where

19    Wal-Mart should not know of a substance on the ground

20    when an employee walks within a few feet of the

21    substance?

22         MS. CHAVEZ:  Objection.  Form.  You're asking

23         her to speculate.

24         THE WITNESS:  Right, you're asking me to make

25         up something on this and I do know that you can



```
 1          look down to the floors and not see something and
 2          somebody beside me has seen something that I didn't
 3          see and it was because of the angle at which you
 4          were to that substance on the floor that one person
 5          would see it and one wouldn't, and even though
 6          you're within one or two feet of it.
 7               MR. TUCKER:  Counsel, I just want to point out
 8          the Guidelines for Professional Conduct state that
 9          when objecting to the form of the question counsel
10          should simply state I object to the form of the
11          question.  The grounds should not be stated unless
12          asked for by the examining attorney.
13               MS. CHAVEZ:  Okay, and I will refer you to the
14          orders of this Court that have stricken certain
15          areas of testimony and you continue to ask
16          questions you're not supposed to ask and you're
17          beyond the order of the Court and even beyond your
18          own Notice because you did submit a Notice which is
19          dated January 24th, and you even in your own Notice
20          you strike on certain areas that even though you
21          put it, you struck it from your Notice, you are
22          asking the witness all these questions that you are
23          not supposed to be asking.
24     BY MR. TUCKER:
25          Q.   Do you agree that people should be held
```



1   **responsible for the consequences of their actions?**

2       A.   Yes.

3       **Q.   Do you agree that corporations should be held**

4   **responsible for the consequences of their actions?**

5           MS. CHAVEZ:  Objection.  Form.

6           THE WITNESS:  Everyone is held responsible for

7           the consequences of their actions no matter who

8           they are, whether it's a company or whether it's an

9           individual.

10  BY MR. TUCKER:

11      **Q.   Do you agree that corporations should be held**

12  **responsible for the actions of their employees?**

13          MS. CHAVEZ:  Objection.  Form.  Where is that

14          on the  Notice?

15          THE WITNESS:  I just answered that question.

16  BY MR. TUCKER:

17      **Q.   My question was a little bit different.  I'm**

18  **just asking whether you agree that corporations should**

19  **be held responsible for the actions of their employees?**

20          MS. CHAVEZ:  Objection.  Beyond the scope of

21          the Notice, beyond the scope of your own Notice,

22          and beyond the scope of the order, and it calls for

23          a legal conclusion.

24  BY MR. TUCKER:

25      **Q.   Ma'am?**



877.291.3376
www.UCRinc.com

```
 1          A.   And as I stated everyone, corporations,

 2    individuals are all responsible for their action.

 3    Therefore, corporations become responsible for their

 4    associates sometimes.

 5          Q.   And associates include their employees?

 6               MS. CHAVEZ:  Objection.

 7               THE WITNESS:  Associates are Wal-Mart

 8         employees.

 9               MS. CHAVEZ:  Object to the form.

10    BY MR. TUCKER:

11          Q.   What's the purpose of the CCTV video cameras?

12               MS. CHAVEZ:  Objection.  Form.  Again, beyond

13         the scope of the Notice.

14               THE WITNESS:  They record what's going on in

15         the store.

16    BY MR. TUCKER:

17          Q.   Can we agree that Wal-Mart uses CCT video

18    cameras to go back and review evidence of theft?

19               MS. CHAVEZ:  Objection.  Form.

20               THE WITNESS:  Yes.

21    BY MR. TUCKER:

22          Q.   That include theft of customers taking

23    products?

24               MS. CHAVEZ:  Objection.

25               THE WITNESS:  Yes.
```



```
 1  BY MR. TUCKER:

 2       Q.   That include taking money from the cash

 3  register by employees?

 4       A.   Yes.

 5            MS. CHAVEZ:  Objection.

 6  BY MR. TUCKER:

 7       Q.   Or maybe an employee providing a discount to a

 8  customer at a cash register?

 9            MS. CHAVEZ:  Objection.

10            THE WITNESS:  I don't know what this has to do

11       with the slip and fall of a customer.

12  BY MR. TUCKER:

13       Q.   Is that yes?  Have you ever done that, looked

14  for employees giving discounts to a customer?

15            MS. CHAVEZ:  Objection.  Form.

16  BY MR. TUCKER:

17       Q.   Maybe they weren't supposed to?

18            MS. CHAVEZ:  Objection.

19            THE WITNESS:  CCTV records everything that's

20       going on in the store, whether it's somebody

21       stealing, accidents, customers, associates, all of

22       it.

23  BY MR. TUCKER:

24       Q.   Does Wal-Mart use those CCT videos to observe

25  employees violating safety rules?
```



```
 1              MS. CHAVEZ:  Objection to form.  Again, this
 2         is an area that was stricken by the Court, area of
 3         testimony Number Five regarding violations of
 4         policies and procedures of Wal-Mart.
 5              THE WITNESS:  Wal-Mart uses CCTV to review
 6         anything that we have questions about.
 7   BY MR. TUCKER:
 8         Q.   Including violations of safety rules?
 9              MS. CHAVEZ:  Objection.  Form.
10              THE WITNESS:  Anything that we have questions
11         about.
12   BY MR. TUCKER:
13         Q.   Would that include violations of safety rules
14   to your knowledge?
15              MS. CHAVEZ:  Objection.  Same objection.  You
16         continue to go into an area of testimony that was
17         stricken by the Court.
18   BY MR. TUCKER:
19         Q.   Yes, no?
20              MS. CHAVEZ:  She's answered the question.
21   BY MR. TUCKER:
22         Q.   Are you refusing to answer it?
23         A.   I answered your question.
24         Q.   You said everything and I'm asking
25   specifically whether they're used to observe violations
```



```
 1  of safety rules?

 2          MS. CHAVEZ:  Objection.  Asked and answered

 3      several times.

 4          THE WITNESS:  Yes, review of stealing,

 5      accidents.

 6  BY MR. TUCKER:

 7      Q.   And that includes violations of Wal-Mart Slip,

 8  Trip, and Fall Guidelines, this --

 9          MS. CHAVEZ:  Objection.  Form.

10  BY MR. TUCKER:

11      Q.   -- WM008, WM009?

12          MS. CHAVEZ:  Objection.  Form.  Beyond the

13      scope --

14          THE WITNESS:  Yes.

15          MS. CHAVEZ:  -- of the Notice and goes once

16      again into areas not permitted by the Court's

17      order.

18  BY MR. TUCKER:

19      Q.   I think you testified earlier, what time does

20  the store, what time does that vestibule open?

21      A.   7:00.

22      Q.   Is there any inspection performed prior to

23  opening those doors in the vestibule?

24      A.   The overnight manager is the one who's there

25  at that time and at that time of the day they're walking
```



 1  through the entire store, including the vestibules,

 2  checking to make sure everything is as it should be.

 3      Q.   **Who performed inspection of the vestibule on**

 4  **December 24th, 2016 prior to the slip and fall of Polly**

 5  **Bassett?**

 6          MS. CHAVEZ:  Objection.  Form.

 7          THE WITNESS:  I do not know.

 8  BY MR. TUCKER:

 9      Q.   **Does that mean Wal-Mart doesn't know?**

10          MS. CHAVEZ:  Objection.  Form.

11          THE WITNESS:  The manager that was on duty

12      that night was James Vassor for one.  I don't know

13      which other managers were on duty that night.  I do

14      know he was on duty.

15  BY MR. TUCKER:

16      Q.   **How do you spell his name?**

17      A.   J-A-M-E-S, V-A-S-S-O-R.

18      Q.   **Is he seen in any of the CCTV video?**

19      A.   No.

20      Q.   **And we agree that within the hour of the CCTV**

21  **video starting the vestibule area that's within view of**

22  **the CCTV video is basically cleared out of shopping**

23  **carts prior to Polly Bassett walking into the store?**

24          MS. CHAVEZ:  Objection.  Form.

25          THE WITNESS:  No.



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

1   BY MR. TUCKER:

2        Q.   **You don't agree to that?**

3        A.   No.

4        Q.   **So you agree that it was not basically cleared**

5   **out of view of the CCTV video?**

6             MS. CHAVEZ:  Objection.  Form.

7             THE WITNESS:  No, I don't agree.

8   BY MR. TUCKER:

9        Q.   **How many shopping carts were in the vestibule**

10  **when Polly Bassett walked in just prior to slipping at**

11  **7:42:12 a.m.?**

12       A.   I was not in the vestibule when she slipped

13  and fell and I do not have any idea how many shopping

14  carts were in that vestibule.

15       Q.   **Is there something I could show you that would**

16  **help -- well, first of all, have you reviewed the CCT**

17  **video in this case?**

18             MS. CHAVEZ:  Objection.  Form.

19             THE WITNESS:  Yes, you've asked me already.

20  BY MR. TUCKER:

21       Q.   **Okay.  And would that show you whether or not**

22  **or show you how many carts were in view of that camera?**

23       A.   Well, the video should show me how many are in

24  view, but it doesn't tell me how many carts were in the

25  vestibule.



1      Q.   Well, I'm going to show you what is 7:42:12

2  a.m.

3      A.   Okay.

4      Q.   And can you tell me if that would help you

5  answer this question?

6      A.   Well, the vestibule goes back a little further

7  right here.  There are a couple of carts here but

8  there's about a 20-foot section back in here where

9  shopping carts are also available for customers to pick

10  up.

11      Q.   I appreciate your answer but what I was asking

12  you is a little bit different.  I'm asking you within

13  the hour of the CCT video starting that the vestibule

14  area within the view of the CCTV video is basically

15  cleared out of shopping carts prior to Polly Bassett

16  walking into the store?

17      A.   There's shopping carts right here.

18      Q.   How many?

19      A.   Well, I see looks like, one, two, I see like

20  four here but like I said, right behind this there's

21  more.

22      Q.   Can you hold it up to the video and show me

23  the four that you see?

24      A.   I see one --

25      Q.   Hold it up to the video --



```
 1        A.   Two, three, four --
 2        Q.   So the jury's able to see which ones you're
 3   saying are four carts.
 4        A.   Okay.  I'm seeing one, two, three, four.  I
 5   see four there right now.
 6        Q.   Okay.  That's your testimony.
 7             MS. CHAVEZ:  That looks like four to you?
 8             THE WITNESS:  It does to me.
 9   BY MR. TUCKER:
10        Q.   How many carts were in the vestibule area at
11   the start of --
12        A.   Well, you have the pictures there.  If we look
13   back at the back they were pushed out to about here and
14   they were all the way back to the door.  So I would say
15   there was about 40 foot of carts there to start with.
16        Q.   You say there was about 40 at the start --
17        A.   40 foot.
18        Q.   Okay.
19        A.   And they're stacked four to five rows long,
20   wide.
21        Q.   Well, can you tell me at 6:43:43 a.m. how many
22   carts were in the view of the CCTV video?
23        A.   I'm going to say one, two, three, four, five,
24   six, seven, eight, I see between 20 and 30 on this
25   picture right here.
```



1    Q.    Okay.

2    A.    And I'm just counting the handles.

3    Q.    And going from approximately 30 carts down to

4  approximately four is not considered being cleared out

5  of the view of the CCTV video?

6    A.    Out of the view but there is another 20, 30

7  foot full of carts back there.

8    Q.    I mean, that's not my question.  I've asked it

9  now at least three times.  I'm just asking about in the

10  view of the CCTV video that the carts were cleared out?

11    A.    Yeah, it was busy.

12    Q.    Thank you.

13    A.    People were coming and going.  A lot of --

14        MS. CHAVEZ:  Can you put a timestamp on that?

15        THE WITNESS:  6:43 to 7:42.  It's an hour.

16    And that's Albert on there by the way, one of my

17    Cart Associates.

18  BY MR. TUCKER:

19    Q.    We'll get there.  Jumping ahead of me.

20    A.    Just wondering.

21    Q.    Please tell me the circumstances surrounding

22  the slip and fall of Polly Bassett that occurred on

23  December 24, 2016.

24    A.    I was in the store, I was not at the lobby

25  where she fell.  I heard a page for "Code White," which



1   meant there was an accident and I responded to the lobby

2   and found her sitting on the floor.

3       Q.   What were you wearing that day?

4       A.   Pants and a shirt.

5       Q.   What color pants?

6       A.   Well, probably black because I usually wear

7   black but I wouldn't guarantee it.

8       Q.   At 7:57:04 a.m. are you inside of the view of

9   the CCTV video?

10      A.   Yeah, that's me.

11      Q.   In the dark-colored clothing?

12      A.   Yes.  It's either a navy blue or black shirt

13  and looks like black pants.

14      Q.   What did you observe when you arrived?

15      A.   That she was sitting on the floor and that

16  another customer was there, do not know who that

17  customer is, don't know if she was coming or going.  I

18  just know she was there.

19      Q.   And what else did you observe?

20          MS. CHAVEZ:  Objection.  Form.  An open-ended

21      question.

22          THE WITNESS:  I started to talk to the lady

23      and, you know, are you okay, what happened, you

24      know, that kind of stuff.  I also called for

25      someone to bring up the incident report for her to



```
 1        fill out.
 2   BY MR. TUCKER:
 3        Q.    What did she say to you?
 4        A.    That she was walking in and she slipped and
 5   fell.
 6        Q.    Did she say what she slipped and fell on?
 7        A.    No.  She said that she had been working all
 8   night, she was really, really tired, and she just wanted
 9   to run in and grab a couple things and go home.
10        Q.    Did you see any substance on the ground when
11   you first walked up?
12        A.    Not where she was.
13        Q.    Did you look at her clothing?
14        A.    Yes.
15        Q.    Was her clothing wet?
16        A.    No.
17        Q.    Was her pants wet?
18        A.    No, she had on scrubs.
19        Q.    Were her shoes wet?
20        A.    I did not see any moisture or anything on
21   them.
22        Q.    So it's your testimony here today that you
23   didn't observe any liquid on the ground where she was
24   sitting?
25        A.    No, that is my testimony.
```



1      Q.   Does Wal-Mart dispute that she slipped and

2   fell on a substance on the ground?

3           MS. CHAVEZ:  Objection.  Form.

4           THE WITNESS:  I don't dispute that she slipped

5       and fell.  I do not know what caused her to fall.

6      Q.   And I appreciate your answer.  My question is

7   just a little bit different.  I'm just asking whether

8   Wal-Mart disputes she slipped on the substance on the

9   ground?

10          MS. CHAVEZ:  Objection.  Form.

11          THE WITNESS:  I did not see anything on the

12      ground so I can neither confirm or deny.

13  BY MR. TUCKER:

14     Q.   Did anybody that worked for Wal-Mart see

15  anything on the ground following the slip and fall on

16  December 24th, 2016, Christmas Eve day?

17     A.   Not that I know of.

18     Q.   To the best of your knowledge there's not a

19  single manager or associate who saw liquid on the ground

20  following the slip and fall of Polly Bassett on

21  Christmas Eve day, December 24th, 2016?

22          MS. CHAVEZ:  Objection to form.

23          THE WITNESS:  Not where she was.

24  BY MR. TUCKER:

25     Q.   Where did you see liquid on the ground?



1      A.    Past her I saw a few small little droplets.

2      Q.    **You personally saw that?**

3      A.    Yes.

4      Q.    **Did any other employees see liquid on the**

5      **ground in addition to the small droplets that you saw?**

6      A.    Not that I know of.

7      Q.    **When you say you past her, if we're looking**

8      **from the view of the CCTV video produced, are we talking**

9      **towards the top of the view, the left of the view, the**

10     **right, further down?**

11            MS. CHAVEZ:  For the record, could you please

12            identify the stamp?

13     BY MR. TUCKER:

14     Q.    **I mean we're just talking in general of the**

15     **view.  I'm not talking about a specific time period.**

16     **I'm just asking you from where she fell in the view of**

17     **the CCTV video, was it to the left of our view, to the**

18     **right, was it towards the top of the picture, the bottom**

19     **of the picture?**

20     A.    It was -- she had not reached that area in the

21     store yet.  So, it would be on the bottom of the picture

22     that you have there.

23     Q.    **So, when you're saying it's past her you're**

24     **saying she hadn't actually reached the spot where you**

25     **saw water?**



877.291.3376
www.UCRinc.com

```
 1        A.    Yes.

 2        Q.    But that spot that you saw water, was it in

 3   view of the CCTV video?

 4        A.    I did not see it on there, 7:42.

 5        Q.    I'm not asking whether you saw it on the

 6   video. I'm asking when you were standing there if it is

 7   in the view of the CCTV video?

 8              MS. CHAVEZ:  Do you understand the question?

 9              MR. TUCKER:  I would again, ask you not to --

10        excuse me, you're trying to coach her --

11              MS. CHAVEZ:  I'm not trying to coach her.

12        You're asking her a question -- let her at least

13        look at the picture --

14              MR. TUCKER:  You've objected on every

15        question. You're trying to obstruct this

16        deposition.

17              MS. CHAVEZ:  No, I'm not trying to --

18              THE WITNESS:  And some of the questions -- I'm

19        71 years old.  I'm not an idiot.

20              MS. CHAVEZ:  Can you please read back the

21        question?  Now that she's got the picture she can

22        give the answer.

23              THE WITNESS:  I understand the question.  He's

24        asking if the water was at the top of the picture,

25        left, or right.  It was up in this area somewhere,
```



```
 1        way past where she was.  I don't remember if it was
 2        right here or if it was more over this way, but it
 3        was up in this area.
 4   BY MR. TUCKER:
 5        Q.   Can you just point?
 6             MS. CHAVEZ:  Let the record reflect that it
 7        was near the shopping cart --
 8             MR. TUCKER:  I'd like her --
 9             THE WITNESS:  Up in this area closer to the
10        shopping cart somewhere in here, okay?  The lady
11        had not even gotten to that area of the store yet
12        and where it came it was very tiny little droplets
13        about the size of the end of my finger and it was
14        very difficult to see and I saw nothing on the
15        ground where she fell on the floor.
16   BY MR. TUCKER:
17        Q.   Did you do an inspection of Polly Bassett's
18   clothing?
19        A.   I looked at her clothing.  I didn't see
20   anything on them.  I didn't get down and inspect her.
21   When she stood up I looked at her back and I looked at
22   her shoes to see what kind of shoes she had on.  She had
23   on Crocs and she had on blue scrubs, and I did not see
24   any wet or moist areas on her pants where she fell down
25   at all.
```



1       Q.    At what point did you inspect her back?

2       A.    When she stood up.

3       Q.    And when she stood up where were you standing?

4       A.    I was in front of her and she turned and I did

5  look at her back side.

6       Q.    Did you look at her sides?

7       A.    I just looked at her all around in general to

8  see if there was any wet areas on her.

9       Q.    What was the source of the liquid on the floor

10  that Wal-Mart discovered?

11       A.    I do not know.

12       Q.    Why not?

13       A.    I don't know.

14       Q.    In the six months before and six months after

15  the fall did Wal-Mart ever repair the vestibule roof?

16       A.    Not to my knowledge.

17       Q.    When you say not to your knowledge --

18       A.    Well, we could say, well, no, that was nine

19  months after --

20       Q.    I'm sorry?

21       A.    No, I was going to say you said six months

22  after but I'm thinking it was nine months after when we

23  had the hurricane in 2017.

24       Q.    The Court has ordered that Wal-Mart advise and

25  answer questions as to whether or not any and all



1    **repairs were made to the vestibule roof six months prior**

2    **to the slip and fall to six months following the slip**

3    **and fall.**

4              THE WITNESS:  You got the information, didn't

5         you?

6              MS. CHAVEZ:  Yes, but are you prepared to

7         testify?

8              THE WITNESS:  I know that there was, the only,

9         from what I understand there were no repairs done

10        to that vestibule six months before or six months

11        after December 24th.

12             MS. CHAVEZ:  That was limited to six months

13        before and six months after.

14   BY MR. TUCKER:

15        **Q.  Are you prepared to answer that question here**

16   **today?**

17             MS. CHAVEZ:  She did, just now.

18   BY MR. TUCKER:

19        **Q.  When you say that, what investigation has Wal-**

20   **Mart taken to discover whether or not repairs were made**

21   **six months before to six months after?**

22        A.  Wal-Mart was asked to produce documents if

23   there were any repairs or any work orders issued on the

24   roof in the vestibule six months before and six months

25   after.



```
 1         Q.    Were there any work orders?

 2         A.    Not in the vestibule.

 3         Q.    Were there any communications -- well, first

 4    of all, who does your roof repairs at that Wal-Mart?

 5              MS. CHAVEZ:  Objection.  Form.

 6              THE WITNESS:  Slope does some of them.

 7    BY MR. TUCKER:

 8         Q.    Who does?

 9         A.    Slope.

10         Q.    Slope Solutions, L.L.C.?

11         A.    I don't know what their whole name is.  I know

12    Slope comes out and works on our roof when we need roof

13    repairs.

14         Q.    Who is Cedar Cove?

15              MS. CHAVEZ:  Objection.

16              THE WITNESS:  The name's familiar.  They could

17         have been one of them that worked on it also.  We

18         have lots of vendors.

19    BY MR. TUCKER:

20         Q.    Do you have more vendors that would

21    potentially repair the roof besides Cedar Cove and

22    Slope?

23              MS. CHAVEZ:  Objection.  Form.

24    BY MR. TUCKER:

25         Q.    Within the six months before to or six months
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

 1  after the slip and fall?

 2      A.   I do not know.  We are not always involved in

 3  every incident in the store.  Those are the two main

 4  ones that I know of that worked on our roof.

 5      Q.   You're here to testify as the voice for Wal-

 6  Mart.  So when you say that you're not involved, as the

 7  voice for Wal-Mart, what do you mean that you're not

 8  involved?

 9          MS. CHAVEZ:  Objection.  Form.  She answered

10      the question.

11  BY MR. TUCKER:

12      Q.   Ma'am?

13      A.   As a Wal-Mart Manager in that store, every

14  manager is not involved in every incident where a vendor

15  comes to the store.  The reports that were sent from

16  Wal-Mart regarding incidences of roof leaks, there was

17  no roof leak over the GM vestibule six months prior to

18  or six months after.

19      Q.   What about any time in between?

20      A.   Six months prior to or six months after --

21      Q.   You're including that whole year, yes?

22      A.   I'm including that whole year.

23      Q.   Is it your testimony here today there were no

24  leaks in the vestibule roof in the six months before all

25  the way through six months after the slip and fall of



877.291.3376
www.UCRinc.com

1   Polly Bassett?

2        A.   Yes.

3        Q.   Has Wal-Mart investigated to try and uncover

4   the source of the liquid on the floor of the vestibule

5   from December 24th, 2016, Christmas Eve day?

6        A.   Whenever we're made aware of an incident in

7   the store we always start looking to see what caused it,

8   where did it come from.  Where these few droplets came

9   from we do not know.  A customer could have had a bottle

10  of water, a cup of coffee, and came in and spilled some

11  on the floor in drops.  It happens all the time and we

12  clean that.

13       Q.   In the CCTV video that's been produced can

14  Wal-Mart point to any persons that it believes spilled

15  any liquids on the floor?

16            MS. CHAVEZ:  Objection.  Form.

17            THE WITNESS:  Not to my knowledge.

18  BY MR. TUCKER:

19       Q.   What steps has Wal-Mart taken in this case to

20  investigate the source of the liquid that caused the

21  slip and fall on December 24th, 2016?

22            MS. CHAVEZ:  Objection.  Form.

23            THE WITNESS:  Reviewed the video to see if we

24       could find out where it came from.

25  BY MR. TUCKER:



1    Q.    Anything else?

2    A.    Nothing showed up in the video that would

3 definitively say it came from this source.

4    Q.    When you say definitely that almost suggests

5 to me that you're saying that you might have an idea.

6 It's just not definitive.  Is there any --

7    A.    We found nothing that showed where the water,

8 the liquid came from.

9    Q.    So Wal-Mart doesn't even have an inkling of a

10 clue from what --

11         MS. CHAVEZ:  Objection.  Form.

12         THE WITNESS:  I have no clue where that water

13    came from.

14 BY MR. TUCKER:

15    Q.    Does Wal-Mart have any evidence to suggest

16 that it didn't exist for greater than an hour prior to

17 Polly Bassett slipping on December 24, 2016, on

18 Christmas Eve day?

19         MS. CHAVEZ:  Objection.  Form.

20         THE WITNESS:  No.

21 BY MR. TUCKER:

22    Q.    You testified that the doors open at 7:00 a.m.

23 Are there other doors in that area that people could

24 walk through prior to those sliding glass doors opening?

25    A.    Yes, there's two wing doors.



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

1      Q.    Are they unlocked?

2      A.    They are locked at night.  From reviewing the

3   video it appears that they did have thumb locks on them

4   where you could just take a thumb and open it from the

5   inside.  It appears that someone had opened the thumb

6   lock on the north side of the vestibule before 7:00.

7      Q.    Is it the north side we're looking at in the

8   CCTV video, is it towards the right side, or to the left

9   side?

10     A.    As you're looking at the doors it's on the

11  right side.

12     Q.    So, if we're talking about, there's a big old

13  yellow thing?

14     A.    Yeah, that side.

15     Q.    What's this yellow thing?

16     A.    Some kind of vending machine.

17     Q.    Okay, so there's vending machines on the right

18  side, and that's the side you're saying is the north

19  side?

20     A.    Yes.

21     Q.    Okay.  Do employees go through those doors on

22  their way in to work in the morning, the wing doors?

23     A.    After 7:00 when they're unlocked.

24     Q.    How do they get into the store prior to 7:00?

25     A.    In through Grocery.



1     Q.    Are there any employees on this day that

2   entered the store through those wing doors prior to

3   7:00?

4     A.    I did not see any.

5     Q.    If an employee had walked through those wing

6   doors would that have been improper?

7     A.    Employees can enter any door as long as it's

8   unlocked.

9     Q.    Does Wal-Mart believe that any customers

10  caused a substance to get on the floor of the vestibule?

11          MS. CHAVEZ:  Objection.  Form.

12          THE WITNESS:  Wal-Mart does not know.

13  BY MR. TUCKER:

14    Q.    You mentioned there being some droplets

15  towards the bottom of the view of the CCTV video.  Was

16  there any liquid outside the view of the CCTV that was

17  cleaned following the slip and fall of Polly Bassett?

18    A.    After the slip and fall when she got up and I

19  was doing the report with her, the other member of

20  management who came over, they wiped down the entire

21  area just to make sure, just as caution to make sure

22  there was nothing there that they couldn't see.

23    Q.    Did they discover any liquid that they didn't

24  see when they cleaned the floor?

25    A.    No.



1     Q.    Do you think there's any difference between

2    cleaning the floor with their foot and a rag or paper

3    towel versus getting on their knees and wiping it with

4    their hand?

5          MS. CHAVEZ:  Objection to form.

6          THE WITNESS:  No.  They used paper towels.

7    BY MR. TUCKER:

8     Q.    It wouldn't help them see liquids better if

9    they got down?

10          MS. CHAVEZ:  Objection.  Form.  You can

11       answer.

12          THE WITNESS:  I don't think it would make any

13       difference.

14    BY MR. TUCKER:

15     Q.    On the CCTV video can we see the spot where

16    the employees cleaned the liquid from the floor?

17     A.    If I recall it shows them with the paper

18    towels wiping the floor.

19     Q.    And I just want to be clear because you said a

20    second ago that some of it they were just cleaning just

21    to make sure and some of it there was actually liquid.

22    My question is, can we see on the CCTV video of when

23    they're cleaning the floor actually cleaning the liquid

24    that you saw on the floor?

25     A.    Actually see the liquid?  I didn't see the



877.291.3376
www.UCRinc.com

```
 1   liquid.

 2        Q.   No, no, no.  My question is a little

 3   different. I'm asking if somebody comes in there and you

 4   see liquid on the floor, correct, okay?  And then you

 5   tell somebody to come in here and clean this spot up, I

 6   see liquid right there, clean that, yes?

 7        A.   Yes.

 8        Q.   Okay.  And that employee that comes and cleans

 9   the spot on the ground that you see, can we see them

10   physically cleaning the spot with the paper towel on the

11   CCTV video or is it outside the view of the CCTV video?

12             MS. CHAVEZ:  Objection.  Form.

13             THE WITNESS:  When I saw the video I did see

14        them wiping the floor.  The specific spot, I don't

15        recall.  I only saw the video one time.  I didn't

16        sit and.

17   BY MR. TUCKER:

18        Q.   Did you watch it recently?

19             MS. CHAVEZ:  Objection.  Form.

20             THE WITNESS:  I watched it right after it

21        happened.

22   BY MR. TUCKER:

23        Q.   And you haven't seen it since?

24             MS. CHAVEZ:  Objection.  Form.  I'm going to

25        instruct her not to answer anything that she has
```



1          done with her attorney to prepare for this

2          deposition.

3     BY MR. TUCKER:

4          Q.   Well, I'm not asking conversations you've had.

5     I'm just asking whether you've actually viewed the CCTV

6     video since it happened on December 24th, 2016?

7          A.   Since it happened, no, I haven't been watching

8     the video.

9          Q.   The only day you saw it was December 24th,

10    2016?

11         A.   I didn't even watch it that day.  It was after

12    the fact.

13         Q.   How many days afterwards did you watch it?

14         A.   I do not recall.

15         Q.   Do you know approximately?

16         A.   No.

17         Q.   Can you give me an approximate?

18         A.   No.

19         Q.   A month later?

20         A.   I don't recall when I watched it.

21              MS. CHAVEZ:  Objection.  Form.

22    BY MR. TUCKER:

23         Q.   Do you recall why you watched it later on?

24              MS. CHAVEZ:  Objection.  Form.

25              THE WITNESS:  I do not.



877.291.3376
www.UCRinc.com

1    BY MR. TUCKER:

2        Q.   **Well, is your common practice to go back and**

3    **watch slip and falls?**

4        A.   I watch videos for different reasons, because

5    somebody asked me a question about what's going on, I'm

6    looking for information but, no, it's not common

7    practice. I don't normally watch the videos.

8        Q.   **Did you watch the video as a result of**

9    **receiving a Preservation Letter in this case?**

10            MS. CHAVEZ:  Objection to form.

11            THE WITNESS:  I didn't receive the

12       Preservation Letter.

13   BY MR. TUCKER:

14       Q.   **Wal-Mart didn't receive a Preservation Letter?**

15       A.   I'm sure -- Wal-Mart is the company who

16   received it.  I did not personally look at a

17   Preservation Letter.

18       Q.   **Did you watch the video in response to Wal-**

19   **Mart having received a Preservation Letter?**

20            MS. CHAVEZ:  Objection to form.  Asked and

21       answered.

22            THE WITNESS:  Someone had to have asked me a

23       question about it and I looked at it then.  When,

24       where, I do not recall.

25   BY MR. TUCKER:



1          Q.    Does Wal-Mart agree there's 11 employees that

2    walk through the vestibule an hour before Plaintiff

3    falls?

4          A.    Before what, before the client fell?

5          Q.    Before Polly Bassett fell, yes.

6              MS. CHAVEZ:  Objection.  Form.

7              THE WITNESS:  I do not how many people walked

8         through there before she fell.  There were several.

9              MR. TUCKER:  Can we go off the record for a

10        minute?

11              (Off the record at 12:00 p.m.)

12              (Deposition was resumed at 12:05 p.m.)

13   BY MR. TUCKER:

14         Q.    I asked you a moment ago how many employees

15   that went into Wal-Mart that walked through the

16   vestibule in the hour prior to Polly Bassett slipping

17   and falling and you said you didn't know.  If I showed

18   you the CCTV video would you be able to count them?

19         A.    Yes.

20         Q.    All right, is that one person?

21         A.    Yes.

22         Q.    Is that a second person?

23         A.    Yes.

24         Q.    It's also the same second person, right?

25         A.    Yes.



1       Q.   Third person?

2       A.   Yes.

3       Q.   Same third?

4       A.   Yes.

5       Q.   Fourth person?

6       A.   Yes.

7       Q.   Fifth person?

8       A.   Yes.

9       Q.   Sixth person?

10      A.   Yes.

11      Q.   Seventh person?

12      A.   I don't know if this works for Wal-Mart.  I

13   don't know who this is.

14      Q.   So you're not sure about seven?

15      A.   I'm not sure.  It's Exhibit 9.

16           MS. CHAVEZ:  What is the timestamp please?

17           THE WITNESS:  It says 10:15 in the morning.

18      This one is 10:00 in the morning and this one is at

19      8:30. This was before, this is after.

20   BY MR. TUCKER:

21      Q.   I'm sorry?

22      A.   This is 7:30 in the morning.

23      Q.   It says 7:08:38, correct?

24      A.   Oh, I'm sorry.

25      Q.   So you're not sure about Number Seven, right?



1    So right now we have six people having walked through --

2        A.   Yeah.

3        Q.   Confirmed six people that walked through at

4    least by 7:10:13 a.m. --

5            MS. CHAVEZ:  Can we confirm the timestamps --

6            MR. TUCKER:  Hold on, I'm asking the

7        questions. We'll get it on the record.  I

8        understand your issue. We'll get to it.

9            MS. CHAVEZ:  Okay.

10   BY MR. TUCKER:

11       Q.   So you're not sure about seven.  We have at

12   least six people confirmed, maybe seven, so we're at six

13   or seven.  And here's two more, yes?

14       A.   Yes.

15       Q.   So now we have at least eight people that have

16   walked through the vestibule prior to the slip and fall

17   and  we'll get to the times.  And I'll hand you another

18   one, and what time is that?

19       A.   7:18.

20       Q.   00:00:27, or, I'm sorry, 7:18 what?

21       A.   00:00:22.

22       Q.   00:00:22, okay.  So, that's the ninth person

23   that walked through?  Plus one because you have an

24   unidentified person?

25       A.   Seven, eight, nine, yeah, nine.  That's the



1   same one.

2        Q.   Okay.  And here's another person?

3        A.   Yes.

4        Q.   And at 7:39:32 another person walks through?

5        A.   Yes.

6        Q.   So at least 11 people?

7        A.   Yes.

8             MR. TUCKER:  And do you want to look at those

9        timestamps because there was a question about that?

10       Do you want to look and make sure that all those

11       timestamps were prior to the slip and fall of Polly

12       Bassett on December 24th, 2017?

13            MS. CHAVEZ:  Well, with respect -- and she's

14       going to do that -- but with respect to what's been

15       marked I guess as Exhibit 14 --

16            MR. TUCKER:  These are not exhibits.  I'm not

17       entering them.  I'm just asking her -- I'm just

18       refreshing her recollection --

19            MS. CHAVEZ:  7:39 -- I know you're refreshing

20       her recollection.  I have an objection regarding

21       this piece of paper because it's an inaccurate

22       representation as to what the video showed.  I

23       don't know what this is but --

24            MR. TUCKER:  I'm just refreshing her on how

25       many people walked through the vestibule prior to



1          the slip and fall.

2               MS. CHAVEZ:  All right.  And then now I'm

3          objecting to the image with stamp 7:39.

4               MR. TUCKER:  They're not even in the record.

5               MS. CHAVEZ:  Well, I'm objecting to it.  Okay.

6               MR. TUCKER:  I need those back.

7     BY MR. TUCKER:

8          Q.   So can we agree then that in what I'm showing

9     you, these -- does Wal-Mart agree there were at least 11

10    employees that walked through the vestibule prior to the

11    slip and fall of Polly Bassett?

12         A.   Yes.

13         Q.   In fact, one of those employees walked through

14    the vestibule within approximately two and a half

15    minutes of the fall of Polly Bassett, yes?

16               MS. CHAVEZ:  Objection.  Form.

17               THE WITNESS:  I would have to look at the

18          exact time but.

19    BY MR. TUCKER:

20         Q.   Would you like to see the exact time?

21         A.   Yeah, let me see the last one.  Yeah, within

22    three minutes, okay.

23         Q.   What time does that say on there?

24         A.   7:39 and she fell at 7:42.

25         Q.   This image actually says 7:39:32, yes?



1     A.    Yes.

2          Q.    That's 32 seconds increase at 7:39, right?

3     A.    Yes.

4          Q.    And Polly Bassett fell at 7:42:13 a.m.?

5     A.    Yes.  Well, no, she fell after that cause

6    she's not on the floor yet, although she's going down.

7          Q.    She's slipping, yeah?

8     A.    Yes.

9          Q.    She's falling.  And in fact, at 7:42:13 she's

10   actually touching the ground at this point?

11    A.    Her knee is on the ground, yes.

12         Q.    So, within two or three minutes before Polly

13   Bassett falls an employee for Wal-Mart walks through the

14   vestibule, yes?

15    A.    Yes.

16         Q.    And would you say that that employee that

17   walks through the vestibule was in close proximity to

18   where Polly Bassett fell?

19             MS. CHAVEZ:  Objection.  Form.

20             THE WITNESS:  Yes.

21   BY MR. TUCKER:

22         Q.    Would you say that where that employee walks

23   through is the area in which you personally saw water on

24   the floor of the vestibule?

25             MS. CHAVEZ:  Objection.  Form.



```
 1              THE WITNESS:  In the general area, yes.
 2   BY MR. TUCKER:
 3        Q.   Did any of those 11 employees see a substance
 4   on the  ground prior to the slip and fall of Polly
 5   Bassett?
 6        A.   I do not know.
 7        Q.   Has Wal-Mart investigated to determine whether
 8   those employees saw water on the ground or a substance
 9   on the ground of the vestibule prior to the slip and
10   fall of Polly Bassett?
11        A.   I do not know if each of them was spoken to
12   and asked if they saw water on the floor.
13        Q.   Which employees were spoken to and asked
14   whether they saw water or a substance on the floor of
15   the vestibule?
16              MS. CHAVEZ:  Objection.  Form.
17   BY MR. TUCKER:
18        Q.   And I'm talking about when they walked
19   through, as the pictures you just looked at?
20        A.   I know Romdeo (phonetic) was asked if he saw
21   water on the floor.
22        Q.   Who's that?  Who's Romdeo, is he in here?
23        A.   This guy.
24        Q.   So what's Exhibit 4?
25        A.   That's what it's marked.
```



```
 1        Q.   Okay.  And this is an exhibit to the depo.

 2   These have already been produced to Wal-Mart and other

 3   questions prior to this deposition.  Anybody else that's

 4   been spoken to?

 5        A.   I asked Albert if he had seen any water on the

 6   floor.

 7        Q.   And that's in Number 3?

 8        A.   Yes.

 9        Q.   Okay.  Any others?

10        A.   That's the only two that I'm personally aware

11   of.

12        Q.   And nobody else was spoken to that's

13   contained --

14             MS. CHAVEZ:  Objection.  Form.

15             THE WITNESS:  Not that I'm personally aware

16        of.

17   BY MR. TUCKER:

18        Q.   And I'm not asking simply about your personal

19   knowledge although I appreciate that.  I'm asking if

20   Wal-Mart, as a company and your testifying here today as

21   the Corporate Representative, whether Wal-Mart has

22   spoken to the other nine folks that we can see walking

23   through the vestibule prior to the slip and fall?

24             MS. CHAVEZ:  Objection.  Form.

25             THE WITNESS:  I do not know.
```



```
 1   BY MR. TUCKER:
 2       Q.   So, sitting here today, you don't know whether
 3   or not Wal-Mart has investigated that?
 4       A.   I don't know.  The accident was investigated.
 5   Whether those other Associates were spoken to or not I
 6   do not have first-hand knowledge.
 7   BY MR. TUCKER:
 8       Q.   Does Wal-Mart have knowledge of that?
 9       A.   I do not have any knowledge of that so I can't
10   answer that for Wal-Mart because I do not know.
11           MS. CHAVEZ:  Okay, give me a minute here.
12   BY MR. TUCKER:
13       Q.   You received a notice for deposition in this
14   case, it says, "Plaintiff's Re-notice of Taking
15   Videotaped Deposition Duces Tecum," did you see that?
16       A.   No.
17       Q.   Never saw that?
18       A.   No.
19           MS. CHAVEZ:  May I see?
20           THE WITNESS:  No, I didn't receive that.
21           MR. TUCKER:  We'll mark that as Exhibit 2.
22           (Thereupon, Plaintiff's Exhibit 2 was marked
23           for identification.)
24   BY MR. TUCKER:
25       Q.   In this Notice of Deposition we advise we were
```



1    going to ask about Wal-Mart's actual constructive

2    knowledge of the dangerous condition on the floor of the

3    vestibule before, during, and after the slip and fall

4    that occurred on December 24, 2016 at or about 7:42:13

5    a.m. That's Paragraph Number Six, and in complying with

6    that request is it your testimony that Wal-Mart has not

7    spoken to the other nine individuals that are seen in

8    the CCT video walking through the vestibule prior to

9    Polly Bassett's slip and fall?

10             MS. CHAVEZ:  Objection.  Form.

11             THE WITNESS:  I'm saying I do not have an

12        answer for that.

13   BY MR. TUCKER:

14        Q.   Okay.  Is there any reason you're not prepared

15   to answer Number Six today?

16        A.   I never got that piece of paper to ask me to

17   look at it to start with.

18        Q.   If you had gotten that piece of paper would it

19   have helped you to answer my question regarding the

20   other nine folks?

21             MS. CHAVEZ:  Objection.  Form.

22             THE WITNESS:  It may have if I had known.

23             MS. CHAVEZ:  Objection.  Form.

24   BY MR. TUCKER:

25        Q.   Of those is there a reason that the, well, I



877.291.3376
www.UCRinc.com

1  think it's a female.  Do you know who this is in what

2  says "14?"

3      A.   She's a cashier.  Her name is Miriam, I

4  believe. I don't know her last name.

5      Q.   And Miriam's the individual who walks through

6  at 7:39:32 a.m.?

7      A.   Yes.

8      Q.   Does she still work for Wal-Mart?

9      A.   Yes.

10     Q.   Did Wal-Mart not believe that it's important

11 to speak to the employee that walked in close proximity

12 to where Polly Bassett fell within three minutes prior

13 to the slip and fall --

14         MS. CHAVEZ:  Objection.  Form.

15 BY MR. TUCKER:

16     Q.   -- to see if she had knowledge of the

17 conditions on the floor?

18         MS. CHAVEZ:  Objection.  Form.

19 BY MR. TUCKER:

20     A.   I did not conduct the investigation and I do

21 not have an answer to if or why she was not spoke to.

22     Q.   Tell me about the preservation of CCTV video

23 in this matter.

24     A.   Wal-Mart -- you mean regarding an accident?

25         MS. CHAVEZ:  No, regarding this incident.



```
 1         Listen to the question carefully.

 2              THE WITNESS:  Regarding this incident or what?

 3    BY MR. TUCKER:

 4         Q.   Tell me about the preservation of CCTV video

 5    in this matter.

 6         A.   Okay.  Wal-Mart's policy is to save the video

 7    which shows the accident in its entirety for one hour

 8    before it happened to one hour after it happens.

 9         Q.   Does Wal-Mart have a written policy for the

10    preservation of CCTV video?

11         A.   That is our direction, yes, for one hour

12    before and one hour after.

13         Q.   I appreciate your answer.  My question's a

14    little different.  I'm asking if there's a written

15    policy?

16              MS. CHAVEZ:  Objection.  Form.  Let me see

17         because that might be -- the only questions

18         regarding policies is Number Four.  I don't see

19         anything else in the Notice regarding policies.

20         She has answered the question as to the

21         preservation of CCTV footage.

22    BY MR. TUCKER:

23         Q.   Ma'am, is there a written policy?

24         A.   Our guidelines are one hour before and one

25    hour after.  I am sure if I can go look I can find it
```



```
 1   somewhere.

 2        Q.    When you say find it are you talking about a

 3   written policy?

 4        A.    Yes.

 5        Q.    So you believe that there is a written policy?

 6        A.    Yes.

 7              MS. CHAVEZ:  Objection.  Form.

 8   BY MR. TUCKER:

 9        Q.    Have you ever seen it before?

10        A.    I don't recall.

11        Q.    You don't know or you don't remember?

12              MS. CHAVEZ:  Objection.  Form.

13              THE WITNESS:  I don't recall ever seeing it.

14   BY MR. TUCKER:

15        Q.    You said you didn't investigate this case.

16   Who did?

17        A.    Virgil Dixon.

18        Q.    Is he a manager?

19        A.    Our Asset Loss Prevention Manager.

20        Q.    Is he seen in the CCTV video for the hour

21   before or the hour after the fall?

22        A.    No.

23        Q.    Who preserved the CCTV video in this case?

24        A.    Virgil.

25        Q.    Did he preserve all of the video that's been
```



1   produced in this case?

2           MS. CHAVEZ:  Objection.  Form.

3           THE WITNESS:  He's the one that takes care of

4       all the video in the store.

5   BY MR. TUCKER:

6       Q.   And I appreciate your answer.  My question's

7   just a little bit different.  I'm asking whether he is

8   the one that preserved all the video in this case?  Is

9   there anybody else that preserved video in this case?

10      A.   No.

11      Q.   He's the only one?

12      A.   Yes.

13      Q.   Is the CCTV video that was produced in this

14  case a fair and accurate representation of the vestibule

15  on December 24th, 2016 the hour before and for the hour

16  after the slip and fall of Polly Bassett?

17      A.   Yes.

18      Q.   It is a fair and accurate representation of

19  all the time in between the hour before and the hour

20  after?

21      A.   Yes.

22      Q.   Please tell me all the efforts Wal-Mart has

23  made to locate and produce CCTV video in this matter.

24      A.   Whenever there's an incident in the store

25  immediately all the video is checked, every angle from

```
 1   where it occurred to see if there's anything, and then

 2   it is preserved on a CD.  We have a form in our accident

 3   files which request, it's a request for video, and on

 4   that request for video we put in where it happened,

 5   when, its possible time, and then the Loss Prevention

 6   records it from there.

 7        Q.   Is that what happened in this case?

 8        A.   Yes.

 9        Q.   All the angles of the store were reviewed to

10   determine what Wal-Mart determined was relevant --

11             MS. CHAVEZ:  Objection.  Form.

12             THE WITNESS:  Anything that showed her falling

13        and the complete incident from her coming in the

14        store, to her falling, to her getting up is all

15        shown in the video.

16   BY MR. TUCKER:

17        Q.   Does the complete incident include any other

18   camera angles that would show the Plaintiff for the hour

19   before and the hour after the slip and fall?

20             MS. CHAVEZ:  Objection.  Form.

21             THE WITNESS:  From what I am aware of the

22        video that you provided showed the entire incident

23        and her. I don't know personally of any other

24        videos which showed her falling.

25   BY MR. TUCKER:
```



1       Q.    Are you familiar with the store security

2   cameras in that store?

3       A.    I don't do anything with them.  Loss

4   Prevention takes care of it.

5       Q.    Have you ever seen them?

6       A.    Cameras all over the store.

7       Q.    Where would you go if you want to look at the

8   cameras?

9       A.    To the Loss Prevention Office if you want to

10  see what's going on.

11      Q.    Do you ever go in there?

12      A.    Yes.

13      Q.    And we've done Requests for Admissions.  We

14  know there are at least four cameras inside of the

15  vestibule, yes?

16      A.    Possibly, I'm not sure how many cameras are in

17  there, never counted them.  If you were given

18  information that there's four then I can say that it's

19  probably correct.

20      Q.    Okay.  Number 23 asks for whether or not there

21  are any additional CCTV video that existed but was not

22  preserved and Number 24 asks whether any additional CCTV

23  video camera angles existed but was not preserved, but

24  you're not able to tell me how many cameras even existed

25  in the vestibule, yes?



```
 1        A.   I do not know how many cameras, a total count,

 2   in the vestibule.

 3        Q.   How many are you aware of that exist inside

 4   that vestibule?

 5        A.   I know there's three because there's one on

 6   each door and there's one back toward the entrance into

 7   the store.  Four?  If you were given the information

 8   there's four then I can pretty say that there are four

 9   there.

10        Q.   Okay.  And are you able to tell me today where

11   those four cameras that Wal-Mart has already admitted to

12   being in the vestibule point?

13        A.   Well, two of them are at the doors and they

14   capture everybody who goes in and out and one is on the

15   opposite side from where she fell on the north side up

16   in the ceiling.  There is four.  I know where the fourth

17   one is now, I remember, didn't expect to be counting

18   camera angles.

19        Q.   If you had received this Notice, Exhibit 2,

20   where it asks about whether or not there are additional

21   CCTV videos that have not been produced, not preserved,

22   or any other angles that are not preserved, 22, 23, and

23   24, would you then have known to count the cameras that

24   were inside the vestibule?

25             MS. CHAVEZ:  Objection.  I'm objecting to
```



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

```
 1        anything that she did to prepare for this
 2        deposition and specifically her communications with
 3        counsel, including her communication with counsel
 4        that she did to prepare for this deposition.
 5   BY MR. TUCKER:
 6        Q.   To be clear, I don't want to know anything
 7   that you communicated with counsel.  I'm just asking
 8   whether or not if you had this document that you've
 9   already stated that you didn't have, whether you would
10   have known having read those to go in there, count, and
11   look at the cameras?
12             MS. CHAVEZ:  Same objection.
13             THE WITNESS:  If I received this and had it to
14        read I would have counted the cameras if I had
15        known you were going to ask me how many cameras
16        there were.
17             MS. CHAVEZ:  This Notice by the way doesn't
18        say anywhere that the witness is supposed to be
19        testifying as to how many cameras.
20   BY MR. TUCKER:
21        Q.   We requested CCTV video and we received an
22   initial video, the one that's of all these pictures that
23   we're looking at, and then there was a supplemental from
24   somebody's cell phone, yes?
25        A.   Yes.  I did hear that fact.
```



877.291.3376
www.UCRinc.com

1        Q.   Okay.   Whose cell phone?

2        A.   Virgil Dixon.

3        Q.   Okay.   Is saving video on a cell phone a

4   proper way to preserve video for Wal-Mart?

5             MS. CHAVEZ:   Objection.

6             THE WITNESS:   I have not spoken with Virgil

7        regarding this so I do not know what his reasoning

8        was for having video on his personal cell phone.

9   BY MR. TUCKER:

10       Q.   So as the Corporate Representative today, all

11  of our questions in Exhibit 2 that relate to the

12  preservation you can't answer because you haven't spoken

13  to Virgil, correct?

14       A.   I haven't spoken to Virgil --

15            MS. CHAVEZ:   Well, let me object because that

16       is not correct.   She has answered questions and it

17       does not talk specifically about this question you

18       ask now, okay?   As to what he did to, or whether he

19       was right in preserving video with his cell phone.

20  BY MR. TUCKER:

21       Q.   Do you know whether or not any other people

22  were with Virgil when he reviewed the CCTV video on

23  December 24th, 2016?

24       A.   I do not.

25       Q.   Could there have been more folks with him when



1  he reviewed it?

2      A.   Could have been other Loss Prevention Asset

3  Protection in the store.

4      Q.   Okay.  Number 25 requests the names of

5  employees that reviewed the CCTV video cameras.  Can you

6  tell me that?

7      A.   I know Virgil did.  The ones who review it

8  now?

9      Q.   No, no.

10      A.   Or reviewed for that particular incident?

11      Q.   That incident.

12      A.   Virgil Dixon in Loss Prevention, Ramel is one

13  of his Asset Protection Associates, and I believe Jerome

14  was at the time.

15      Q.   And my question from Number 25 is, I'm asking

16  you to provide the names of employees that actually

17  reviewed the CCTV video cameras.

18      A.   The only one I know for sure is Virgil.

19      Q.   And Virgil would know whether or not other

20  folks had watched it with him?

21      A.   Yes.

22      Q.   Why did Wal-Mart not preserve the other

23  cameras that were in the vestibule?

24      A.   The camera view that was preserved shows the

25  full and complete picture of her walking in the store



1  and of her falling.  I don't know what's on the other

2  videos you're talking about so I can't answer for that.

3          MR. TUCKER:  Go and mark Exhibit 3.

4          (Thereupon, Plaintiff's Exhibit 3 was marked

5          for identification.)

6  BY MR. TUCKER:

7      Q.  **In Exhibit 3 is there a camera in this picture**

8  **that you can see?**

9      A.  Well, there's a camera here, looks like a

10 camera, and I know there's cameras on top of the doors.

11     Q.  **Which way are the doors?**

12     A.  This is the inside.  The door camera gets

13 coming and going.

14     Q.  **What do you mean the door camera comes and**

15 **goes?**

16     A.  The camera above the door catches the people

17 coming and going.

18     Q.  **It catches stuff inside the vestibule?**

19     A.  Yeah, people coming and going.

20     Q.  **Where are those cameras mounted?**

21     A.  On the top of the doors.

22     Q.  **On the inside of the doors?**

23     A.  Yeah, at the top.  You can't see it from that

24 picture.

25     Q.  **You can't see it from this CCTV video?**



```
 1        A.    No, but I do see that one over there.

 2        Q.    Okay, I'm going to circle that camera.  That's

 3   the camera where we can see that I circled in blue?

 4        A.    That's a camera there.

 5        Q.    Okay.

 6        A.    And periodically they do move the cameras for

 7   better angles.  Now, I don't have anything to do with --

 8   Virgil takes care, he's Asset Protection, he's takes

 9   care of all the camera locations.  So, he would be

10   better to answer questions about the cameras.

11        Q.    When was the last time that you know of as the

12   Store Co-manager that Wal-Mart has moved cameras in the

13   vestibule?

14        A.    They were working on cameras a couple weeks

15   ago.

16        Q.    Did they make a camera mount when they moved

17   the cameras?

18        A.    They would have it in the Asset Protection

19   Office.  I have not looked at it.

20        Q.    Is there a camera mount for the cameras in the

21   store?

22              MS. CHAVEZ:  Objection.  Form.

23              THE WITNESS:  I do not know.

24   BY MR. TUCKER:

25        Q.    Who would know?
```



877.291.3376
www.UCRinc.com

```
 1        A.   Virgil.

 2             MS. CHAVEZ:  Objection to form.  That's

 3        outside the scope of the Notice.

 4   BY MR. TUCKER:

 5        Q.   At what point did Wal-Mart anticipate

 6   litigation in this matter?

 7        A.   Wal-Mart always anticipates litigation from

 8   the time an incident occurs.  That's why we do an

 9   accident report and we have 24 hours to get it keyed

10   into the system.

11        Q.   Was there any additional CCT video that

12   existed but has not been located?

13        A.   Not to my knowledge.

14        Q.   Is there any CCTV video that existed that has

15   not yet been produced?

16        A.   Not to my knowledge.

17        Q.   Was there any additional CCTV video that

18   existed but was not preserved?

19        A.   Not to my knowledge.

20        Q.   Was there any other cameras inside the

21   vestibule that would have shown the fall but were not

22   preserved?

23        A.   Not to my knowledge because I do not go and

24   review the angles of the camera.

25        Q.   Okay.  So, your testimony here is not that it
```



1    didn't exist but wasn't preserved, you just don't have

2    knowledge as the Corporate Representative today as to

3    whether or not video existed that showed it but wasn't

4    preserved?

5            MS. CHAVEZ:  Objection.  Form.  That's

6        mischaracterization of her testimony.

7    BY MR. TUCKER:

8        Q.   I'm asking a question.  You haven't answered

9    it yet.

10       A.   I do not have any knowledge of any other

11   video.

12       Q.   Do any of those other cameras, as the Wal-Mart

13   Co-manager, that are in that vestibule point towards the

14   Plaintiff at the time of her fall?

15       A.   I can't answer that because I do not have the

16   answer.

17       Q.   Well, let me ask you a question.  In Exhibit 3

18   we circled a camera, yes?  To the left is there another

19   camera outside of view that's mounted on the wall

20   equally level to this camera?

21       A.   I would have to go and look.  I do not know.

22       Q.   You don't know?

23       A.   I did not know you were going to ask me a

24   bunch of  questions about camera location.  If I had I

25   would have gone in the lobby and looked.



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1            MS. CHAVEZ:  The amount of cameras and the

2        camera locations is outside the scope of this

3        Notice. We've already addressed the camera mount

4        request in a court order so.

5    BY MR. TUCKER:

6        Q.   **What steps did Wal-Mart take to comply with**

7    **Plaintiff's attorneys January 9th, 2017 preservation**

8    **request?**

9        A.   Well, we already had the video recorded.  We

10   always save it.  We always save the file.  There was

11   really, unless you asked them to produce specific

12   information in that request, the video is already saved.

13   That's done immediately after it happens.

14       Q.   **And if there's specific information in there**

15   **requesting all the video be preserved would there be any**

16   **reason why Wal-Mart would only store one video as**

17   **opposed to other video that exists?**

18            MS. CHAVEZ:  Objection.  Form.

19            THE WITNESS:  The video was preserved that

20        showed the full and complete accident as it

21        happened.

22   BY MR. TUCKER:

23       Q.   **And if there were other angles from these**

24   **other video cameras mounted on the walls of Wal-Mart**

25   **inside the vestibule, Wal-Mart did not preserve those**



1   **views of it, correct, of the fall?**

2            MS. CHAVEZ:  Objection.  Form.

3            THE WITNESS:  I don't know if there were other

4       views.

5   BY MR. TUCKER:

6       **Q.   And in fact, if we go back to Plaintiff's**

7   **Exhibit 3, that camera mounted on the wall, do you know**

8   **which direction that is pointing?**

9       A.   I would say toward the entrance into the

10  store, but like I said, they move the cameras.  I do not

11  have that knowledge as to exactly what is in the scope

12  of that camera.

13           MS. CHAVEZ:  Again, I'm going to object as to

14      beyond the scope of the Notice.

15  BY MR. TUCKER:

16      **Q.   On December 24th, 2016, were there any cameras**

17  **that were pointed, and I think you said there was**

18  **another 40 feet of cart length, yes?  Is that covered by**

19  **any of the other cameras inside the vestibule on**

20  **December 24th, 2016?**

21      A.   I do not know.

22      **Q.   Who would know?**

23      A.   If there's a camera that covers that Virgil

24  would know.

25      **Q.   How do you spell Virgil's last name?**



```
 1        A.    D-I-X-O-N.

 2        Q.    And how do you spell Virgil's first name?

 3        A.    V-I-R-G-I-L.

 4        Q.    Would Virgil have been better suited to be the

 5   person to answer these questions for Wal-Mart?

 6        A.    Regarding the cameras, absolutely.

 7             MS. CHAVEZ:  Let the record reflect that the

 8        Notice does not ask anything about the locations of

 9        cameras in the Notice.

10   BY MR. TUCKER:

11        Q.    Tell me Wal-Mart steps. Tell me the steps Wal-

12   Mart took to preserve ESI in evidence in this matter?

13             MS. CHAVEZ:  That part has been stricken, 30

14        and 31 were stricken by the Court.

15             MR. TUCKER:  What paragraph?

16             MS. CHAVEZ:  30 and 31, "Information

17        concerning steps Wal-Mart took to preserve ESI" --

18             MR. TUCKER:  What paragraph are you looking at

19        in the Court's order?

20             MS. CHAVEZ:  The paperless order.  Going back

21        it's Docket Entry 36, Defendant's Motion for

22        Protective Order as to matter for examination, 30

23        is granted, and 31 was granted in Docket Entry 30,

24        Paragraph C so.

25   BY MR. TUCKER:
```



```
 1        Q.   Tell me the steps Wal-Mart took to stop the

 2   overriding process of the CCTV footage.

 3        A.   The system automatically overrides every 30

 4   days.

 5        Q.   So, tell me the steps Wal-Mart took to stop an

 6   automatic overriding process of the CCTV footage.

 7             MS. CHAVEZ:  Objection.

 8             THE WITNESS:  The video was recorded for the

 9        incident so there would be no reason to stop any

10        overriding once we had it on a hard copy.

11   BY MR. TUCKER:

12        Q.   And so by telling me that there was no reasons

13   to -- is it your testimony on behalf of Wal-Mart that it

14   did not take steps to stop the automatic process of CCTV

15   footage override?

16        A.   It's digital.  I don't know that there's any

17   way to stop it.

18        Q.   And if there's not a way to stop it that means

19   that Wal-Mart did not take steps to stop it?

20             MS. CHAVEZ:  Objection.

21             THE WITNESS:  I would have to investigate

22        that. I don't have an answer for it.

23   BY MR. TUCKER:

24        Q.   So you're not able --

25             MS. CHAVEZ:  Objection.  Form.
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1    BY MR. TUCKER:

2         Q.   You're not able to answer Number 32 on

3    Plaintiff's Notice today?

4              MS. CHAVEZ:  Objection.  Form.  She's

5         answered it.  Objection.  She's answered it.

6              THE WITNESS:  I didn't have that to look at

7         the answers.

8    BY MR. TUCKER:

9         Q.   Okay, thank you.  Tell me about Wal-Mart's

10   decision to remove only a single camera from the

11   automatic overriding system.

12        A.   To do what?

13        Q.   Tell me about Wal-Mart's decision to remove

14   only a single camera from the automatic overriding

15   system.

16        A.   I don't know anything about that decision.

17             MS. CHAVEZ:  What do you mean by that by the

18        way?

19   BY MR. TUCKER:

20        Q.   When did Wal-Mart's investigation of the slip

21   and fall incident start and stop?

22        A.   It started when it happened.  It's ongoing

23   since we're obviously here today.

24        Q.   What efforts have been made by Wal-Mart

25   following the preservation of one camera angle in this



1  case?

2          MS. CHAVEZ:  What number are you looking at?

3          MR. TUCKER:  It's Number 38 on the Notice if

4      that's what you're asking.

5  BY MR. TUCKER:

6      Q.    Are you able to answer it?

7      A.    Repeat the question please.

8      Q.    Sure.  You stated that the investigation

9  started the day of the fall on Christmas Eve day, yes,

10  2016?  And you said that the investigation's ongoing?

11     A.    Yes.

12     Q.    Following the fall, let's say a month after

13  the fall because you said that this is ongoing to today

14  and today is January 30th, 2019, over what, three years,

15  two, three years?

16     A.    Just over two years.

17     Q.    Okay.  So, what, following a month after this,

18  what investigation has taken place?

19          MS. CHAVEZ:  Excuse me, the Notice says when

20      Wal-Mart's investigation started and stopped and

21      that's the scope of the Notice and she has answered

22      question.

23          THE WITNESS:  All investigations start when an

24      accident happens.  Associates are spoken to,

25      statements are taken, and sometimes you have to go



1       back and ask for more questions, you look for more

2       videos.  It's ongoing because you are sending out

3       for people to come in for depositions, we are

4       having meetings and trying to, you know, remember

5       what happened two years-plus ago.

6  BY MR. TUCKER:

7       **Q.   And you're speaking very generally.  I'm**

8  **asking specifically starting a month after the slip and**

9  **fall, because you stated that it's ongoing.  You have**

10 **knowledge that it's ongoing.  So, I'm asking you based**

11 **on your knowledge it's ongoing, what has occurred since**

12 **a month after the fall?**

13      MS. CHAVEZ:  Objection.  Again, beyond the

14      scope of the Notice.  The Notice only asks for the

15      date of starting and stopping the investigation.

16      The witness has answered the question.

17 BY MR. TUCKER:

18      **Q.   Can you answer that?**

19      A.   As to what exactly has been done?  No, I

20 cannot.

21      **Q.   Has anything been done that you're aware of on**

22 **this ongoing investigation following a month after the**

23 **slip and fall?**

24      MS. CHAVEZ:  Objection.

25      THE WITNESS:  Well, in January we got the



877.291.3376
www.UCRinc.com

1        Notice that Wal-Mart was being sued cause this lady

2        fell, you know, and then at that point everybody

3        starts talking to everybody else wanting to know

4        what you remember, what happened.  To tell you

5        specifically, the most specific I know is that I'm

6        here today because you had questions to ask and

7        you're trying to get information on the accident.

8   BY MR. TUCKER:

9        **Q.   On December 24th, 2016, were all the video**

10  **cameras in the vestibule working?**

11       A.   To my knowledge, yes.

12       **Q.   And we can agree that an employee was able to**

13  **save CCTV video from a second camera angle that points**

14  **in towards the store on their cell phone, yes?**

15       A.   I have not seen any.  I have heard that it

16  happened.  I have not seen any.

17       **Q.   Does Wal-Mart agree that when Wal-Mart**

18  **preserved CCTV video in this case it could have saved**

19  **other camera angles for the hour before to the hour**

20  **after the fall but did not?**

21            MS. CHAVEZ:  Objection.  Form.  Asked and

22       answered.

23            THE WITNESS:  I'd agree that that did happen.

24       I haven't spoken to Virgil as to why he made a

25       decision to do that or not.



877.291.3376
www.UCRinc.com

```
 1   BY MR. TUCKER:

 2       Q.   And I just want to make sure the record is

 3   clear based on the way you answered it.  Are you saying

 4   that you agree that Wal-Mart could have saved other

 5   camera angles for the hour before to the hour after but

 6   did not?

 7            MS. CHAVEZ:  Objection.

 8            THE WITNESS:  If they did not but it's.

 9   BY MR. TUCKER:

10       Q.   I'm not asking an if.  I'm asking specifically

11   whether Wal-Mart could have saved other camera angles

12   for the hour before to the hour after but did not?

13       A.   Wal-Mart could have saved any camera angle of

14   any camera in the store at any time.

15       Q.   For the hour before to the hour after?

16       A.   For the hour before, the hour after, but if it

17   doesn't have anything relevant to this particular

18   incident that would not be.

19       Q.   Would Wal-Mart agree that another angle

20   showing the Plaintiff slipping and falling would be

21   relevant to this case?

22            MS. CHAVEZ:  Objection.  Form.

23            THE WITNESS:  Any, I would say any angle

24       showing the accident could be relevant.

25            MS. CHAVEZ:  Again, same objection.  Beyond
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1          the scope of the Notice and irrelevant.

 2   BY MR. TUCKER:

 3       Q.   And Wal-Mart would have understood that it

 4   could have been relevant on Christmas Eve day at the

 5   time of the fall?

 6            MS. CHAVEZ:  Objection.  Form.

 7            THE WITNESS:  I thought you were making a

 8       statement.

 9   BY MR. TUCKER:

10       Q.   No, I'm asking questions today.  I'm not

11   making statements on the record.

12            MR. TUCKER:  Do you want to read the question

13       back?

14            (Court reporter read back.)

15   BY MR. TUCKER:

16       Q.   On December 24th, 2016, Christmas Eve day,

17   Wal-Mart understood that other camera angles showing the

18   slip and fall could have been relevant, yes or no?

19       A.   Yes.

20       Q.   The camera angle that was recorded on the cell

21   phone, did that cover the area where we would have seen

22   Polly Bassett fall?

23       A.   I have no idea.  I have not seen those

24   pictures.

25       Q.   Were you involved in uncovering the list of
```



1    **folks from those exhibits prior to this deposition?**

2         A.   From, you mean the people who were in the

3    lobby?

4         **Q.   Correct.**

5         A.   Yes, Virgil brought the pictures to a

6    management meeting, the 16th I believe it was and --

7         **Q.   16th of what?**

8         A.   January.

9         **Q.   January?**

10        A.   And ask if, because there was a couple

11   Associates no one recognized and to see if anyone

12   recognized them.

13        **Q.   Some of those exhibits you can see folks'**

14   **faces, correct?  And some of them you couldn't?**

15        A.   Right.

16        **Q.   In the ones that you couldn't, would the other**

17   **camera angles that were not preserved have shown their**

18   **faces?**

19             MS. CHAVEZ:  Objection.  Form.

20             THE WITNESS:  Possibly.  There's one on there

21        I saw him very clearly and I have no idea who he

22        is.

23   BY MR. TUCKER:

24        **Q.   For example, what was "10" that we provided,**

25   **there's two women walking out of the store?**



```
 1        A.   Yes.

 2        Q.   And Wal-Mart has not been able to identify

 3   those, yes?

 4        A.   Correct.

 5        Q.   And in the corner, which is the one in Exhibit

 6   3 that we've circled, there's a camera, yes?

 7        A.   Yes.

 8        Q.   Would that camera have shown those two women's

 9   faces?

10             MS. CHAVEZ:  Objection.  Form.

11             THE WITNESS:  Possibly.

12   BY MR. TUCKER:

13        Q.   Do you think, as the Co-manager of Wal-Mart

14   and as the Corporate Representative of Wal-Mart, that

15   Wal-Mart would have been able to identify those women if

16   they would have been able to see their faces in a

17   different angle --

18             MS. CHAVEZ:  Objection.  Form.

19             THE WITNESS:  Possibly.

20   BY MR. TUCKER:

21        Q.   How many people were in that meeting on

22   January 16th?

23        A.   The management meeting?  Maybe 13.

24        Q.   And 13 folks were looking at these images to

25   see if --
```



877.291.3376
www.UCRinc.com

```
 1        A.    They could recognize them.  And we also showed

 2   it to Personnel to see if she could recognize them but

 3   this, Personnel usually knows everybody.

 4        Q.    How do they know, by looking at their faces?

 5        A.    Yes.  And a lot of times you know people, like

 6   there's Sharon Henry (phonetic).  I recognized her and I

 7   don't see her face.  I see her back but I knew who she

 8   was.

 9        Q.    Sure, I think we can agree that generally it's

10   easier to recognize somebody by their face, yes?

11        A.    Yes.

12              MS. CHAVEZ:  Objection.

13   BY MR. TUCKER:

14        Q.    I mean, just in life.  If I knew you very well

15   I might know you if I saw the back of your head, yes?

16        A.    Maybe.

17        Q.    Or you might know me if you saw the back of my

18   head one day, right?

19        A.    Yes.

20              MS. CHAVEZ:  Objection.

21   BY MR. TUCKER:

22        Q.    We don't know each other, but I'm just saying

23   somebody that you know you might recognize from behind,

24   yes?

25        A.    Yes.
```



877.291.3376
www.UCRinc.com

```
 1            MS. CHAVEZ:  May I just stop for a minute?

 2       And I understand you're on a line of questioning.

 3       I really need to take a break and I apologize.

 4            MR. TUCKER:  Let's go off the record.

 5            (Off the record at 12:59 p.m.)

 6            (Deposition was resumed at 1:06 p.m.)

 7            MR. TUCKER:  Can you read back the last

 8       question?

 9            (Court reporter read back.)

10  BY MR. TUCKER:

11       Q.   And we can agree if Wal-Mart had preserved the

12  other video angles that we would have been able to see

13  these folks' faces?

14            MS. CHAVEZ:  Objection.  Form.

15            THE WITNESS:  Possibly.

16  BY MR. TUCKER:

17       Q.   And of the I think you said 13 managers at the

18  meeting?  And you said there was somebody else, who was

19  the other person?

20       A.   Personnel.

21       Q.   What's her name?

22       A.   Alix.

23       Q.   Can you spell the full name?

24       A.   A-L-I-X.

25       Q.   And the last name?
```


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1       A.    Story.

 2       Q.    S-T-O-R-Y?

 3       A.    Yes.

 4       Q.    And does 13 include yourself?

 5       A.    Yes.

 6       Q.    Okay, so 14 people in total including Alix

 7   Story.  Is that a boy or a girl?

 8       A.    A girl.

 9       Q.    Girl?  You said A-L-I-X?  Okay.  And you say

10   it's possible that we would have uncovered it. It looks

11   like the majority of the folks where you can see their

12   faces you were able to tell us who they were.

13            MS. CHAVEZ:  Objection.  Form.

14   BY MR. TUCKER:

15       Q.    Was it more likely than not you would be able

16   to tell us the names of the persons when you can only

17   see their back?

18            MS. CHAVEZ:  Objection.  Form.

19            THE WITNESS:  We did discuss all of them and

20        no one could identify them.

21   BY MR. TUCKER:

22       Q.    Did anybody say there in that meeting if I saw

23   their face that would help?

24            MS. CHAVEZ:  Objection.  Form.

25   BY MR. TUCKER:
```



1    Q.    14 people, not one person said, man, if I saw

2    their face that would help me?

3    A.    I don't recall hearing anyone say that.

4    Q.    Is it possible somebody said that during the

5    meeting?

6         MS. CHAVEZ:  Objection.  Form.

7         THE WITNESS:  I would have to be guessing if I

8         said someone did say it because I did not hear

9         anyone.

10   BY MR. TUCKER:

11   Q.    Did anyone else besides yourself speak with

12   Polly Bassett from Wal-Mart on the day of the fall?

13   A.    That morning I do not think so.

14   Q.    You told us some statements that were made.

15   Is that everything she had said to you on that morning?

16   A.    She said to me that she was in a hurry, she

17   wanted to get in the store, grab a few things and go

18   home, that she had been working all night, and she was

19   really tired.

20   Q.    Did she appear to be in pain?

21        MS. CHAVEZ:  Objection.  Form.

22        THE WITNESS:  I do not recall her saying

23        anything about being in pain.

24   BY MR. TUCKER:

25   Q.    You didn't hear her say anything but did you



877.291.3376
www.UCRinc.com

1    actually -- did she appear visually to be in pain?

2          MS. CHAVEZ:  Objection.  Form.

3          THE WITNESS:  I would have to say no but

4       whenever anyone falls it can be traumatic, but I

5       didn't notice her having any specific pains.

6    BY MR. TUCKER:

7       Q.   Did she tell you she was in pain?

8       A.   No.

9       Q.   What about her makes you believe that she

10   didn't appear to be in pain?

11         MS. CHAVEZ:  I'm going to object again.  This

12      is beyond the scope of the Notice.

13         THE WITNESS:  If I remember right and I cannot

14      say this for positive, I believe I offered her the

15      opportunity to use one of the "Mart Carts," the

16      wheelchairs, the electric wheelchairs to do her

17      shopping.  It's been two years.  I can't remember

18      everything but that is something I would normally

19      do. If someone had fallen and they were getting up

20      and they appeared to be in pain I would offer them,

21      "Would you like to use one of the electric

22      wheelchairs to do your shopping?"

23   BY MR. TUCKER:

24      Q.   Would you offer the electric wheelchair to

25   somebody who does not appear to be in pain?



```
 1          A.   I think I would probably offer it to anyone
 2     who fell.
 3          Q.   Is it your testimony as a Wal-Mart Manager for
 4     29 and a half years that any time you have been to the
 5     scene of an accident that you have offered them an
 6     electric cart?
 7               MS. CHAVEZ:  Objection.  Form.
 8               THE WITNESS:  A cart or a chair, can I find
 9          you a place to sit down?  To me that's common
10          courtesy.
11     BY MR. TUCKER:
12          Q.   Did she ever sit down in a chair?
13          A.   I believe in the video it shows her and I
14     walking around.  I believe we walked around and she sat
15     down on a bench while we finished the paperwork.
16          Q.   Where is there a bench?
17          A.   At one time there were benches in the lobby.
18          Q.   They're not there anymore?
19          A.   No, they removed them because vagrants tried
20     to sleep in them all the time.
21          Q.   When you responded to the scene of the slip
22     and fall, did you see Polly Bassett clutching her knee?
23          A.   I don't recall.
24          Q.   Did anybody at Wal-Mart see Polly Bassett
25     clutching her knee?
```



```
 1              MS. CHAVEZ:  Objection.

 2              THE WITNESS:  I can't speak for anyone else.

 3  BY MR. TUCKER:

 4       Q.   As the Corporate Representative for Wal-Mart,

 5  the 30(b)(6) Representative here to discuss facts of the

 6  slip and fall, did any employees see Polly Bassett

 7  clutch her right knee with her hands following the slip

 8  and fall?

 9              MS. CHAVEZ:  Objection.  Form.  It's beyond

10       the scope of the Notice and she has already

11       answered the question.

12              THE WITNESS:  I have no knowledge of anyone

13       saying they saw her clutching her knee.

14  BY MR. TUCKER:

15       Q.   And if Wal-Mart did have knowledge of that you

16  would be able to answer that here today?

17       A.   If I had knowledge of it I would answer.

18       Q.   Does Wal-Mart dispute that the video shows

19  Polly Bassett clutching her knee on December 24, 2016

20  following the slip and fall?

21       A.   I don't dispute anything that's shown in the

22  video.

23       Q.   And I'm asking if Wal-Mart agrees that the

24  video shows that?

25       A.   I would have to look at the video to see.  Do
```



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1  you have a picture?

2      Q.   Have you prepared by looking at the video for

3  today's deposition?

4      A.   I haven't looked at it recently.  I did not

5  look at the file.

6      Q.   Does Wal-Mart dispute that Polly Bassett can

7  be seen almost wiggling her knee following the slip and

8  fall while she's on the ground on December 24th, 2016?

9          MS. CHAVEZ:  Objection.  Form.

10         THE WITNESS:  If it's shown in the video then

11     cannot dispute it.

12  BY MR. TUCKER:

13     Q.   If employees for Wal-Mart including yourself

14  are standing, looking at Polly Bassett or standing in

15  that area and.  Would clutching one's knee suggest that

16  they were in pain following a slip and fall?

17         MS. CHAVEZ:  Objection.  Form.

18         THE WITNESS:  Maybe.

19  BY MR. TUCKER:

20     Q.   Well, tell me all the instances that Wal-Mart

21  believes that when you clutch your knee following a slip

22  and fall that would not indicate pain.

23         MS. CHAVEZ:  Objection.  Form.  That's beyond

24     the scope of the Notice.  Totally off there.

25     Answer to the best of your ability.



877.291.3376
www.UCRinc.com

1           THE WITNESS:  Some people hold a portion of

2      their body whether it be a knee or an ankle just

3      out of habit.

4  BY MR. TUCKER:

5      Q.   And does that habit include while they're

6  sitting on the floor following a slip and fall?

7           MS. CHAVEZ:  Objection.  Form.

8           THE WITNESS:  I can't say why one person would

9      do something.  People have habits, people do

10      things.

11  BY MR. TUCKER:

12      Q.   How much is Wal-Mart self-insured up to?

13      A.   Two million.

14      Q.   Is there excess insurance?

15      A.   Yes, another million with AIG.

16      Q.   AIG?

17      A.   Yes.

18      Q.   How much is the excess insurance with bodily

19  injury?

20      A.   Didn't I say it was a million?

21           MS. CHAVEZ:  She answered your question.

22  BY MR. TUCKER:

23      Q.   Well, I thought my original question was how

24  much are you self-insured up to?

25      A.   Two million.


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

1      Q.    And then AIG --

2      A.    And then AIG is one million.

3      Q.    Okay.  Have you notified the excess insurance

4  carrier in this case?

5      A.    I have not.

6      Q.    Has Wal-Mart?

7      A.    I cannot answer that.  I don't know.

8           MS. CHAVEZ:  Again, I'm going to object as

9       that is beyond the scope of this Notice and this is

10      something that we agreed to in our good faith

11      conference that we were not going to address the

12      financial coverage and the current net worth of the

13      company which is Paragraphs 40 and 41.

14           MR. TUCKER:  I'm not going address what we've

15      talked to, not in court orders and notices.  I'm

16      not going to get into that here.

17           MS. CHAVEZ:  So the Court order is not

18      important to you?

19           MR. TUCKER:  That's nonsense.  That's clearly

20      not what I said.

21  BY MR. TUCKER:

22      Q.    I'm going to show you what Plaintiff has

23  already marked as Exhibit 3.  Who is the individual in--

24      A.    Albert.

25      Q.    And he's the one in the white shirt?



877.291.3376
www.UCRinc.com

```
 1        A.    Yes.

 2        Q.    What does he do?

 3        A.    He's a Cart Associate.   The carts have been

 4   put up there but they're not lined up straight so he's

 5   lining them up.

 6        Q.    So, he's walking in there to line them up?

 7        A.    Yeah, he's pushing them over and lining them

 8   up, straightening them.

 9        Q.    Is there anything else that he's doing?

10        A.    No, he's standing between the carts, pushing

11   them over, straightening them over, straightening them

12   up.

13        Q.    Does he ever pick up water bottles?

14        A.    If he finds water bottles, yes, he picks them

15   up.

16        Q.    No, no, I'm asking you specifically, at or

17   around 6:43:43 a.m., whether he walked between carts and

18   picked up water bottles?

19        A.    I wasn't even in the building at that time.   I

20   have no idea what he did at that time.

21        Q.    As the Corporate Representative for Wal-Mart

22   who's here to testify about the circumstances

23   surrounding the slip and fall that occurred on December

24   24, 2016 at about 7:42:13 a.m., are you unable to

25   testify as to whether or not your employee went between
```



1   the carts and picked up one or more water bottles?

2          MS. CHAVEZ:  Objection.  Beyond the scope of

3       the Notice.  Answer to the best of your ability.

4          THE WITNESS:  If there were any water bottles

5       in there he would have picked them up but I do not,

6       in looking at these videos, see evidence of any

7       water bottles.  He has his hands on the side of the

8       cart and what he's doing is he's pushing them over

9       and lining them up so there's room for another row

10      of carts to come in.

11  BY MR. TUCKER:

12      Q.   And he's not walking through there to pick up

13  water bottles?

14      A.   No, he's walking them through there to get the

15  carts pushed over to make room for another row to come

16  in.

17          (Thereupon, Plaintiff's Exhibit 4 was marked

18          for identification.)

19  BY MR. TUCKER:

20      Q.   I'm going to show what we've marked as

21  Plaintiff's Exhibit 4.

22      A.   Okay.

23      Q.   Is he holding water bottles, two of them in

24  his hand?

25      A.   Looks like it.



1     Q.    How many?

2     A.    Looks like he's got two.

3     Q.    Which hand is it in?

4     A.    His left land.

5           (Thereupon, Plaintiff's Exhibit 5 was marked

6           for identification.)

7  BY MR. TUCKER:

8     Q.    I'm going to show you Exhibit 5.  Is that the

9  same employee?

10    A.    Yes.

11    Q.    That's in "3" and "4?"

12    A.    Yes.

13    Q.    Does he have water bottles in his hands?

14    A.    Yes.

15    Q.    How many?

16    A.    Looks like two.

17    Q.    Which hand are they in?

18    A.    They're in his right hand.

19    Q.    So, he has two bottles in his left hand in

20  Exhibit 4 and two bottles in his other hand in Exhibit

21  5?

22          MS. CHAVEZ:  Let the record reflect in Exhibit

23       5 cannot see his left hand.

24          THE WITNESS:  You can't see his right hand in

25       here so it could be the same two bottles but.



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
 1   BY MR. TUCKER:

 2        Q.   What time is the first one we see bottles?

 3        A.   6:45:15 and 6:45:18 is the second one.

 4             MR. TUCKER:  Let me go off the record for a

 5        second.

 6             (Off the record at 1:20 p.m.)

 7             (Proceedings will continue in Vol. II)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



877.291.3376
www.UCRinc.com

```
 1                  CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA

 3    COUNTY OF BROWARD

 4

 5        I, LEAH MARLOWE, Court Reporter, and Notary Public

 6    for the State of Florida, do hereby certify that I was

 7    authorized to and did stenographically report and

 8    transcribe the foregoing proceedings, and that the

 9    transcript is a true and complete record of my notes.

10
          I further certify that I am not a relative,
11
      employee, attorney, or counsel of any of the parties,
12
      nor am I a relative or employee of any of the parties'
13
      attorneys or counsel connected with the action, nor am
14
      I financially interested in the action.
15

16    Witness my hand this 8th day of February 2019.

17

18

19

20    _____
      LEAH MARLOWE, COURT REPORTER
21    NOTARY PUBLIC, STATE OF FLORIDA

22

23

24

25
```



877.291.3376
www.UCRinc.com

```
1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF BROWARD

4

5         I, LEAH MARLOWE, the undersigned authority,

6    certify that MARIE LADEIRA, personally appeared before

7    me and was duly sworn on the 30th day of January 2019.

8    Witness my hand this 8th day of February 2019.

9

10

11   _____

12   LEAH MARLOWE, COURT REPORTER
     NOTARY PUBLIC, STATE OF FLORIDA
13   Commission No.:  FF950568
     Commission Exp:  01/13/2020
14

15

16

17

18

19

20

21

22

23

24

25
```



877.291.3376
www.UCRinc.com

**0**

**00:00:22**
110:21,22

**00:00:27**
110:20

**01/13/2020**
159:13

**01:18-**
**CV-61984-FAM**
1:2

**011** 72:13

**1**

**1** 4:3
11:11,13

**1:06** 145:6

**1:20** 157:6

**10** 8:5 142:24

**10:00** 1:18
51:13
53:4,8,15
54:1 109:18

**10:15** 109:17

**11** 4:3
62:11,17,19,
20 63:12
69:18 72:19
108:1 111:6
112:9 114:3

**11:00** 51:13

**116** 4:4

**12**
17:11,12,13,
20,25

**12:00** 108:11

**12:05** 108:12

**12:59** 145:5

**1200** 2:9

**128** 4:5

**12th** 16:8

**13** 143:23,24
145:17 146:4

**1387** 15:12,13

**14** 16:11
17:9,14,19,2
2 111:15
118:2 146:6
147:1

**15** 5:3 8:5

**150** 2:9

**155** 4:6

**156** 4:7

**16th** 142:6,7
143:22

**17** 5:3

**19** 5:4

**1989** 20:17

**1994** 18:22
20:17

**2**

**2** 4:4
116:21,22
124:19
126:11

**20** 72:15
88:24 89:6

**200** 1:19 2:4

**2016** 24:20
32:4 50:12
51:22 53:16
60:23

**61:6,21 63:2**
68:16 85:4
89:23
92:16,21
100:5,21
101:17
106:6,10
117:4 121:15
126:23
133:16,20
137:10 139:9
141:16
150:19 151:8
154:24

**2017** 96:23
111:12 132:7

**2019** 1:17 6:2
11:12,23
137:14
158:16
159:7,8

**20-foot** 87:8

**21** 5:4

**2126** 17:5

**22** 124:22

**23** 19:4,14
123:20
124:22

**2314** 17:4
18:17,18

**23rd** 11:12,23
51:22 53:16

**24** 68:16
89:23 101:17
117:4 123:22
124:23 130:9
150:19
154:24

**24-hour** 49:21

**24th** 24:20
32:4 50:12
61:6,21 63:2
79:19 85:4
92:16,21
97:11
100:5,21
106:6,9
111:12
121:15
126:23
133:16,20
139:9 141:16
151:8

**25** 18:23
127:4,15

**257** 17:3
18:16

**28** 21:1

**29** 21:3,4
25:6,19
49:13 70:5
72:15,20
76:22 149:4

**3**

**3** 4:5 115:7
128:3,4,7
131:17 133:7
143:6 153:23
156:11

**3:29** 1:18

**30** 1:17 6:2
8:4,5 11:9
16:8
22:22,23
62:18 72:15
88:24 89:3,6
134:13,16,22
,23 135:3



877.291.3376
www.UCRinc.com

**30(b)(6** 10:17
13:21
14:4,11,25
150:5

**305-379-3686**
2:10

**30th** 137:14
159:7

**31**
134:14,16,23

**32** 113:2
136:2

**33131** 2:10

**33301** 1:20
2:5

**36** 134:21

**38** 137:3

**3801** 15:14

---
4
**4** 4:6 114:24
155:17,21
156:11,20

**40**
88:15,16,17
133:18
153:13

**405** 1:20 2:4

**41** 153:13

---
5
**5** 4:7
156:5,8,21,2
3

**59** 5:3

---
6

**6:00** 51:19

**6:43** 89:15

**6:43:43** 4:5
88:21 154:17

**6:45** 52:22

**6:45:15** 4:6
157:3

**6:45:18** 4:7
157:3

**61** 5:4

**655** 17:1 18:5

---
7
**7** 3:3

**7:00** 50:17
51:19 84:21
101:22
102:6,23,24
103:3

**7:08:38**
109:23

**7:10:13** 110:4

**7:18**
110:19,20

**7:30** 109:22

**7:39** 111:19
112:3,24
113:2

**7:39:32** 111:4
112:25 118:6

**7:42** 89:15
94:4 112:24

**7:42:12** 86:11
87:1

**7:42:13**
113:4,9

117:4 154:24

**7:57:04** 90:8

**71** 94:19

---
8
**8:30** 109:19

**8th** 158:16
159:8

---
9
**9** 109:15

**954-204-0444**
2:5

**9th** 132:7

---
A
**a.m** 1:18
4:5,6,7
50:17 86:11
87:2 88:21
90:8 101:22
110:4 113:4
117:5 118:6
154:17,24

**ability** 31:1
59:3,11,22
60:4,13
61:12 63:16
64:18 66:3
76:20 78:7
151:25 155:3

**able** 9:15,16
26:8 53:20
59:5 88:2
108:18
123:24
124:10
135:24 136:2
137:6 139:12
143:2,15,16

145:12
146:12,15
150:16

**about** 12:22
13:9,18
14:22 15:1
18:18 19:3,7
28:6,11
34:23,24,25
35:2,3 38:5
46:7,8 52:22
53:22,24
62:6,20
65:15 66:22
70:23
83:6,11 87:8
88:13,15,16
89:9 93:15
95:13 99:19
102:12
107:5,23
109:14,25
110:11 111:9
114:18
115:18
117:1,4
118:22 119:4
120:2 124:20
126:17 128:2
129:10
131:24 134:8
136:9,13,16
147:23 148:9
154:22,24

**above** 128:16

**absolute** 9:12

**absolutely**
14:10 21:24
33:21 134:6

**absorbent**
66:23 74:2



absorbs 73:25

accident
  26:20 46:7,9
  71:6,11 90:1
  116:4 118:24
  119:7 122:2
  130:9 132:20
  137:24 139:7
  140:24 149:5

accidents
  25:13,14
  27:3 31:21
  34:3 82:21
  84:5

accomplish
  75:17

accountant
  20:5

accounting
  20:2,6,7,9

accurate
  10:24
  121:14,18

across 67:5

action 39:5,9
  74:5 81:2
  158:13,14

actions
  80:1,4,7,12,
  19

actual 77:8
  117:1

actually 31:6
  44:14 48:7
  72:9 93:24
  104:21,23,25
  106:5 112:25
  113:10
  127:16 148:1

addition 93:5

additional
  49:22
  50:4,11,20
  123:21,22
  124:20
  130:11,17

address 39:12
  153:11,14

addressed
  132:3

addresses
  63:7,8

addressing
  39:18

adjustment
  41:14

Admissions
  123:13

admitted
  124:11

advise 96:24
  116:25

after 6:5
  53:15 54:1
  96:14,19,22
  97:11,13,21,
  25
  99:1,18,20,2
  5 102:23
  103:18
  105:20
  106:11
  109:19 113:5
  117:3
  119:8,12,25
  120:21
  121:16,20
  122:19

132:13
137:12,17
138:8,12,22
139:20
140:5,12,15,
16

afterwards
  106:13

again 12:8
  30:20 40:12
  47:16 58:20
  61:22 62:17
  64:5 70:2
  71:5 78:2
  81:12 83:1
  84:16 94:9
  133:13
  138:13
  140:25
  148:11 153:8

aggressive
  60:8,10

ago 104:20
  108:14
  129:15 138:5

agree 9:3
  31:12
  32:6,20
  33:4,14,22
  34:2,5,14
  35:18 36:3
  37:3 38:13
  39:2,3,11,21
  40:7 42:25
  46:11,14,23
  47:5 52:20
  75:16
  76:3,7,23
  77:6,15
  78:11 79:25
  80:3,11,18

81:17 85:20
86:2,4,7
108:1
112:8,9
139:12,17,23
140:4,19
144:9 145:11

agreed 153:10

agrees 150:23

ahead 76:18
  89:19

AIG 152:15,16
  153:1,2

Albert 89:16
  115:5 153:24

alert
  43:1,5,8,17,
  20
  44:21,22,24
  45:1,5,8,12,
  16,22,23
  54:13 75:10
  76:8,23 77:2

Alix 145:22
  146:6

A-L-I-X
  145:24 146:9

all 8:18
  16:19,21
  17:6,7
  21:7,19
  22:14
  23:19,21,24
  24:16 27:15
  29:2,11,24
  30:6,11
  31:20
  32:13,14
  40:23 43:1
  45:1,3 46:9



49:12,15
50:17,18
51:13,16,19
54:18 57:23
61:19 64:23
67:13 79:22
81:2 82:21
86:16 88:14
91:7 95:25
96:7,25 98:4
99:24 100:11
108:20
111:10 112:2
120:25
121:4,8,19,2
2,25
122:9,14
123:6 125:22
126:10 129:9
132:15
137:23 139:9
146:19
147:18
149:20
151:20

**allowed** 23:23
47:6

**allowing**
51:24

**almost** 101:4
151:7

**already** 44:3
53:9 54:5
60:3
63:21,24
86:19 115:2
124:11 125:9
132:3,9,12
150:10
153:23

**also** 6:16

22:8 23:25
30:23
32:8,10
65:10 71:24
72:4 76:12
87:9 90:24
98:17 108:24
144:1

**although**
113:6 115:19

**always** 19:24
38:7 39:4,8
43:11 44:22
45:8,15,23
48:21 60:20
78:15 99:2
100:7 130:7
132:10

**am** 15:10,19
60:12 119:25
122:21
158:10,12,13

**amount** 25:14
27:3 132:1

**angle** 78:16
79:3 121:25
136:25
139:13
140:13,19,23
141:20
143:17

**angles**
122:9,18
123:23
124:18,22
129:7 130:24
132:23
139:19
140:5,11
141:17
142:17

145:12

**ankle** 152:2

**another**
17:16,20
36:7 37:25
39:2,3 43:11
75:6 89:6
90:16 110:17
111:2,4
131:18
133:18
140:19
152:15
155:9,15

**answer** 9:3,15
11:5
12:7,10,13,1
7,18 14:19
19:8
23:5,10,12
26:3,8,11,15
,16,23 28:25
30:2,19 31:8
34:12 36:21
40:5 41:17
42:8
44:7,8,9,11,
14 57:8,22
59:5,23,24
61:11
63:14,19,20,
23 64:2,5,16
65:25
66:1,2,19
75:12
76:18,19
78:6 83:22
87:5,11 92:6
94:22 96:25
97:15 104:11
105:25
116:10

117:12,15,19
118:21
119:13 121:6
126:12 128:2
129:10
131:15,16
134:5 135:22
136:2 137:6
138:18
150:16,17
151:25 153:7
155:3

**answered** 12:6
26:9,12,13
27:5 29:14
31:15
42:5,9,10
44:3,6,8
45:7
59:1,2,7,22
60:3
63:15,21,24
64:3,10,17
68:11 80:15
83:20,23
84:2 99:9
107:21
119:20
126:16 131:8
136:5 137:21
138:16
139:22 140:3
150:11
152:21

**answering**
10:1,5 60:12

**answers**
8:18,25 64:9
136:7

**anticipate**
130:5



anticipates
130:7

any 7:8,13
13:13 15:24
19:17
24:18,25
25:1 26:19
32:12,15,16,
19 40:25
42:19 47:22
49:22 50:11
52:23
54:11,12
55:3,21
60:20
66:13,16
68:18 69:2
70:6 71:15
72:3,5 73:14
77:12 78:18
84:22 85:18
86:13
91:10,20,23
93:4 95:24
96:8,25
97:23 98:1,3
99:19
100:14,15
101:6,15
103:1,4,7,9,
16,23
104:1,12
114:3
115:5,9
116:9 117:14
122:17,23
123:21,22
124:22
126:21
130:11,14,17
,20
131:10,12
132:15

133:16,19
135:9,16
139:15,16
140:13,14,23
148:5 149:4
150:6
155:4,6
158:11,12

anybody 7:9
24:18 75:2
92:14 115:3
121:9 146:22
149:24

anymore 52:16
149:18

anyone 7:12
32:21 33:2
36:19 142:11
147:3,9,11
148:4 149:1
150:2,12

anything
21:14 32:11
45:17 59:16
60:16 63:10
69:1 83:6,10
91:20
92:11,15
95:20 101:1
105:25
119:19
122:1,12
123:3
125:1,6
129:7 134:8
136:16
138:21
140:17
147:23,25
150:21 154:9

anywhere 7:11

35:25
45:1,16 58:1
74:9 125:18

apologize
145:3

appear 147:20
148:1,10,25

APPEARANCES
2:1

appeared
148:20 159:6

appears
102:3,5

application
20:13

appreciate
30:2 34:12
36:21 40:5
41:17 87:11
92:6 115:19
119:13 121:6

appropriate
9:18,21

approximate
9:15 106:17

approximately
89:3,4
106:15
112:14

area 27:23
31:23
34:5,9,14
40:2,24
47:13,19
48:2,3 62:9
63:6,8,11
65:9,13,14,2
3 69:18 70:3
71:25 72:3

73:7
76:11,15,20
78:3,5
83:2,16
85:21 87:14
88:10 93:20
94:25
95:3,9,11
101:23
103:21
113:23 114:1
141:21
151:15

areas 20:24
22:9 27:9,20
62:12 69:10
70:25 73:6
79:15,20
84:16 95:24
96:8

around
51:5,13
54:24 73:24
96:7 149:14
154:17

arrived 90:14

aside 20:20

ask 8:9,10,25
9:11,13
10:13 12:8
13:6 25:25
64:5 65:15
67:24
79:15,16
94:9
117:1,16
125:15
126:18
131:17,23
134:8 138:1
139:6 142:10



**asked** 12:6
27:4 29:13
31:14 40:15
44:2 45:6
58:25 60:2
79:12 84:2
86:19 89:8
97:22
107:5,20,22
108:14
114:12,13,20
115:5 132:11
139:21

**asking** 8:14
14:17,18
25:24 26:4,5
30:3 34:13
37:12 40:6
41:18
56:5,19 57:7
60:10 61:5
62:6,13,24,2
5 63:1,17,18
65:5 77:25
78:22,24
79:22,23
80:18 83:24
87:11,12
89:9 92:7
93:16
94:5,6,12,24
105:3
106:4,5
110:6 111:17
115:18,19
119:14 121:7
125:7 127:15
131:8 137:4
138:8,10
140:10
141:10
150:23

154:16

**asks**
123:20,22
124:20
138:14

**as-needed**
71:5

**Asset** 120:19
127:2,13
129:8,18

**assignment**
57:24

**Assistant**
16:13,14,17,
19

**associate**
43:4 58:2,8
59:9,10 61:3
67:10 71:8
73:6 77:2
92:19 154:3

**associates**
23:21 33:1
43:1 44:25
45:15
52:3,17
55:24
56:6,8,11,20
57:15,23
58:5,22
61:7,14 63:4
66:24 67:2
71:25 73:7
74:5 75:10
81:4,5,7
82:21 89:17
116:5 127:13
137:24
142:11

**assured** 23:14

**attack** 19:1

**attempt** 35:13

**Attendant**
6:24

**attended** 36:8

**attention**
47:21 67:4

**attorney**
10:22 79:12
106:1 158:11

**attorneys**
132:7 158:13

**August** 16:8

**authority**
159:5

**authorized**
158:7

**automatic**
135:6,14
136:11,14

**automatically**
135:3

**available**
13:1,10,19
58:5,8 59:9
87:9

**AVENUE** 2:9

**avoid** 33:5

**avoidable**
75:23

**awarded**
67:14,17

**aware** 12:24
13:8,17 38:4
39:4,9,19
40:2
41:11,24

42:17,23
54:15 77:13
100:6
115:10,15
122:21 124:3
138:21

**away** 39:20

_____

B

**back** 18:11
26:16,17
30:21
44:9,12,15,1
7 52:4,18
54:5 64:1,9
65:16 71:4
72:1 81:18
87:6,8
88:13,14
89:7 94:20
95:21 96:1,5
107:2 112:6
124:6 133:6
134:20 138:1
141:13,14
144:7,15,17
145:7,9
146:17

**bacon** 9:1

**bagged-ice**
28:11,22

**based** 9:19
26:24 27:6
47:12,17
52:5 70:5
72:9 138:10
140:3

**basically**
85:22 86:4
87:14

**basis** 39:22


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

40:8,17 41:2
71:5

**Bassett** 1:5
24:20
85:5,23
86:10 87:15
89:22 92:20
100:1 101:17
103:17
108:5,16
111:12
112:11,15
113:4,13,18
114:5,10
118:12
121:16
141:22
147:12
149:22,24
150:6,19
151:6,14

**Bassett's**
95:17 117:9

**bate-stamped**
57:20 71:19

**beauty** 55:18

**because** 10:24
18:25 23:14
25:11 27:23
31:5 33:1
36:14,23
37:13 43:11
47:2 48:4
49:1,18 52:7
53:11 61:15
63:21 68:25
69:6 72:24
75:23
77:12,21
79:3,18 90:6
104:19 107:4

110:23
111:9,21
116:10
119:17 124:5
126:12,15
130:23
131:15
137:13
138:2,9
139:6 142:10
147:8 149:19

**become** 20:23
40:2 81:3

**before** 6:8
7:2,24 16:12
17:17 21:15
23:23
51:22,23
53:15 96:14
97:10,13,21,
24 98:25
99:24 102:6
108:2,4,5,8
109:19
113:12 117:3
119:8,12,24
120:9,21
121:15,19
122:19
139:19
140:5,12,15,
16 159:6

**begin** 6:8

**beginning**
47:16

**behalf** 1:16
2:2,7
10:19,20
14:19 47:6
135:13

**behind** 70:16

87:20 144:23

**belief** 15:1

**believe** 33:9
42:12 58:20
59:8 61:12
62:9 63:24
103:9
118:4,10
120:5 127:13
142:6
148:9,14
149:13,14

**believes**
100:14
151:21

**bench**
149:15,16

**benches**
149:17

**benefit** 35:8

**beside** 79:2

**besides** 98:21
147:11

**best** 30:25
31:8 38:18
57:8
59:2,11,22
60:4,13,20
61:11 63:16
64:18 66:2
76:19 78:7
92:18 151:25
155:3

**better** 104:8
129:7,10
134:4

**between**
10:10,14
20:19,21

43:12,15,21
44:1 51:19
88:24 99:19
104:1 121:19
154:10,17,25

**beyond**
23:7,13,15
25:2,3 30:24
31:2 61:10
79:17
80:20,21,22
81:12 84:12
133:14
138:13
140:25
148:12 150:9
151:23 153:9
155:2

**big** 66:22
71:6,10
102:12

**bind** 31:1

**binding** 15:6

**BIRTHIESEL**
2:8

**Biswa**
72:2,7,16,21

**bit** 30:3
34:13 41:18
80:17 87:12
92:7 121:7

**black**
90:6,7,12,13

**block** 73:5

**blocked**
38:1,3,14

**blocking**
38:16

**blue** 90:12



95:23 129:3

**bodily** 152:18

**body** 152:2

**bonus**
  25:11,15
  26:20

**bonuses** 24:25
  25:7 26:24
  27:2,6

**both** 33:6
  47:13,18
  61:24

**bottle** 100:9

**bottles**
  154:13,14,18
  155:1,4,7,13
  ,23
  156:13,19,20
  ,25 157:2

**bottom** 31:18
  93:18,21
  103:15

**boy** 146:7

**break** 145:3

**breakfast** 9:1

**bring** 38:9
  53:5,14
  90:25

**bringing** 52:3
  53:25

**brought** 54:5
  142:5

**BROWARD** 158:3
  159:3

**building**
  29:22,25
  50:6 154:19

**Bullet** 58:21

**bunch** 131:24

**business**
  16:22 20:7

**busy** 43:10
  49:9 89:11

———————

C

**call** 67:1

**called** 6:5
  20:13 40:3
  90:24

**calls**
  24:12,15,19
  80:22

**came** 17:17
  46:6 95:12
  100:8,10,24
  101:3,8,13
  103:20

**camera** 86:22
  122:18
  123:23
  124:18
  127:24
  128:7,9,10,1
  2,14,16
  129:2,3,4,9,
  16,20 130:24
  131:18,19,20
  ,24 132:2,3
  133:7,12,23
  136:10,14,25
  139:13,19
  140:5,11,13,
  14 141:17,20
  142:17
  143:6,8

**cameras**
  81:11,18

123:2,6,8,14
,16,24
124:1,11,23
125:11,14,15
,19
127:5,17,23
128:10,20
129:6,10,12,
14,17,20
130:20
131:12
132:1,24
133:10,16,19
134:6,9
139:10

**can** 7:4 8:3
  9:22 11:5
  12:4,15 14:8
  22:21
  26:16,23
  27:10
  28:18,21,24
  29:15 30:20
  31:17 32:6
  36:18
  37:2,8,17,22
  38:8,9
  44:9,12
  45:17 47:10
  52:2,20,23,2
  5 55:19
  56:2,23
  57:3,8,22
  58:10 60:21
  61:11 64:1
  65:14,16
  66:2,25
  68:25 71:2
  72:5 74:8
  75:11 76:18
  78:6,7,25
  81:17
  87:4,22

88:21 89:14
92:12
94:20,21
95:5 100:13
103:7
104:10,15,22
105:9 106:17
108:9 110:5
112:8 115:22
119:25
123:18 124:8
127:5 128:8
129:3 138:18
139:12
142:13 144:9
145:7,11,23
146:11,16
148:4 149:8
151:6

**cannot** 66:19
  78:15 138:20
  148:13
  151:11 153:7
  156:23

**can't** 8:17
  12:13 18:17
  38:7 53:19
  60:19 69:13
  116:9 126:12
  128:2,23,25
  131:15
  148:17 150:2
  152:8 156:24

**capture**
  124:14

**care** 39:20
  40:3 41:13
  55:25
  56:6,8,11,14
  ,21 57:11,16
  58:22,24
  59:6,18



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

60:24
61:7,20 63:4
121:3 123:4
129:8,9

**carefully**
32:17 119:1

**carrier** 153:4

**carry** 29:24
66:24

**cart** 6:24
53:8,14,25
89:17
95:7,10
133:18
149:6,8
154:3 155:8

**carts**
51:6,9,11,13
,23
52:3,7,14,15
,18,24,25
53:5,15
54:1,3,5
85:23
86:9,14,22,2
4
87:7,9,15,17
88:3,10,15,2
2 89:3,7,10
148:15
154:3,10,17
155:1,10,15

**case** 1:2 8:13
11:18 14:15
32:4 57:2
86:17 100:19
107:9 116:14
120:15,23
121:1,8,9,14
122:7 137:1
139:18

140:21 153:4

**cash** 82:2,8

**cashier** 118:3

**catch**
54:11,12,19

**catches**
128:16,18

**cause** 27:10
28:18,21
29:15 31:6
45:17 53:20
68:25
74:12,18,23
75:7 113:5
139:1

**caused** 92:5
100:7,20
103:10

**caution** 73:13
103:21

**CBL's** 24:10
71:24

**CCT** 81:17
82:24 86:16
87:13 117:8
130:11

**CCTV** 4:5,6,7
32:3,7
52:6,20,24
55:19 81:11
82:19 83:5
85:18,20,22
86:5 87:14
88:22
89:5,10 90:9
93:8,17
94:3,7
100:13 102:8
103:15,16

104:15,22
105:11 106:5
108:18
118:22
119:4,10,21
120:20,23
121:13,23
123:21,22
124:21
125:21
126:22
127:5,17
128:25
130:14,17
135:2,6,14
139:13,18

**CD** 122:2

**Cedar**
98:14,21

**ceiling**
124:16

**cell** 125:24
126:1,3,8,19
139:14
141:20

**Center** 48:10

**certain** 9:12
10:4 22:6
25:14 26:20
27:3 69:10
79:14,20

**certainly**
49:1

**CERTIFICATE**
158:1 159:1

**certified** 5:1
64:4

**certify** 26:10
60:5 63:25

64:6
158:6,10
159:6

**chair**
149:8,12

**chance** 36:4

**Change** 37:16

**charge**
15:19,20

**CHAVEZ** 2:8
6:8 8:7
9:5,8,22
10:7
11:3,15,19
12:6,16
13:12,15,23
14:7,14 15:3
16:3 17:15
20:16 21:9
22:3,16,22
23:6,11
24:8,14,21
25:2,9,16,20
26:1,4,9,12,
16,22
27:4,11,17,2
1,25
28:4,13,24
29:6,13,20
30:5,13,17,2
0,22
31:14,25
32:24
33:8,16,25
34:8,16
35:10,14,23
36:17,25
37:15
38:6,21
39:13
40:10,18,21



**UNIVERSAL COURT REPORTING**

877.291.3376
www.UCRinc.com

41:10,22
42:4,9,15,21
43:6,18
44:2,14
45:6,14
46:8,16,18,2
5 47:23
48:14,20
49:3,8,14,25
50:8,15
52:10 53:2
54:7,14 55:8
56:13,23
57:3,7,18
58:25 59:7
60:1,7,25
61:9,22
62:9,17,24
63:6,15,20
64:1,10,12
65:5,9,22
66:2,9
67:16,23
68:10,20
69:5,9,15,18
70:2,8,13
71:18 72:18
73:10
74:8,14,20,2
5
75:11,20,25
76:10,18
77:1,9,19
78:2,22
79:13
80:5,13,20
81:6,9,12,19
,24
82:5,9,15,18
83:1,9,15,20
84:2,9,12,15
85:6,10,24
86:6,18 88:7

89:14 90:20
92:3,10,22
93:11
94:8,11,17,2
0 95:6
97:6,12,17
98:5,15,23
99:9
100:16,22
101:11,19
103:11
104:5,10
105:12,19,24
106:21,24
107:10,20
108:6 109:16
110:5,9
111:13,19
112:2,5,16
113:19,25
114:16
115:14,24
116:11,19
117:10,21,23
118:14,18,25
119:16
120:7,12
121:2
122:11,20
124:25
125:12,17
126:5,15
129:22 130:2
131:5
132:1,18
133:2,13
134:7,13,16,
20
135:7,20,25
136:4,17
137:2,19
138:13,24
139:21

140:7,22,25
141:6 142:19
143:10,18
144:12,20
145:1,14
146:13,18,24
147:6,21
148:2,11
149:7
150:1,9
151:9,17,23
152:7,21
153:8,17
155:2 156:22

**checked**
121:25

**checking** 85:2

**choose** 75:18

**chose** 69:20

**Christmas**
48:12,18
49:9,19,23
50:5 60:23
61:1,6,16
92:16,21
100:5 101:18
137:9
141:4,16

**circle** 129:2

**circled** 129:3
131:18 143:6

**circumstance**
9:18

**circumstances**
30:7 89:21
154:22

**Civil** 10:17
12:24 13:8

**clean**

33:15,20,22
34:2,6,10,15
35:7,16 36:4
37:10 40:20
42:14 50:19
55:11 66:25
68:4,9,17
75:3 100:12
105:5,6

**cleaned**
36:9,12
38:24
50:18,23
51:1 58:3
68:15
70:18,20
73:22,25
103:17,24
104:16

**cleaning**
22:20 23:2
41:8,21
42:2,20
50:21 51:10
70:12 72:3,6
73:3
104:2,20,23
105:10

**cleans** 105:8

**cleanup** 67:10
71:22
72:14,19,24

**clear** 33:22
34:2,19 64:2
75:4 104:19
125:6 140:3

**cleared** 85:22
86:4 87:15
89:4,10

**clearly**



52:3,17
142:21
153:19

client 108:4

Clive
15:21,23
16:1,4

clock
41:12,14

close 48:12
113:17
118:11

closer 95:9

closes 48:22

closet 29:7,9

clothing
90:11
91:13,15
95:18,19

clue
101:10,12

clutch 150:7
151:21

clutching
149:22,25
150:13,19
151:15

coach
94:10,11

Code 89:25

coffee 100:10

cold 9:17

collective
14:4,12,23

color 71:4
90:5

co-manager
15:10,11,16
16:9,12,20
17:10,16,23
18:4

Co-manager
129:12
131:13
143:13

combined 21:2

come 20:11
31:18,19
38:9 71:4
100:8 105:5
138:3
155:10,15

comes 29:21
48:4 98:12
99:15
105:3,8
128:14

coming 32:10
49:6 73:8
89:13 90:17
122:13
128:13,17,19

Commission
159:13

committed
76:9,25

common 52:13
107:2,6
149:9

communicated
125:7

communication
125:3

communication

s 98:3 125:2

company 80:8
107:15
115:20
153:13

complete 8:25
9:3 19:8
23:24
39:22,25
40:7 72:3
122:13,17
127:25
132:20 158:9

completes
7:15

comply 132:6

complying
14:24 117:5

computer 22:5
72:7,10

computer-
based
21:11,16,23
22:4
23:22,24
24:10 71:14

concerned
63:10

concerning
62:12,21
65:11 76:13
78:3 134:17

conclusion
80:23

condition
117:2

conditions
118:17

conduct 79:8
118:20

cone
38:7,8,10
73:14

coned
38:1,5,14

conference
24:12,15,18
153:11

confirm 92:12
110:5

confirmed
110:3,12

connected
158:13

consent 13:21

consented
13:25

consequences
77:4
80:1,4,7

considered
8:24 10:2,5
89:4

constructive
117:1

consuming
49:24 50:13

contact 73:8

contain 47:25

contained
115:13

contains
47:14,19

continue 24:4
79:15 83:16



157:7

**continued**
6:13,14

**conversations**
106:4

**cooperate**
6:10

**cooperative**
60:9

**copy** 65:1
135:10

**Coral** 15:14

**corner** 143:5

**corporate**
1:15 6:11
16:1,5
115:21
126:10 131:2
143:14 150:4
154:21

**Corporation**
14:5 31:1

**corporations**
80:3,11,18
81:1,3

**Corporation's**
14:22 15:1

**correct** 11:12
28:23 36:9
38:2,25 43:2
47:8 49:5
54:2 105:4
109:23
123:19
126:13,16
133:1
142:4,14
143:4

**could** 7:19
11:2 16:1
31:6 86:15
93:11 96:18
98:16
100:9,24
101:23 102:4
126:25 127:2
139:18
140:4,11,13,
24 141:4,18
144:1,2
146:20
156:25

**couldn't** 9:14
12:16 103:22
142:14,16

**counsel** 2:1
6:23,25 7:14
79:7,9
125:3,7
158:11,13

**count** 108:18
124:1,23
125:10

**counted**
123:17
125:14

**counting** 89:2
124:17

**COUNTY** 158:3
159:3

**couple** 87:7
91:9 129:14
142:10

**course** 24:5

**court** 1:1,24
8:17 22:18
23:16
26:10,17

30:21 44:17
60:6
62:14,19
63:25
64:6,7,15,20
65:14,24
66:4 78:8
79:14,17
83:2,17
96:24 132:4
134:14
141:14 145:9
153:15,17
158:5,21
159:12

**courtesy**
149:10

**Court's** 22:17
23:7,14,16
25:4 62:18
84:16 134:19

**Cove** 98:14,21

**cover** 24:1
141:21

**coverage**
55:25
56:6,11,15,2
1 57:11,16
58:23,24
59:6,18
60:24
61:8,20 63:4
153:12

**covered**
133:18

**covering** 24:3

**covers** 133:23

**created** 32:22
33:6
36:14,22

37:13

**Creek** 15:14

**crew** 63:9

**Crocs** 95:23

**cup** 100:10

**current**
153:12

**customer**
26:25 27:7
43:12
56:1,7,12
57:16 58:6
59:10,11
60:20 61:16
71:8 73:14
82:8,11,14
90:16,17
100:9

**customers**
33:1 43:22
58:6 59:18
60:15,18
68:3,8 73:7
81:22 82:21
87:9 103:9

**cute** 54:18

_____
|     D     |
_____

**danger**
46:11,14,21,
24 75:24
76:4

**dangerous**
31:23 117:2

**dark-colored**
90:11

**date** 6:13,16
138:15



877.291.3376
www.UCRinc.com

**dated** 79:19

**day** 11:8 12:5
16:22 21:19
28:7
40:1,2,12,23
41:3
48:11,12,13,
18 49:9,23
50:2,5 60:23
61:6,24 71:4
84:25 90:3
92:16,21
100:5 101:18
103:1
106:9,11
137:9
141:4,16
144:18
147:12
158:16
159:7,8

**days** 48:19,23
106:13 135:4

**dead** 49:19

**deal** 64:15

**debris**
35:19,22

**December** 11:9
24:20 32:3
50:12 51:22
53:15
61:6,20 63:2
68:16 85:4
89:23
92:16,21
97:11
100:5,21
101:17
106:6,9
111:12 117:4
121:15

126:23
133:16,20
139:9 141:16
150:19 151:8
154:23

**decision**
136:10,13,16
139:25

**Declaration**
4:3 6:16
11:10,17,20

**deep**
70:12,18,20

**Defendant** 1:9
2:7

**Defendant's**
134:21

**defined** 34:20

**definitely**
101:4

**definitive**
101:6

**definitively**
101:3

**degree** 9:14
20:2,9

**denies** 37:6

**deny** 92:12

**denying** 37:8

**Department**
16:20

**depend** 30:6

**depending**
78:16

**Depends** 57:10

**depo** 115:1

**deponent**
14:6,13

**deposing** 8:13

**deposition**
1:15 4:4
6:1,11,12,20
7:23
10:22,23
11:2 12:1,15
15:25 25:3
94:16 106:2
108:12 115:3
116:13,15,25
125:2,4
142:1 145:6
151:3

**depositions**
53:19 138:3

**description**
4:2 6:23,24

**descriptions**
6:22

**designate**
10:18 11:1
12:25

**designated**
10:19
12:4,14
13:9,17,22,2
5 40:12

**designee**
14:21,25

**desire** 32:21

**determine**
65:7 114:7
122:10

**determined**
52:5,6
122:10

**didn't** 11:25
53:18 56:4
79:2 91:23
95:19,20
97:4 101:16
103:23
104:25
105:15
106:11
107:11,14
108:17
116:20
120:15
124:17 125:9
131:1 136:6
147:25
148:5,10
152:20

**difference**
10:10,14
20:19
104:1,13

**different**
30:3 34:13
36:22 40:6
41:18 62:5
63:1
69:3,23,24
77:24 78:10
80:17 87:12
92:7 105:3
107:4 119:14
121:7 143:17

**difficult**
95:14

**digital**
135:16

**DIRECT** 3:3
7:17

**direction**



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

119:11 133:8

**directives**
35:15

**dirty** 70:25

**disagree** 49:6

**disagrees**
49:6

**discount** 82:7

**discounts**
82:14

**discover**
97:20 103:23

**discovered**
74:6 96:10

**discovery**
56:18

**discuss** 21:21
53:18 146:19
150:5

**dispute**
92:1,4
150:18,21
151:6,11

**disputes** 92:8

**distinction**
20:21

**DISTRICT** 1:1

**Dixon** 120:17
126:2 127:12

**D-I-X-O-N**
134:1

**Docket** 22:22
134:21,23

**doctor's** 6:15

**document** 7:4
59:17 62:17

65:8 125:8

**documentation**
72:3

**documents**
21:17 28:20
97:22

**doesn't** 7:9
27:19 37:20
46:18 85:9
86:24 101:9
125:17
140:17

**done** 7:6
16:22 21:15
22:4 41:2,4
70:24 82:13
97:9 106:1
123:13
132:13
138:19,21

**don't** 8:8
9:18 12:10
13:5,13
18:12 25:10
27:2 29:24
31:19 37:3
38:8 42:12
44:10
46:5,17
47:3,24
48:15,22
52:16 53:5
54:18,20
55:2,7,10
56:19 57:4
64:6,16 66:7
69:1,11 75:2
77:11,21
82:10 85:12
86:2,7 90:17
92:4 95:1

96:13 98:11
104:12
105:14
106:20 107:7
109:12,13
111:23
116:2,4
118:4 119:18
120:10,11,13
122:23 123:3
125:6 128:1
129:7
131:1,22
133:3
135:16,22
136:16
144:7,22
147:3 149:23
150:21 153:7

**don'ts** 72:6

**door** 88:14
103:7 124:6
128:12,14,16

**doors** 50:17
53:25
55:22,23
84:23
101:22,23,24
,25
102:10,21,22
103:2,6
124:13
128:10,11,21
,22

**do's** 72:6

**down** 8:17
18:25 19:2
27:12 31:17
32:12 53:21
73:14 79:1
89:3 93:10

95:20,24
103:20 104:9
113:6
149:9,12,15

**Drive** 15:14

**drop** 60:19

**droplets**
93:1,5 95:12
100:8 103:14

**drops** 100:11

**dry** 31:18
33:22
34:2,10

**Duces** 4:4
6:19,21 7:15
22:24 66:10
116:15

**duly** 6:6
159:7

**during** 24:5
40:2 55:25
56:7,11
57:16 58:23
67:15 117:3
147:4

**duty**
85:11,13,14

---

E

**each** 18:14
53:20 114:11
124:6 144:22

**earlier** 48:22
68:12,14
84:19

**early** 10:23

**easier** 144:10

**easily** 73:22



East 1:8
  12:22

edge 73:24

education
  20:1

efforts
  121:22
  136:24

eggs 9:1

eight 88:24
  110:15,25

either 38:14
  90:12

electric
  148:16,21,24
  149:6

else 19:9,10
  21:14 53:1
  90:19 101:1
  115:3,12
  119:19 121:9
  139:3 145:18
  147:11 150:2
  154:9

emphasis
  72:23

employed
  7:2,7,10

employee
  41:7,19
  43:16 44:20
  45:4,11,21
  47:10
  76:7,23
  77:6,15
  78:12,20
  82:7 103:5
  105:8
  113:13,16,22

118:11
139:12
154:25 156:9
158:11,12

employees
  22:11,15
  23:20 24:4
  25:1,8 26:19
  33:7 35:8,13
  36:4 38:18
  39:4,6 47:20
  51:25 52:14
  54:3 55:7
  67:13
  73:2,5,13
  75:18
  80:12,19
  81:5,8
  82:3,14,25
  93:4 102:21
  103:1,7
  104:16
  108:1,14
  112:10,13
  114:3,8,13
  127:5,16
  150:6 151:13

employment
  24:5

enacted 35:13

end 10:23
  72:4 95:13

ensure 46:24

ensures
  46:12,15

enter 103:7

entered 103:2

entering 76:4
  111:17

entire 11:2
  12:5,15
  15:25 39:14
  48:11 62:2,4
  85:1 103:20
  122:22

entirety
  119:7

entitled 8:24

entrance
  124:6 133:9

entrances
  48:7

Entry 22:22
  62:18
  134:21,23

environment
  33:15,20

equally
  131:20

Ergo 58:5

ESI 134:12,17

Esquire 2:3,8
  3:3

estimate
  8:3,6
  9:19,21
  10:11,15

Eve 48:12,18
  49:9,19,23
  50:5 60:23
  61:1,6,17
  92:16,21
  100:5 101:18
  137:9
  141:4,16

every 21:19
  22:7 28:7

34:9 44:23
48:4 50:2,23
51:18 53:8
68:17 94:14
99:3,13,14
121:25 135:3

everybody
  49:5 124:14
  139:2,3
  144:3

everyday
  50:21

everyone
  58:8,9 80:6
  81:1

everything
  6:20 16:21
  66:10 75:3
  82:19 83:24
  85:2 147:15
  148:18

everywhere
  43:10

evidence
  81:18 101:15
  134:12 155:6

exact 9:14
  18:18
  112:18,20

exactly
  133:11
  138:19

examination
  3:1,3 7:17
  22:23 134:22

examining
  79:12

example
  142:24



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

examples
74:11,17

except 49:15
50:6

exception
6:22

excess
152:14,18
153:3

excuse 65:9
94:10 137:19

exhibit 4:2
11:11,13
109:15
111:15
114:24 115:1
116:21,22
124:19
126:11
128:3,4,7
131:17 133:7
143:5 153:23
155:17,21
156:5,8,20,2
2

exhibits 4:1
111:16
142:1,13

exist 101:16
124:3 131:1

existed
123:21,23,24
130:12,14,18
131:3

exists 132:17

Exp 159:13

expect 68:3,9
124:17

expected 74:5

experience
47:12,18
51:17

explain 56:2

explanation
9:20

_____

F

face 144:7,10
146:23 147:2

faces
142:14,18
143:9,16
144:4 145:13
146:12

fact 28:17
31:7 106:12
112:13 113:9
125:25 133:6

facts 14:22
150:5

fair 8:19
18:6 19:4
20:25
48:11,15
54:9
121:14,18

faith 153:10

fall 21:20
22:2 24:20
28:18,21
50:12 51:23
57:19 58:12
59:17,21,24
60:16 61:21
62:13,23
63:2
71:7,8,9

72:25
74:13,19
75:1,7 76:14
82:11 84:8
85:4 89:22
92:5,15,20
96:15 97:2,3
99:1,25
100:21
103:17,18
110:16
111:11
112:1,11,15
114:4,10
115:23
117:3,9
118:13
120:21
121:16
122:19
130:21
131:14 133:1
136:21
137:9,12,13
138:9,12,23
139:20
141:5,18,22
147:12
149:22
150:6,8,20
151:8,16,22
152:6 154:23

fallen 71:9
148:19

falling 38:19
71:7 108:17
113:9
122:12,14,24
128:1 140:20

falls 27:10
29:18
30:4,12

33:23 54:13
58:18 63:11
78:5 107:3
108:3 113:13
148:4

familiar
98:16 123:1

far 63:10

February
158:16 159:8

feet 29:22,24
31:17
77:7,11,16
78:12,20
79:6 133:18

fell 35:4
50:17 86:13
89:25 91:5,6
92:2,5 93:16
95:15,24
108:4,5,8
112:24
113:4,5,18
118:12
124:15 139:2
149:2

female 118:1

few
77:7,11,16
78:12,20
93:1 100:8
147:17

FF950568
159:13

Fifth 109:7

fighting 50:9

file 132:10
151:5



files 122:3

fill 91:1

filled 20:13

financial
153:12

financially
158:14

find 59:11,15
60:15,19,22
100:24
119:25 120:2
149:8

finds 67:11
154:14

fine 64:6

finger 95:13

finished
149:15

first 6:5
15:20 18:20
64:22 86:16
91:11 98:3
134:2 157:2

first-hand
116:6

five 18:17
76:11,12
78:3 83:3
88:19,23

flat 19:13

floor 23:3,23
27:9,12,19,2
2 28:2
29:4,11,15,1
8 30:3,11
31:3,12,20
32:6,8
36:8,15,24

37:7,9,14,21
,23
38:1,13,24
41:7,20
42:2,17
43:1,13,16
47:14,25
50:23
51:1,10,13,1
4,18
55:10,25
56:6,11,14,2
1,22
57:11,16
58:2,7,22,24
59:6,9,18,19
,20
60:16,18,20,
24
61:2,7,14,20
,24 63:4
64:23,24
65:2,20
66:6,13,16,1
7 67:5
68:14,15,18
70:12 71:1
76:3 78:15
79:4 90:2,15
95:15 96:9
100:4,11,15
103:10,24
104:2,16,18,
23,24
105:4,14
113:6,24
114:12,14,21
115:6 117:2
118:17 152:6

floors 33:22
34:3
35:19,22
36:3 47:19

50:18,19
56:9
68:4,9,22
69:2 70:18
75:6 79:1

Florida
1:1,20,25
2:5,10
158:2,6,21
159:2,12

Focus 71:6,11

folks 49:6
115:22
117:20
126:25
127:20
142:1,13
143:24
145:13
146:11

follow 73:2

following
24:19
92:15,20
97:2 103:17
136:25
137:12,17
138:22
150:7,20
151:7,16,21
152:6

follows 6:6

foot 88:15,17
89:7 104:2

footage
4:5,6,7
119:21
135:2,6,15

foregoing

158:8

form 11:15,19
12:16
13:12,15,23
14:7,14 15:3
16:3 17:15
21:9 22:3,16
24:8,14,21
25:2,9,16,17
26:22
27:4,11,17,2
1,25
28:4,13,24
29:6,13,20
30:5,13,23
31:14,25
32:24
33:8,16,25
34:8,16
35:10,14,23
36:17,25
37:15
38:6,21
39:13
40:10,18,21,
22 41:10,22
42:4,15,21
43:6,18 44:2
45:6,14
46:16,25
47:23
48:14,20
49:3,8,14,25
50:8,15
52:10 53:2
54:7,14 55:8
56:13 57:3
58:25
60:21,25
67:16,23
68:10,20
69:5,9,15
70:2,8,13



73:10
74:14,20,25
75:11,20,25
76:10
77:9,19
78:2,22
79:9,10
80:5,13
81:9,12,19
82:15 83:1,9
84:9,12
85:6,10,24
86:6,18
90:20
92:3,10,22
98:5,23 99:9
100:16,22
101:11,19
103:11
104:5,10
105:12,19,24
106:21,24
107:10,20
108:6 112:16
113:19,25
114:16
115:14,24
117:10,21,23
118:14,18
119:16
120:7,12
121:2
122:2,11,20
129:22 130:2
131:5 132:18
133:2 135:25
136:4 139:21
140:22 141:6
142:19
143:10,18
145:14
146:13,18,24
147:6,21

148:2 149:7
150:9
151:9,17,23
152:7

FORT 1:20 2:5

found 90:2
101:7

four 7:2,10
18:17
22:18,23,24
62:22
87:20,23
88:1,3,4,5,7
,19,23 89:4
119:18
123:14,18
124:7,8,11,1
6

four-by-six
66:22

four-hour
7:8,11,13

fourth 60:2
109:5 124:16

free 34:10
35:19,22
39:23 40:9

freezers
28:12,15,22

freight 51:15

fresh 28:9

from 6:13
20:3,4,17,20
23:3 28:7
29:22 32:3
36:19 37:16
38:18 39:23
40:9 48:11
51:11 52:2

53:9 54:3
58:5 69:3
72:10
73:8,15
78:16 79:21
82:2 89:3
93:8,16 97:9
99:15
100:5,8,9,24
101:3,8,10,1
3 102:2,4
104:16
121:25
122:6,13,21
124:15
125:23
127:15
128:23,25
130:7 132:23
136:10,14
139:13
142:1,2
144:23
147:12

front
28:11,14,22
29:1
64:7,15,19
96:4

full 7:10
89:7 127:25
132:20
145:23

functions
16:21

further 87:6
93:10 158:10

furtherance
32:20 33:4

_____

G
_____

Garden
48:9,10

gave 18:12
65:8

gchavez@hamil
tonmillerlaw
.com 2:11

general 35:5
39:21 40:7
42:25 53:17
93:14 96:7
114:1

generally
138:7 144:9

gestures 8:17

get 11:6,8
19:11,12
25:10 26:19
31:20 32:21
33:2
36:15,24
37:6,9,14,20
,22 41:14
49:7
51:13,19
53:21 70:25
73:25 75:3
89:19 95:20
102:24
103:10
110:7,8,17
130:9 139:7
147:17
153:16
155:14

gets 25:11,14
69:1 128:12

getting 20:9
36:5,19 60:8
104:3 122:14



877.291.3376
www.UCRinc.com

148:19

**GILDA** 2:8

**girl**
 146:7,8,9

**give** 8:3
 9:14,15 57:8
 62:10 65:16
 72:2 76:10
 94:22 106:17
 116:11

**given** 123:17
 124:7

**gives** 29:23
 72:5

**giving** 9:19
 10:14 19:8
 82:14

**glass** 101:24

**GM** 99:17

**go** 18:13
 23:22 27:2
 45:16
 64:7,14,19,2
 4 71:23 72:1
 76:18 81:18
 83:16 91:9
 102:21 107:2
 108:9 119:25
 123:7,11
 125:10 128:3
 130:23
 131:21 133:6
 137:25 145:4
 147:17 157:4

**goal** 33:5,17

**goes** 25:3
 49:12 65:23
 78:3 84:15
 87:6 124:14

128:15

**going** 6:22
 7:10 8:7,13
 11:6,11 13:5
 23:12 26:15
 30:22,23,25
 32:10
 37:10,24
 43:9 53:20
 60:1 61:15
 64:8 67:5
 70:14 76:19
 78:11 81:14
 82:20 87:1
 88:23
 89:3,13
 90:17 96:21
 105:24 107:5
 111:14 113:6
 117:1 123:10
 125:15
 128:13,17,19
 129:2 131:23
 133:13
 134:20
 148:11
 153:8,11,14,
 16,22 155:20
 156:8

**gone** 131:25

**good** 7:19
 153:10

**google** 46:3,4

**Gotcha** 17:22

**gotten** 95:11
 117:18

**grab** 91:9
 147:17

**granted**
 134:23

**greater**
 101:16

**Greeter** 6:25
 53:14

**grocery** 53:6
 102:25

**ground** 31:12
 38:17 47:22
 76:8,24
 77:7,8,16,18
 78:13,14,19
 91:10,23
 92:2,9,12,15
 ,19,25 93:5
 95:15 105:9
 113:10,11
 114:4,8,9
 151:8

**grounds** 30:23
 61:10 79:11

**guarantee**
 90:7

**guard** 38:9
 42:14 73:6

**guarded**
 38:3,15

**guarding**
 38:16

**guess** 8:8
 10:11,13
 47:2 111:15

**guessing**
 10:15 147:7

**Guide** 71:23
 72:14,19

**guideline**
 57:19 65:15

**guidelines**

57:19
 58:13,15,17
 59:17,21,25
 60:17
 64:23,24
 65:2,20,21
 66:6,14,16
 79:8 84:8
 119:24

**guy** 114:23

H

**habit** 152:3,5

**habits** 152:9

**had** 6:12
 7:1,23 8:25
 9:1 19:1
 21:17 32:11
 53:9,19 62:8
 91:7,18
 93:20
 95:11,22,23
 96:23 100:9
 102:5 103:5
 106:4 107:22
 115:5
 117:18,22
 118:16
 124:19
 125:8,13,14
 127:20
 131:24 132:9
 135:10 139:6
 145:11
 147:15,18
 148:19
 150:17

**hadn't** 93:24

**hair** 71:3

**half**
 19:3,4,14



21:1,3,4
25:6,19
49:13 70:5
76:22 112:14
149:4

**HAMILTON** 2:8

**hand** 104:4
110:17
155:24
156:3,17,18,
19,20,23,24
158:16 159:8

**handing** 7:14

**handles** 89:2

**hands** 150:7
155:7 156:13

**happen** 36:18
37:2,10,24
139:23

**happened**
90:23 105:21
106:6,7
119:8
122:4,7
132:21
136:22 138:5
139:4,16

**happens** 37:10
100:11 119:8
132:13
137:24

**happy** 60:21

**hard** 135:10

**has** 6:16,20
12:3 24:15
26:13
28:17,19
31:4 34:20
35:12

48:5,18
54:21 56:17
57:1
59:23,24
62:14
64:3,10,11,2
2 72:4
76:9,25 77:7
79:2 82:10
96:24 97:19
100:3,19
105:25 114:7
115:21 116:3
117:6 119:20
121:22
124:11
126:16
129:12
130:12,14
134:13
137:18,21
138:11,16,19
,21 143:2
150:10
153:6,22
155:7 156:19

**have** 7:6,23
8:2,4 9:11
10:23
12:10,18
13:25
16:1,7,9
17:9,14
18:23
19:17,24
20:2,5,23,25
21:18,19
22:6 23:25
24:1,2,12
26:10 29:1
31:8 32:3,17
38:8 42:12
44:20,24

46:3 48:25
50:18 52:19
54:11,12,20
55:6
59:16,21
60:16
61:12,15
64:24
65:1,3,4,21
66:7,9,13,16
,18 68:3
70:6,9
71:2,15
73:6,21,24
77:12 78:1
79:14 82:13
83:6,10
86:13,16
88:12 93:22
98:17,18,20
100:9
101:5,9,12,1
5 102:3
103:6 107:22
110:1,11,15,
23 111:20
112:17 115:2
116:6,8,9
117:11,19,22
118:21 119:9
120:9 122:2
123:5
124:21,23
125:9,10,14
126:6,25
127:2
129:7,18,19
130:9,21
131:1,10,15,
21,25 133:11
134:4
135:21,22
136:6,24

137:25 138:9
139:15,16,18
140:4,11,13,
17
141:3,4,18,2
1,23
142:17,21
143:8,15,16
145:12
146:10 147:7
148:3
149:4,5
150:12,15,25
151:1,2
152:9
153:3,5
154:3,20
155:5 156:13

**haven't** 12:14
46:8 105:23
106:7
126:12,14
131:8 139:24
151:4

**having** 6:5
66:25
67:14,17,21
107:19 110:1
125:10 126:8
138:4 148:5

**Hawaii** 17:4,5

**hazard** 29:16
31:6
44:21,24
45:2,5,13,18
,22 47:7,10

**hazard-free**
33:15,20
34:7,15 35:7

**hazardous-**



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

**free** 34:10

**hazards**
28:18,21
39:12,18,23
40:9 43:2,5

**he** 85:14,18
114:20,22
115:5
120:18,20,25
121:7
126:18,22
127:1 129:9
139:24
142:21
154:2,13,14,
17,20
155:5,7,23
156:13,19

**head** 8:17
144:15,18

**hear** 125:25
147:8,25

**heard** 54:20
55:1,2,4
89:25 139:15

**hearing** 147:3

**heart** 19:1

**heavily** 27:13
28:3

**held** 79:25
80:3,6,11,19

**help** 29:18
30:4 40:8
57:25
58:6,7,8
59:9,11
60:20 86:16
87:4 104:8
146:23 147:2

**helped** 117:19

**helping**
59:15,18,20
60:15

**helps** 58:8

**Henry** 144:6

**her** 6:16
23:4,9,11
26:2 30:25
57:7
60:4,8,11
63:13,16,18,
20
65:5,14,15
66:1,3 76:20
78:23
90:2,25
91:13,15,17,
19 92:5
93:1,7,23
94:10,11,12
95:8,19,20,2
1,22,24
96:1,4,5,6,7
,8 103:19
105:25 106:1
111:17,18,20
,24 113:11
118:3,4
122:12,13,14
,23,24
125:2,3
127:25 128:1
131:6,14
144:6,7
145:21
147:22,25
148:5,9,14,1
6
149:13,22,25
150:7,13,19

151:7

**here** 6:10,15
7:12 11:10
12:13
14:1,13
17:17 20:25
21:21 23:13
25:25 37:2
46:6 59:5
62:10 63:1
64:8,16 65:3
76:11
87:7,8,17,20
88:13,25
91:22
95:2,10
97:15
99:5,23
105:5 114:22
115:20
116:2,11
128:9 130:25
136:23 139:6
150:5,16
153:16
154:22
156:25

**hereby** 158:6

**here's** 110:13
111:2

**Heron**
15:21,23
16:1

**he's** 28:6
94:23
121:3,11
129:8 153:25
154:3,4,6,7,
9,10
155:8,12,14
156:2

**high** 47:13,18
48:2,3

**higher** 48:18
49:1

**high-traffic**
48:13

**him** 126:25
127:20
142:21

**hired** 23:21

**his** 15:22
85:16
126:7,8,19
127:13
155:7,24
156:4,13,18,
19,20,23,24

**hold** 67:25
87:22,25
110:6 152:1

**holding**
155:23

**home** 36:1
91:9 147:18

**Honolulu** 20:4

**hot** 9:16

**hour** 19:12
85:20 87:13
89:15 101:16
108:2,16
119:7,8,11,1
2,24,25
120:20,21
121:15,19
122:18,19
139:19
140:5,12,15,
16



**hourly**
19:11,17,20
20:14,19
21:2

**hours** 7:2,11
62:12,22
130:9

**hurricane**
96:23

**hurry** 147:16

**hurt** 32:21
33:2

**husband** 19:1

**husband's**
20:6

———————

I

**ice** 28:15
29:1

**I'd** 8:4,9
66:22 95:8
139:23

**idea** 8:2 46:3
70:9 86:13
101:5 141:23
142:21
154:20

**identificatio
n** 11:14
116:23 128:5
155:18 156:6

**identified**
7:7,12
28:18,20

**identify**
93:12
143:2,15
146:20

**idiot** 94:19

**II** 157:7

**ill** 6:17

**I'll** 13:4
64:4 110:17

**I'm** 6:22
7:10,14
8:7,13,24
10:3 13:3,5
14:17,18
23:6,11
25:25 26:4,5
30:3 34:13
37:12 40:6
41:18 44:8
46:13 47:2
54:15
56:5,19
60:1,10
61:5,9
62:5,6,25
63:1,10,17,1
8,20 66:3
70:23
77:24,25
78:10 80:17
83:24
87:1,12
88:4,23
89:2,9 92:7
93:15,16
94:5,6,11,17
,18,19
96:20,22
99:22
105:3,24
106:4,5
107:5,15
109:15,21,24
110:6,20
111:16,17,24

112:2,5,8
114:18
115:10,15,18
,19 117:11
119:14 121:7
123:16
124:25 125:7
127:15 129:2
131:8 133:13
138:7,10
139:5 140:10
141:10
144:22
148:11
150:23
153:8,14,15,
22 154:16
155:20 156:8

**image** 4:5,6,7
112:3,25

**images** 143:24

**immediate**
67:3,10 74:5

**immediately**
38:2,14,24
39:11,18
40:4 121:25
132:13

**imperative**
72:24

**importance**
54:13

**important**
9:25 20:21
118:10
153:18

**impress** 54:12

**improper**
103:6

**inaccurate**
111:21

**incidences**
99:16

**incident** 7:2
24:22 32:5
52:2 90:25
99:3,14
100:6 118:25
119:2 121:24
122:13,17,22
127:10,11
130:8 135:9
136:21
140:18

**include**
81:5,22 82:2
83:13 122:17
146:4 152:5

**includes** 68:6
84:7

**including**
14:23 45:17
83:8 85:1
99:21,22
125:3 146:6
151:13

**incomplete**
9:13

**increase**
55:25
56:6,11,20
57:15 58:22
60:24
61:7,15 63:4
113:2

**increased**
56:1,7,12
57:16 58:23
59:6



**UNIVERSAL
COURT REPORTING**

877.291.3376
www.UCRinc.com

61:2,3,13,14
,19,24 63:9

**INDEX** 3:1 4:1
5:1

**indicate**
32:11 151:22

**individual**
80:9 118:5
153:23

**individuals**
81:2 117:7

**information**
10:1,4
62:11,21
65:10 76:12
97:4 107:6
123:18 124:7
132:12,14
134:16 139:7

**initial**
125:22

**initiated**
14:24

**injured** 33:5
36:5,19

**injuries**
72:25

**injury** 152:19

**inkling** 101:9

**inside** 40:20
41:3 43:5
55:16 62:1,3
63:4 65:19
90:8 102:5
123:14
124:3,24
128:12,18,22
130:20
132:25

133:19

**inspect** 95:20
96:1

**inspection**
22:19 23:2
84:22 85:3
95:17

**instance**
44:19 45:11
47:9

**instances**
30:11 42:19
45:3 78:18
151:20

**instruct**
105:25

**instructing**
23:4,9,11
26:2
63:13,18,20

**instruction**
66:17

**instructions**
66:18

**insurance**
152:14,18
153:3

**interested**
158:14

**interpret**
57:13 58:10

**interpretatio
n** 59:12

**Interrogatory**
65:11

**into** 29:25
48:4 52:4
53:6 83:16

84:16 85:23
87:16 102:24
108:15 124:6
130:10 133:9
153:16

**investigate**
100:20
120:15
135:21

**investigated**
100:3 114:7
116:3,4

**investigation**
14:24 97:19
118:20
136:20
137:8,18,20
138:15,22

**investigation
s** 137:23

**investigation
's** 137:10

**involved**
99:2,6,8,14
141:25

**irrelevant**
141:1

**issue** 110:8

**issued** 97:23

**issues** 24:16

**it'd** 45:11

**item** 22:17
43:13 76:11

**items**
74:12,15,18,
23

**It'll** 16:8

**its** 10:19
16:1 22:1,15
23:20 32:22
33:6,7
35:18,19
36:15,24
37:7,14,21
47:14,19
49:23 50:13
56:18 61:20
119:7 122:5

**it's** 9:16,20
12:3 15:14
20:25 21:15
27:13 28:2
30:10,24
31:2,7,16
33:6 35:24
36:12
37:10,24
42:16 45:23
48:15,25
52:20
53:11,12
54:5 55:18
58:1 60:20
61:5,10
64:2,7,12
65:7
69:23,24
70:1,14 71:5
72:24
73:21,22
75:24 80:8
82:20 89:15
90:12 91:22
93:23 101:6
102:10 103:7
107:6 108:24
109:15
111:21
114:25
118:1,10



**UNIVERSAL
COURT REPORTING**

877.291.3376
www.UCRinc.com

122:3 123:18
134:21
135:16
136:22 137:3
138:2,9,10,1
1 140:8
144:9 146:10
148:17 150:9
151:10

**I've** 19:22
40:15 42:5
44:6 55:1
59:2,22
63:24 64:17
65:21 89:8

------

**J**

**James** 85:12

**J-A-M-E-S**
85:17

**January** 1:17
6:2 11:12,23
79:19 132:7
137:14
138:25
142:8,9
143:22 159:7

**Jerome** 127:13

**job**
6:22,23,24
22:5 56:9,21
57:24,25

**juice** 9:1,2

**Jumping** 89:19

**jury's** 88:2

**just** 6:8
8:6,10 12:8
18:11,12,13
24:6 25:11

30:2,3 33:9
34:13,19
36:21 40:5,6
41:18 52:19
53:19,21
54:5 56:5,24
58:15 64:8
69:23 71:2
79:7
80:15,18
86:10
89:2,9,20
90:18 91:8
92:7
93:14,16
95:5 96:7
97:17 101:6
102:4 103:21
104:19,20
106:5
111:17,24
114:19 121:7
125:7 131:1
137:16 140:2
144:14,22
145:1 152:2

------

**K**

**keep** 28:8
34:6,10,15
35:16,18
36:19 39:23
40:8,20
49:23 50:13
75:3

**keeping**
35:6,21 36:3

**Kentucky**
17:2,3 18:5
49:18

**keyed** 130:9

**kind** 19:7
90:24 95:22
102:16

**kinds** 75:13

**knee** 113:11
149:22,25
150:7,13,19
151:7,15,21
152:2

**knees** 104:3

**knew** 61:15
77:21,25
144:7,14

**know** 9:18
11:6 13:13
25:7 34:23
36:18
37:20,22,23
44:10 46:5,8
52:12
53:18,23
54:17 65:25
66:8
69:17,20,23,
24 70:1
72:11
77:17,21
78:13,19,25
82:10
85:7,9,12,14
90:16,17,18,
23,24
92:5,17 93:6
96:11,13
97:8 98:11
99:2,4 100:9
103:12
106:15
108:17
109:12,13
111:19,23

114:6,11,20
115:25
116:2,4,10
118:1,4
120:11
122:23
123:14
124:1,5,16
125:6
126:7,21
127:7,18,19
128:1,10
129:11,23,25
131:21,22,23
133:3,7,21,2
2,24 135:16
136:16 138:4
139:2,3,5
144:4,5,15,1
7,22,23
153:7

**knowledge**
9:12,13,20
14:5,23
24:23 31:8
32:18
47:12,17
62:11,21
66:13 70:6
72:9 83:14
92:18
96:16,17
100:17
115:19
116:6,8,9
117:2 118:16
130:13,16,19
,23 131:2,10
133:11
138:10,11
139:11
150:12,15,17



**UNIVERSAL COURT REPORTING**

877.291.3376
www.UCRinc.com

known
  13:1,10,18
  47:6,10 78:1
  117:22
  124:23
  125:10,15

knows 27:10
  36:15,23
  37:13 49:5
  144:3

Kunai 17:4

———————
    L

L.L.C 98:10

L.L.P 2:8

L.P 1:8

Ladeira 1:15
  3:2
  6:1,4,10,14
  7:21 159:6

L-A-D-E-I-R-A
  7:22

lady 90:22
  95:10 139:1

land 156:4

large 73:22

last 7:21
  44:13,14,15
  49:7 112:21
  118:4 129:11
  133:25
  145:7,25

later 23:17
  78:8
  106:19,23

LAUDERDALE
  1:20 2:5

LAW 1:19 2:3

LEAH 1:24
  158:5,21
  159:5,12

leak 99:17

leaks
  99:16,24

learning
  21:11,16
  23:22,24
  24:10 71:14

least 8:5
  22:1 75:19
  89:9 94:12
  110:4,12,15
  111:6 112:9
  123:14

leaving 36:12
  38:17

left 36:8,10
  93:9,17
  94:25 102:8
  131:18
  156:4,19,23

legal 8:21
  65:5,7 80:23

legally 12:22

length 133:18

less 25:14
  27:2

let's 18:11
  137:12 145:4

Letter
  107:9,12,14,
  17,19

level 131:20

lie 10:2,5

life 144:14

likely 146:15

limited 22:18
  23:1 97:12

line 145:2
  154:6

LINE(s 5:2

lined 154:4

lining
  154:5,7
  155:9

link 65:2,20
  66:5

liquid 29:24
  36:7,12
  47:14,19
  67:6 76:3
  91:23
  92:19,25
  93:4 96:9
  100:4,20
  101:8
  103:16,23
  104:16,21,23
  ,25
  105:1,4,6

liquids 27:10
  28:18,20
  38:23 47:25
  100:15 104:8

list 7:9,12
  18:12 72:4
  141:25

Listen 119:1

litigation
  130:6,7

little 30:3
  34:13 36:22
  40:6 41:18

54:18
  62:5,25
  66:21 77:24
  78:10 80:17
  87:6,12 92:7
  93:1 95:12
  105:2 119:14
  121:7

lobbies 47:24
  50:18

lobby 43:9
  51:11 52:4
  89:24 90:1
  131:25 142:3
  149:17

locate 121:23

located 15:14
  29:9 130:12

location
  131:24

locations
  129:9 132:2
  134:8

lock 102:6

locked
  53:11,12,25
  102:2

locks 102:3

long
  16:7,9,14
  18:13 19:2
  40:24 88:19
  103:7

longer 21:18

look 64:25
  67:3 79:1
  88:12 91:13
  94:13 96:5,6
  107:16



UNIVERSAL COURT REPORTING

877.291.3376
www.UCRinc.com

111:8,10
112:17
117:17
119:25 123:7
125:11
131:21 136:6
138:1 150:25
151:5
**looked** 58:15
82:13
95:19,21
96:7 107:23
114:19
129:19
131:25 151:4
**looking** 43:2
46:4 57:18
59:12,16
62:16 71:19
93:7 100:7
102:7,10
107:6 125:23
134:18 137:2
143:24 144:4
151:2,14
155:6
**looks** 17:9
87:19 88:7
90:13 128:9
146:10
155:25
156:2,16
**Loss** 120:19
122:5
123:3,9
127:2,12
**lot** 32:9
43:21 51:6
53:10,19
60:18 89:13
144:5

**lots** 98:18

**LP** 12:22

——————

M

**Ma'am**
25:23,25
26:8
30:16,19
44:5,12
80:25 99:12
119:23
**machine**
102:16
**machines**
102:17
**made** 23:2
38:4 39:19
97:1,20
100:6 121:23
136:24
139:24
147:14
**Madisonville**
17:2
18:5,9,15
**Magic**
73:21,24
74:2
**main** 71:3
99:3
**maintain** 7:3
**maintained**
55:14 68:9
**maintenance**
22:19 40:3
45:25 46:1
51:2 55:24
56:6,8,10,20
57:15

58:4,5,22
59:10
61:1,7,13,23
63:3,9 67:1
68:14 71:25
72:7,16
**majority**
21:10,25
146:11
**make** 22:6
78:24 85:2
103:21
104:12,21
111:10
129:16 140:2
155:15
**makes** 148:9
**making** 16:21
141:7,11
**man** 147:1
**management**
18:20 103:20
142:6 143:23
**manager**
16:13,14,17,
19 17:14
18:23
19:5,6,9,12,
15,18,21,24
20:8,15,20,2
3 21:1,2
25:6,19 70:6
75:18 76:22
84:24 85:11
92:19
99:13,14
120:18,19
149:3
**managers**
16:20 21:8

22:1,8
25:1,8 26:19
85:13 145:17
**many** 8:1
19:20 20:14
44:10
86:9,13,22,2
3,24 87:18
88:10,21
106:13
108:7,14
111:25
123:16,24
124:1,3
125:15,19
143:21
156:1,15
**Marie** 1:15
3:2 6:1,4
7:21 159:6
**M-A-R-I-E**
7:21
**mark** 116:21
128:3
**marked** 11:13
111:15
114:25
116:22 128:4
153:23
155:17,20
156:5
**MARLOWE** 1:24
158:5,21
159:5,12
**Mart** 20:12
23:22 25:7
36:15 37:13
63:3 70:6
76:23 97:20
99:6 107:19



134:12
148:15

**Mart's** 33:5
57:6

**mat** 30:12
31:3,12
64:23,24
65:2,20
66:6,13

**material**
71:17 73:15

**materials**
65:12
71:10,13,15

**mats**
27:9,12,19,2
2 28:2,14
29:1,4,11,15
,18 30:3
31:17
32:7,8,12
66:16,17

**Matt@TuckerUp**
**.com** 2:6

**matter** 49:10
80:7 118:23
119:5 121:23
130:6
134:12,22

**matters**
13:1,10,18
22:23,24
23:13

**Matthew** 2:3
3:3

**may** 9:11
10:2,4,23
43:20,22
67:3

74:12,18,23
75:6 116:19
117:22 145:1

**maybe** 43:11
82:7,17
110:12
143:23
144:16
151:18

**me** 8:3
9:2,14,15,16
,19 13:6
18:12,13
20:13 21:7
22:14,16
23:19 26:14
30:11 44:11
45:3 49:5
50:11 53:21
57:5,17 60:6
61:19 62:10
65:4,8,9,17
66:8 67:13
76:10,16
78:24 79:2
86:19,23,24
87:4,22
88:8,21
89:19,21
90:10 94:10
101:5 106:17
107:5,22
112:21
116:11
117:16
118:22
119:4,16
121:22
123:24
124:10
125:15
126:15 127:6

131:17,23
134:11
135:1,5,12
136:9,13
137:19
144:17
147:2,16
149:9 151:20
157:4 159:7

**mean** 7:9
15:18 19:8
28:5 30:9
48:18 52:13
53:8
56:14,20
57:10 58:24
85:9 89:8
93:14 99:7
118:24
128:14
136:17 142:2
144:14

**means** 57:17
59:6 135:18

**meant** 58:17
90:1

**mechanical**
70:15

**meeting** 16:5
67:24 142:6
143:21,23
145:18
146:22 147:5

**meetings**
21:17,18,19
23:25
24:3,6,9,19
67:15 138:4

**member** 103:19

**mentioned**

103:14

**merchandise**
35:5 53:17
71:7,9

**MIAMI** 2:10

**middle** 9:17

**midnight** 51:5

**might** 9:15,16
48:25 101:5
119:17
144:15,17,23

**Mililani** 17:5

**MILLER** 2:8

**million**
152:13,15,20
,25 153:2

**minute** 49:7
62:10 76:11
108:10
116:11 145:1

**minutes**
112:15,22
113:12
118:12

**Miriam** 118:3

**Miriam's**
118:5

**mischaracteri**
**zation** 11:20
131:6

**modules** 23:25

**moist** 95:24

**moisture**
91:20

**moment** 66:15
77:17 78:13



108:14

money 82:2

month 106:19
137:12,17
138:8,12,22

monthly 24:2

months 18:16
96:14,19,21,
22
97:1,2,10,12
,13,21,24
98:25
99:17,18,20,
24,25

moral 8:21

more 6:25
17:5
20:23,24
50:7 75:17
87:21 95:2
98:20 110:13
126:25 138:1
146:15 155:1

Morganfield
17:3 49:18

morning 7:19
11:12 24:1
51:19 102:22
109:17,18,22
147:13,15

morning's
52:2

most 48:19
139:5

Motion 134:21

mount
129:16,20
132:3

mounted
128:20
131:19
132:24 133:7

move 129:6
133:10

moved
129:12,16

much 23:15
152:12,18,24

multiple 44:6

must 14:21
15:1 23:23
33:14
34:6,15
35:18 36:8
38:1,3,13,24
39:4,11,22
40:7 75:18

my 9:3 10:1,5
17:1 19:1
20:6 24:23
26:13 30:2
31:8 32:18
34:12
36:21,22
37:19 40:5
41:17 51:17
59:3,12,22,2
3 60:13 62:5
64:18 77:24
78:10 80:17
89:8,16
91:25 92:6
95:13 96:16
100:17
104:22 105:2
117:19
119:13 121:6
127:15
130:13,16,19

,23 139:11
144:17
152:23
158:9,16
159:8

_____

N

name 7:20,21
15:22 85:16
98:11
118:3,4
133:25 134:2
145:21,23,25

names 7:1
127:4,16
146:16

name's 98:16

navy 90:12

near 55:18
71:24 95:7

necessary
64:12

need 8:18
11:17 31:4
32:12 40:16
43:19 44:22
45:8,23
56:24 72:1
98:12 112:6
145:3

needed 29:16
31:7 58:1
70:19,22,24

needless
46:11,14,21,
23

needs 40:2
58:3,7

neither 92:12

net 153:12

never
45:10,20
46:12,14
47:6 55:1
116:17
117:16
123:17

next 71:4
72:15,20
73:14

night 24:1
50:24
51:3,4,13,22
52:1,8
53:6,15
68:15,16,17
85:12,13
91:8 102:2
147:18

nine 58:21
96:18,22
110:25
115:22
117:7,20

ninth 110:22

no 1:2 7:4
8:2 16:24
20:6,10
21:18 25:13
26:23
27:3,16 28:6
31:4,5
32:1,8,10,13
,14 37:9,23
39:24
40:12,24
42:9 45:20
46:3 47:11
49:9 50:4,20
53:14,25



55:5,20 57:7
58:4 59:9
63:7 64:4
67:21
68:1,21
70:9,24 75:2
77:10,11
80:7 83:19
85:19,25
86:3,7
91:7,16,18,2
5 94:17
96:18,21
97:9
99:17,23
101:12,20
103:25 104:6
105:2
106:7,16,18
107:6 113:5
116:16,18,20
118:25
120:22
121:10 127:9
129:1
135:9,12
138:19
141:10,18,23
142:11,21
146:20
148:3,8
149:19
150:12
154:10,16,20
155:14
159:13

**nobody** 25:11
115:12

**nods** 8:17

**nonsense**
153:19

**nor** 158:12,13

**normally**
107:7 148:18

**north**
102:6,7,18
124:15

**not** 6:14 7:3
8:11 9:12,18
10:13 11:1,6
12:4,18
14:5,12,22
16:1 18:25
23:4,9,11,13
24:22
25:7,20
26:2,13,20
27:15 28:3
29:2,5,11,16
30:10,12
31:1,5,7
32:6,16,19,2
1 33:1
36:8,11
37:1,8,19
38:17 40:16
41:13,23
42:13,16,20,
23
43:5,7,8,11,
17,19,20,22
44:8,20
45:23 46:24
48:21,25
52:1,13,23
53:1,17,20
54:15 55:23
58:7 59:5
60:7,10 61:5
62:5
63:14,17,18,
20
64:7,8,11,12

65:8,21
66:1,8,15
67:17,20
69:20,24
70:3 73:22
76:7,23
77:2,12,13,2
2,24 78:19
79:1,11,16,2
3 84:16 85:7
86:4,12,13,2
1 89:4,8,24
90:16
91:12,20
92:5,11,17,1
8,23
93:6,15,20
94:4,5,9,11,
17,19
95:11,23
96:11,12,16,
17,25 97:20
98:2
99:2,6,7,14
100:9,17
101:6
103:4,12
105:25
106:4,14,25
107:6,16,24
108:7
109:14,15,25
110:11
111:16 112:4
113:6
114:6,11
115:15,18,25
116:3,5,6,9,
10
117:6,11,14
118:10,20,21
123:16,20,21
,23,24

124:1,20,21,
22 125:8
126:6,7,16,1
7,21,24
127:19,22
129:19,23
130:12,13,15
,16,18,19,21
,23,25
131:3,10,15,
21,23 132:25
133:10,21
134:8
135:14,18,19
,24 136:2
139:15,16,20
,25
140:6,8,10,1
2,18
141:10,23
142:17 143:2
146:15
147:1,8,13,2
2 148:25
149:18
151:4,22
153:5,11,14,
15,16,17,20
154:4,25
155:5,12
158:10

**Notary** 1:25
158:5,21
159:12

**note** 6:15

**notes** 158:9

**nothing** 50:19
95:14
101:2,7
103:22

**notice** 6:10



12:1 14:25
23:7
25:3,17,21
26:1,5,6
30:14,17,24
31:2 61:11
63:8 77:8
79:18,19,21
80:14,21
81:13 84:15
116:13,25
119:19
124:19
125:17 130:3
132:3 133:14
134:8,9
136:3
137:3,19,21
138:14 139:1
141:1
148:5,12
150:10
151:24 153:9
155:3

**notices**
153:15

**notified**
153:3

**now** 9:14
21:15 22:1
26:14 40:16
88:5 89:9
94:21 97:17
110:1,15
112:2 124:17
126:18 127:8
129:7

**number** 6:9
22:17,22,23,
24 57:25
62:11,17,19,
20 63:11

65:10,14,23
69:18
76:11,12
78:3 83:3
109:25 115:7
117:5,15
119:18
123:20,22
127:4,15
136:2
137:2,3

**Numbers** 22:25

─────── O ───────

**oath** 8:14
159:1

**object** 8:7,9
30:22,23
60:1 79:10
81:9 126:15
133:13
148:11 153:8

**objected**
94:14

**objecting**
61:9 79:9
112:3,5
124:25

**objection**
8:10
9:5,8,22
10:7
11:3,15,19
12:6,9,16
13:12,15,23
14:7,14 15:3
16:3 17:15
20:16 21:9
22:3,16
24:8,14,21
25:2,9,16

26:22
27:4,11,17,2
1,25
28:4,13,24
29:6,13,20
30:5,13
31:14,25
32:24
33:8,16,25
34:8,16
35:10,14,23
36:17,25
37:15
38:6,21
39:13
40:10,18,21
41:10,22
42:4,15,21
43:6,18 44:2
45:6,14
46:16,25
47:23
48:14,20
49:3,8,14,25
50:8,15
52:10 53:2
54:7,14 55:8
56:13 57:3
58:25 60:25
61:22 62:9
65:22
67:16,23
68:10,20
69:5,9,15
70:2,8,13
73:10
74:14,20,25
75:11,20,25
76:10
77:1,9,19
78:2,22
80:5,13,20
81:6,12,19,2

4
82:5,9,15,18
83:1,9,15
84:2,9,12
85:6,10,24
86:6,18
90:20
92:3,10,22
98:5,15,23
99:9
100:16,22
101:11,19
103:11
104:5,10
105:12,19,24
106:21,24
107:10,20
108:6 111:20
112:16
113:19,25
114:16
115:14,24
117:10,21,23
118:14,18
119:16
120:7,12
121:2
122:11,20
124:25
125:12 126:5
129:22 130:2
131:5 132:18
133:2
135:7,20,25
136:4,5
138:13,24
139:21
140:7,22,25
141:6 142:19
143:10,18
144:12,20
145:14
146:13,18,24



147:6,21
148:2 149:7
150:1,9
151:9,17,23
152:7 155:2

**obligation**
8:22

**observe** 82:24
83:25
90:14,19
91:23

**obstruct**
94:15

**obviously**
10:13 136:23

**occurred**
89:22 117:4
122:1 138:11
154:23

**occurs** 130:8

**off** 18:6
29:24
38:1,5,14,16
41:13 73:5
108:9,11
145:4,5
151:24
157:4,6

**offer**
148:20,24
149:1

**offered**
148:14 149:5

**office** 35:25
123:9 129:19

**officers** 50:6

**OFFICES** 1:19

**often**

36:15,24
37:1,2,6,10,
14,16,20,23
43:10 70:20

**oh** 66:22
109:24

**okay** 7:16
8:7,8 12:3
17:9,25
18:11 19:14
21:4 30:22
35:2
38:12,16
43:15 46:23
49:20
54:3,11
55:2,6
58:12,20
61:9 63:13
64:19
65:3,14,16
69:13 71:22
72:12,17
74:2,11
78:18 79:13
86:21 87:3
88:4,6,18
89:1 90:23
95:10
102:17,21
105:4,8
110:9,22
111:2
112:5,22
115:1,9
116:11
117:14 119:6
123:20
124:10
126:1,3,18
127:4
129:2,5

130:25 136:9
137:17
146:6,9
153:3 155:22

**old** 94:19
102:12

**omission**
10:2,5

**omit** 9:25
10:4

**on** 1:16 2:2,7
6:9 7:9 9:19
10:18,20
11:10,11,23
13:1 14:19
15:7 21:8
22:5
23:13,15,23
24:9,20
25:17,21
26:1,4,5,24
27:6 29:22
30:6,23
31:3,12
34:20,25
36:8,15,24
37:7,9,14,20
,22
38:1,13,17,2
4 39:22
40:8,17
41:2,7,12,20
42:2,17
43:5,13,16
44:21,22,24,
25
45:5,8,12,15
,22,23
47:5,12,14,1
7,19,22,25
48:12 49:23
50:5,12

51:12,18,21
52:5
53:15,17,22
54:13
55:10,19
57:10
58:10,12
59:18,20
60:15,18,19,
23
61:1,5,10,20
,24 62:18
63:2,8 67:6
68:18,21
69:1,14 70:5
71:1,4,5,10
72:6,9,12,23
76:3,8,24
77:7,8,16,17
78:12,14,15,
16,19,25
79:4,20
80:14 81:14
82:20
85:3,11,13,1
4 88:24
89:14,16,22
90:2,15
91:6,10,18,2
0,23
92:2,8,11,15
,19,20,25
93:4,21
94:4,5,14
95:14,15,20,
22,23,24
96:8,9 97:23
98:12,17
99:4
100:4,11,15,
21 101:17
102:3,6,10,1
7,21



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

103:1,10
104:3,15,22,
24
105:4,9,10
106:6,23
107:5
110:6,7
111:12,24
112:23
113:6,11,23
114:4,8,9,12
,14,21 115:5
117:2,4
118:17
121:15
122:2,3
123:10
124:5,14,15
126:3,8,22
128:1,10,21,
22 129:14
131:19
132:24
133:7,16,19
135:10,13
136:2
137:3,9
138:11,21
139:7,9,14
140:3
141:4,11,16,
20 142:20
143:21 145:2
147:12,15
149:15
150:19 151:8
152:6 154:23
155:7 159:7

**once** 84:15
135:10

**one** 6:9,25
17:1,21

22:25
32:11,21
34:5,14,25
35:15 48:5
49:15,17,18
51:18 52:19
55:18 57:15
69:11
72:2,7,15,20
75:6,16,17
79:4,5,6
84:24 85:12
87:19,24
88:4,23
89:16 98:17
105:15
108:20
109:18
110:18,23
111:1
112:13,21
119:7,8,11,1
2,24
121:3,8,11
124:5,6,14,1
7 125:22
127:12,18
129:1 132:16
136:25
142:11,20
143:5 144:18
146:20 147:1
148:15,21
149:17 152:8
153:2,25
155:1
157:2,3

**one-on-one**
22:8

**ones** 88:2
99:4 127:7
142:16

**one's** 151:15

**ongoing**
136:22
137:10,13
138:2,9,10,1
1,22

**online** 71:16

**only** 9:2
14:22 42:22
43:22,25
53:5,22,23
57:22 58:9
63:6 97:8
105:15 106:9
115:10
119:17
121:11
127:18
132:16
136:10,14
138:14
146:16

**onto** 51:14

**open** 48:12
49:20 50:17
84:20 101:22
102:4

**opened** 102:5

**open-ended**
90:20

**opening** 84:23
101:24

**opinions** 15:2

**opportunity**
29:23 148:15

**opposed**
132:17

**opposite**

124:15

**oral** 8:16

**orange** 9:1,2

**order**
22:6,17,22
23:8,14,16
25:4 62:18
64:14 72:5
79:17 80:22
84:17 132:4
134:19,20,22
153:17

**ordered** 96:24

**orders** 79:14
97:23 98:1
153:15

**organization**
13:2,11

**original**
152:23

**other** 24:16
25:13 26:19
42:19 48:23
50:20 52:13
53:20,24
55:3 63:7
73:7 78:18
85:13 93:4
101:23
103:19
115:2,22
116:5
117:7,20
122:17,23
124:22
126:21
127:2,19,22
128:1 130:20
131:10,12
132:17,23,24



877.291.3376
www.UCRinc.com

133:3,19
139:19
140:4,11
141:17
142:16
144:22
145:12,19
156:20

**others** 71:1
115:9

**our** 21:10
23:25 26:24
27:6 33:2,17
34:9 35:15
61:13,14
93:17 98:12
99:4
119:11,24
120:19 122:2
126:11
153:10

**out** 20:13
25:1
29:11,16
51:14,18
53:21 58:1
79:7 85:22
86:5 87:15
88:13
89:4,6,10
91:1 98:12
100:24
124:14 138:2
142:25 152:3

**outside** 27:13
30:10
31:5,11,16
103:16
105:11 130:3
131:19 132:2

**over** 20:24

28:6,19
31:20 53:20
95:2 99:17
103:20 123:6
129:1
137:14,16
154:7,11
155:8,15

**overlook**
47:6,10

**overnight**
24:1 50:19
51:12,17
52:15 84:24

**override**
135:15

**overrides**
135:3

**overriding**
135:2,6,10
136:11,14

**Overview**
57:20

**own** 11:17
79:18,19
80:21

---
**P**
---

**p.m** 1:18
53:8,15 54:1
108:11,12
145:5,6
157:6

**Pacific** 20:4

**pad** 67:9

**pads** 67:15

**page** 3:2 4:2
45:25 46:1,5
57:15 72:18

89:25

**PAGE(s** 5:2

**pages**
72:15,20

**paid** 19:11
20:21 25:1
41:14

**pain**
147:20,23
148:1,7,10,2
0,25
151:16,22

**pains** 148:5

**pants**
90:4,5,13
91:17 95:24

**paper** 67:9,14
73:23
104:2,6,17
105:10
111:21
117:16,18

**paperless**
134:20

**paperwork**
149:15

**paragraph**
22:24 58:21
62:18 117:5
134:15,18,24

**Paragraphs**
153:13

**parking** 53:10

**part** 47:16
71:16 134:13

**partial** 9:12

**participate**

24:18

**particular**
24:22 32:5
43:12 47:21
69:21 70:10
127:10
140:17

**particularly**
31:23 48:12

**parties**
158:11,12

**pass** 22:6
23:24
54:18,20
55:2,7

**passed** 55:10
76:8,24

**past**
93:1,7,23
95:1

**paying** 47:21
54:21

**pays** 25:7

**people** 6:25
20:24 22:9
31:17
32:10,16
43:9 49:1
51:12 53:25
79:25 89:13
101:23 108:7
110:1,3,12,1
5 111:6,25
126:21
128:16,19
138:3 142:2
143:21 144:5
146:6 147:1
152:1,9



performed
  84:22 85:3

period
  7:8,11,14
  26:20 93:15

periodically
  129:6

permissible
  41:6,19,23
  42:1,13,16,2
  0 43:4,7,17
  45:4,11,21,2
  4

permitted
  25:4 84:16

person
  10:18,19
  11:1 12:4,25
  13:9,17
  29:21 32:15
  43:15 47:5
  48:4 79:4
  108:20,22,24
  109:1,5,7,9,
  11 110:22,24
  111:2,4
  134:5 145:19
  147:1 152:8

personal
  115:18 126:8

personally
  93:2 107:16
  113:23
  115:10,15
  122:23 159:6

Personnel
  144:2,3
  145:20

persons 7:1,7
  33:5 100:14

146:16

phone 125:24
  126:1,3,8,19
  139:14
  141:21

phonetic
  15:21 114:20
  144:6

phrases
  54:11,12,19

physically
  105:10

pick 54:18,20
  55:3,7,10
  87:9 154:13
  155:12

picked 154:18
  155:1,5

picks 154:14

picture 88:25
  93:18,19,21
  94:13,21,24
  127:25
  128:7,24
  151:1

pictures
  88:12 114:19
  125:22
  141:24 142:5

piece
  66:21,23
  111:21
  117:16,18

place 6:17
  68:18 72:23
  137:18 149:9

places 18:13

Plaintiff

1:6,16 2:2
  35:4 108:2
  122:18
  131:14
  140:20
  153:22

Plaintiff's
  4:4 11:13
  116:14,22
  128:4 132:7
  133:6 136:3
  155:17,21
  156:5

please 7:19
  8:9 12:7,8
  13:6 21:7
  22:14 23:19
  30:11 44:15
  53:21 59:23
  63:23 64:1,2
  89:21 93:11
  94:20 109:16
  121:22 137:7

Plus 110:23

pocket
  66:20,21,24
  67:7,8,9,14,
  18,21,25
  73:23

point 51:22
  79:7 95:5
  96:1 100:14
  113:10
  124:12 130:5
  131:13 139:2

pointed
  133:17

pointing
  133:8

points 139:13

police 50:6

policies
  22:18 23:1
  57:6 76:13
  78:4 83:4
  119:18,19

policy 54:17
  55:6 56:3,17
  57:1,14 67:2
  74:4 77:12
  119:6,9,15,2
  3 120:3,5

Polly 1:5
  24:20
  85:4,23
  86:10 87:15
  89:22 92:20
  95:17 100:1
  101:17
  103:17
  108:5,16
  111:11
  112:11,15
  113:4,12,18
  114:4,10
  117:9 118:12
  121:16
  141:22
  147:12
  149:22,24
  150:6,19
  151:6,14

portion 37:3
  152:1

position 15:1
  18:20

positive
  148:14

possible 38:4
  122:5 146:10



147:4

**Possibly**
123:16
142:20
143:11,19
145:15

**posted** 71:24

**poster** 71:24

**postponed**
6:13

**potential**
74:6,12,17

**potentially**
98:21

**practice**
107:2,7

**precautions**
49:22
50:1,4,11

**precisely**
62:13,14

**premises**
36:16,24
37:14,21

**prepare** 106:1
125:1,4

**prepared**
97:6,15
117:14 151:2

**presents** 49:7
76:4

**preservation**
107:9,12,14,
17,19 118:22
119:4,10,21
126:12 132:7
136:25

**preserve**
120:25 126:4
127:22
132:25
134:12,17

**preserved**
120:23
121:8,9
122:2
123:22,23
124:21,22
127:24
130:18,22
131:1,4
132:15,19
139:18
142:17
145:11

**preserving**
126:19

**pretty** 52:21
124:8

**prevent** 29:18
30:4,12
31:20 73:14

**preventing**
33:23 34:3

**Prevention**
120:19 122:5
123:4,9
127:2,12

**previous** 17:1

**prior** 6:13
17:2,3,4
20:8 50:12
51:2,9 53:10
61:21
62:12,22
63:1 68:15
84:22

85:4,23
86:10 87:15
97:1
99:17,20
101:16,24
102:24 103:2
108:16
110:16
111:11,25
112:10
114:4,9
115:3,23
117:8 118:12
142:1

**probably** 8:5
9:14 51:5
90:6 123:19
149:1

**procedure**
10:17
13:8,14
57:14

**procedures**
12:25 23:1
57:6 73:3
76:13 78:4
83:4

**proceedings**
157:7 158:8

**process**
135:2,6,14

**produce** 7:10
27:19,23,24
28:7,8,19,21
29:2 97:22
121:23
132:11

**produced** 6:21
7:4 28:20
32:4 56:18

57:2,14
64:22
65:4,12 66:9
71:16 93:8
100:13 115:2
121:1,13
124:21
130:15

**production**
28:17
65:11,19

**products**
60:15 81:23

**Professional**
79:8

**profit** 26:24
27:7

**program** 21:16
66:20,21

**prompt** 72:24

**pronoun** 14:18

**proper** 126:4

**properly**
55:14

**protect**
32:22,25
33:6 35:13
38:18 39:5
73:6,7

**Protection**
127:3,13
129:8,18

**Protective**
134:22

**provide** 6:23
21:4 24:25
33:14 66:14
127:16



**provided**
11:18 122:22
142:24

**provides** 67:2

**providing**
33:19 82:7

**Provost**
15:21,23
16:1

**proximity**
113:17
118:11

**public** 1:25
35:8
46:12,15,24
49:24 50:13
76:4
158:5,21
159:12

**pulled** 51:14

**purpose** 14:24
67:8,9 72:2
81:11

**pushed** 88:13
155:15

**pushing** 52:4
154:7,10
155:8

**put** 6:9 11:11
27:12 31:16
42:14 69:1
70:7,9
73:13,21,24
79:21 89:14
122:4 154:4

**putting**
41:8,21 42:3
52:18

---

Q

**question**
9:3,11 10:6
12:7,11,14,1
7,19 13:4,5
14:8,18
23:5,10,12
25:20,24
26:8,9,13,15
,23
30:2,19,20
34:12
36:21,22
37:19
40:5,16
41:17 42:6
44:6,11,13,1
6 46:19 47:3
53:21
56:4,23
57:4,7,23
59:7,23
60:2,3,5,11,
12 61:10
62:5
63:1,23,24
64:2,5,13
65:6 68:12
74:8
76:17,19
77:24 78:10
79:9,11
80:15,17
83:20,23
87:5 89:8
90:21 92:6
94:8,12,15,2
1,23 97:15
99:10 104:22
105:2
107:5,23
111:9 117:19

---

119:1,20
126:17
127:15
131:8,17
137:7,22
138:16
141:12 145:8
150:11
152:21,23

**questioning**
145:2

**questions**
8:14 10:1
25:25 64:9
79:16,22
83:6,10
94:18 96:25
110:7 115:3
119:17
126:11,16
129:10
131:24 134:5
138:1 139:6
141:10

**question's**
119:13 121:6

**QUESTIONS** 5:1

**quicker** 70:25

**quickly** 43:2

**quite** 43:10

---

R

**radius** 54:24

**rag** 104:2

**raining** 27:13
28:3 29:23
30:10
31:5,16

**Ramel** 127:12

---

**range** 9:19,20

**reached**
93:20,24

**read** 26:16,17
30:20,21
44:9,12,15,1
7 57:21
64:1,9
66:8,18
94:20
125:10,14
141:12,14
145:7,9

**ready** 39:5,9

**really** 9:16
53:18,19
57:4 91:8
132:11 145:3
147:19

**re-answer**
64:12

**reason** 8:11
11:25 12:8
15:24
117:14,25
132:16 135:9

**reasonable**
33:19
35:6,21,24
36:11
39:8,17
47:14,20
68:8

**reasonably**
13:1,10,19

**reasoning**
126:7

**reasons** 107:4
135:12

---



recall 55:23
  104:17
  105:15
  106:14,20,23
  107:24
  120:10,13
  147:3,22
  149:23

receive 24:4
  107:11,14
  116:20

received
  65:19,21
  107:16,19
  116:13
  124:19
  125:13,21

receiving
  107:9

recently
  105:18 151:4

recognize
  144:1,2,10,2
  3

recognized
  67:14,22
  142:11,12
  144:6

recollection
  111:18,20

record 6:9,18
  7:3 57:18
  71:18 81:14
  93:11 95:6
  108:9,11
  110:7 112:4
  134:7 140:2
  141:11
  145:4,5
  156:22

157:4,6
  158:9

recorded
  132:9 135:8
  141:20

records 7:7
  71:19 82:19
  122:6

reduce 58:17
  73:18

reduces 36:4

reducing
  72:25

refer 79:13

reflect 71:18
  95:6 134:7
  156:22

refreshing
  111:18,19,24

refusing 42:8
  44:7,8
  60:6,7 83:22

regarding
  21:5
  22:11,15
  23:20
  24:13,16,19
  83:3 99:16
  111:20
  117:19
  118:24,25
  119:2,18,19
  126:7 134:6

regardless
  57:24

register
  82:3,8

registers

54:22

regular 39:22
  40:8,17 41:2

regularly
  47:14,19,24

relate 126:11

related 25:8

relating
  22:19 23:1
  66:17

relative
  158:10,12

relevant
  23:13 37:2
  76:14 78:5
  122:10
  140:17,21,24
  141:4,18

remember
  18:18 95:1
  120:11
  124:17 138:4
  139:4
  148:13,17

remove
  136:10,13

removed 51:9
  149:19

re-notice 4:4

Re-notice
  116:14

repair 96:15
  98:21

repairs
  97:1,9,20,23
  98:4,13

repeat 13:4,6

14:8 24:9
  74:8 76:16
  78:11 137:7

repeated
  21:12

rephrase 13:6
  56:23 57:4,5

report 90:25
  103:19 130:9
  158:7

REPORTED 1:24

reporter 1:24
  8:17 26:17
  30:21 44:17
  141:14 145:3
  158:1,5,21
  159:12

reporting
  22:19 23:2

reports 16:20
  99:15

representatio
  n 111:22
  121:14,18

representativ
  e 1:15 6:11
  16:2 115:21
  126:10 131:2
  143:14
  150:4,5
  154:21

represents
  14:4,11

request 65:11
  117:6
  122:3,4
  132:4,8,12

requested 7:1



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

requesting 132:15

requests 6:19 22:25 123:13 127:4

require 13:9 55:13 67:3 73:2,5,17

required 13:18 22:7 75:10

requires 10:18 12:25 13:21 43:1 71:2 73:13

respect 6:20 111:13,14

respond 9:22

responded 90:1 149:21

responding 7:5

response 6:21 7:15 66:10 107:18

Responses 65:12

responsibility 20:24

responsible 80:1,4,6,12, 19 81:2,3

rest 19:22 23:14 69:3,25

result 107:8

results 14:23

resumed 108:12 145:6

return 52:14

returned 51:20 52:6

review 72:1 81:18 83:5 84:4 127:7 130:24

reviewed 32:3,9,17 52:2 86:16 100:23 122:9 126:22 127:1,5,10,1 7

reviewing 102:2

reward 68:1

rewarded 67:20

right 9:14 18:15 37:12 39:20 67:5 78:24 87:7,17,20 88:5,25 93:10,18 94:25 95:2 102:8,11,17 105:6,20 108:20,24 109:25 110:1 112:2 113:2 126:19 142:15 144:18 148:13 150:7

156:18,24

risk 75:19,23

role 15:9 16:12,17 18:8

Romdeo 114:20,22

roof 96:15 97:1,24 98:4,12,21 99:4,16,17,2 4

room 155:9,15

rough 69:24 70:1,7

row 155:9,15

rows 88:19

Royal 17:4

rule 10:17 13:21 14:4,11,25 35:12 36:7 37:25 38:12,23 39:2,3,21 40:7 42:25 75:18 76:9,25

rules 10:17 12:24 13:8,14 32:22,25 33:6 36:14,23 37:13 77:3 82:25 83:8,13 84:1

run 17:10,25 34:21,25

91:9

runs 52:18

_____

S

safe 33:15,20 34:6,15 35:7 49:23 50:13

safely 73:3

safety 21:5,8,10 22:12,15 23:20 24:1,2,3,4,1 3,16,19,25 25:8,10,11 32:22,25 33:6 35:12 36:7,14,23 37:13,25 38:12,23 39:2,3,21,22 ,25 40:3,7,8,11, 13,17,23 41:2,4 42:25 43:1 46:12,15,24 50:9 75:18 76:9,25 77:3 82:25 83:8,13 84:1

said 15:16 33:10 62:21 77:20 83:24 87:20 91:7 96:21 104:19 108:17 120:15 133:10,17 137:10,13 145:17,18



146:9
147:1,4,8,15
,16 153:20
**salaried**
19:6,9,12,15
20:20,23
21:2
**salary** 19:13
**sales** 26:24
27:7
48:19,22,25
51:14 58:2,7
59:9,19,20
61:2,14,24
**same** 16:23
44:11
50:1,21
61:22 65:22
69:25 75:17
77:1 83:15
108:24 109:3
111:1 125:12
140:25
156:9,25
**sat** 149:14
**satisfaction**
26:25 27:7
**save** 119:6
132:10
139:13
**saved** 132:12
139:18
140:4,11,13
**saving** 126:3
**saw** 77:21
92:19
93:1,2,5,25
94:2,5 95:14
104:24

105:13,15
106:9 113:23
114:8,12,14,
20 116:17
142:21
144:15,17
146:22 147:1
150:13
**say** 8:5 12:21
18:6 19:4
20:25 35:24
43:19 47:16
48:11,15
52:23,25
66:6,22
88:14,16,23
91:3,6 93:7
96:17,18,21
97:19 99:6
101:3,4
112:23
113:16,22
120:2 123:18
124:8 125:18
133:9 137:12
140:23
146:9,22
147:3,8,25
148:3,14
152:8,20
**saying**
37:9,19
45:20 88:3
93:23,24
101:5 102:18
117:11 140:3
144:22
147:22
150:13
**says** 11:10
18:7 58:21
64:25

109:17,23
112:25
116:14 118:2
137:19
**Scan**
54:17,21,23
**scanning**
54:24
**scene**
149:5,21
**schedule**
40:13,24
61:2
**scope** 23:7
25:3 30:24
31:2 61:10
63:11
80:20,21,22
81:13 84:13
130:3 132:2
133:11,14
137:21
138:14 141:1
148:12
150:10
151:24 153:9
155:2
**score** 22:6
**scrub** 70:16
**scrubber**
70:15
**scrubbers**
70:15
**scrubs** 91:18
95:23
**sealer**
68:18,21
69:14

**SEAN** 2:3
**searched** 7:6
**second** 2:9
15:19 104:20
108:22,24
139:13
157:3,5
**seconds** 113:2
**section** 71:3
87:8
**secure** 53:4
**secured** 53:3
**security**
123:1
**see** 11:17
22:21
32:6,9,15,16
,18,19 41:11
43:11,20,22
52:3 55:9,19
64:25 65:19
66:24 67:6
71:23
77:11,13
78:15
79:1,3,5
87:19,23,24
88:2,5,24
91:10,20
92:11,14,25
93:4 94:4
95:14,19,22,
23 96:8
100:7,23
103:4,22,24
104:8,15,22,
25
105:4,6,9,13
112:20,21
114:3 115:22



**UNIVERSAL COURT REPORTING**

877.291.3376
www.UCRinc.com

116:15,19
118:16
119:16,18
122:1 123:10
128:8,23,25
129:1,3
142:11,13
143:16,25
144:2,7
145:12
146:11,17
149:22,24
150:6,25
155:6
156:23,24
157:2

**seeing** 88:4
120:13

**seen** 79:2
85:18 105:23
115:5 117:7
120:9,20
123:5
139:15,16
141:21,23
151:7

**select** 69:13

**self-insured**
152:12,24

**sending** 138:2

**sense** 8:8

**sent** 16:1
99:15

**session** 23:22

**seven** 88:24
109:14,25
110:11,12,13
,25

**Seventh**

109:11

**several**
6:9,19 17:5
44:3 84:3
108:8

**shake** 31:19

**shall** 22:25

**shape** 60:21

**Sharon** 144:6

**she**
6:11,15,17
12:16
26:12,13,14
46:18 50:16
57:8 59:7
60:3
64:10,11
65:8 66:2
76:18 86:12
89:25
90:15,17,18
91:3,4,6,7,8
,12,18,23
92:1,4,8,23
93:16,20,24
94:21
95:1,15,21,2
2,23,24
96:2,3,4
97:17 99:9
103:18
105:25 108:8
112:24 113:5
118:8,16,21
119:20
124:15
125:1,4
126:16
137:21
144:2,7
147:15,16,18

,20
148:1,7,9
149:12,14
150:10
152:21

**shelves** 51:25

**she's** 6:15
25:24 26:9
42:9 53:20
57:8
60:2,7,8
63:15,21
76:19 83:20
94:21 111:13
113:6,7,9
118:3
136:4,5
151:8

**shirt** 90:4,12
153:25

**shoes** 31:18
91:19 95:22

**shop** 55:18

**shopping**
33:15,20
51:6,9,11
52:3,7 85:22
86:9,13
87:9,15,17
95:7,10
148:17,22

**should** 8:11
31:12 40:25
45:15 77:17
78:1,13,19
79:10,11,25
80:3,11,18
85:2 86:23

**show** 12:1
65:14

86:15,21,22,
23 87:1,22
122:18
153:22
155:20 156:8

**showed**
101:2,7
108:17
111:22
122:12,22,24
131:3 132:20
144:1

**showing** 112:8
140:20,24
141:17

**shown** 122:15
130:21
142:17 143:8
150:21
151:10

**shows** 52:17
104:17 119:7
127:24
149:13
150:18,24

**sick** 6:12,15
10:24
11:6,8,11,23
15:24

**side** 35:5
53:5,6,11,17
,22,23 96:5
102:6,7,8,9,
11,14,18,19
124:15 155:7

**sides** 96:6

**sign** 41:9,21
42:3,14

**signed** 6:16



simply 79:10
  115:18

since 8:16
  11:9 12:3
  40:15 105:23
  106:6,7
  136:23
  138:11

single 92:19
  136:10,14

sir 15:17
  32:5 35:5

sit 11:2
  12:4,15
  15:25 105:16
  149:9,12

sitting 12:13
  90:2,15
  91:24 116:2
  152:6

situation
  74:6

situations
  67:3
  74:12,18
  75:9,14

six 16:16
  18:7,8,9,16
  54:17,21,23
  88:24
  96:14,21
  97:1,2,10,12
  ,13,21,24
  98:25
  99:17,18,20,
  24,25
  110:1,3,12
  117:5,15

six-foot

54:24

Sixth 1:19
  2:4 109:9

size 73:18
  95:13

sleep 149:20

sliding 55:22
  101:24

slip 21:20
  24:20 27:10
  28:18,21
  29:18
  30:4,12 31:6
  33:23 39:18
  45:2,18
  50:12 54:13
  57:19
  58:12,17
  59:17,21,24
  60:16 61:21
  63:2
  71:7,8,9
  72:25
  74:13,19,25
  75:7 76:14
  78:5 82:11
  84:7 85:4
  89:22
  92:15,20
  97:2 99:1,25
  100:21
  103:17,18
  107:3 110:16
  111:11
  112:1,11
  114:4,9
  115:23
  117:3,9
  118:13
  121:16
  122:19

136:20
138:8,23
141:18
149:21
150:6,7,20
151:7,16,21
152:6 154:23

slipped 35:4
  50:16 86:12
  91:4,6
  92:1,4,8

slippery
  68:25

slipping
  38:19
  39:12,23
  40:9
  44:21,24
  45:5,13,22
  86:10 101:17
  108:16 113:7
  140:20

Slope
  98:6,9,10,12
  ,22

small 66:24
  67:10 93:1,5

Solutions
  98:10

some 51:22
  54:23 66:6
  70:25 72:5
  74:2,11,15
  75:13 94:18
  98:6 100:10
  102:16
  103:14
  104:20,21
  142:13,14
  147:14 152:1

somebody
  25:14 71:1,3
  74:13,18
  75:7 79:2
  82:20
  105:3,5
  107:5
  144:10,23
  145:18 147:4
  148:25

somebody's
  43:25 125:24

someone 12:14
  38:9 43:20
  74:23 90:25
  102:5 107:22
  147:8 148:19

something
  10:15
  19:9,10
  23:15 39:19
  42:17 43:11
  46:5 55:9
  58:3
  66:23,25
  71:1 73:23
  78:15,25
  79:1,2 86:15
  148:18 152:9
  153:10

sometimes
  9:11 48:21
  81:4 137:25

somewhere
  9:17 53:1
  94:25 95:10
  120:1

soon 38:3,4
  39:19

sorry 6:14



10:3 13:3
46:13 96:20
109:21,24
110:20

**sorting** 51:15

**sounds** 19:10

**source** 96:9
100:4,20
101:3

**SOUTHEAST**
1:19 2:4,9

**SOUTHERN** 1:1

**speak**
13:22,25
118:11
147:11 150:2

**speaking**
138:7

**specific**
39:24 40:25
57:24,25
68:1 70:24
71:12,13
93:15 105:14
132:11,14
139:5 148:5

**specifically**
14:5,12
22:18 35:3
50:14 62:6
64:25 83:25
125:2 126:17
138:8 139:5
140:10
154:16

**speculate**
78:23

**speculating**
77:20

**spell** 7:19
85:16 133:25
134:2 145:23

**spend** 19:20
20:14
23:12,15

**spent** 17:9
18:7
19:4,14,17

**spill** 42:17
43:12,16
55:14,16,21
58:2 66:25
67:11
71:3,22
72:14,19
73:6,7,8,14,
18,21,22,24
74:2

**spilled** 71:1
73:15
100:10,14

**spills** 67:10
72:24 73:3
75:6

**spoke** 118:21

**spoken**
114:11,13
115:4,12,22
116:5 117:7
126:6,12,14
137:24
139:24

**spot** 93:24
94:2 104:15
105:5,9,10,1
4

**sprays** 28:8

**Springs** 15:15

**squeegee**
73:17,19

**squeegeed**
73:25

**stacked** 88:19

**staffing**
61:3,23

**stamp** 93:12
112:3

**stand** 38:8

**standing**
43:21,25
94:6 96:3
151:14
154:10

**start** 20:11
28:19
52:21,24
88:11,15,16
100:7 117:17
136:21
137:23

**started** 10:22
11:7 18:6
21:16 52:22
90:22 136:22
137:9,20

**starting**
72:12 85:21
87:13
138:8,15

**starts** 21:11
139:3

**state** 8:10
12:9 79:8,10
158:2,6,21
159:2,12

**stated** 8:11

59:8 60:3
79:11 81:1
125:9 137:8
138:9

**statement**
37:4 141:8

**statements**
137:25
141:11
147:14

**states** 1:1
11:21

**stating** 10:23

**stations**
55:14,16,21

**stealing**
82:21 84:4

**stenographica
lly** 158:7

**step** 18:25
19:2

**steps** 100:19
132:6
134:11,17
135:1,5,14,1
9

**still**
6:12,14,17
118:8

**stock**
51:24,25

**stocked** 52:21
53:9 55:14

**stocking**
51:12,15

**stood** 95:21
96:2,3



stop 41:12
135:1,5,9,14
,17,18,19
136:21 145:1

stopped 51:7
137:20

stopping
138:15

storage
29:7,9

store 7:13
15:11,12,19
16:23,25
17:1,2,10,17
,20 18:3,14
22:11,15
23:20,25
24:2,3,13,19
29:4 31:24
34:6,9,14,20
,23,24
35:1,19,22,2
5 38:18
39:5,15,24
40:1,25
45:2,16
48:5,22
49:20,21,23
50:13 51:24
52:7 53:1
54:4
58:1,9,18
62:2,4,6
67:15 68:4
69:4,11
70:25 71:3
72:4 73:9
74:9 75:18
76:5 81:15
82:20 84:20
85:1,23

87:16 89:24
93:21 95:11
99:3,13,15
100:7 102:24
103:2
121:4,24
122:9,14
123:1,2,6
124:7
127:3,25
129:12,21
132:16
133:10
139:14
140:14
142:25
147:17

stores 1:8
12:22 17:6
32:21 33:2,5
37:7 49:12
54:24

Story 146:1,7

S-T-O-R-Y
146:2

straight
154:4

straightening
154:8,11

STREET 1:19
2:4

stretch 56:24

stricken
62:10,11,15
65:10,13,24
66:3 69:19
76:12,15,20
78:6 79:14
83:2,17
134:13,14

strike 79:20

strikes 62:19

stripped 71:2

strong 72:23

struck 74:24
75:3 79:21

studied 20:7

stuff 52:13
54:19 90:24
128:18

stupid 47:2

submit 79:18

substance
38:13
41:7,8,20,21
42:2,3,13
44:1 76:8,24
77:7,8,16,17
78:12,14,17,
19,21 79:4
91:10 92:2,8
103:10
114:3,8,14

substances
22:20 23:3
35:19,22
36:15,23
37:6,8,14,20
,22
38:1,16,24
47:22

sued 139:1

suggest
101:15
151:15

suggests
101:4

SUITE 1:20

2:4,9

suited 134:4

supervises
16:19

supplemental
125:23

supplies 72:5

supposed
44:25
79:16,23
82:17 125:18

sure 16:21
47:17 85:2
103:21
104:21
107:15
109:14,15,25
110:11
111:10
119:25
123:16
127:18 137:8
140:2 144:9

surrounding
89:21 154:23

sweep 40:3

sweeps
39:22,25
40:8,11,13,1
7,23 41:2,4

sworn 6:6
159:7

system 72:10
130:10 135:3
136:11,15

_____
T
_____
take 22:17
39:5,9,20



40:3 41:13
49:22 50:1
53:5,21
56:8,21
57:20 74:5
78:7 102:4
132:6
135:14,19
145:3

**taken** 1:16
7:23 23:16
50:4 97:20
100:19
137:18,25

**takes** 121:3
123:4 129:8

**taking** 4:4
52:18 81:22
82:2 116:14

**talk** 26:14
34:23 35:2
46:6 53:20
90:22 126:17

**talked** 19:7
46:8 153:15

**talking** 12:22
28:6 34:24
35:3
53:22,24
62:20 70:23
93:8,14,15
102:12
114:18 120:2
128:2 139:3

**tape** 32:17

**team** 24:2
50:19

**Tecum** 4:4
6:19,21 7:15
22:25 66:10

116:15

**tell** 8:22
9:2,16
18:12,13
21:7 22:14
23:19 30:11
45:3 50:11
55:7 57:17
60:6 61:19
65:4 67:13
86:24 87:4
88:21 89:21
105:5 118:22
119:4 121:22
123:24
124:10 127:6
134:11
135:1,5
136:9,13
139:4
146:12,16
148:7 151:20

**telling** 23:6
66:1,3
135:12

**temperature**
9:13

**Ten**
65:10,14,23

**term** 19:9
55:2

**terms** 55:3

**testified** 6:6
68:14 84:19
101:22

**testify**
10:18,19
12:25
13:9,18
14:22 15:1

30:25 97:7
99:5
154:22,25

**testifying**
115:20
125:19

**testimony**
14:3,11,19
15:6 40:15
45:10 51:21
62:10
63:7,8,11
65:9,13,23
70:3
76:11,15,20
78:3,6 79:15
83:3,16 88:6
91:22,25
99:23 117:6
130:25 131:6
135:13 149:3

**Texas** 16:4

**than** 25:14
27:2 48:19
50:20 71:1
75:17 101:16
146:15

**thank** 68:1
72:12,17
89:12 136:9

**that** 6:17,25
7:1,4,5,7,8,
9,11,12,13,1
4 8:5,8,19
9:2,7,17,20
10:1,4,13,18
,19,23,24
11:10,11,17,
25
12:10,18,24
13:5,8,17

14:3,10
15:18,19,24,
25
16:21,23,25
17:2,3,4
18:6 19:8,22
20:25
21:7,20,25
22:21
23:6,13,16
24:5,22,25
25:17,21
26:1,4,5,8,1
4 27:9
28:18,20,21
29:24
30:9,13,17,2
4 31:7,8,20
32:4,6,7,9,1
0,11,22
33:12,14,17,
22
34:2,5,6,14,
15,20
35:3,12,18
36:3,7,15,18
,23
37:3,6,8,13,
19,20,22,25
38:13,23
39:2,3,4,11,
21 40:2,16
41:15
42:5,12
43:1,12,19
44:6,12,19,2
3 45:10,17
46:11,14,23
47:3,5,13,16
,18
48:4,11,16
49:6,12,20
50:23



877.291.3376
www.UCRinc.com

| | | | |
|---|---|---|---|
| 51:1,3,4,6,1 1,21,23 | 84:7,20,25 | ,16,18,25 | 147:2,3,4,13 ,14,15,16,18 |
| 52:1,2,4,5,8 ,12,16,17,20 ,21,24 | 85:9,11,12,1 3,20 | 118:10,11 | 148:9,18 |
| 53:3,5,8,9,1 1,14,22,23 | 86:2,4,14,15 ,21,22 | 119:11,17 | 149:4,5 |
| 54:1,4,5,9,1 5,19 | 87:4,13,23 | 120:5 | 150:15,16,18 ,23,24 |
| 55:1,3,6,21, 23 56:2,3,17 | 88:7 | 121:3,8,9,13 | 151:6,15,20, 21,22 152:5 |
| 57:1,8,13,14 ,17,21,22,23 | 89:10,14,22 | 122:4,7,12,1 8,22 | 153:7,9,10,1 1,16 |
| 58:3,9,10,15 | 90:3,15,16,2 4 | 123:2,18,21 | 154:9,19,20, 23 156:8 |
| 59:2,8,10,12 ,13,22 60:21 | 91:4,7,22,25 | 124:3,4,8,11 ,21,22,23 | 158:6,8,10 |
| 61:16,19,24 | 92:1,4,14,17 | 125:1,4,7,8, 9,18,22,25 | 159:6 |
| 62:9,21 | 93:2,5,6,20, 22 94:2,21 | 126:11,15 | **that's** 7:9 |
| 63:7,8,10 | 95:6,11 | 127:5,6,10,1 1,16,23,24 | 8:6 11:19 |
| 65:13,16,19, 21,22 | 96:10,18,24 | 128:2,8,23 | 20:7 21:15 |
| 66:6,10,19,2 3 67:2,3,13 | 97:8,10,12,1 5,19 | 129:1,2,3,11 ,12 | 23:15 25:20 |
| 68:6,9,11,14 | 98:4,17,20 | 130:11,14,17 ,21,25 | 33:9,19 |
| 69:3,13,21,2 3 70:3,9 | 99:4,6,7,13, 15,21,22 | 131:3,13,15 | 35:1,6,12,21 |
| 71:15,16 | 100:12,14,20 | 132:12,17,19 | 36:11 |
| 72:9,12 | 101:2,4,5,7, 12,16,22,23 | 133:7,8,11,1 2,17,18,23 | 37:9,19 |
| 73:21,24,25 | 102:3,5,14 | 134:7,13 | 39:8,17 |
| 74:4,12,18,2 3 75:6,9,13 | 103:1,6,9,16 ,22,23 | 135:12,13,16 ,18,19,22 | 43:22,25 |
| 76:3,7,14,23 | 104:20,24 | 136:6,16,17 | 50:7 52:15 |
| 77:6,17 | 105:6,8,9,25 | 137:8,10,13 | 56:9 58:1 |
| 78:5,11,13,1 7,25 | 106:11 | 138:9,10,18, 21 | 63:17 65:13 |
| 79:2,4,8,14, 20,22,25 | 108:1,15,20, 22 | 139:1,2,5,12 ,13,15,17,23 ,25 | 68:8 69:11 |
| 80:3,11,13,1 5,18 | 110:3,15,18, 23 | 140:4,18,19 | 72:10,14 |
| 81:17,22 | 111:9,10,14 | 141:3,17,20, 21 | 74:9 82:19 |
| 82:2,13 | 112:8,10,23 | 142:16,17,24 | 85:21 88:6 |
| 83:2,6,10,13 ,16 | 113:5,16,22 | 143:6,8,14,2 1 144:9,23 | 89:8,16 |
| | 114:22 | 145:12 | 90:10 100:13 |
| | 115:10,15,19 ,22 | 146:7,10,22, 23 | 102:18 |
| | 116:3,8,9,10 ,15,17,20,21 | | 110:22,25 |
| | 117:4,6,7,12 | | 113:2 114:25 |
| | | | 115:3,7,10,1 2 117:5 |
| | | | 120:25 |
| | | | 125:22 |
| | | | 129:2,4 |
| | | | 130:2,8 |
| | | | 131:5,19 |



132:13
137:4,21
149:9 150:21
151:23
153:19
156:11

**theft** 50:7,9
81:18,22

**their** 22:9
24:5
29:22,23
31:17
56:9,21
57:24,25
59:11 66:24
67:18,21,25
80:1,4,7,12,
19 81:2,3,5
98:11 102:22
104:2,3,4
139:14
142:17
143:16
144:4,10
146:11,17,23
147:2 152:2

**them** 17:6
29:23 38:17
42:1,13
43:7,21 44:1
51:14,16,18
52:4,7,12,18
53:6
54:4,5,24
58:8
59:15,20
65:1,4 66:7
68:1,17
69:11 91:21
95:20
98:6,17
102:3

104:8,17
105:9,14
108:18
111:17
114:11
123:3,5,17
124:13
132:11
142:12,14
144:1,2
146:19,20
148:20
149:5,19,20
154:5,6,7,8,
11,14
155:5,8,9,14
,23

**then** 11:25
12:3 18:11
22:5,7
31:5,11 33:4
38:12 40:3
41:14
43:16,21
46:23 51:18
53:14 64:20
66:5
72:14,20
75:23
77:3,11
105:4 107:23
112:2,8
122:1,5
123:18
124:8,23
125:23 139:2
151:10
153:1,2

**there** 6:19
7:4 15:24
17:5
18:7,8,15,16

,17,18 19:10
20:19,21
21:16
27:22,23
28:7,14
31:4,7
32:8,9,11
38:8 39:24
40:12,24
42:19 44:19
47:9 50:4
51:6,7 52:1
53:9 54:6,25
55:3,21 58:6
63:7 64:23
65:1,20
66:5,6,7
67:6 69:1
70:10 71:10
75:17 77:3
78:18
84:22,24
86:15 87:7
88:5,12,15,1
6
89:6,7,16,19
90:1,16,18
93:22 94:4,6
96:8
97:8,9,23
98:1,3
99:16,23
101:6,23
103:1,14,16,
22 104:21
105:3,6
108:8 111:9
112:9,23
117:14,25
119:23 120:5
121:9 122:6
123:11,14,17
,20

124:8,9,16,2
0
125:10,16,23
126:25 128:7
129:1,4,20
130:11,14,17
,20 131:18
132:10,14,15
,23
133:3,16,17
135:9,12
142:10,20
145:18
146:22
149:16,17,18
151:24
152:14
154:4,6,9
155:4,5,12,1
4

**Therefore**
81:3

**there's** 13:4
19:10,11,12
22:8 25:13
26:20 27:2
29:22 31:5
34:19
37:9,23
43:9,15,21
45:10 46:3
47:22 48:7
50:20
53:14,23,25
58:2,4,7
59:9 65:2
68:21 69:10
70:15,24
71:24
75:16,23
77:17 78:13
87:8,17,20



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

92:18 101:25
102:12,17
104:1 108:1
119:14
121:24 122:1
123:18
124:5,6,8
128:9,10
132:14
133:23
135:16,18
142:20,25
143:6 144:6
155:9

**Thereupon** 6:3
11:13 116:22
128:4 155:17
156:5

**these** 17:7
23:24 54:18
58:15,17
71:15 75:9
79:22 100:8
111:16 112:9
115:2 125:22
132:23 134:5
143:24
145:13 155:6

**they** 12:14
20:13 21:12
23:23 24:9
28:2 29:24
31:18,19
36:8 38:3
40:25
41:11,12,14,
23 42:16,22
43:10,19,20,
22
44:22,23,24
45:8,16,23
51:19

52:6,7,12,15
,16,19
53:4,5 55:7
56:20 57:25
58:3
60:19,21,22
66:8,24,25
67:22,25
68:17,18
69:20
70:6,9,20
72:1
77:3,10,11,1
2,21,25 80:8
81:14 82:17
88:13,14
98:16
102:1,2,3,24
103:20,22,23
,24
104:6,9,20
114:12,14,18
124:13
129:6,14,16,
18 133:10
140:8 143:16
144:1,4
146:12
148:19,20
149:19
150:13
151:16
156:17

**they're**
23:21,23
27:15
29:5,16
41:11,12,13
45:1 52:18
59:12,15
67:17,20
70:24 77:13
83:25 84:25

88:19 102:23
104:23 112:4
149:18 152:5
154:4 156:18

**they've** 28:20

**thing** 6:25
33:19
35:6,21,25
36:11
39:8,17 46:3
68:8
102:13,15

**things** 6:9
27:7 60:18
91:9 147:17
152:10

**think** 16:16
37:1,2 42:5
48:15 57:4
63:15 64:17
68:11 84:19
104:1,12
118:1 133:17
143:13 144:9
145:17
147:13 149:1

**thinking**
96:22

**third** 48:9
60:2 109:1,3

**this** 6:12,20
7:9,12
8:13,14,16
9:21
10:22,23
11:7,18,20
13:6 14:15
15:25 16:8
17:1,20 19:7
23:2 25:3

26:3,23
30:24 32:4,5
40:16
57:2,13
58:20
59:16,23
60:1 63:6,8
66:15,22
70:2
71:22,23
72:1,6 74:25
76:20
78:2,25
79:14 82:10
83:1 84:8
86:17
87:5,20
88:24
94:15,25
95:2,3,9
100:19 101:3
102:15 103:1
105:5 106:1
107:9
109:12,13,18
,19,22
111:21,23
112:25
113:10
114:23
115:1,3
116:13,25
118:1,23,25
119:2,5
120:15,23
121:1,8,9,13
,23 122:7
124:19
125:1,4,8,13
,17 126:7,17
128:7,12,25
130:6 131:20
132:2 134:12



**UNIVERSAL COURT REPORTING**

877.291.3376
www.UCRinc.com

136:25
137:13,17
138:22
139:1,18
140:17,21
142:1 144:3
148:11,14
153:4,9
158:16 159:8

**those** 28:2
51:9,23
52:23,25
82:24 84:23
99:3 101:24
102:21
103:2,5
111:8,10
112:6,13
114:3,8
116:5 117:25
124:11
125:10
128:20
131:12
132:25
141:23
142:1,13
143:3,8,15

**though**
79:5,20

**thought** 46:6
141:7 152:23

**three** 27:6
48:7 71:6,10
88:1,4,23
89:9 112:22
113:12
118:12 124:5
137:14,15

**through** 13:5
18:13 23:22

43:9
44:20,23
45:4,12,16,2
1 47:20 48:5
70:14 71:20
73:9 85:1
99:25 101:24
102:21,25
103:2,5
108:2,8,15
110:1,3,16,2
3 111:4,25
112:10,13
113:13,17,23
114:19
115:23 117:8
118:5
155:12,14

**throughout**
40:1,12
41:3,4 51:24
54:4 68:4,16

**throw** 60:18

**thumb**
102:3,4,5

**tile**
69:6,8,13,21
,25 70:7,10

**till** 50:17
51:22

**time** 7:8,13
18:25
19:17,22
21:19,20
22:1
23:12,15
24:16 26:21
27:15
29:2,12
32:10 40:25
41:14,15

42:22
43:23,25
44:23 49:20
51:12
52:16,17
57:21 58:6
60:2
84:19,20,25
93:15 99:19
100:11
105:15
110:18
112:18,20,23
121:19 122:5
127:14
129:11 130:8
131:14
140:14 141:5
149:4,17,20
154:19,20
157:2

**timeframe**
37:9,23
40:13 70:25

**timeline**
39:24

**times** 8:1,5
44:3,6,10
45:1 55:25
56:7,11
57:16 58:23
84:3 89:9
110:17 144:5

**timestamp**
89:14 109:16

**timestamps**
110:5
111:9,11

**tiny** 95:12

**tired** 91:8

147:19

**title** 59:16

**today** 6:17
8:22
10:1,4,13,20
11:2
12:5,13,21
14:1,13
15:25 20:25
25:25 34:24
53:24 59:5
64:8,16
91:22 97:16
99:23 115:20
116:2 117:15
124:10
126:10 131:2
136:3,23
137:13,14
139:6 141:10
150:16

**today's** 151:3

**told** 26:14
57:8 147:14

**took** 50:12
54:3
134:12,17
135:1,5

**tools** 71:12

**top** 46:4
93:9,18
94:24
128:10,21,23

**total** 17:22
124:1 146:6

**Totally**
151:24

**touching**
113:10



**touring** 40:1

**toward** 72:4
124:6 133:9

**towards** 55:21
93:9,18
102:8 103:15
131:13
139:14

**towel**
66:20,21
67:6,8,9,18,
21,25 73:23
104:3 105:10

**towels** 67:14
104:6,18

**tracking**
73:8,15

**traffic**
47:13,18
48:2,3 49:2
56:1,7,12
57:17 58:23
61:16 73:15

**train** 22:11

**training**
21:5,11,17
22:4,5 24:5
71:10,12,13,
16

**trains** 21:8
22:1,15
23:20

**transcribe**
158:8

**transcript**
158:9

**transcription**
8:16

**transitory**
22:20 23:3

**traumatic**
148:4

**tried** 149:19

**trip** 29:15
31:6 45:2,18
57:19 58:12
59:17,21,24
71:7,8
74:13,19
84:8

**true** 158:9

**truth** 8:22

**try** 34:9
36:19 75:3
100:3

**trying**
94:10,11,15,
17 138:4
139:7

**Tucker** 1:19
2:3 3:3
7:16,18
8:9,12
9:6,10,24
10:9
11:4,16,22
12:7,12,20
13:16,24
14:9,16 15:5
16:6 17:18
20:18 21:13
22:10,21
23:4,9,18
24:11,17,24
25:5,12,18,2
2
26:2,7,10,13
,18

27:1,8,14,18
28:1,10,16
29:3,8,17
30:1,8,15,18
31:10,22
32:2
33:3,11,18
34:1,11,18
35:11,17
36:2,20
37:5,18
38:11,22
39:16
40:14,19
41:1,16,25
42:7,11,18,2
4 43:14,24
44:4,9,12,15
,18 45:9,19
46:10,20
47:4
48:1,17,24
49:4,11,16
50:3,10,22
52:11 53:7
54:8,16
55:12
56:16,25
57:5,12
58:11
59:4,14
60:5,10,14
61:4,18,25
62:16,20,25
63:13,17,22,
25
64:4,11,14,1
9,21
65:7,16,18,2
5 66:12
67:19
68:2,13,23
69:7,12,16,2

2 70:4,11,17
72:8,22
73:12
74:10,16,22
75:5,15,22
76:2,16,21
77:5,14,23
78:9 79:7,24
80:10,16,24
81:10,16,21
82:1,6,12,16
,23
83:7,12,18,2
1 84:6,10,18
85:8,15
86:1,8,20
88:9 89:18
91:2
92:13,24
93:13
94:9,14
95:4,8,16
97:14,18
98:7,19,24
99:11
100:18,25
101:14,21
103:13
104:7,14
105:17,22
106:3,22
107:1,13,25
108:9,13
109:20
110:6,10
111:8,16,24
112:4,6,7,19
113:21
114:2,17
115:17
116:1,7,12,2
1,24
117:13,24



118:15,19
119:3,22
120:8,14
121:5
122:16,25
125:5,20
126:9,20
128:3,6
129:24 130:4
131:7
132:5,22
133:5,15
134:10,15,18
,25
135:11,23
136:1,8,19
137:3,5
138:6,17
139:8
140:1,9
141:2,9,12,1
5 142:23
143:12,20
144:13,21
145:4,7,10,1
6
146:14,21,25
147:10,24
148:6,23
149:11
150:3,14
151:12,19
152:4,11,22
153:14,19,21
155:11,19
156:7
157:1,4

**turned** 96:4

**Turtle** 15:14
17:10,25
34:21,25

**twice** 40:16

**two** 17:20
18:3,9,15,18
20:22 22:25
34:19 48:5
53:23 79:6
87:19
88:1,4,23
99:3 101:25
110:13
112:14
113:12
115:10
124:13
137:15,16
138:5 142:25
143:8 148:17
152:13,25
155:23
156:2,16,19,
20,25

**type** 69:6,8
74:2

**types** 75:9

**typically**
48:18

_____
U
**uh-huh's** 8:18

**uh-uh's** 8:18

**umbrellas**
31:19
32:11,13,14,
15,16

**unable** 154:24

**unattended**
36:10,12
38:17

**uncover** 100:3

**uncovered**

146:10

**uncovering**
141:25

**under** 8:14
22:24

**undersigned**
159:5

**understand**
8:14,20,21
9:4,7,21,23,
25
10:8,10,14
12:21 13:5
14:3,10,17,2
1 15:6
46:18,21
47:1,3
56:4,19
94:8,23 97:9
110:8 145:2

**understood**
141:3,17

**unidentified**
110:24

**UNITED** 1:1

**University**
20:4

**unless** 8:10
12:8 79:11
132:11

**unlocked**
102:1,23
103:8

**unnecessary**
75:24

**unsafe**
74:6,11,12,1
7 75:9

**until** 36:8,12
38:9

**up** 12:1 18:11
23:16 27:2
37:11
41:8,21
42:3,14
51:22 52:3
54:18,20
55:3,7,10,11
58:3 66:25
67:7,25
73:3,22,25
78:7,25
87:10,22,25
90:25 91:11
94:25
95:3,9,21
96:2,3 101:2
103:18 105:5
122:14
124:15
148:19
152:12,24
154:4,5,6,8,
12,13,15,18
155:1,5,9,12

**us** 10:14
56:18 57:14
64:22 65:4
71:16
146:12,16
147:14

**use** 27:9,19
28:2 51:14
52:15 56:20
69:13 73:17
82:24
148:15,21

**used** 27:15
51:12,24



877.291.3376
www.UCRinc.com

54:4 83:25
104:6

**uses** 81:17
83:5

**using** 14:18
52:6,7,12

**usually**
61:2,5 90:6
144:3

**utilize** 55:24
56:10 57:15
58:22 63:3

**utilized** 61:7

**utilizes** 56:5

---
V
---

**vagrants**
149:19

**Vassor** 85:12

**V-A-S-S-O-R**
85:17

**vending**
102:16,17

**vendor** 99:14

**vendors**
98:18,20

**verbal** 8:19

**versus** 19:9
104:3

**vestibule**
28:5,22
29:5,10,19
30:4,12
31:4,13,23
34:5,14
35:2,3,7
39:12,14,18,
23 40:9,20

41:3,5,8,20
44:20,23
45:1,5,12,17
,22
47:13,18,21
50:14,16,23
51:1,23
52:24
53:1,3,4,24
54:1,4
55:13,17
61:20
62:1,3,7,12,
22 63:5
66:17
68:6,15,19,2
2 69:2
70:7,12,21,2
3 74:4
76:4,9,24
84:20,23
85:3,21
86:9,12,14,2
5 87:6,13
88:10 96:15
97:1,10,24
98:2
99:17,24
100:4 102:6
103:10
108:2,16
110:16
111:25
112:10,14
113:14,17,24
114:9,15
115:23
117:3,8
121:14
123:15,25
124:2,4,12,2
4 127:23
128:18

129:13
130:21
131:13
132:25
133:19
139:10

**vestibules**
29:2 34:20
48:5 53:23
85:1

**video** 1:15,24
4:4 6:1
32:3,7,9,18
52:2,6,17,20
,21,22,25
55:19
81:11,17
85:18,21,22
86:5,17,23
87:13,14,22,
25 88:22
89:5,10 90:9
93:8,17
94:3,6,7
100:13,23
101:2
102:3,8
103:15
104:15,22
105:11,13,15
106:6,8
107:8,18
108:18
111:22 117:8
118:22
119:4,6,10
120:20,23,25
121:4,8,9,13
,23,25
122:3,4,15,2
2 123:21,23
125:21,22

126:3,4,8,19
,22 127:5,17
128:25
130:11,14,17
131:3,11
132:9,12,15,
16,17,19,24
135:8
139:9,13,18
145:12
149:13
150:18,22,24
,25 151:2,10

**videos** 82:24
107:4,7
122:24
124:21 128:2
138:2 155:6

**Videotaped**
116:15

**view** 85:21
86:5,22,24
87:14 88:22
89:5,6,10
90:8
93:8,9,15,16
,17 94:3,7
103:15,16
105:11
127:24
131:19

**viewed** 106:5

**views** 133:1,4

**violate** 77:3

**violated**
77:12

**violating**
82:25

**violation**



76:9,25

**violations**
76:13 78:4
83:3,8,13,25
84:7

**Virgil**
120:17,24
126:2,6,13,1
4,22
127:7,12,18,
19 129:8
130:1 133:23
134:4 139:24
142:5

**V-I-R-G-I-L**
134:3

**Virgil's**
133:25 134:2

**visitors**
32:23 33:6
35:13 36:4
38:18 39:5

**visually**
148:1

**vital** 33:23
34:3

**voice** 13:22
14:1,12
99:5,7

**Vol** 157:7

**volume** 1:14
49:1

**vs** 1:7

___

W

**Wal** 20:11
23:21 25:6
33:4 36:14
37:12 57:5

63:2 70:5
76:22 97:19
99:5 107:18
134:11

**walk** 22:8
41:7,20
42:1,13,20
44:23
45:4,12,21
47:20 48:5
55:10 70:16
77:10 101:24
108:2

**walked** 86:10
91:11 103:5
108:7,15
110:1,3,16,2
3 111:25
112:10,13
114:18
118:11
149:14
154:17

**walking** 44:20
84:25 85:23
87:16 91:4
115:22 117:8
127:25
142:25
149:14 154:6
155:12,14

**walks** 76:8,24
77:6,15
78:12,20
111:4
113:13,17,22
118:5

**wall** 28:8
131:19 133:7

**walls** 27:24

132:24

**Wal-Mart** 1:8
7:3,13 8:4
10:18,20
11:1
12:4,13,21,2
2 13:19,22
14:1,12,19
15:7,9,25
16:7,10,15,1
8 17:7
18:21,23
19:5,21,23,2
4 20:8,15
21:1,4,7,25
22:11,14
23:19
24:12,15,25
25:7 27:9,19
28:17,19
31:11 32:22
33:14
34:6,15,20
35:12,18
36:3,7,14,22
,23
37:6,8,13,20
,22,25
38:12,23
39:3,4,11,17
,22
40:7,11,16
41:6,19
42:25 43:5
44:19,25
46:11,14
47:6,9,15,20
49:6,13,22
50:11
52:13,23,25
54:11,12,23
55:6,13,24
56:5,10,17

57:1,13,23
58:21,24
60:23
61:6,19 63:3
64:22 65:12
68:3
72:20,23
73:2,5,13,17
76:14
77:7,15,16
78:4,11,13,1
9 81:7,17
82:24 83:4,5
84:7 85:9
92:1,8,14
96:10,15,24
97:22 98:4
99:7,13,16
100:3,14,19
101:9,15
103:9,12
107:14,15
108:1,15
109:12 112:9
113:13 114:7
115:2,20,21
116:3,8,10
117:6
118:8,10,24
119:9 121:22
122:10
124:11 126:4
127:22
129:12
130:5,7
131:12
132:6,16,24,
25
134:5,11,17
135:1,5,13,1
9 136:24
139:1,17
140:4,11,13,



19 141:3,17
143:2,13,14,
15 145:11
147:12
149:3,24
150:4,15,18,
23
151:6,13,20
152:12 153:6
154:21

**Wal-Mart's**
32:20
47:12,17
51:21 56:3
72:15 117:1
119:6
136:9,13,20
137:20

**want** 6:17 8:8
17:6 33:2
34:19 44:11
57:5
60:19,22
64:5,16 75:2
76:16 79:7
104:19
111:8,10
123:7,9
125:6 140:2
141:12

**wanted** 6:8
91:8 147:17

**wanting** 139:3

**wasn't**
131:1,3
154:19

**watch** 105:18
106:11,13
107:3,4,7,8,
18

**watched**
105:20
106:20,23
127:20

**watching** 43:8
106:7

**water** 27:23
28:7 29:22
31:5,20
93:25
94:2,24
100:10
101:7,12
113:23
114:8,12,14,
21 115:5
154:13,14,18
155:1,4,7,13
,23 156:13

**wax** 68:18,21
69:11,14

**waxed** 71:2

**way** 20:20
21:15,25
38:18 57:22
58:9 60:20
65:6 66:9
75:17,19
88:14 89:16
95:1,2 99:25
102:22
125:17 126:4
128:11
135:17,18
136:18 140:3

**ways** 21:7
22:14 23:19
61:19 67:13

**we** 6:8 7:6
10:13 12:21

19:7
21:17,19
23:12,14,25
24:1,2 29:1
31:16
32:6,15 33:1
34:9,23 35:2
36:18,19
37:10 39:25
40:1,2,23
46:6,8
50:1,18
52:16,20
53:18,19
61:13,14,15
62:8 64:4
66:9 67:24
68:1,11
69:1,11
73:21,23,24
75:2,3 78:7
81:17
83:6,10
85:20 88:12
93:8
96:18,22
98:12,17
99:2
100:7,9,11,2
3 101:7
104:15,22
105:9 108:9
110:1,5,11,1
5 112:8
115:22
116:25
122:2,4
123:13
125:21 129:3
130:8,9
131:18
132:9,10
133:6 135:10

138:3,25
139:12
141:21
142:24
144:1,9,22
145:11,12
146:10,19
149:14,15
153:10,11
157:2

**wear** 90:6

**wearing** 90:3

**week** 12:3

**weeks** 129:14

**we'll**
64:6,7,14,15
,19 89:19
110:7,8,17
116:21

**well-**
**maintained**
68:4

**went** 108:15
154:25

**were** 7:1,7
16:14
18:3,8,13
21:16 42:23
50:4
51:6,12,23
52:7,25
61:15,24
71:16 79:4
85:13
86:9,14,22,2
4
88:10,13,14,
22 89:10,13
90:3 94:6
96:3



97:1,9,20,23
99:15,23
104:20 108:8
111:11 112:9
114:13
116:5,25
122:9 123:17
124:7,24
125:15,16
126:22
127:23
129:14
130:21
131:23
132:23
133:3,16,17
134:14 139:9
141:7
142:2,17
143:21,24
146:12
147:14
148:19
149:17
151:16
153:11 155:4

**we're** 11:11
12:22 21:21
30:22,23
34:24 35:2
38:4 53:22
57:18
93:7,14
100:6
102:7,12
110:12
125:23
136:23

**Were** 11:23
20:8 91:19
98:1,3
141:25

**We're** 34:24
53:23 64:8

**weren't** 50:17
52:12 82:17

**wet** 27:23
28:8 31:11
69:1 75:6
91:15,17,19
95:24 96:8

**wet-floor**
41:9,21 42:3

**we've** 123:13
132:3 143:6
153:14
155:20

**what** 7:6
8:24,25
11:8,20
13:13
15:9,11,13,1
8,22
16:12,17,25
18:3,7
19:7,8 28:11
30:9 33:9
34:19 37:12
38:5 40:24
45:25
46:1,5,21
49:20 52:15
56:14,19
57:10,17
58:23
59:5,11,15,2
0,23,24
60:15,19,22
62:13,14,24
63:17 64:25
66:8,13,20
69:8 70:12
71:6 72:18

82:10
84:19,20
87:1,11
90:3,5,14,19
,23 91:3,6
92:5 95:22
96:1,9
97:9,19
98:11
99:7,19
100:7,19
101:10 108:4
109:16
110:18,20
111:22,23
112:8,23
114:25 118:1
119:2
122:7,10,21
126:7,18
128:14 130:5
132:6 133:11
134:15,18
136:12,17,24
137:2,4,14,1
7,18
138:5,11,19
139:4
142:7,24
148:9
153:14,20,22
154:2,20
155:8,20
157:2

**whatever**
57:25 72:15

**whatnot** 51:25

**what's** 20:1
25:4
81:11,14
102:15 107:5
111:14

114:24
123:10 128:1
145:21

**wheelchair**
148:24

**wheelchairs**
148:16,22

**when** 9:11
10:1,5 11:6
12:21 14:17
18:20 19:2
22:8
23:21,25
27:12 28:2
29:5,16,21
30:11 31:17
34:23 35:2
41:18
42:1,12,16
43:4,5,8,25
45:16 46:4
51:17
52:1,25 53:4
67:24 68:25
70:18 71:23
74:5
75:16,17
78:20 79:9
86:10,12
90:14 91:10
93:7,23 94:6
95:21
96:2,3,17,22
97:19 98:12
99:6 101:4
102:23
103:18,24
104:22
105:13
106:20
107:23
114:18 120:2



122:5
126:22,25
129:11,16
136:20,22
137:19,23
139:17
146:16
149:21
151:21
**whenever**
100:6 121:24
148:4
**where**
19:11,12
20:3 25:17
26:1,4,5
28:8,20
29:4,9
30:13,17
42:19
45:3,11 46:4
47:9 49:10
55:16 62:16
70:15 78:18
80:13 87:8
89:25
91:12,23
92:23,25
93:16,24
95:1,12,15,2
4 96:3 99:14
100:8,24
101:7,12
102:4 104:15
107:24
113:18,22
118:12
122:1,4
123:7
124:10,15,16
,20 128:20
129:3 141:21

146:11
149:16
**Where's** 25:20
48:9
**whether** 25:7
30:10 34:13
37:12 40:6
41:12 47:21
52:23 56:5
61:6 65:7
77:25
80:8,18
82:20 83:25
86:21 92:7
94:5 96:25
97:20 106:5
114:7,14
115:21
116:2,5
121:7
123:20,22
124:20
125:8,9
126:18,21
127:19 131:3
140:11 152:2
154:17,25
**which** 6:22
22:14 23:19
34:24 49:17
61:12
62:13,14
65:23 66:23
78:16
79:3,18
85:13 88:2
89:25 113:23
114:13 119:7
122:3,24
128:11 133:8
143:5 153:13
156:3,17

**while** 18:8
149:15 151:8
152:5
**white** 89:25
153:25
**who** 11:1
12:4,14 48:4
50:19 58:7
67:10 80:7
85:3 90:16
92:19
98:4,8,14
103:20
107:15
109:13
118:1,5
120:16,23
124:14 127:7
129:25
133:22
142:2,21
144:7 145:18
146:12
148:25 149:2
153:23
**whole**
18:12,25
98:11
99:21,22
**who's** 15:20
67:24 84:24
114:22
154:22
**Whose** 126:1
**why** 11:1,25
12:3,14
18:11 20:7
29:11 68:24
69:13,20
70:1,6,9
96:12 106:23

118:21
127:22 130:8
132:16
139:24 152:8
**Why's** 69:3
**wide** 88:20
**wiggling**
151:7
**will** 23:16
43:11 58:21
59:10 64:24
71:3 79:13
157:7
**wing** 101:25
102:22
103:2,5
**wipe** 29:23
31:17 67:7
**wiped** 103:20
**wiping**
104:3,18
105:14
**Wire** 45:25
46:1 64:25
**with**
6:10,15,19,2
1 8:4 9:20
14:25 17:7
18:20 19:22
21:11 22:8
23:16,21
31:19
32:15,16
37:3 54:21
59:16,21,24
60:8,16
64:15 66:7
70:14
73:8,22



75:19
78:7,16
82:11 88:15
103:19
104:2,3,17
105:10 106:1
111:13,14
112:3
117:5,17
123:1,3
125:2,3,7
126:6,19,22,
25 127:20
129:7 132:6
147:11 150:7
152:15,18
158:13

**within** 7:8,11
14:22 26:20
63:11
77:6,10,16
78:12,20
79:6
85:20,21
87:12,14
98:25
112:14,21
113:12
118:12

**without**
41:8,20
42:2,20
45:5,12,22
47:21 66:25

**witness** 3:2
4:3 6:5,7
9:9,23 10:8
12:10,18
13:13
14:4,8,11,15
15:4 16:4
17:16 20:17

21:10 22:4
24:9,15,22
25:10 26:23
27:6,12,22
28:6,14
29:1,7,15,21
30:6,25
31:3,16
32:1,25
33:9,17
34:9,17
35:15,24
36:18
37:1,16 38:7
39:14
40:11,23
41:11,23
42:5,10,16,2
2 43:7,19
44:10
45:8,15
46:6,17
47:2,24
48:15,21
49:9,15
50:1,9,16
53:3 54:15
55:9 56:14
57:10,22
59:2,8 60:12
61:1,13,23
62:14 64:17
66:5
67:17,24
68:11,21
69:6,10,20
70:9,14
71:19,22
72:19 73:11
74:9,15,21
75:2,13,21
76:1
77:2,10,20

78:24 79:22
80:6,15
81:7,14,20,2
5 82:10,19
83:5,10
84:4,14
85:7,11,25
86:7,19 88:8
89:15 90:22
92:4,11,23
94:18,23
95:9 97:4,8
98:6,16
100:17,23
101:12,20
103:12
104:6,12
105:13,20
106:25
107:11,22
108:7 109:17
112:17
113:20 114:1
115:15,25
116:20
117:11,22
119:2 120:13
121:3
122:12,21
125:13,18
126:6 129:23
132:19 133:3
135:8,21
136:6 137:23
138:16,25
139:23
140:8,23
141:7 142:20
143:11,19
145:15
146:19
147:7,22
148:3,13

149:8
150:2,12
151:10,18
152:1,8
155:4 156:24
158:16 159:8

**WM008** 57:20
71:19 84:11

**WM009** 84:11

**WM060** 71:21

**WM11** 72:12

**women** 142:25
143:15

**women's** 143:8

**wondering**
89:20

**word** 37:1,16

**words** 25:13

**work** 35:1
64:8 97:23
98:1 102:22
118:8

**worked** 16:7
49:13 51:17
92:14 98:17
99:4

**working** 20:11
47:5 91:7
129:14
139:10
147:18

**works** 98:12
109:12

**worth** 153:12

**would** 9:18
11:1 29:11
30:6,12



877.291.3376
www.UCRinc.com

31:11
32:6,11,20
33:4 35:24
38:13 39:2,3
40:6 41:6,19
42:1,12,19,2
2 43:4,16
45:3,20
46:23 51:18
53:14
66:6,18
77:20 79:5
83:13
86:15,21
87:4 88:14
93:21 94:9
98:20 101:2
103:6 104:12
108:18
112:17,20
113:16,22
117:18
122:18 123:7
124:23
125:9,14
127:19
129:9,18,25
130:21
131:21,25
132:15,16
133:9,22,24
134:4
135:9,21
140:18,19,20
,23 141:3,21
142:16
143:8,15,16
145:12
146:10,15,23
147:2,7
148:3,18,20,
21,24 149:1
150:16,17,25

151:15,22
152:8 155:5

**wouldn't** 9:2
32:15 52:19
79:5 90:7
104:8

**write** 8:17

**written** 57:1
119:9,14,23
120:3,5

———————
          Y
———————
**YBM** 16:4

**yeah** 19:6
46:2 48:8
52:22 53:13
55:9 73:20
74:17 89:11
90:10 102:14
110:2,25
112:21 113:7
128:19,23
154:7

**year** 16:8
19:3 22:7
99:21,22

**year-
   beginning**
16:5

**yearly** 21:12

**years** 8:4,5
16:8,11,16
17:10,12,13,
14,19,20,22
18:1,3,7,8,9
,10,16,17,19
,24
19:5,14,20
20:14 21:1
25:6,19

49:13 70:5
76:22 94:19
137:14,15,16
148:17 149:4

**years-plus**
138:5

**yellow**
102:13,15

**yes** 6:7 7:25
8:15,20,23
9:9
10:12,16,21,
25 11:24
12:2,23
13:7,20
14:2,15,20
15:4,8,17
17:8,10,24
18:2
19:15,16,19,
25 21:6,22
22:13 24:7
28:3 32:5
33:12,13,24
34:4,17,22
35:1,4,5,9,2
0
36:6,10,13,1
6,24
38:3,15,20
39:1,7,10
43:3 44:1
46:22
48:6,19
49:2,10
50:7,25
51:7,8,17
52:9,21
54:10 55:15
57:17
58:14,16,19
62:24 67:12

68:5,7,11,17
73:1,4,11,16
74:3,7,21
75:8,14,21
76:1,6 77:3
80:2
81:20,25
82:4,13
83:19
84:4,14
86:19 90:12
91:14 93:3
94:1 97:6
99:21 100:2
101:25
102:20
105:6,7
108:5,19,21,
23,25
109:2,4,6,8,
10 110:13,14
111:3,5,7
112:12,15,25
113:1,3,5,8,
11,14,15,20
114:1 115:8
118:7,9
119:11
120:4,6
121:12,17,21
122:8
123:12,15,25
125:24,25
127:21
131:18
133:18
137:9,11
139:11,14
141:18,19
142:5
143:1,3,6,7
144:5,10,11,
15,19,24,25



877.291.3376
www.UCRinc.com

146:3,5
152:15,17
154:1,14
156:10,12,14

**yet** 93:21
95:11 113:6
130:15 131:9

**you** 7:19,23
8:3,8,9,13,1
4,21,25
9:1,2,3,7,11
,13,14,15,16
,21,22,25
10:4,10,13,1
4,19,23
11:5,8,11,17
,23,25
12:21,24,25
13:5,8,9,17,
25
14:3,5,8,10,
12,17,18,21,
25
15:6,16,24
16:7,9,14
17:6,9,14
18:3,6,7,8,1
2,13,23
19:2,4,11,12
,14,17,20,24
20:5,8,11,14
,23,25 21:18
22:5,6,17
23:4,6,9
25:7,24,25
26:2,4,8,10,
14,15,16,19
28:5,24 29:4
30:9,20 31:9
32:3,4,8,9,1
7,20
33:4,14,22

34:2,5,14,23
35:18 36:3
37:19
38:7,8,9,12
39:2,3,11,19
,21 40:6,15
42:8,12
43:10,12
44:7,8,9,10,
12 45:20
46:4,21,23,2
5 47:5
48:22,25
49:5 52:2,12
54:17
55:9,19
56:2,14,19,2
3
57:3,5,8,9,1
0,14 58:15
60:2,6,21
61:11,12
62:16,25
63:1,13,17,1
8
64:1,5,6,15
65:1,3,4,14,
16,25
66:3,7,13
67:6,7 68:14
69:13,17,23
70:1,6,15,16
71:2,23
72:5,12,17
74:8
75:11,16
76:3,7,16,23
77:6,15
78:6,11,15,1
7,25
79:3,13,15,1
8,19,20,21,2
2,25

80:3,11,18
82:13
83:15,22,24
84:19 85:16
86:2,4,15,16
,21,22
87:1,4,12,22
,23
88:7,12,16,2
1 89:12,14
90:3,8,14,19
,23
91:3,10,11,1
3,22 92:25
93:2,5,7,11,
16,22,24
94:2,5,6,8,9
,20 95:5,17
96:1,3,6,17,
21
97:4,5,6,15,
19 98:20
99:6,7
101:4,5,22
102:4 103:14
104:1,10,19,
24
105:3,4,9,18
,23
106:9,13,15,
17,23
107:8,18
108:14,17,18
110:17,23
111:8,10
112:9,20
113:16,22,23
114:19
116:2,13,15
117:18,19
118:1,24
120:2,5,9,11
,15 122:22

123:1,5,7,9,
11,17
124:3,7,10,1
9,23
125:7,8,9,15
126:12,17,21
127:5,16
128:8,14,23,
25 129:11
131:1,8,17,2
2,23 132:11
133:7,17,25
134:2,18
136:9,17
137:2,6,8,10
,13,25
138:1,2,4,9,
10,18
139:2,4,6
140:3,4
141:7,12,25
142:2,13,14,
16 143:13
144:5,14,15,
17,23
145:7,17,18,
23
146:9,11,12,
15,16
147:14,15,25
148:7,9,21,2
4
149:4,5,9,21
,22 150:15
151:1,2,21
152:24
153:3,18,22
154:16,24
156:8,24

**your** 7:19,23
8:10,18,21
9:19 10:22
11:10,17



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

```
12:8 13:21
14:3,10,18,1
9 15:6,9
16:12
18:8,20
20:1,9
25:17,21
26:1 30:2,14
34:12
35:8,25
40:5,15
41:17 45:10
49:13 56:4
57:14,21
59:24 60:12
61:11 63:24
70:5 71:24
72:9 78:7,16
79:17,19,21
80:21
83:14,23
87:11 88:6
91:22
92:6,18
96:17 98:4
99:23 107:2
110:8
115:18,20
117:6 119:13
121:6 130:25
135:13
138:11
144:15
148:22 149:3
151:21,25
152:21
154:25 155:3
```

**you're**
```
10:5,24
13:18
20:20,24
22:7 23:6
39:19 43:8
```

```
46:4 49:10
57:7 59:5
60:7
62:13,20,24
65:5 67:5
78:22,24
79:6,16 88:2
93:23
94:10,12,15
99:5,6,7,21
101:5
102:10,18
109:14,25
110:11
111:19
117:14
123:24 128:2
135:24 136:2
137:4
138:7,21
139:7 145:2
```

**yourself**
```
146:4 147:11
151:13
```

**you've** 17:25
```
49:12 52:5,6
53:19 55:2,3
67:6 71:4
86:19 94:14
106:4,5
125:8
```

