## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-ALTMAN/Hunt

**POLLY BASSETT**,

     **Plaintiff,**

v.

**WAL-MART STORES EAST, L.P.**,

     **Defendant.**

## PLAINTIFF POLLY BASSETT'S
## WITNESS LIST

COMES NOW the Plaintiff, POLLY BASSETT, by and through undersigned counsel, and

pursuant to Fed. R. Civ. P. 26(a)(3), hereby files her Witness List:

| No. | Name and Address of witness POLLY BASSETT expects to present and call. | ADDRESS | Description of Witness |
|---|---|---|---|
| 1. | Plaintiff, POLLY BASSETT | C/O Tucker Law 200 SE 6th Street, Suite 405 Fort Lauderdale, FL 33301 | Plaintiff to testify regarding liability, causation, and damages. |
| 2. | Marie Ladeira | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability and all issues regarding CCTV and other videos and video preservation and destruction. |
| 3. | Albert Scarlette | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability |
| 4. | Kenneth Williams | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability |
| 5. | Myriam Limage | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability |
| 6. | Gracie Maldanado | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability |

| 7. | Kirkon Bailey | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability |
|---|---|---|---|
| 8. | Shezelle Wright | 8503 NW 35TH Ct. Apt. 4 Coral Springs, FL 33063 | Plaintiff's daughter; anticipated to testify regarding Plaintiff's physical condition (before and after fall) and damages |
| 9. | Amanda Wright | 3736 N. University Drive Coral Springs, FL 33065 | Plaintiff's daughter; anticipated to testify regarding Plaintiff's physical condition (before and after fall) and damages |
| 10. | Dr. Andrew S. Ellowitz, M.D. | 4101 NW 4th Street Suite 305 Plantation, FL 33317 | Plaintiff's treating surgeon, hybrid expert, and retained expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 11. | Dr. Barry Goldsmith, *Chiropractic Physicians* | 1440 North State Road 7 Margate, LF 33063 | Plaintiff's treating physician and hybrid expert; anticipated to testify as it relates to the Plaintiff regarding diagnosis, treatment, causation of injury, prognosis, symptoms, impairment, necessity and reasonableness of past and future medical care, medical bills, and economic damages (past and future) |
| 12. | Corporate Representative | American In-Home Care, LLC. 2605 West Atlantic Avenue, Ste. 101-103B Delray Beach, FL 33445  And  JN Nursing Registry, Inc. 160 Congress Park Drive, Suite 204 Delray Beach, FL 33445  And Whitsyms Nursing Registry | Anticipated to testify regarding damages. |

**Page 2 of 4**

| | | | |
|---|---|---|---|
| | | 2605 W Atlantic Ave, Suite 101-103B Delray Beach, FL 33445 | |
| 13. | Shauna Skeene-Douglas | 2605 W Atlantic Ave, Suite 101-103B Delray Beach, FL 33445 | Anticipated to testify regarding damages and lost wages, past and future. |
| 14. | Tristan Robinson | 2605 W Atlantic Ave, Suite 101-103B Delray Beach, FL 33445 | Anticipated to testify regarding damages and lost wages, past and future. |
| 15. | Karen Cooke | 2605 W Atlantic Ave, Suite 101-103B Delray Beach, FL 33445 | Anticipated to testify regarding damages and lost wages, past and future. |
| 16. | Carol Cobb | 2605 W Atlantic Ave, Suite D202 Delray Beach, FL 33445 | Anticipated to testify regarding damages and lost wages, past and future. |
| 17. | Virgil Dixon | Hamilton, Miller & Birthisel150 Southeast 2nd Avenue, Miami, FL 33131 | Employee of WAL-MART STORES EAST, L.P.; anticipated to testify regarding liability and all issues regarding CCTV and other videos and video preservation and destruction. |

*Signature on Next Page*

The Plaintiff, POLLY BASSETT reserves the right to supplement and/or amend this Witness List before trial and as information becomes known.

Respectfully submitted,

Dated: October 7, 2019

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law®
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
**Annalisa Gutierrez, Esq.**
**Gilda M. Chavez, Esq.**
**Jerry D. Hamilton, Esq.**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
agutierrez@hamiltonmillerlaw.com
gchavez@hamiltonmillerlaw.com
jhamilton@hamiltonmillerlaw.com