IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-CV-61984-ALTMAN/Hunt

**POLLY BASSETT**,

    Plaintiff,

v.

**WAL-MART STORES EAST, L.P.**,

    Defendant.

## PLAINTIFF POLLY BASSETT'S
## THIRD AMENDED EXHIBIT LIST

| PRESIDING JUDGE: Hon. Roy K. Altman | | | | | | | Plaintiff's Attorney: Matthew Sean Tucker, Esq. | |
|---|---|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | OBJECTIONS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | | WITNESS |
| P1 | | | | | | Medical Records from Margate Chiropractic Clinic | | |
| P2 | | | | | | Medical Records from Precision Daignostic, Inc. | | |
| P3 | | | | | | Medical Records from Andrew S. Ellowitz, M.D., P.A. | | |
| P4 | | | | | | Medical Records from Northwest Medical Center | | |
| P5 | | | | | | Medical Records from Personal Ortho Care | | |
| P6 | | | | | | Medical Records from Outpatient Surgical Services | | |
| P7 | | | | | | Medical Records from Urgent Med | | |
| P8 | | | | | | Medical Records from Canyon Medical Billing, LLC | | |
| P9 | | | | | | Medical Records from Anesthesia Associates of Broward County PA | | |
| P10 | | | | | | Medical Records from North Broward Radioligst, P.A. | | |
| P11 | | | | | | Records from Coral Springs Fire Department | | |
| P12 | | | | | | Medical Records from Coconut Creek Emergency Physicians | | |
| P13 | | | | | | Medical Records from Radiology Physician Solution | | |
| P14 | | | | | | Medical Records from Urgent Med | | |
| P15 | | | | | | Medical Records from Outpatient Surgical Services | | |
| P16 | | | | | | Medical Records from Quest Diagnostics | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P17 | | | | | | Medical Records from Broward Sheriff's Office Fire Rescue | |
| P18 | | | | | | Medical Bills from Broward Health | |
| P19 | | | | | | Medical Bills from Precision Daignostic, Inc. | |
| P20 | | | | | | Medical Bills from Andrew S. Ellowitz, M.D., P.A. | |
| P21 | | | | | | Medical Bills from Northwest Medical Center | |
| P22 | | | | | | Medical Bills from Personal Ortho Care | |
| P23 | | | | | | Medical Bills from Outpatient Surgical Services | |
| P24 | | | | | | Medical Bills from Urgent Med | |
| P25 | | | | | | Medical Bills from Canyon Medical Billing, LLC | |
| P26 | | | | | | Medical Bills from Anesthesia Associates of Broward County PA | |
| P27 | | | | | | Medical Bills from North Broward Radioligst, P.A. | |
| P28 | | | | | | Bills from Coral Springs Fire Department | |
| P29 | | | | | | Medical Bills from Coconut Creek Emergency Physicians | |
| P30 | | | | | | Medical Bills from Radiology Physician Solution | |
| P31 | | | | | | Medical Bills from Urgent Med | |
| P32 | | | | | | Medical Bills from Outpatient Surgical Services | |
| P33 | | | | | | Medical Bills from Quest Diagnostics | |
| P34 | | | | | | Medical Bills from Broward Sheriff's Office Fire Rescue | |
| P35 | | | | | | Medical Bills from Broward Health Coral Springs | |
| P36 | | | | | | Medical Bills from Margate Chiropractic Clinic | |
| P37 | | | | | | Medical Bill Summary | |
| P38 | | | | | | Income Tax Returns | |
| P39 | | | | | | Still Photographs taken from the Store Surveillance Video (CCTV Video) | |
| P40 | | | | | | Store Surveillance Video (CCTV Video) (produced by Defendant) | |
| P41 | | | | | | Summary of Medical Bills | |
| P42 | | | | | | Store Floor Map (produced by Defendant WM 006) | |
| P43 | | | | | | Mortality Tables | |
| P44 | | | | | | All depositions taken in this case with their exhibits, errata sheets, and video | |
| P45 | | | | | | Customer Incident Report (produced by Defendant WM 007) | |
| P46 | | | | | | Polices and Procedures (produced by Defendant WM 008-WM 060) | |
| P47 | | | | | | Video 1 (produced by Defendant on or about 12/11/2018) | |
| P48 | | | | | | Video 2 (produced by Defendant on or about 12/11/2018) | |
| P49 | | | | | | Video 3 (produced by Defendant on or about 12/11/2018) | |
| P50 | | | | | | Video 4 (produced by Defendant on or about 12/11/2018) | |
| P51 | | | | | | Video 5 (produced by Defendant on or about 12/11/2018) | |
| P52 | | | | | | Video 6 (produced by Defendant on or about 12/11/2018) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P53 | | | | | | 1099s (BASSETT000445-BASSETT000451 and BASSETT000522-BASSETT000523) Compilation | |
| P54 | | | | | | 1099s (BASSETT000446) with certificate of authenticity | |
| P55 | | | | | | 1099s (BASSETT000447) with certificate of authenticity | |
| P56 | | | | | | 1099s (BASSETT000448) with certificate of authenticity | |
| P57 | | | | | | 1099s (BASSETT000449) with certificate of authenticity | |
| P58 | | | | | | 1099s (BASSETT000450) with certificate of authenticity | |
| P59 | | | | | | 1099s (BASSETT000451) with certificate of authenticity | |
| P60 | | | | | | 1099s (BASSETT000522) with certificate of authenticity | |
| P61 | | | | | | 1099s (BASSETT000523) with certificate of authenticity | |
| P62 | | | | | | Certificate of Authenticity from Margate Chiropractic Clinic with associated records | |
| P63 | | | | | | Certificate of Authenticity from Precision Daignostic, Inc. with associated records | |
| P64 | | | | | | Certificate of Authenticity from Andrew S. Ellowitz, M.D., P.A. with associated records | |
| P65 | | | | | | Certificate of Authenticity from Northwest Medical Center with associated records | |
| P66 | | | | | | Certificate of Authenticity from Personal Ortho Care with associated records | |
| P67 | | | | | | Certificate of Authenticity from Outpatient Surgical Services with associated records | |
| P68 | | | | | | Certificate of Authenticity from Urgent Med with associated records | |
| P69 | | | | | | Certificate of Authenticity from Canyon Medical Billing, LLC with associated records | |
| P70 | | | | | | Certificate of Authenticity from Anesthesia Associates of Broward County PA with associated records | |
| P71 | | | | | | Certificate of Authenticity from North Broward Radioligst, P.A. with associated records | |
| P72 | | | | | | Certificate of Authenticity from Coral Springs Fire Department with associated records | |
| P73 | | | | | | Certificate of Authenticity from Coconut Creek Emergency Physicians with associated records | |
| P74 | | | | | | Certificate of Authenticity from Radiology Physician Solution with associated records | |
| P75 | | | | | | Certificate of Authenticity from Urgent Med with associated records | |
| P76 | | | | | | Certificate of Authenticity from Outpatient Surgical Services with associated records | |
| P77 | | | | | | Certificate of Authenticity from Quest Diagnostics with associated records | |
| P78 | | | | | | Certificate of Authenticity from Broward Sheriff's Office Fire Rescue with associated records | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P79 | | | | | | Certificate of Authenticity from Broward Health with associated records | |
| P80 | | | | | | Deposition of Dr. Wayne Frazer | |
| P81 | | | | | | Deposition of Dr. Christopher D'Angelo | |
| P82 | | | | | | Deposition of Dr. Michael A. Kelly | |
| P83 | | | | | | Video Deposition of Albert Scarlette | |
| P84 | | | | | | Video Deposition of Kenneth Williams | |
| P85 | | | | | | Video Deposition of Virgil Dixon | |
| P86 | | | | | | Video Deposition of Gracie Maldanado | |
| P87 | | | | | | Video Deposition of Rule 30(b)(6) Corporate Representative through Marie Ladeira | |
| P88 | | | | | | Medical records of Dr. Wayne Frazer | |
| P89 | | | | | | Medical records of Dr. Christopher D'Angelo | |
| P90 | | | | | | Medical records of Dr. Michael A. Kelly | |
| P91 | | | | | | Medical records of Dr. Jon Guben | |
| P92 | | | | | | Deposition of Dr. Christopher D'Angelo | |
| P93 | | | | | | Deposition of Dr. Wayne Frazer | |
| P94 | | | | | | Deposition of Dr. Michael A. Kelly | |
| P95 | | | | | | Deposition of Dr. Jon Guben | |
| P96 | | | | | | Dr. Ellowitz's expert report | |
| P97 | | | | | | Defendant' Wal-Mart Stores East, LOP's Answer to Plaintiff Polly Bassett's Interrogatories, undated but believed to be served on October 26, 2018 | |
| P98 | | | | | | Defendant, Wal-Mart Stores East, LP.'s Response to Polly Bassett Request to Produce dated October 26, 2018 with document production. | |
| P99 | | | | | | Plaintiff's Initial Disclosures dated September 26, 2018 | |
| P100 | | | | | | Defendant, Wal-Mart Stores East, LP.'s Amended Responses to Polly Bassett Request to Produce with document production, dated December 11, 2018 | |
| P101 | | | | | | Defendant, Wal-Mart Stores East, LP.'s Responses to Polly Bassett First Request for Admission dated December 14, 2018 | |
| P102 | | | | | | Defendant, Wal-Mart Stores East, LP.'s Responses to Polly Bassett Second Request for Admission dated December 14, 2018 | |
| P103 | | | | | | Defendant, Wal-Mart Stores East, LP.'s Amended Responses to Polly Bassett First Request for Admission dated January 2, 2018 | |
| P104 | | | | | | Defendant Wal-Mart Stores East, LP's Amended Answers to Polly Bassett's Interrogatories dated February | |
| P105 | | | | | | Defendant, Wal-Mart Stores East, L.P.'s Answers to Plaintiff's Third Request for Admissions, dated February 13, 2019. | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| P106 | | | | | | Wal-Mart Stores East, LP's Second Amended Rule 26 Disclosures, dated February 14, 2019 | |
| P107 | | | | | | Defendant Wal-Mart Stores East, LP's Expert Witness Disclosures, dated March 12, 2019 | |
| P108 | | | | | | Plaintiff's Rule 26 (a)(2)(C) Disclosure | |
| P109 | | | | | | Plaintiff's Rule 26 (a)(2)(B) Disclosure dated May 29, 2019 | |
| P110 | | | | | | Exhibits attached to depositions and not objected to by POLLY BASSETT | |
| P111 | | | | | | Deposition of Marie Ladeira taken January 30, 2019 and with any applicable exhibits not objected to by POLLY BASSETT | |
| P112 | | | | | | Deposition of Kenneth Williams taken February 7, 2019 | |
| P113 | | | | | | Deposition of Albert Scarlette taken February 7, 2019 | |
| P114 | | | | | | Deposition of Gracie Maldanado taken February 14, 2019 | |
| P115 | | | | | | Deposition of Myriam Limage taken February 22, 2019 | |
| P116 | | | | | | Deposition of Virgil Dixon taken February 26, 2019 | |
| P117 | | | | | | Demonstrative Aids | |
| P118 | | | | | | Defendant, Wal-Mart Stores East, LP's Amended Responses to Polly Bassett First Request for Admissions | |
| P119 | | | | | | Broward Health medical records | |
| P120 | | | | | | Payment to Fire Rescue | |
| P121 | | | | | | Preservation Letter | |
| P122 | | | | | | List of Witnesses by Defendant's Counsel | |
| P123 | | | | | | Any and all of Defendant's Exhibits not objected to by POLLY BASSETT | |
| P124 | | | | | | All Records Provided to and Review by Dr. Ellowitz. | |

The Plaintiff, POLLY BASSETT reserves the right to supplement and/or amend this Witness List before trial and as information becomes known.

Dated: October 8, 2019

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
Tucker Law®
200 SE 6TH Street, Suite 405
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
Matt@TuckerUp.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
**Annalisa Gutierrez, Esq.**
**Gilda M. Chavez, Esq.**
**Jerry D. Hamilton, Esq.**
Hamilton, Miller & Birthisel, LLP
150 Southeast Second Avenue, Suite 1200
Miami, FL 33131
agutierrez@hamiltonmillerlaw.com
gchavez@hamiltonmillerlaw.com
jhamilton@hamiltonmillerlaw.com