UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61984-CIV-ALTMAN/Hunt

**POLY BASSETT,**

    Plaintiff,

v.

**WAL-MART STORES EAST, LP,**

    Defendant.

_____/

**ORDER**

    **THIS MATTER** comes before the Court on the Plaintiff's Motion in Limine [ECF No. 143], the Plaintiff's Motion for Sanctions [ECF No. 146], and the Defendant's Motion to Bring Electronic Equipment [ECF No. 156]. On October 15, 2019, the Court began trial. For the reasons stated in open court, and in accordance with the conditions specified in open court, the Court hereby

    **ORDERS and ADJUDGES** as follows:

1. The Plaintiff's Motion in Limine [ECF No. 143] is **GRANTED in part** and **DENIED in part**.

2. The Plaintiff's Motion for Sanctions [ECF No. 146] was **WITHDRAWN** in open court and is therefore **DENIED as moot**.

3. The Defendant's Motion to Bring Electronic Equipment [ECF No. 156] is **GRANTED**.

2

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of October 2019.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:	counsel of record