Clarification Question

Dr Ellowitz mentioned the tear Occured in the
Anterior Meniscus, but Surgery was done in
Medial?

Would A minor @ Untreated Meniscus Injury Get worse With Time ?

LoP → Why did DR TAKE THIS
CASE AS LoP IF HE SAID HE WOULD DO IT
IF

A - NO INSURANCE OR CANT AFFORD PAYMENTS
B - NEED IMMEDIATE SURGERY / TREATMENT

A - HE SAID HE DID NOT KNOW SHE HAD INSURANCE
COPAY, ETC
B - HE SAID SHE OR A PERSON WITH THAT
TYPE OF INJURY CAN LIVE WITH THAT
PAIN

Based on all the medical history, including arthritis, could not have made her knee give out and cause the fall? If one knee (OA) affects the other and its been shown ~~clearly~~ & her left knee had issues.

# Are health care aides able to go to sleep during an overnight shift? 7 or is it active duty?

Why are we not provided the original CCTV footage of Mrs. Bassett in the parking lot? What happened to it?

Can we see video
of Camera Painting
to the store? If not,

Why not?

✗ Can we see video/picture
from another day (maybe 20
days non stop) to see # paintings
left "we take" to
confirm it its a-
finishing issue.



You mention you notice water droplets under the Shopping Carts. Can this be a result of the cart tracking water from Outside?

If not how could those droplets gotten there?

① HOW are you positive that it was __not__ raining?

② Why were there no floor mats at the vestibule / enterance? If it says to __maintain__ them there?

③ Was there a door greeter in the area? or someone else that was constantly aware of this area?

→ Is there a rule that says that the mats should be removed because they can fold/bunch-up and cause a trip?

WHAT IS SOP for the VIDEO S?

Is There Run Off from the GARDEN AREA Into the Parking lot?

Is There a sprinkler system in the Parking lot?

~~8~~ (1)

Is IT possible that IN the EVENT There was water at the ~~parking~~ PARKING LOT Could it have been DRAGGED INTO The store by Retrieved Shopping Carts ~~?~~. AND that Water SHOULD be ENOUGH To HAVE CAUSED the FALL?

(2) Obviously There was some Kind of Liquid on the Floor because cones were placed and Floor Was Wiped out, therefore is it possible that water or Liquid Got into the Fall area?

CBL'S (Computer Based Learning)

WHAT PROCEEDURES ARE PLACE TO GUARANTY THE PERSON CREDITED WITH COMPLETING A CBL IS ACTUALLY THE ONE WHO ~~WATCHED~~ TOOK THE CBL AND ANSWERED THE QUESTIONS?

Please describe the paper towels

please describe what the paper towels looked like after cleaning the floor.

When you picked up
the napkins you used
to wipe the floor
did you look at the
napkins to see or feel
if they ~~were~~ wet?

Is it common practice or procedure for
a Walmart employee to block off an
aisle where an incident occurred regardless
of if there is a substance on the floor

Does Walmart have any other cases or
safety signs other than those that
say "wet floor"?

If so why would you use wet floor signs?

→ why did you put the
cones in that area
vs. in front of the
red box for example?
or any other part of
the vestibule.

IF THERE WAS A SPILL STATION IN
THE Vestibule WITH CONES & PAPER TOWELS
WHY DID YOU NOT GO THERE FOR CONES & TOWELS?
WHY CALL ALBERT TO BRING CONES
& TOWELS? FROM SOME OTHER LOCATION?


IS THERE A BENCH IN THE
VESTIBULE WHERE MISS BASSET FELL?
IF SO WHERE ON THE FLOOR PLAN
THAT WE WERE SHOWN IS IT
LOCATED?

and &nextbuken from onto
of CD So they would not
be saved to the separate

Evidence mgmt system?
(or any other system)

Did anybody ask you to
record on (Snova) vs. buken
the CD?

the footage was important enough to record
L your cell phone, why was it not saved
rectly from the CCTV via DVR?

(a) employee of your position, are you
in the deciding factor.

① ARE you TAKING Pain medication?
true

[scribbled out text]

② WHy DID you LEAVE WAL-MART STORE AND
DID NOT ASK FOR MEDICAL ASSISTANCE?

③ WHAT IS IN youR OPINION THE REASON WHy
3 DOCTORS MISSED you SAYING you HAD RIGHT KNEE

④ DO You HAVE HEALTH INSURANCE TODAY?

Q

(1) Did you use a knee brace or cane before the incident on 12/04/17?

(2) when you fell did any Walmart employee acknowledge the water you saw on the floor?

if yes? what did they do? or say about it.

Prior to 12.24.16 how long had you been the night care giver for the patient who you continued to care for until some time in April 2017?

Miss Bassett, you stated your insurance "dropped you". How long after the slip and fall (12-24-16) were you dropped?

- When did Country Drop you?
- and what reason did they give you for no longer covering you?

- Did you ever wear a knee brace on your left knee?

- Taking care of a patient on their deathbed is labor intensive work, how were you able to endure this work for 10-hr shifts for multiple months @ after your fall? (According to your time sheets)

- you opted ~~out~~ to postpone Surgery till after your daughters wedding so that you could walk her down the aisle, yet after your fell the pain was so bad you couldnt make it in your living room. What changed from the day you fell to the day of your daughters wedding that allowed you to walk in the wedding?

Athletes typically have less body fat
than the average person, can the
amount of body fat a patient has make
it harder to diagnose a problem within
the knee on a preliminary exam? ...
Or can it make it harder for the patient
to directly localize the pain?

You mentioned the patient has no permanent
injury (apart from degenerative arthritis). Please
elaborate on this... How can you form an
opinion if she continues to complain about
pain? Is the pain derived from the
arthritis?

Another Doctor mentioned that degenerative
conditions can lead to tears. Is it plausible
that this may be the case? her fall in
walmart caused the tear in her meniscus,

(1) Did the 2013 MRI show the degenerative miniscus condition? was there any change when compared to the 2017 MRI? (on the Knee not spine/back)

(2) would someone with a degenerative miniscus be more exposed to injury if they fell and hurt that same area? would it cause that existing condition to worsen?

(3) would you be able to tell if someone with an existing degenerative miniscus sustained an acute miniscus tear? {in that same knee} If so, How?

~~(4) What causes a bruise to show and be visible?~~

~~(5) Part of Ms. [illegible] Bassett miniscus is~~

~~completely~~

~~shown to be torn off? is that caused by a degenerative condition,~~

(6) You said you would recommend physical therapy after the fall, (30x) for what condition would she require physical therapy? → injury

(7) ~~How much are you being paid to be here? per hour, how many hours?~~

If you were to prescribe a cane to a patient suffering from an injury to their Right knee which side would you instruct the patient to use the cane on? Opposite the injury on on the side of the injury?

Apparently she had a previous condition prior to the Fall, however, would that fall could have caused the condition to worsen?

Have you ever shut this for Wol Mart wfor

- you make suggestions for work but how can you justify these suggestions without seeing her medical records?

① How /or do you quantify if your suggestions are accurate? For example, do you measure what % of people go on to switch professions, successfully, to the alternatives you suggest?

② Does the plantiffs age get taken into account when providing new job options? (or mental capacity to learn a new job)

③ What was the unemployment rate when you did your study?